Case3:11-cv-00167-SI Document3 Filed01/11/11 Page1 of 12

FILED
2011 JAN 11 P 2:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
tcahn@kilpatricktownsend.com
mboroumand@kilpatricktownsend.com
hgaudreau@kilpatricktownsend.com
rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

E-filing

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JCS

SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,

Plaintiff,

v.

GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,

Defendants.

Case No. CV 11 0167

**DECLARATION OF RILEY R. RUSSELL IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT**

Date: TBD
Time: TBD
Courtroom: TBD
Judge: TBD

DECLARATION OF RILEY R. RUSSELL IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT
Case No.

Case3:11-cv-00167-SI Document3 Filed01/11/11 Page2 of 12

I, Riley R. Russell declare:

1. I am employed as Chief Legal Officer, General Counsel and Senior Vice President, Corporate Development at Sony Computer Entertainment America LLC ("SCEA") and have worked at SCEA for over 14 years. As part of my job responsibilities, I am responsible for supervising SCEA's efforts to investigate and stop copyright and trademark infringement, counterfeiting, and other unlawful conduct that relates to SCEA's intellectual property and the intellectual property under which SCEA is exclusively licensed. I have personal knowledge of the facts stated in this declaration, unless otherwise indicated, and could and would testify competently thereto.

**A. SCEA and the PlayStation® 3 Entertainment System**

2. SCEA is a Delaware limited liability company with its headquarters and principal place of business at 919 East Hillsdale Boulevard, Foster City, California, 94404. SCEA is engaged in the business of marketing and distributing computer video game console hardware and peripheral accessories and developing, marketing and distributing video game software. SCEA is presently a subsidiary of Sony Corporation of America ("SCA"). Prior to April 1, 2010, SCEA was a wholly-owned subsidiary of Sony Computer Entertainment Inc. ("SCEI"), a Japanese corporation, which is itself a wholly-owned subsidiary of Sony Corporation, a Japanese corporation.

3. SCEA is known for its sales of home entertainment products and is highly regarded in the video game industry. SCEA markets and sells the PlayStation®3, a computer entertainment system featuring hardware and firmware designed for the playing of video games, Blu-Ray and DVD movies (collectively "the PS3 System"). The PS3 System is a highly sophisticated apparatus that usually connects to a television or monitor for use in playing video game software simulating three-dimensional action. The PS3 System also features PlayStation® Network ("PSN"), an entertainment network that supports multiplayer online gameplay, access to the PlayStation Store to purchase video games as well as rent or buy feature films and PS3 System connectivity.

DECLARATION OF RILEY R. RUSSELL IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT
Case No.
1

Case3:11-cv-00167-SI Document3 Filed01/11/11 Page3 of 12

4. SCEA has made a substantial investment of time, effort and expense in the design, development, testing, manufacturing and marketing of its video game software for the PS3 System. The PS3 System has enjoyed wide success throughout the United States and the world. Over 41 million PS3 Systems have been sold worldwide since the product release in November 2006. Hundreds of different game titles are currently available for the PS3 System in the United States, which typically sell for retail prices between $40.00 and $70.00.

**B. PS3 System Video Game Software**

5. Authentic, licensed video games for the PS3 System are mainly distributed and sold in BD format or over the Internet from the online PlayStation Store. In order to play an authentic, licensed PS3 disc media video game, a user must insert the game disc into the disc drive of the PS3 System which then performs an authentication check of the disc.

**C. SCEA's Copyrights, Exclusive Copyright Licenses And Copy Protection Mechanisms**

6. SCEA develops and publishes its own video game software for the PS3 System and also licenses third party interactive software developers to develop interactive entertainment software products for the PS3 System. These licenses authorize the third-party licensees to use proprietary PlayStation 3 technology to develop games for the PS3 System. The third party licensees are authorized to publish and distribute their games incorporating the proprietary PlayStation 3 technology and to use the PlayStation trademarks and copyrighted designs in connection with those games. SCEA receives royalties on each PlayStation 3 game manufactured pursuant to its licenses with third party publishers.

7. SCEA's games include a significant quantity of creative audiovisual material, stories, and characters that are wholly original to SCEA. SCEA owns the valuable copyrights to the audiovisual images, stories, characters and other protectable features of the copyrighted works. Among other copyright registrations, SCEA has registered Copyright Nos. PA 1-616-055 (*Ratchet & Clank Future: Tools of Destruction*), PA 1-619-506 (*Resistance 2*), and PA 1-611-286 (*Uncharted Drake's Fortune*) for the video game software.

DECLARATION OF RILEY R. RUSSELL IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT
Case No.

2

Case3:11-cv-00167-SI Document3 Filed01/11/11 Page4 of 12

Attached hereto as Exhibit A are true and correct copies of these registered copyright certificates.

8. SCEA is the licensee of the registered copyright for the PS3 Programmer Tools (Copyright No. TX0007208564) and is authorized to sublicense its rights to use, copy and distribute the Tools in the U.S. SCEI has authorized SCEA to sublicense these rights to third party video game developers and publishers. Attached hereto as Exhibit B is a true and correct copy of the registered copyright certificate for the PS3 Programmer Tools.

**D. Harm to SCEA**

9. I am aware that Defendants are using, offering to the public, and distributing designed circumvention devices and components thereof in the Northern District of California and elsewhere. I am informed and believe that the circumvention devices that Defendants are using, offering to the public, and distributing provide an easy way for others to play pirated video games on the PS3 System.

