| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | TIMOTHY R. CAHN (State Bar No. 162136) |
| | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | HOLLY GAUDREAU (State Bar No. 209114) |
| | RYAN BRICKER (State Bar No. 269100) |
| 4 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 576-0200 |
| | Facsimile: (415) 576-0300 |
| 6 | Email: jgilliland@kilpatricktownsend.com |
| | tcahn@kilpatricktownsend.com |
| 7 | mboroumand@kilpatricktownsend.com |
| | hgaudreau@kilpatricktownsend.com |
| 8 | rbricker@kilpatricktownsend.com |

**RECEIVED** 2011 JAN 11 P 2:58 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SONY COMPUTER ENTERTAINMENT AMERICA LLC,

　　　　Plaintiff,

　　v.

GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,

　　　　Defendants.

Case No. CV11 0167 JCS

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBITS D, G, U, V, W, Y, AND CC TO DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT**

Date:
Time:
Courtroom:
Judge:

ORIGINAL

1  For good cause shown, Plaintiff Sony Computer Entertainment America LLC
2  ("SCEA")'s Administrative Motion to File Under Seal Exhibits D, G, U, V, W, Y and CC to
3  Declaration of Ryan Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order
4  And Order To Show Cause Re Preliminary Injunction; Order of Impoundment, is **GRANTED**.

**IT IS SO ORDERED**.

DATED:_____      _____
UNITED STATES DISTRICT JUDGE

63094523 v1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. _____

1