KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
tcahn@kilpatricktownsend.com
mboroumand@kilpatricktownsend.com
hgaudreau@kilpatricktownsend.com
rbricker@kilpatricktownsend.com

E-filing

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

FILED 2011 JAN 11 P 2:59 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JCS

SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,

Plaintiff,

v.

GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,

Defendants.

Case No.: CV11 0167

**PLAINTIFF'S MANUAL FILING NOTIFICATION**

Date:
Time:
Courtroom:
Judge:

PLAINTIFF'S MANUAL FILING NOTIFICATION
Case No.

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit W to the Declaration of Ryan Bricker In Support of SCEA's *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause RE Preliminary Injunction; Order of Impoundment

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[X] Physical Object (description): __CD__

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

/ / /
/ / /
/ / /

PLAINTIFF'S MANUAL FILING NOTIFICATION
Case No.

1

| | | |
|---|---|---|
| 1 | DATED: January 11, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 4 | | |
| 5 | | By _____ |
| 6 | | RYAN BRICKER |
| 7 | | Attorneys for Plaintiff<br>SONY COMPUTER ENTERTAINMENT AMERICA LLC |
| 8 | | |
| 9 | 63092496 v1 | |