KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:  jgilliland@kilpatricktownsend.com
        tcahn@kilpatricktownsend.com
        mboroumand@kilpatricktownsend.com
        hgaudreau@kilpatricktownsend.com
        rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No. CV 11 0167<br><br>**NOTICE OF RELATED CASE** |

NOTICE OF RELATED CASE
Case No. _____

1  Pursuant to Local Rule 3-12, Plaintiff Sony Computer Entertainment America, LLC
2  ("SCEA") respectfully submits this Notice of Related Case. In this action, SCEA alleges
3  claims for violations of the Digital Millennium Copyright Act, violations of the Computer Fraud
4  and Abuse Act, contributory copyright infringement, violations of the California
5  Comprehensive Computer Data Access and Fraud Act, breach of contract, tortious
6  interference with contractual relations, common law misappropriation and trespass is related
7  to a DMCA action previously filed with the Court.

8  On August 31, 2010, SCEA filed the DMCA action, *Sony Computer Entertainment
9  America, LLC v. Zoomba LDC, et al.*, Case No. C-10-03909 RS. The immediate action is
10 related to SCEA's previous DMCA action because both cases seek injunctive relief and
11 damages based on unlawful circumvention of effective technological protection measures
12 and distribution of circumvention devices that enable unauthorized access to SCEA's
13 proprietary PlayStation® 3 computer entertainment system ("PS3 System") as well as
14 SCEA's other copyrighted works. Many of the same technologies and technological
15 protection measures are implicated in both cases. Thus, the two cases may call for a
16 determination of similar questions of law and fact, and will likely conserve judicial effort and
17 other economies if heard by the same judge.

18 DATED: January 11, 2011          Respectfully submitted,

20                                  KILPATRICK TOWNSEND & STOCKTON LLP

22                                  By: _____
                                         JAMES G. GILLILAND, JR.

23                                  Attorneys for Plaintiff
24                                  SONY COMPUTER ENTERTAINMENT AMERICA LLC

25 63093129 v1

NOTICE OF RELATED CASE
Case No. _____