AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California E-filing

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company | CV11 0167 |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| GEORGE HOTZ, HECTOR MARTIN CANTERO, SVEN PETER and DOES 1 through 100 | ) |
| *Defendant* | ) JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GEORGE HOTZ, 20 CORNELIUS WAY, CAMBRIDGE, MA 02141

HECTOR MARTIN CANTERO, SAMANO 74A NUM. 24, SAMANO, CANTABRIA, 39709, SPAIN

SVEN PETER, RESIDING IN HUNGARY.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James G. Gilliland, Jr., Timothy R. Cahn, Mehrnaz Boroumand Smith, Holly
Gaudreau, Ryan Bricker
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Tel.: 415-576-0200/Fax: 415-576-0300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: JAN 11 2011

*Signature of Clerk or Deputy Clerk*