United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONY COMPUTER ENTERTAINMENT,   No. C11-00167 JCS

    Plaintiff(s),   NOTICE OF IMPENDING
  REASSIGNMENT TO A UNITED
  v.   STATES DISTRICT COURT JUDGE

GEORGE HOTZ, ET AL.,

    Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    [X]  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    []  One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated: January 11, 2011

Richard W. Wieking, Clerk
United States District Court

*Karen L. Hom* (signature)
_____
By: Karen L. Hom
Deputy Clerk

cc: Intake