1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3  HOLLY GAUDREAU (State Bar No. 209114)
   RYAN BRICKER (State Bar No. 269100)
4  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
5  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
6  Email:   jgilliland@kilpatricktownsend.com
            tcahn@kilpatricktownsend.com
7           mboroumand@kilpatricktownsend.com
            hgaudreau@kilpatricktownsend.com
8           rbricker@kilpatricktownsend.com

9  Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA LLC
10

11                    UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14  SONY COMPUTER ENTERTAINMENT            CASE NO. CV11-0167 SI
    AMERICA LLC, a Delaware limited liability
15  company,                               **DECLARATION OF RYAN BRICKER OF
                                           PROVIDING ACTUAL NOTICE OF FILING
16                 Plaintiff,              *EX PARTE* MOTION FOR TEMPORARY
                                           RESTRAINING ORDER AND ORDER TO
17          v.                             SHOW CAUSE RE PRELIMINARY
                                           INJUNCTION; ORDER OF
18  GEORGE HOTZ; HECTOR MARTIN             IMPOUNDMENT TO DEFENDANT
    CANTERO; SVEN PETER; and DOES 1 through GEORGE HOTZ**
19  100,
                                           Date:    January 12, 2011
20                 Defendants.             Time:    9:00 a.m., or as soon as can be
                                                    heard
21                                         Courtroom: Courtroom 10, 19th Fl.
                                           Judge: Hon. Susan Illston
22

23

24

25

26

27

28
DECLARATION OF RYAN BRICKER OF PROVIDING ACTUAL NOTICE OF FILING EX PARTE MOTION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT
TO DEFENDANT GEORGE HOTZ
CASE NO. CV11-0167 SI

I, Ryan Bricker, declare:

1.      I am an associate at Kilpatrick Townsend & Stockton LLP, counsel of record for Sony Computer Entertainment America LLC ("SCEA") in the above-captioned matter.  I have personal knowledge of the facts stated in this declaration, unless otherwise indicated, and could and would testify competently thereto.

2.      At 4:20pm PST on January 11, 2011, I gave Defendant George Hotz actual notice of this Motion by delivering copies of the *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Order of Impoundment, and Proposed Order filed by SCEA to Hotz via email at the following email addresses: geohot@gmail.com and dudeitsabaloon@gmail.com.  True and correct copies of those emails, the attached cover letter, and the exchange server receipts confirming delivery are attached hereto as Exhibit A.

3.      At or around 5:00pm PST on January 11, 2011, I contacted George Hotz via telephone, explaining that SCEA had filed a lawsuit against him and moved for a temporary restraining order.  During that conversation, I explained that SCEA has asked the Court to decide the Motion at 9:00am PST on January 12, 2011, or at its earliest convenience.  I provided to Hotz the telephone number for the District Court for the Northern District of California.  Hotz confirmed that, during our call, he was located at 183 Boulevard, Glen Rock, New Jersey 07452, and that the telephone number I used to contact him corresponded to that address.  Hotz also confirmed that he had received and opened my emails referenced in ¶2 and attached hereto.

4.      At or around 5:30pm PST on January 11, 2011, I contacted George Hotz via telephone to ask whether he would agree to stipulate to SCEA's Temporary Restraining Order.  I explained that, if he were to stipulate to the Order, he would be bound by the Proposed Order that he and I had discussed earlier, and further that he must not delete, destroy, or otherwise remove any materials, electronic or otherwise, that are related to this litigation.

1       I declare under penalty of perjury on this date under the laws of the United States in

2   San Francisco, California that the foregoing is true and correct.

3

4   DATED:  January 11, 2011            /s/ Ryan Bricker
                                             Ryan Bricker

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28