# EXHIBIT A

## Bricker, Ryan

| | |
|---|---|
| From: | MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@kilpatricktownsend.com |
| Sent: | Tuesday, January 11, 2011 4:21 PM |
| To: | rbricker@kilpatricktownsend.com |
| Subject: | Relayed: Notice of Filing Lawsuit and Pending Temporary Restraining Order Motion |
| Attachments: | ATT804914.txt; ATT804915.txt |

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

dudeitsaballoon@gmail.com

geohot@gmail.com

Subject: Notice of Filing Lawsuit and Pending Temporary Restraining Order Motion

Sent by Microsoft Exchange Server 2007

## Bricker, Ryan

| | |
|---|---|
| **From:** | MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@kilpatricktownsend.com |
| **Sent:** | Tuesday, January 11, 2011 4:32 PM |
| **To:** | rbricker@kilpatricktownsend.com |
| **Subject:** | Relayed: RE: Notice of Filing Lawsuit and Pending Temporary Restraining Order Motion |
| **Attachments:** | ATT805186.txt; ATT805187.txt |

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

dudeitsaballoon@gmail.com

geohot@gmail.com

Subject: RE: Notice of Filing Lawsuit and Pending Temporary Restraining Order Motion

Sent by Microsoft Exchange Server 2007

## Bricker, Ryan

| | |
|---|---|
| **From:** | Bricker, Ryan |
| **Sent:** | Tuesday, January 11, 2011 4:21 PM |
| **To:** | 'geohot@gmail.com'; 'dudeitsaballoon@gmail.com' |
| **Subject:** | Notice of Filing Lawsuit and Pending Temporary Restraining Order Motion |
| **Importance:** | High |
| **Attachments:** | 20110111 Notice to G Hotz re Notice of Filing Lawsuit and Pending TRO Motion.PDF¤; Proposed Order.pdf¤ |

Dear Mr. Hotz:

Please see the attached letter and related documents. For your convenience, I have also copied the body of my letter below.

  

20110111 Notice to  Proposed Order.pdf
G Hotz re N...        (98 KB)

Sony Computer Entertainment America LLC ("SCEA") today has brought a lawsuit in the United States District Court for the Northern District of California against you and others for violating the Digital Millennium Copyright Act ("DMCA") (17 U.S.C. § 1201), the Computer Fraud and Abuse Act (18 U.S.C. §1030), the Copyright Act (17 U.S.C. §501), California's Computer Crime Law (Penal Code §502), and other state laws. SCEA has asked the Court by Motion (sought to be heard tomorrow morning at 9:00 a.m.) to issue against you a temporary restraining order seeking to prevent you, and others acting in concert with you with notice, from the following:

1.  Offering to the public, posting online, marketing, advertising, promoting, installing, distributing, providing, or otherwise trafficking in any circumvention technology, products, services, methods, codes, software tools, devices, component or part thereof, including but not limited to the Elliptic Curve Digital Signature Algorithm ("ECDSA") Keys, encryption and/or decryption keys, dePKG firmware decrypter program, Signing Tools, 3.55 Firmware Jailbreak, and/or any other technologies that enable unauthorized access to and/or copying of the PS3 System and other copyrighted works (hereinafter, "Circumvention Devices").
2.  Providing links from any website to any other website selling, offering for sale, marketing, advertising, promoting, installing, importing, exporting, offering to the public, distributing, providing, posting, or otherwise trafficking in any Circumvention Devices.
3.  Engaging in acts of circumvention of effective technological protection measures ("TPMs") in the PS3 System to access, obtain, remove, or traffic in copyrighted works.
4.  Engaging in unauthorized access to the PS3 System in order to obtain, access, or transmit any program, code, information or command therein.
5.  Publishing, posting, or distributing any information, code, program, instructions, video, or other material obtained by circumventing TPMs in the PS3 System or by engaging in unauthorized access to the PS3 System.
6.  Assisting, facilitating or encouraging others to engage in the conduct set forth above in 1-5.

