KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       mboroumand@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No. CV11-0167 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities  (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could

be substantially affected by the outcome of this proceeding:

    Sony Corporation of America

    Sony Corporation of Japan

    Sony Computer Entertainment Inc.

    Sony Computer Entertainment Europe Ltd.

DATED: January 11, 2011    Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Holly Gaudreau
    JAMES G. GILLILAND, JR.
    TIMOTHY R. CAHN
    MEHRNAZ BOROUMAND SMITH
    HOLLY GAUDREAU
    RYAN BRICKER

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC