1  STEWART KELLAR, State Bar #267747
   E-ttorney at Law™
2  148 Townsend St., Suite 2
   San Francisco, CA 94107
3  Telephone: (415) 742-2303
   Email: stewart@etrny.com
4
   Attorney for Defendant
5  GEORGE HOTZ

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | SONY COMPUTER ENTERTAINMENT        | CASE No.: 3:11-cv-00167
   | AMERICA LLC, a Delaware limited    |
12 | liability company,                 |
   |                                    | AFFIDAVIT OF GEORGE HOTZ
13 |           Plaintiff,               |
   |                                    | Date: January 12, 2011
14 | v.                                 | Time: 9:00 a.m., or as soon as can be
   |                                    | heard
15 | GEORGE HOTZ; HECTOR MARTIN         | Courtroom: 3, 17th Floor
   | CANTERO; SVEN PETER; and DOES 1    | Judge: Hon. Richard Seeborg
16 | through 100,                       |
17 |           Defendants.              |
18

19

20

...

1

AFFIDAVIT OF GEORGE HOTZ

Personally appeared before me, an officer duly authorized by law to administer oaths, George Hotz, who after first being duly sworn, states:

1. My name is George Hotz, and I am of required age and competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true.

2. I am a resident of, and have lived in, New Jersey since approximately 1995.

3. I received notice of this action on Tuesday, January 11, 2011, via an e-mail sent to me on or about 7:00 p.m. A hearing for this case was set for Wednesday, January 12, 2011 at 9:00 a.m.

4. I do not live, reside, or otherwise have sufficient contacts with California that would vest jurisdiction over me.

5. I have not engaged in any unlawful conduct.

6. To the best of my knowledge and belief, I do not have a Playstation Network ("PSN") account. As such, I am not bound by the "Playstation Network Terms of Service and User Agreement."

7. I have never utilized an account with PayPal in connection with any activity relating to the Playstation 3 computer entertainment system.

8. I have never distributed a circumvention device or component through YouTube.

9. I do not currently have an account with Twitter, nor have I had an account with Twitter since on or about June 13, 2010.

10. I have not worked in concert with Defendants "Bushing," Hector Cantero, Sven Peter and "Segher". I have no association or connection with "FAIL0VERFLOW," the purported group or organization that is allegedly composed of Defendants "Bushing," Hector Cantero, Sven Peter and "Segher".

11. I do not support piracy or counterfeiting.

FURTHER AFFIANT SAYETH NOT.

AFFIDAVIT OF GEORGE HOTZ

| | |
|---|---|
| 1 | *[signature]* |
| 2 | George Hotz |
| 3 | |
| 4 | |
| 5 | Subscribed and sworn to before me |
| 6 | this 12th day of January, 2011. |
| 7 | |
| 8 | |
| 9 | *[signature]* Zamara C. |
| 10 | Notary Public |
| 11 | |
| 12 | [SEAL] OFFICIAL SEAL ZAMARA COLON NOTARY PUBLIC – NEW JERSEY My Comm. Expires May 13, 2015 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

AFFIDAVIT OF GEORGE HOTZ