```
 1  KILPATRICK TOWNSEND & STOCKTON LLP
    JAMES G. GILLILAND, JR. (State Bar No. 107988)
 2  TIMOTHY R. CAHN (State Bar No. 162136)
    MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
 3  HOLLY GAUDREAU (State Bar No. 209114)
    RYAN BRICKER (State Bar No. 269100)
 4  Two Embarcadero Center Eighth Floor
    San Francisco, CA  94111
 5  Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300
 6  Email: jgilliland@kilpatricktownsend.com
           tcahn@kilpatricktownsend.com
 7         mboroumand@kilpatricktownsend.com
           hgaudreau@kilpatricktownsend.com
 8         rbricker@kilpatricktownsend.com

 9  Attorneys for Plaintiff
    SONY COMPUTER ENTERTAINMENT AMERICA LLC
10
```

|    |                                         |                                                                                      |
|----|-----------------------------------------|--------------------------------------------------------------------------------------|
| 11 | UNITED STATES DISTRICT COURT            |                                                                                      |
| 12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |                                                                                      |
| 13 | SAN FRANCISCO DIVISION                  |                                                                                      |
| 14 | SONY COMPUTER ENTERTAINMENT AMERICA LLC, | Case No.  CV11-0167 SI                                                              |
| 15 |                                         | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B AND D TO SUPPLEMENTAL DECLARATION OF RYAN BRICKER REGARDING DEFENDANT HOTZ AND THIRD PARTIES' ACTIVITY AFTER RECEIVING NOTICE OF LAWSUIT IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| 16 | Plaintiff,                              |                                                                                      |
| 17 | v.                                      |                                                                                      |
| 18 | GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100, |                                                      |
| 19 |                                         |                                                                                      |
| 20 | Defendants.                             |                                                                                      |
| 21 |                                         | Date:       January 13, 2011                                                         |
| 22 |                                         | Time:       9:00am, or as soon as can be heard                                       |
|    |                                         | Courtroom:  10, 19th Floor                                                           |
|    |                                         | Judge:      Hon. Susan Illston                                                       |

ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. CV11-0167 SI

Pursuant to Local Rules 7-11 and 79-5, Plaintiff Sony Computer Entertainment America LLC ("SCEA") submits this Administrative Motion to file under seal Exhibits B and D to Supplemental Declaration of Ryan Bricker Regarding Defendant Hotz and Third Parties' Activity After Receiving Notice of Lawsuit In Support of Plaintiff's *Ex Parte* Motion For Temporary Restraining Order. Pursuant to Local Rule 79-5 (c) (3), SCEA is lodging with the Clerk a copy of these documents for filing under seal. This motion is supported by the Declaration of Holly Gaudreau ("Gaudreau Decl.") filed concurrently herein.

The above referenced exhibits to the Bricker Declaration contain download hyperlinks corresponding to circumvention devices and/or instructions on how to circumvent the technological protection measures ("TPMs") in SCEA's PlayStation®3 computer entertainment system ("PS3 System"). Gaudreau Decl. at ¶3.

SCEA has brought this action to put an end to Defendants' illegal circumvention of these TPMs in its PS3 System. SCEA, therefore, does not want the means of such circumvention – the very practice it is aiming to stop – to be a matter of public record, thereby making the information further available and enabling others to engage in this illegal practice. *Id.* at ¶4. SCEA's request is narrowly tailored to seal only those materials for which good cause to seal has been established. *Id.* at ¶5.

Accordingly, SCEA respectfully requests that the Court grant its Administrative Motion to file the aforementioned exhibits under seal.

DATED: January 12, 2011         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Holly Gaudreau.*
    Holly Gaudreau


Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

63098784 v1