KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       mboroumand@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>        Defendants. | Case No. CV11-0167 SI<br><br>**DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B AND D TO SUPPLEMENTAL DECLARATION OF RYAN BRICKER REGARDING DEFENDANT HOTZ AND THIRD PARTIES' ACTIVITY AFTER RECEIVING NOTICE OF LAWSUIT IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:         January 13, 2011<br>Time:         9:00am, or as soon as can be heard<br>Courtroom:  10, 19th Floor<br>Judge:        Hon. Susan Illston |

I, Holly Gaudreau, declare as follows:

1.   I am an attorney in the law firm of Kilpatrick Townsend & Stockton LLP, counsel of record for plaintiff Sony Computer Entertainment America LLC ("SCEA") in the above-

captioned matter. I make this declaration on personal knowledge and if called as a witness could and would testify competently thereto.

2. SCEA seeks to file under seal Exhibits B and D to Supplemental Declaration of Ryan Bricker Regarding Defendant Hotz and Third Parties' Activity After Receiving Notice of Lawsuit In Support of Plaintiff's *Ex Parte* Motion For Temporary Restraining Order.

3. The above referenced exhibits to the Bricker Declaration contain hyperlinks for downloading circumvention devices and instructions on how to circumvent the technological protection measures ("TPMs") in SCEA's PlayStation®3 computer entertainment system ("PS3 System").

4. SCEA has brought this action to put an end to Defendants' illegal circumvention of these TPMs in its PS3 System. SCEA, therefore, does not want the means of such circumvention – the very practice it is aiming to stop – to be a matter of public record, thereby making the information further available and enabling others to engage in this illegal practice.

5. SCEA's request is narrowly tailored to seal only those materials for which good cause to seal has been established.

6. I contacted counsel for Defendant Hotz on January 12, 2011, in anticipation of filing this motion, seeking a stipulation to lodge Exhibits B and D under seal pursuant to Local Rule 7-11(a). A stipulation could not be obtained because counsel declined.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 12, 2011, at San Francisco, California.

          */s/ Holly Gaudreau*
          Holly Gaudreau

63099330 v1