1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3  HOLLY GAUDREAU (State Bar No. 209114)
   RYAN BRICKER (State Bar No. 269100)
4  Two Embarcadero Center Eighth Floor
   San Francisco, CA  94111
5  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
6  Email: jgilliland@kilpatricktownsend.com
           tcahn@kilpatricktownsend.com
7          mboroumand@kilpatricktownsend.com
           hgaudreau@kilpatricktownsend.com
8          rbricker@kilpatricktownsend.com

9  Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA LLC

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

| 14 | SONY COMPUTER ENTERTAINMENT AMERICA LLC, | Case No.  11-cv-00167 SI |
|----|---|---|
| 15 | | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBITS B AND D TO DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT** |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | Date:        January 13, 2011<br>Time:        9:00am, or as soon as can<br>              be heard |
| 22 | | Courtroom: 10, 19th Floor<br>Judge:       Hon. Susan Illston |

23

24

25

26

27

28

1       For good cause shown, Plaintiff Sony Computer Entertainment America LLC

2   ("SCEA")'s Administrative Motion to File Under Seal Exhibits B and D to Declaration of Ryan

3   Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order And Order To Show

4   Cause Re Preliminary Injunction; Order of Impoundment, is **GRANTED**.

5

6       **IT IS SO ORDERED**.

7

8   DATED:_____                    _____

9                                            UNITED STATES DISTRICT JUDGE

10

11   63094523 v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28