KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:   jgilliland@kilpatricktownsend.com
         tcahn@kilpatricktownsend.com
         mboroumand@kilpatricktownsend.com
         hgaudreau@kilpatricktownsend.com
         rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV11-0167 SI<br><br>**SUPPLEMENTAL DECLARATION OF RYAN BRICKER REGARDING DEFENDANT HOTZ AND THIRD PARTIES' ACTIVITY AFTER RECEIVING NOTICE OF LAWSUIT IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:        January 13, 2011<br>Time:       9:00 a.m., or as soon as can be heard<br>Courtroom: 10, 19th Floor<br>Judge:      Hon. Susan Illston |

I, Ryan Bricker, declare:

1.      I am an associate at Kilpatrick Townsend & Stockton LLP, counsel of record for Sony Computer Entertainment America LLC ("SCEA") in the above-captioned matter.  I have personal knowledge of the facts stated in this declaration, unless otherwise indicated, and could and would testify competently thereto.

2.      Shortly after receiving actual notice of SCEA's *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, Order of Impoundment, and Proposed Order ("SCEA's Motion for TRO"), Defendant George Hotz removed the circumvention devices from his website, including the Metldr Keys text, and links to the 3.55 Firmware Jailbreak and Signing Tools.  A true and correct copy of his website, visited at 6:53PM PST, January 11, 2011, is attached hereto as <u>Exhibit A</u>.

3.      A few hours later, Hotz re-posted the Metldr Keys text, and links to the 3.55 Firmware Jailbreak and Signing Tools.  A true and correct copy of his website, visited at 8:14PM PST, January 11, 2011, is attached hereto as <u>Exhibit B</u>, along with a screen capture verifying that the links are active, and the 3.55 Firmware Jailbreak and Signing Tools can be downloaded.

4.      A forum post at <www.ps3news.com> reproduced comments made by Hotz through an "Internet Relay Chat" ("IRC") forum on January 11, 2011, including the following statements, regarding relocation to Spain and re-posting the circumvention devices:

> geohot: moving to spain :P
> geohot: old index page and jailbreak.zip has been restored to geohot.com

A true and correct copy of that post is attached hereto as <u>Exhibit C</u>.

5.      On January 12, 2011, users of several online forums that discuss hacking the PlayStation® 3 System ("PS3 System") posted links to and "mirrors" of repositories containing all circumvention devices discussed in SCEA's Motion for TRO, including all circumvention devices (*i.e.*, code, keys, software tools, and/or programs) distributed by Hotz

SUPPLEMENTAL DECLARATION OF RYAN BRICKER REGARDING DEFENDANT HOTZ AND THIRD PARTIES'
ACTIVITY AFTER RECEIVING NOTICE OF LAWSUIT IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR
TEMPORARY RESTRAINING ORDER
CASE NO. CV11-0167 SI

1

1  and the FAIL0VERFLOW Defendants, and all SCEA security and encryption "Keys."  One

2  such repository containing all circumvention devices distributed by the FAIL0VERFLOW

3  Defendants was created by third party hacker "Hermes."  Users posted links to these

4  repositories in connection with comments such as "Its a response of [sic] sony measures",

5  and "Hermes is asking for our cooperation, . . . the idea is to clone the repository many times

6  so that the failoverfl0w tools [sic] to reach more developers, we can all work together cloning

7  the repository."  True and correct copies of the "Hermes" repository, and a page at

8  <www.psx-scene.com> discussing this distribution of circumvention devices are attached

9  hereto as <u>Exhibit D</u>.

10       I declare under penalty of perjury on this date under the laws of the United States in

11  San Francisco, California that the foregoing is true and correct.

12

13

14  DATED:  January 12 2011                     /s/ Ryan Bricker
                                              Ryan Bricker

15

16

17

18

19

20

21

22

23

24

25

26

27

28