KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:   jgilliland@kilpatricktownsend.com
         tcahn@kilpatricktownsend.com
         mboroumand@kilpatricktownsend.com
         hgaudreau@kilpatricktownsend.com
         rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>　　　　　　Defendants. | CASE NO. CV11-0167 SI<br><br>**SECOND SUPPLEMENTAL DECLARATION OF RYAN BRICKER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:　　　January 13, 2011<br>Time:　　　9:00 a.m., or as soon as can be heard<br>Courtroom: 10, 19th Floor<br>Judge:　　　Hon. Susan Illston |

I, Ryan Bricker, declare:

1. I am an associate at Kilpatrick Townsend & Stockton LLP, counsel of record for Sony Computer Entertainment America LLC ("SCEA") in the above-captioned matter. I have personal knowledge of the facts stated in this declaration, unless otherwise indicated, and could and would testify competently thereto.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of an article published at <ihackintosh.com> on January 23, 2010, reproducing a screen capture of a Twitter message posted by Defendant George Hotz using the Twitter account "geohot." The message reads: "fine, one tweet... i just hacked the PS3... http://geohotps3.blogspot.com".

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of an article published at <gamesradar.com> on January 7, 2011, reproducing screen capture of a Twitter message posted by Hotz using the Twitter account "geohot." The message reads: "PS3 exploit released... good luck community http://geohotps3.blogspot.com".

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a blog post published by Hotz on January 23, 2010, at <geohotps3.blogspot.com> titled "Hello hypervisor, I'm geohot", and explaining that Hotz had gained "read/write access to the entire system memory." Hotz encourages readers to "follow @geohot on twitter". Comments in response to the blog post appear below the text, some indicating that Hotz received online financial donations, including the following:

> adminsaid...
> i love u man!!!!!!! i really am! we are waiting to play all the ps3 games atleastt! **i will donate u**
> January 23, 2010 6:44 AM
>
> CSCsaid...
> **i agreed on donation to Geohot !!!**
> January 23, 2010 7:45 AM
>
> Kirillersaid...
> **Thanks GeoHot, substantial donations are coming to you,** dont even think of sharing the info or taking any bribe from sony, people will offer far much greater amount and satisfaction then sony ever will :) Keep it on the downlow, so it dosnt get patched or f*cked with, we dont want to end up at ground 0 once again after so many

years.
Cheers to you buddy.
January 23, 2010 9:02 AM

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a forum post published at <psx-scene.com> on January 7, 2011, a few hours after Hotz released the 3.55 Firmware Jailbreak, reproducing comments Hotz made through an "Internet Chat Relay" ("IRC") forum, stating that he was using the 3.55 Firmware Jailbreak to play an emulated version of the Super Mario World video game:

> [19:01] <@geohot> i want to play super mario world
> [19:01] <@rms> i want to play chrono triggerr
> [19:04] <@geohot> playing super mario world right now made all my time investment worth it

I declare under penalty of perjury on this date under the laws of the United States in San Francisco, California that the foregoing is true and correct.

DATED: January 13, 2011              /s/ Ryan Bricker
                                     Ryan Bricker

SECOND SUPPLEMENTAL DECLARATION OF RYAN BRICKER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER
CASE NO. CV11-0167 SI

2