IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT, | No. C 11-00167SI |
| Plaintiff, | **NOTICE** |
| v. | |
| GEORGE HOTZ, | |
| Defendant. / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for temporary restraining order has been scheduled for argument on Friday, January 14, 2011, at 9:00 a.m.

Dated: January 13, 2011                                RICHARD W. WIEKING, Clerk

                                                                                Tracy Forakis
                                                                                Deputy Clerk