KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       mboroumand@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>             Defendants. | Case No. 11-cv-00167 SI<br><br>**ADMINISTRATIVE MOTION TO FILE EXHIBITS T AND X TO DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT**<br><br>Date:<br>Time:<br>Courtroom: 10, 19th Floor<br>Judge:     Hon. Susan Illston |

Pursuant to Local Rules 7-11 and 79-5, Plaintiff Sony Computer Entertainment America LLC ("SCEA") submits this Administrative Motion to File Under Seal Exhibits T and X to Declaration of Ryan Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction; Order of Impoundment ("Bricker Declaration").  Pursuant to Local Rule 79-5 (c) (3), SCEA is lodging with the Clerk a copy of this document for filing under seal.  This motion is supported by the Declaration of Holly Gaudreau ("Gaudreau Decl.") filed concurrently herein.

On January 11, 2011, SCEA filed an Administrative Motion to File Under Seal Exhibits D, G, U, V, W, Y, and CC to the Bricker Declaration.  However, Exhibits T and X to the Bricker Declaration were inadvertently omitted from that filing.  Like Exhibits D, G, U, V, W, Y and CC, Exhibits T and X contain explicit instructions on how to circumvent the technological protection measures ("TPMs") in SCEA's PlayStation®3 computer entertainment system ("PS3 System").  Gaudreau Decl., ¶3.

SCEA has brought this action to put an end to Defendants' illegal circumvention of these TPMs in its PS3 System.  SCEA, therefore, does not want the means of such circumvention – the very practice it is aiming to stop – to be a matter of public record, thereby making the information further available and enabling others to engage in this illegal practice.  *Id.* at ¶4.  SCEA's request is narrowly tailored to seal only those materials for which good cause to seal has been established.  *Id.* at ¶5.

///
///
///
///
///
///
///
///
///

Accordingly, SCEA respectfully requests that the Court grant its Administrative Motion to file Exhibits T and X to the Bricker Declaration under seal.

DATED: January 13, 2011          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: /s/Holly Gaudreau
    JAMES G. GILLILAND, JR.
    TIMOTHY R. CAHN
    MEHRNAZ BOROUMAND SMITH
    HOLLY GAUDREAU
    RYAN BRICKER

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

63096591 v1