```
1   KILPATRICK TOWNSEND & STOCKTON LLP
    JAMES G. GILLILAND, JR. (State Bar No. 107988)
2   TIMOTHY R. CAHN (State Bar No. 162136)
    MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3   HOLLY GAUDREAU (State Bar No. 209114)
    RYAN BRICKER (State Bar No. 269100)
4   Two Embarcadero Center Eighth Floor
    San Francisco, CA  94111
5   Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300
6   Email: jgilliland@kilpatricktownsend.com
           tcahn@kilpatricktownsend.com
7          mboroumand@kilpatricktownsend.com
           hgaudreau@kilpatricktownsend.com
8          rbricker@kilpatricktownsend.com

9   Attorneys for Plaintiff
    SONY COMPUTER ENTERTAINMENT AMERICA LLC
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>          Defendants. | Case No. 11-cv-00167 SI<br><br>**DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS T AND X TO DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT**<br><br>Date:<br>Time:<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

I, Holly Gaudreau, declare as follows:

1. I am an attorney in the law firm of Kilpatrick Townsend & Stockton LLP, counsel of record for plaintiff Sony Computer Entertainment America LLC ("SCEA") in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness

1 could and would testify competently thereto.

2. On January 11, 2011, SCEA filed an Administrative Motion to File Under Seal Exhibits D, G, U, V, W, Y, and CC to the Bricker Declaration. However, Exhibits T and X to the Bricker Declaration were inadvertently omitted from that filing.

3. Like Exhibits D, G, U, V, W, Y and CC, Exhibits T and X contain explicit instructions on how to circumvent the technological protection measures ("TPMs") in SCEA's PlayStation®3 computer entertainment system ("PS3 System").

4. SCEA has brought this action to put an end to Defendants' illegal circumvention of these TPMs in its PS3 System. SCEA, therefore, does not want the means of such circumvention – the very practice it is aiming to stop – to be a matter of public record, thereby making the information further available and enabling others to engage in this illegal practice.

5. SCEA's request is narrowly tailored to seal only those materials for which good cause to seal has been established.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 13, 2011, at San Francisco, California.

                          /s/Holly Gaudreau
                          Holly Gaudreau

63096592 v1

DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS T AND X TO BRICKER DECLARATION
CASE NO. 11-cv-.00167 SI

- 2 -