KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       mboroumand@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>           Defendants. | Case No.  11-cv-00167 SI<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBITS T AND X TO DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT**<br><br>Date:        January 13, 2011<br>Time:        9:00am, or as soon as can be heard<br>Courtroom: 10, 19th Floor<br>Judge:       Hon. Susan Illston |

1  For good cause shown, Plaintiff Sony Computer Entertainment America LLC
2  ("SCEA")'s Administrative Motion to File Under Seal Exhibits T and X to Declaration of Ryan
3  Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order And Order To Show
4  Cause Re Preliminary Injunction; Order of Impoundment, is **GRANTED**.

   **IT IS SO ORDERED**.

   DATED:_____                               _____
                                                     UNITED STATES DISTRICT JUDGE

   63100398 v1