1   KILPATRICK TOWNSEND & STOCKTON LLP
    JAMES G. GILLILAND, JR. (State Bar No. 107988)
2   TIMOTHY R. CAHN (State Bar No. 162136)
    MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3   HOLLY GAUDREAU (State Bar No. 209114)
    RYAN BRICKER (State Bar No. 269100)
4   Two Embarcadero Center Eighth Floor
    San Francisco, CA  94111
5   Telephone:  (415) 576-0200
    Facsimile:  (415) 576-0300
6   Email: jgilliland@kilpatricktownsend.com
            tcahn@kilpatricktownsend.com
7           mboroumand@kilpatricktownsend.com
            hgaudreau@kilpatricktownsend.com
8           rbricker@kilpatricktownsend.com

9   Attorneys for Plaintiff
    SONY COMPUTER ENTERTAINMENT AMERICA LLC

10

11                  UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14  SONY COMPUTER ENTERTAINMENT          Case No. 11-cv-00167 SI
    AMERICA LLC,
15                                       **PLAINTIFF'S NOTICE OF MOTION
                                         AND MOTION TO REMOVE
16           Plaintiff,                  INCORRECTLY FILED DOCUMENTS;
                                         DOCKET NUMBER [4]**
16      v.
17
    GEORGE HOTZ; HECTOR MARTIN           Date:
18  CANTERO; SVEN PETER; and DOES 1      Time:
    through 100,                         Courtroom:  10, 19th Floor
19                                       Judge:      Hon. Susan Illston
             Defendants.
20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [4]
Case No. 11-cv-.00167 SI

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Plaintiff Sony Computer Entertainment America LLC ("SCEA") submits this Motion to Remove Incorrectly Filed Documents Exhibits T and X  to Declaration of Ryan Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction; Order of Impoundment ("Bricker Declaration"), Docket No. [4].  Pursuant to Local Rule 79-5 (b), when electronically filed, counsel inadvertently included Exhibits T and X in the public version of the filed copy of the declaration.  Exhibits T and X should have been lodged under seal.  Declaration of Holly Gaudreau, ¶2.

After discovering the error, counsel called the ECF Help Desk and put a temporary lock on the document.  Similar to the other documents that SCEA has lodged under seal, Exhibits T and X contain explicit instructions on how to circumvent the technological protection measures in SCEA's PlayStation®3 ("PS3") computer entertainment system ("PS3 System").  *Id.* at ¶3

SCEA has brought this action to put an end to Defendants' illegal circumvention of these TPMs in its PS3 System.  SCEA, therefore, does not want the means of such circumvention – the very practice it is aiming to stop – to be a matter of public record, thereby making the information further available and enabling others to engage in this illegal practice.  *Id.* at ¶4.  SCEA's request is narrowly tailored to seal only those materials for which good cause to seal has been established.  *Id.* at ¶4.

///

///

///

///

///

///

///

///

1    Accordingly, SCEA respectfully requests that Docket No. [4] be permanently deleted

2    from the docket.

3

4    DATED: January 14, 2011          Respectfully submitted,

5                                     KILPATRICK TOWNSEND & STOCKTON LLP

6

7                                     By:  /s/Holly Gaudreau
                                          JAMES G. GILLILAND, JR.
                                          TIMOTHY R. CAHN
8                                         MEHRNAZ BOROUMAND SMITH
                                          HOLLY GAUDREAU
9                                         RYAN BRICKER

10

11                                   Attorneys for Plaintiff
                                     SONY COMPUTER ENTERTAINMENT AMERICA LLC

12

13   63100663 v1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28