1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3  HOLLY GAUDREAU (State Bar No. 209114)
   RYAN BRICKER (State Bar No. 269100)
4  Two Embarcadero Center Eighth Floor
   San Francisco, CA  94111
5  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
6  Email: jgilliland@kilpatricktownsend.com
            tcahn@kilpatricktownsend.com
7           mboroumand@kilpatricktownsend.com
            hgaudreau@kilpatricktownsend.com
8           rbricker@kilpatricktownsend.com

9  Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>          Defendants. | Case No.  CV-11-00167 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [4]**<br><br>Date:<br>Time:   10:00<br>Dept.:  Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston |
|---|---|



1  Plaintiff Sony Computer Entertainment America LLC ("SCEA")'s Motion to Remove
2 Incorrectly Filed Document was presented to the Court. Upon consideration of the Motion,
3 the Court finds there is good cause to remove Docket No. [4] from the record.
4  IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remove Incorrectly Filed
5 Document is GRANTED and Docket No. [4] is permanently deleted from the Court's
6 docket.

9  IT IS SO ORDERED.

11  DATED:_____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET
NUMBER [4]
CASE NO. 11-CV-00167 SI

1  63100813 v1

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



CASE NO.