KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       mboroumand@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No. 11-cv-00167 SI<br><br>**DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [4]**<br><br>Date:<br>Time:<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

I, Holly Gaudreau, declare as follows:

1. I am an attorney in the law firm of Kilpatrick Townsend & Stockton LLP, counsel of record for plaintiff Sony Computer Entertainment America LLC ("SCEA") in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness

1  could and would testify competently thereto.

2      2.    Pursuant to Local Rule 79-5 (b), counsel inadvertently included Exhibits T and X
3  in the public version of the filed copy of the declaration. Exhibits T and X should have been
4  lodged under seal.

5      3.    After discovering the error, counsel called the ECF Help Desk and put a
6  temporary lock on the document. Similar to the other documents that SCEA has lodged
7  under seal, Exhibits T and X contain explicit instructions on how to circumvent the
8  technological protection measures in SCEA's PlayStation®3 ("PS3") computer entertainment
9  system ("PS3 System").

10     4.    SCEA has brought this action to put an end to Defendants' illegal circumvention
11 of these TPMs in its PS3 System. SCEA, therefore, does not want the means of such
12 circumvention – the very practice it is aiming to stop – to be a matter of public record, thereby
13 making the information further available and enabling others to engage in this illegal practice.
14 *Id.* at ¶4. SCEA's request is narrowly tailored to seal only those materials for which good
15 cause to seal has been established.

16 I declare under penalty of perjury under the laws of the United States that the
17 foregoing is true and correct to the best of my knowledge and belief.

18 Executed on January 13, 2011, at San Francisco, California.

20                                            */s/Holly Gaudreau*
                                           Holly Gaudreau

22 63100896 v1