```
 1  STEWART KELLAR, State Bar #267747
    E-ttorney at Law™
 2  148 Townsend St., Suite 2
    San Francisco, CA  94107
 3  Telephone: (415) 742-2303
    Email: stewart@etrny.com
 4
    Attorney for Defendant
 5  GEORGE HOTZ
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | CASE No.: 3:11-cv-00167<br><br>**SUPPLEMENTAL DECLARATION OF STEWART KELLAR IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date: January 13, 2011<br>Time: 9:00 a.m., or as soon as can be heard<br>           Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

1

AFFIDAVIT OF GEORGE HOTZ

I, Stewart Kellar, declare:

    1. I am counsel of record for Mr. George Hotz in the above-captioned matter. I have personal knowledge of the facts stated in this declaration, unless otherwise indicated, and could and would testify competently thereto.

    2. Attached hereto as Exhibit A is a true and correct copy of an article published at "playstation.com" on March, 28, 2010, The post reads in pertinent part: " will disable the "Install Other OS" feature that was available on the PS3 systems prior to the current slimmer models, launched in September 2009 . . . Consumers and organizations that currently use the "Other OS" feature can choose not to upgrade their PS3 systems, although the following features will no longer be available; Ability to sign in to PlayStation Network and use network features that require signing in to PlayStation Network, such as online features of PS3 games and Chat; Playback of PS3 software titles or Blu-ray Disc videos that require PS3 system software version 3.21 or later; Playback of copyright-protected videos that are stored on a media server (when DTCP-IP is enabled under Settings); Use of new features and improvements that are available on PS3 system software 3.21 or later."

    3. Attached hereto as Exhibit B is a true and correct copy of a changelog published at "us.playstation.com" at or around March 28, 2010, containing statements that the update removes features of the Playstation computer. The statement reads: "The [Install Other OS] and [Default System] features have been deleted. If you update your system software to version 3.21 or later, you will not be able to use [Install Other OS] or [Default System]."

    4. Attached hereto as Exhibit C is a true and correct copy of an article published at "ign.com" on April 28, 2010, entitled "Sony Sued For Removal Of Linux Support From PS3." The article begins: "A class action lawsuit has been filed against Sony Computer Entertainment America for the removal of the 'Other OS' feature from the PlayStation 3."

    5. Attached hereto as Exhibit D is a true and correct copy of an article published at "sfgate.com" on December 5, 2009, entitled "New game for PlayStation 3: Crunching Numbers." The article mentions several noninfringing uses of the Playstation computers non-video game related features. The article states: "Through Stanford University's Folding@home project,

2

AFFIDAVIT OF GEORGE HOTZ

almost 40,000 PS3s volunteered by their owners during idle time currently contribute to the study of protein folding" and The U.S. Air Force Research Laboratory in Rome, N.Y., uses a cluster of 336 PS3s for research on urban surveillance and large image processing." And "Since the PS3's unveiling in 2005, the console has been touted not only for its amped-up gaming capabilities but also for its ability to generate complex real-time graphics and calculations thanks to its ground-breaking Cell processor, created by IBM in collaboration with Sony and Toshiba. What particularly caught the attention of researchers was the PS3's ability to have the Linux operating system installed on it - which allows the gaming console to be transformed into a powerful home computer."

I declare under penalty of perjury on this date under the laws of the United States in San Francisco, California that the foregoing is true and correct.

DATE: January 13, 2011          Respectfully Submitted,

                                *[signature]*

                                STEWART KELLAR

3

AFFIDAVIT OF GEORGE HOTZ