**EXHIBIT A TO
SUPPLEMENTAL DECLARATION OF STEWART
KELLAR IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S EX PARTE MOTION
FOR TEMPORARY RESTRAINING ORDER**







**Find friends. Download demos. Join the conversation.**

Join Now Login

- **PLAYSTATION**.BLOG
- **PLAYSTATION**.BLOG SHARE

QUICK UPDATES // PlayStation: New to PlayStation Home - personal spaces, games & military uniforms. Plus new LBP2 episode coming from HHG. http://bit.ly/dSqkjv // PSB on Twitter



Mar 28



# PS3 Firmware (v3.21) Update

Posted by Patrick Seybold // Sr. Director, Corporate Communications & Social Media

The next system software update for the PlayStation 3 (PS3) system will be released on April 1, 2010 (JST), and will disable the "Install Other OS" feature that was available on the PS3 systems prior to the current slimmer models, launched in September 2009. This feature enabled users to install an operating system, but due to security concerns, Sony Computer Entertainment will remove the functionality through the 3.21 system software update.

In addition, disabling the "Other OS" feature will help ensure that PS3 owners will continue to have access to the broad range of gaming and entertainment content from SCE and its content partners on a more secure system.

Consumers and organizations that currently use the "Other OS" feature can choose not to upgrade their PS3 systems, although the following features will no longer be available;

- Ability to sign in to PlayStation Network and use network features that require signing in to PlayStation Network, such as online features of PS3 games and chat
- Playback of PS3 software titles or Blu-ray Disc videos that require PS3 system software version 3.21 or later
- Playback of copyright-protected videos that are stored on a media server (when DTCP-IP is enabled under Settings)
- Use of new features and improvements that are available on PS3 system software 3.21 or later

For those PS3 users who are currently using the "Other OS" feature but choose to install the system software update, to avoid data loss they first need to back-up any data stored within the hard drive partition used by the "Other OS," as they will not be able to access that data following the update.

Additional information about PS3 firmware updates, including v3.21 (once it becomes available), can be found here:
http://us.playstation.com/support/systemupdates/ps3/index.htm

PS3 owners who have further questions should contact Consumer Services:
http://us.playstation.com/support/ask/
800-345-7669 (800-345-SONY)

Tagged // firmware, ps3

Filed: Firmware, PlayStation 3, PlayStation Hardware

■❚□□□ (Average: **1.53** out of 5)

- 7,440 Comments
- Share on Twitter
- Share on Facebook
- Share on del.icio.us
- Share on Digg

# 7,440 Comments **Add your own**

Pages: 1 **2** **3** ... **149** **Next »**

1



Nick-30 | March 28th, 2010 at 5:34 pm

#1.

I was excited at first when i read the title, but then realized they weren't adding anything good.

:( Im disappointed.

2



The_Assassin03 | March 28th, 2010 at 5:34 pm

Is that all? A lot of people I know are going to be angry.

3



htwyford | March 28th, 2010 at 5:34 pm

FIRST!

I've been waiting almost four months…to disable a feature I don't have? Oh well I see where you're going. nice anti-hacker move.

4



htwyford | March 28th, 2010 at 5:35 pm

Oh…no first

5



SolidOni_ds | March 28th, 2010 at 5:38 pm

Wait…you are REMOVING a feature? What's next? Removing BC from early PS3 adopters? Terrible update sony, teeeerrible.

6



kylexla2 | March 28th, 2010 at 5:41 pm

will this do anything to my backed up data before and after the update? even though I dont use this feature at all

7



Solid_Leaf | March 28th, 2010 at 5:41 pm

hmmm so I'm updating to remove a feature………. next update better be 100x better and soon

8



Jpeg6 | March 28th, 2010 at 5:43 pm

I agree with the above. I don't think that this is the greatest move. I was considering putting another OS on my PS3, but now it seems as if that option will be gone forever. And why no add some more features instead of just taking them away?

