# EXHIBIT B TO
# SUPPLEMENTAL DECLARATION OF STEWART KELLAR IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

Home  Knowledge Center  System Software Updates  PS3™  PS3 321 Update                    SHARE THIS

# Support: System Software Updates

PlayStation®3

PSP®(Playstation®Portable)

Knowledge Center | System Software Updates | Manuals | Warranties | Service | Contact Customer Service

PlayStation®3 System Software Version 3.21

## Settings

**Install Other OS / Default System**

The [Install Other OS] and [Default System] features have been deleted. If you update your system software to version 3.21 or later, you will not be able to use [Install Other OS] or [Default System] under 🧰 (Settings) > 📦 (System Settings).

**Notice for customers who are using another operating system**

Before performing the system software update, follow the steps below:

**Back up data from the other operating system**

If you install the system software update, you will not be able to use the hard disk partitions used by the other operating system. The data saved in these partitions cannot be restored after the system software has been updated. Back up all data to storage media before updating the system software.

**Using the hard disk partition for the PS3™ system software**

If you want to allocate all of the hard disk for use by the PS3™ system software, you must format the hard disk. In this case, follow the steps below:

1. **Back up data**
   Back up the necessary data by selecting 🧰 (Settings) > 📦 (System Settings) > [Backup Utility]. For details about the backup utility feature, **select here** .
2. **Format the hard disk**
   Format the hard disk by selecting 🧰 (Settings) > 📦 (System Settings) > [Format Utility]. During the format operation, you will be asked to select a hard disk partition. Select [Use All for the PS3™ System].
   For details about the format utility feature, **select here** .
3. **Update the system software**
   Perform the system software update.
4. **Restore the data**
   Restore the data that was backed up in step 1 by selecting 🧰 (Settings) > 📦 (System Settings) > [Backup Utility].

**Notice for customers who want to continue using another operating system**

Do not update the system software if you want to keep using the [Install Other OS] and [Default System] features. If you choose to continue using another operating system, the following features will no longer be available:

   The ability to sign in to PlayStation®Network
   The ability to use online features that require you to sign in to PlayStation®Network, such as chat.
   The ability to use the online features of PlayStation®3 format software
   Playback of PlayStation®3 format software or Blu-ray Disc videos that require PS3™

system software version 3.21 or later

Playback of copyright-protected videos that are stored on a media server (when DTCP-IP is enabled under ![] (Settings) > ![] (System Settings) > [Enable DTCP-IP])

Use of new features and improvements that are available on PS3™ system software 3.21 or later

### Support

Knowledge Center

Product Manuals

Warranty Information

Register Your Product

Information for Parents

### Corporate

About SCEA

Contact Us

Careers

Press Releases

Consumer Alerts

### Community

Forums

PlayStation® Blog

PlayStation® Home

RSS Feeds

Events



[+] Site Feedback | Site Map | Where to Buy | Terms of Service | Privacy Policy | Country Selector

© 2010 Sony Computer Entertainment America LLC

