| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | TIMOTHY R. CAHN (State Bar No. 162136) |
| | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | HOLLY GAUDREAU (State Bar No. 209114) |
| | RYAN BRICKER (State Bar No. 269100) |
| 4 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 6 | Email: jgilliland@kilpatricktownsend.com |
| | tcahn@kilpatricktownsend.com |
| 7 | mboroumand@kilpatricktownsend.com |
| | hgaudreau@kilpatricktownsend.com |
| 8 | rbricker@kilpatricktownsend.com |

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>        Defendants. | Case No.  11-cv-00167 SI<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBITS B AND D TO DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT**<br><br>Date:        January 13, 2011<br>Time:       9:00am, or as soon as can be heard<br>Courtroom: 10, 19th Floor<br>Judge:      Hon. Susan Illston |

1    For good cause shown, Plaintiff Sony Computer Entertainment America LLC
2    ("SCEA")'s Administrative Motion to File Under Seal Exhibits B and D to Declaration of Ryan
3    Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order And Order To Show
4    Cause Re Preliminary Injunction; Order of Impoundment, is **GRANTED**.

**IT IS SO ORDERED**.

DATED:_____     _____
                          UNITED STATES DISTRICT JUDGE

63094523 v1