KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       mboroumand@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>    Defendants. | CASE NO. 11-cv-000167 SI<br><br>**DECLARATION OF JAMES G. GILLILAND, JR. IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:    Hon. Susan Illston |

I, James G. Gilliland, Jr., declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kilpatrick Townsend and Stockton LLP, counsel of record for plaintiff Sony Computer Entertainment America LLC ("SCEA") Inc. in this action. Except as indicated below, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.



DECLARATION OF JAMES G. GILLILAND, JR. ISO PLAINTIFF'S *EX PARTE* MOTION
FOR TEMPORARY RESTRAINING ORDER
CASE NO. 11-cv-000167 SI

- 1 -

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a screen shot showing the Playstation® Network ("PSN") account in the name of George Hotz, Online ID "Geo1Hotz". The account may show some specious information because when a PSN user assents to the license agreement the user can enter any address, phone number, or birthday he wishes. Also, I am informed that SCEA's records show that this account is active and related to at least seven other accounts, using the following Online IDs and email addresses:

koma1tose (pbrdiablo@yahoo.com)

freedomapocalyse  (lacobra99e@aol.com)

snapple18   (mjt1704@yahoo.com)

elijapi  (babooski28@yahoo.com)

uKinfuriator (pookie87@yahoo.com)

gamecaveman (Jonesjack33@rocketmail.com)

nyricansoldier (nyricansoldier@yahoo.com)

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of Defendant George Hotz's "geohot Across America" Blog, published at <geohotaa.blogspot.com>. The blog shows that Hotz moved to California in April of 2008 to work at Google's headquarters in Mountain View, California. He remained in California until October 17, 2008.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of printouts from the twitter.com account of co-defendant "Bushing." Bushing has posted several comments indicating that he resides in or around San Francisco, California, including the following:

> @TheFunkisHere sorry, was visiting .au but **live in the only true "bay area" - silicon valley :)** Saturday, August 14, 2010 10:13:38 PM via Twitterrific in reply to TheFunkisHere
>
> **had a great time meeting the @hak5 crew at their birthday party near SF** with @dualcoremusic on the mic - ok, enough fun, back to #DSi hax Saturday, August 14, 2010 10:18:55 PM via Twitterrific



DECLARATION OF JAMES G. GILLILAND, JR. ISO PLAINTIFF'S *EX PARTE* MOTION
FOR TEMPORARY RESTRAINING ORDER
CASE NO. 11-cv-000167 SI                                                                                              - 2 -

> @SquidMan72 **how close will you be to the bay area?**
> Thursday, August 12, 2010 5:59:36 PM via Twitterrific in reply to trap0xf

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of Defendant Bushing's "Kickstarter" page, found at <http://www.kickstarter.com/profile/bushing>. This page indicates that Bushing lives in San Francisco, California. Kickstarter is an online project fundraising site, where a user can create an account to receive donations and contributions from other individuals who are interested in his or her project. On his page, Bushing started such a fund for his OpenVizla project, which he described as a technology project based out of San Francisco. As of December 22, 2010, Bushing had raised over $80,000 for this San Francisco-based project.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of January, 2011 at San Francisco, California.

        /s/James G. Gilliland, Jr.
        JAMES G. GILLILAND, JR.

63102639 v1



DECLARATION OF JAMES G. GILLILAND, JR. ISO PLAINTIFF'S *EX PARTE* MOTION
FOR TEMPORARY RESTRAINING ORDER
CASE NO. 11-cv-000167 SI   - 3 -