10. In my experience in the computer game entertainment industry, once hackers develop code to bypass technological protection measures, they will write code to facilitate piracy and eventually package those programs into software that can be used by the average console owner to accomplish piracy. This enables the following activities, among others, to occur:

a) The large scale copying of PS3 video games from PS3 video games available for rental or from friends and acquaintances, thus avoiding the need to purchase a legitimate copy of the PS3 video game;

b) The uploading of copies of PS3 video games onto the Internet for sharing in any of the available Internet file sharing systems, such as BitTorrent; and

c) The large scale copying of PS3 video games in order to commercialize and sell pirated copies of the video games throughout the world.

11. The further proliferation of PS3 videogame piracy activities identified above will irreparably harm SCEA by: (1) undermining SCEA's monumental investment in the

DECLARATION OF RILEY R. RUSSELL IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT
Case No.

3

distribution of its copyrighted works; (3) harming SCEA's reputation with third party game developers; and (4) diminishing the sales of legitimate PS3 video games by SCEA and its authorized retailers.

12. SCEA's affiliates invested hundreds of millions of dollars developing the PS3 System, including the System's technological security measures. The widespread distribution of devices that disable or circumvent these measures, however, eradicates the investment in the technology and undermines the values that these security measures are meant to preserve. Primary among these values is SCEA's ability to control distribution of its copyrighted videogames, as well as those games owned by third party licensees. For each new consumer that gains access to Defendants' circumvention devices, SCEA loses the ability to prevent that consumer from copying and playing copied SCEA-copyrighted video games. Once these devices are in the hands of consumers, the loss of control over SCEA's copyrighted material is permanent and irreparable. Equally serious is the damage to SCEA's reputation and goodwill with third party game developers, whose own copyrighted games are pirated for use with the PS3 System as well. All of this piracy adds up ultimately to lost sales for SCEA and other game publishers as an enormous number of consumers naturally prefer free copies of video games over spending money to purchase the originals.

I declare under penalty of perjury on this date under the laws of the United States in Foster City, California that the foregoing is true and correct.

DATED: January 10, 2011

RILEY R. RUSSELL

63091238 v1

# Exhibit A

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

PA 1-616-055

**Effective date of registration:**

November 24, 2008

## Title

**Title of Work:** Ratchet & Clank Future: Tools Of Destruction (North American Version for PS3)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 30, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Sony Computer Entertainment America Inc

**Author Created:** Audio Visual Elements

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sony Computer Entertainment America Inc

## Certification

**Name:** Riley R. Russell

**Date:** November 5, 2008

**IPN#:**

**Registration #:** PA0001616055

**Service Request #:** 1-131051333

Sony Computer Entertainment America Inc
Richard Daniels
919 E. Hillsdale Blvd
Foster City, CA 94404 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

PA 1-619-506

**Effective date of registration:**

December 29, 2008

## Title

**Title of Work:** Resistance 2 (North American Version PS3)

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** October 31, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Sony Computer Entertainment America Inc

**Author Created:** Audio Visual Elements

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sony Computer Entertainment America Inc

919 E. Hillsdale Blvd, Foster City, CA 94404 United States

## Certification

**Name:** Riley R. Russell

**Date:** December 24, 2008

**IPN#:**

**Registration #:** PA0001619506

**Service Request #:** 1-145638507

Sony Computer Entertainment America Inc
Richard Daniels
919 E. Hillsdale Blvd
Foster City, CA 94404 United States

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (pa0001611286)[in Reg Nmbr/Doc Nmbr (K017)]
Search Results: Displaying 1 of 1 entries




Labeled View

***Uncharted Drakes Fortune (North American Version PS3)***

**Type of Work:** Computer File
**Registration Number / Date:** ***PA0001611286*** / 2008-11-26
**Application Title:** Uncharted Drakes Fortune (North American Version PS3)
**Title:** Uncharted Drakes Fortune (North American Version PS3)
**Description:** CD-ROM.
**Notes:** Videocassette containing ID material also deposited.
**Copyright Claimant:** Sony Computer Entertainment America Inc. Address: 919 E. Hillsdale Blvd, Foster City, CA, 94404
**Date of Creation:** 2007
**Date of Publication:** 2007-11-14
**Nation of First Publication:** United States
**Authorship on Application:** Sony Computer Entertainment America Inc, employer for hire; Domicile: United States. Authorship: Audio Visual Elements.
**Names:** Sony Computer Entertainment America Inc




| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record Format for Print/Save |
| Enter your email address: Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (playstation AND 3 AND programmer AND tools)[in Title (TKEY)] AND ("sony") [in Name: Claimant (KCLN)]
Search Results: Displaying 1 of 1 entries

***PlayStation 3 Programmer Tools.***

**Type of Work:** Computer File
**Registration Number / Date:** TX0007208564 / 2010-09-09
**Application Title:** PlayStation 3 Programmer Tools.
**Title:** PlayStation 3 Programmer Tools.
**Description:** Electronic file (eService)
**Copyright Claimant:** Sony Computer Entertainment Inc. Address: 1-7-1 Konan, Minato-ku, Tokyo, 108-0075.
**Date of Creation:** 2006
**Date of Publication:** 2006-02-16
**Nation of First Publication:** Japan
**Authorship on Application:** Sony Computer Entertainment Inc, employer for hire; Domicile: Japan. Authorship: computer program.
**Rights and Permissions:** Richard Daniels, 919 E. Hillsdale Blvd, Foster City, CA, 94404, United States, (650) 655-6054, richard_daniels@playstation.sony.com
**Names:** Sony Computer Entertainment Inc

| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page