SCEA also will seek an evidentiary preservation order requiring that you (and others acting with you):

Shall preserve, and not destroy, erase, delete, dispose of, or alter any documents or records, in whatever format, including electronic documents, computer files, computer discs and drives, that relate to, reflect, record, or contain any information regarding the manufacture, distribution, promotion, marketing, advertising, purchase, sale, offer to sell, trafficking, import, export, installation, payment, storage, and/or shipment of any and all of the Circumvention Devices, or any communications with any party concerning the manufacture, distribution, promotion, marketing, advertising, purchase, sale, offer to sell, trafficking, import, export, installation payment, storage, and/or shipment of any and all of the Circumvention Devices.

A complete copy of SCEA's Proposed Order is attached to this Notice. We will email separately to you a copy of SCEA's Motion.

Be advised that if, before the Court can hear and decide the Motion, you continue to engage in the acts sought to be prohibited by the Temporary Restraining Order – or delete, etc., records or other evidence sought to be preserved – SCEA will bring your further actions to the attention of the Court and seek appropriate additional damages and remedies.

Once we receive notice from the court assigning a judge, we will forward the assignment to you and let you know where the Motion

will be heard.

Do not hesitate to contact me at rbricker@kilpatricktownsend.com or (415) 273 4368.

Very truly yours,
Ryan Bricker

R2B:dhy
Encls. (Proposed Order)


Ryan Bricker
**Kilpatrick Townsend & Stockton LLP**
Eighth Floor | Two Embarcadero Center | San Francisco, CA 94111
office 415 273 4368 | fax 415 354 3467
rbricker@kilpatricktownsend.com | www.kilpatricktownsend.com

The contents of this message are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, confidential, and/or exempt from disclosure by applicable law or court order. If you have received this communication in error, please notify us immediately by reply email at the above address and delete it from your computer system. Thank you.

2

## Bricker, Ryan

| | |
|---|---|
| **From:** | Bricker, Ryan |
| **Sent:** | Tuesday, January 11, 2011 4:31 PM |
| **To:** | 'geohot@gmail.com'; 'dudeitsaballoon@gmail.com' |
| **Subject:** | RE: Notice of Filing Lawsuit and Pending Temporary Restraining Order Motion |
| **Importance:** | High |
| **Attachments:** | Motion For TRO.pdf |

Dear Mr. Hotz:

As noted in my previous email and letter, a copy of the Motion as filed is attached here.

Also note that the case has been assigned to the Hon. Judge Susan Illston. Judge Illston's chambers are located at 450 Golden Gate Ave., Courtroom 10, 19th Floor, San Francisco, California 94102.

Very truly yours,
Ryan Bricker

R2B:dhy
Encls. (Motion for Temporary Restraining Order)



Motion For TRO.pdf
    (211 KB)

Ryan Bricker
Kilpatrick Townsend & Stockton LLP
Eighth Floor | Two Embarcadero Center | San Francisco, CA 94111
office 415 273 4368 | fax 415 354 3467
rbricker@kilpatricktownsend.com | www.kilpatricktownsend.com

The contents of this message are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, confidential, and/or exempt from disclosure by applicable law or court order. If you have received this communication in error, please notify us immediately by reply email at the above address and delete it from your computer system. Thank you.

| | |
|---|---|
| **From:** | Bricker, Ryan |
| **Sent:** | Tuesday, January 11, 2011 4:21 PM |
| **To:** | 'geohot@gmail.com'; 'dudeitsaballoon@gmail.com' |
| **Subject:** | Notice of Filing Lawsuit and Pending Temporary Restraining Order Motion |
| **Importance:** | High |

Dear Mr. Hotz:

Please see the attached letter and related documents. For your convenience, I have also copied the body of my letter below.