9



PBarnum | March 28th, 2010 at 5:43 pm

Hahahahaha! Nice April fools joke… Because, that IS what you are aiming for, right?

10



DDavidian | March 28th, 2010 at 5:44 pm

I'm very disappointed as well. When are we getting new features instead of getting what we already have taken away?

11



ILOVEPLASTATION3 | March 28th, 2010 at 5:44 pm

Well I doubt that many people even used the feature anyways so, I'd rather be protected than not. ;)

12



dwight123 | March 28th, 2010 at 5:44 pm

Wow big disapointment )= but I expected this.Never giving consumers what they really want! EPIC FAIL SONY!

13



scrappy300 | March 28th, 2010 at 5:46 pm

So you are going to mess up those who were properly using Linux and also stopping the various governments who buy the PS3′s to create a supercomputer? BTW if you daisy-chain eight PS3′s together you get more processing power than most supercomputers.

14



HippieMan420 | March 28th, 2010 at 5:46 pm

This is so stupid. I spent 500 us dollars on this system to be able to use whatever features it came with. Preventing hackers is one thing, but taking away a feature that I paid for is another. This is a step backwards in my opinion.

15



StuntF50 | March 28th, 2010 at 5:46 pm

An update to REMOVE a feature from the superior older PlayStation 3s?

A feature that may have made some people purchase PS3 in the first place?

I don't use the feature but I know a lot of people who are going to be outraged over this.

16



Lolsa1 | March 28th, 2010 at 5:47 pm

I could care less but there are going to be a lot mad people.

17



CruzaderXL | March 28th, 2010 at 5:47 pm

Is this an April fools joke?

18



DMPrince | March 28th, 2010 at 5:48 pm

LAME for removing the OS feature. Why not tell us the real reason. You're afraid of hackers.

Anyways i still <3 Chris Morell!

19



NewYork214 | March 28th, 2010 at 5:48 pm

wow sucks for those people. doesnt affect me since i dont use it but sucks for them.

20



Korlithiel | March 28th, 2010 at 5:49 pm

Wow Sony, way to shaft consumers by removing a neat feature. I can understand not supporting it, but this is the same thing that's happened on the PSP with a certain file type support being removed just because you guys can't keep the system secure.

21



Wilsonvolley | March 28th, 2010 at 5:49 pm

Probably is an April fools joke, I didn't know update 3.20 was out, and this one says 3.21

22



AdaptiveSystems | March 28th, 2010 at 5:49 pm

and i'd update to this, because why? seriously, i hardly use the linux install on my ps3, but to get rid of the feature, would be retarded!

23



VIPER9 | March 28th, 2010 at 5:49 pm

APRIL FOOLS!

24



frazevedo | March 28th, 2010 at 5:50 pm

Sorry, but there are other things you should be working on. I personaly i dont use the other os feature, but i know its an important feature for some people. There will be some hate here for same time regarding this! Please, consider no taking this feature off or limiting or modding the other os feature to adress the software pirate issue. Think of the first supporters of the hardware that chose this console for the various features that it had including this one. Thats all for now. Thanks

25



isolatebody | March 28th, 2010 at 5:50 pm

Since removing features from the PS3 seems to be high on the priority list lets disable the wifi, charge for online access and make us use wired controllers.

26



UnholierThanThou | March 28th, 2010 at 5:50 pm

This update is bull. This is as bad as Apple going into people's devices and removing content the users paid for. I personally own a slim so this doesn't affect me, but I still believe that those who own compatible systems and choose to run OSs such as Linux should NOT be made to use Sony's CRAPPY proprietary OS. And as far as your "security concerns" excuse, ANYONE can see that that is complete BULL. Stick to working on giving us MORE features, such as a media controller that is FULLY FUNCTIONAL instead of punishing the ones who chose to spend $700 on your system who don't want to be locked in to using the sh!tty OS that you provide for us. [DELETED] this update, Sony.