 << File: 20110111 Notice to G Hotz re Notice of Filing Lawsuit and Pending TRO Motion.PDF >>   << File: Proposed Order.pdf >>

Sony Computer Entertainment America LLC ("SCEA") today has brought a lawsuit in the United States District Court for the Northern District of California against you and others for violating the Digital Millennium Copyright Act ("DMCA") (17 U.S.C. § 1201), the Computer Fraud and Abuse Act (18 U.S.C. §1030), the Copyright Act (17 U.S.C. §501), California's Computer Crime Law (Penal Code §502), and other state laws. SCEA has asked the Court by Motion (sought to be heard tomorrow morning at 9:00 a.m.) to issue against you a temporary restraining order seeking to prevent you, and others acting in concert with you with notice,

1

from the following:

1. Offering to the public, posting online, marketing, advertising, promoting, installing, distributing, providing, or otherwise trafficking in any circumvention technology, products, services, methods, codes, software tools, devices, component or part thereof, including but not limited to the Elliptic Curve Digital Signature Algorithm ("ECDSA") Keys, encryption and/or decryption keys, dePKG firmware decrypter program, Signing Tools, 3.55 Firmware Jailbreak, and/or any other technologies that enable unauthorized access to and/or copying of the PS3 System and other copyrighted works (hereinafter, "Circumvention Devices").
2. Providing links from any website to any other website selling, offering for sale, marketing, advertising, promoting, installing, importing, exporting, offering to the public, distributing, providing, posting, or otherwise trafficking in any Circumvention Devices.
3. Engaging in acts of circumvention of effective technological protection measures ("TPMs") in the PS3 System to access, obtain, remove, or traffic in copyrighted works.
4. Engaging in unauthorized access to the PS3 System in order to obtain, access, or transmit any program, code, information or command therein.
5. Publishing, posting, or distributing any information, code, program, instructions, video, or other material obtained by circumventing TPMs in the PS3 System or by engaging in unauthorized access to the PS3 System.
6. Assisting, facilitating or encouraging others to engage in the conduct set forth above in 1-5.

SCEA also will seek an evidentiary preservation order requiring that you (and others acting with you):

Shall preserve, and not destroy, erase, delete, dispose of, or alter any documents or records, in whatever format, including electronic documents, computer files, computer discs and drives, that relate to, reflect, record, or contain any information regarding the manufacture, distribution, promotion, marketing, advertising, purchase, sale, offer to sell, trafficking, import, export, installation, payment, storage, and/or shipment of any and all of the Circumvention Devices, or any communications with any party concerning the manufacture, distribution, promotion, marketing, advertising, purchase, sale, offer to sell, trafficking, import, export, installation payment, storage, and/or shipment of any and all of the Circumvention Devices.

A complete copy of SCEA's Proposed Order is attached to this Notice. We will email separately to you a copy of SCEA's Motion.

Be advised that if, before the Court can hear and decide the Motion, you continue to engage in the acts sought to be prohibited by the Temporary Restraining Order – or delete, etc., records or other evidence sought to be preserved – SCEA will bring your further actions to the attention of the Court and seek appropriate additional damages and remedies.

Once we receive notice from the court assigning a judge, we will forward the assignment to you and let you know where the Motion will be heard.

Do not hesitate to contact me at rbricker@kilpatricktownsend.com or (415) 273 4368.

Very truly yours,
Ryan Bricker

R2B:dhy
Encls. (Proposed Order)


Ryan Bricker
Kilpatrick Townsend & Stockton LLP
Eighth Floor | Two Embarcadero Center | San Francisco, CA 94111
office 415 273 4368 | fax 415 354 3467
rbricker@kilpatricktownsend.com | www.kilpatricktownsend.com

The contents of this message are intended only for the use of the individual or entity to which they are addressed and may contain information that is privileged, confidential, and/or exempt from disclosure by applicable law or court order. If you have received this communication in error, please notify us immediately by reply email at the above address and delete it from your computer system. Thank you.