27



Elsa | March 28th, 2010 at 5:52 pm

It really pisses me off when a company can't make up their minds. I bought a launch PS3 because one of the features was the "install other OS" option. I also did NOT want an Xbox Achievement e-penis system… yet you are now dumping PS specific features and have been adopting Xbox features.

Make a plan… and stick to it. Don't screw your early adopters.

28



UnholierThanThou | March 28th, 2010 at 5:52 pm

To ammend my previous comment (provided it even gets posted pending moderation) I TRULY hope that this is an April Fool's joke. It seriously had better be.

29



DNAgent | March 28th, 2010 at 5:56 pm

WTF?! I got a early PS3 and now I am getting features REMOVED from it?! What's next? Are you gonna remove the backwards compatibility when you try to sell us PS2 games on the store? [DELETED] YOU SONY! I'll be getting the next Microsoft console after this [DELETED].

30



UndyingSarge | March 28th, 2010 at 5:58 pm

If you guys actually read the full thing you would know this is a joke and you are all idiots

31



ILOVEPLASTATION3 | March 28th, 2010 at 5:58 pm

Oh and to answer the 3.21 vs 3.20 thing. I am thinking they are skipping 3.20 because this is a minor update deserving a single number instead. Also, they didn't do 3.16 because…well…idk. :P

32



Evil_Streetz | March 28th, 2010 at 5:58 pm

Is this even legal? This cant be legal. Any lawyers on here?

33



DJAzzurro | March 28th, 2010 at 5:58 pm

We're jumping from v3.15 to v3.21?

Doesn't make logical sense to me.

34



ChibiMrBubbles | March 28th, 2010 at 5:59 pm

Good April Fool's joke Sony. As if you're seriously considering removing features from the older PS3s without compensating us with features like PS2 BC or cross-voice chat.

35



TurismoM3 | March 28th, 2010 at 5:59 pm

It's not really a big deal. I tried the Linux install on my PS3 & it was way too slow. Linux does not have access to all the memory & CPU power. Even just browsing the internet was painfully slow. Your not losing much, no biggie.

36



**gxs194 | March 28th, 2010 at 6:00 pm**

Ya, this better be a April Fools day joke. I did not drop $600 on a device to have you take away features I use.

37



**Jrod87 | March 28th, 2010 at 6:00 pm**

Can we at least bring ONE new feature to compensate for taking another away? I guess the Playstation 3 isn't a computer system anymore!

38



**Dixius99 | March 28th, 2010 at 6:00 pm**

I've been an OtherOS user for a couple of years (first Yellow Dog, and later Xubuntu).

This is very disappointing.

39



**tomstockmail | March 28th, 2010 at 6:00 pm**

Woah you're disabling the Other OS feature just because Geohot got in too close on the PS3? Poor decision.

At least get App support going on the PS3 then.

40



**floppy72 | March 28th, 2010 at 6:01 pm**

This is no legal ………….

41



**MassaBR | March 28th, 2010 at 6:02 pm**

Wow, I was sure this was fake when I read it. What a stupid thing to do.

42



**bigdaddykraven | March 28th, 2010 at 6:03 pm**

I agree. I understand them to removing the Other OS (since they can't patch the hole) but to not include anything and lock us out if we don't update? REALLY? Please be a joke and actually give us something useful.

43



**scorpio182 | March 28th, 2010 at 6:03 pm**

I'm not one to complain but SONY did you REALLY have to do this?

I agree with the others doesn't seem like something one should be allowed to do.

I don't use it anyways as my 60gig went ylod after 2.5 years. :(

44



PhillyManOfSteel | March 28th, 2010 at 6:04 pm

Sony arfe you adding more and better Codec support with Firmware 3.21?

Like MKV, .mov, .flv and beter support for all WMV files?

Please Sony!!!!!!!!!!!!

45



StuntF50 | March 28th, 2010 at 6:04 pm

This HAS to be a joke.

46



Skater_Ricky | March 28th, 2010 at 6:04 pm

Could this be a April Fools Joke?? Only Time will Tell Right?

I tried Installing Linux on my Older PS3.. but then again it didnt install.. so I gave up on trying to install it. and Plus I HAVE A PC anyways.. so it doesnt effect me anyways.. but to thos that actually use it which I bet is VERY LITTLE.. because I for one is not using that OTHER OS Feature anyways.

Who is Using this Please Post Who is and Who isnt in the Comments Below.

MY VOTE: I DON'T USE THE OTHER OS FEATURE.

47



Scubafinch | March 28th, 2010 at 6:05 pm

So… all Firmware updates up to 3.21 were announced and released on Mon/Tues. Yet this one is scheduled for Thursday April 1st. A little suspicious perhaps? Especially going into the Easter weekend.

Releasing updates early in the week provides Sony with more working days to fix any resultant problems, so why the change?

I'm marking this one down as an April fools stunt.

48



DJAzzurro | March 28th, 2010 at 6:05 pm

@floppy72
Actually, it's perfectly legal.

49



Ac3theone | March 28th, 2010 at 6:05 pm

niceeee

50



eldandi81 | March 28th, 2010 at 6:05 pm

The funny thing about this is that users that legally enjoy this feature will suffer it's loss and the hackers will find some way to have the update plus the feature. I don't personally use this feature but I bought the system with the feature in mind to use it in the future. great move! thank god Sony opened the new "share" site, which they are obviously listening. Are we getting some refund or credit in our PSN accounts? I dont think so.

Pages: 1 2 3 ... 149 Next »

## Subscribe to the Playstation Blog

RSS E-mail

X

Enter your email address:

Subscribe

**Find us online:**

- Facebook
- Viddler
- Twitter
- Flickr
- Del.icio.us

+ All Posts

## Recent Posts //

- The UnderGarden Coming to PSN this Winter
  01.13 // posted by Antonio Santamaria
- MotorStorm Apocalypse: The End is Nigh!
  01.13 // posted by Brian Dunn
- Digital Comics Store Update
  01.12 // posted by Grace Chen
- Watch LittleBigPlanet 2 Set 5 Guinness World Records Live in NYC
  01.12 // posted by Eric Levine
- PlayStation Store Updates
  Games // Videos // Comics

## Categories


Select One...

## Archives


Select One...

Click Here // for complete archives



Latest Idea
Official Sackboy Costume for Halloween!
Submitted by TapDatApp





A collection of PlayStation news and links from around the web.

Tales From CES '11: The "It Won't Stay In Vegas" Party! - Nukezilla

Posted 01.11.11 08:28 PM

'Little Big Planet 2': A worthy successor - CNN.com

Posted 01.11.11 08:20 PM

In-Game - 'LittleBigPlanet 2' gets bigger and craftier - msnbc

Posted 01.11.11 12:55 AM

CES: The Motorstorm Apocalypse Approaches - IGN

Posted 01.09.11 06:24 AM

Tetris Review - IGN

Posted 01.09.11 05:52 AM

NOTE: All links are to external sites and open in a new window.

**Downloads**



Download Images | Photo Feed

Mac OS X
Dashboard

Widget Yahoo!
Widget

## Reader Comments

MotorStorm Apocalypse: The End is Nigh!
I guess I like the NA box. But they both look. Awesome!!!...
bg93-

Watch LittleBigPlanet 2 Set 5 Guinness World Records Live in NYC
if knowlege is power then your an idiot it's knowledge not ...
S-E-G

The UnderGarden Coming to PSN this Winter
Looks really relaxing! It's great to see developers try som...
Glacier928

The UnderGarden Coming to PSN this Winter
I played it on X360 and found the game really too easy. I lo...
ShadowOfEden

Quench Your Thirst for LittleBigPlanet 2 Exclusives at 7-Eleven
Stupid-country-exclusives! :(...
k1llabeastie

PlayStation.com - Terms of Use // Privacy Policy // Comment Policy // PlayStation.Blog is Powered by WordPress