# EXHIBIT A
# TO THE DECLARATION OF JAMES G. GILLILAND, JR.

| | | | |
|---|---|---|---|
| Account Created | 05/20/2010 | | |
| Environment | NP | | |
| Sign-In ID (e-mail address) | pookie82@yahoo.com | | |
| Last Sign-In ID Change Date | None | Sign-In ID Counter | 0 |
| Previous Sign-In ID | None | | |
| Online ID (public name) | Geo1hotz | Language | English |
| Account ID | 6818373414746574819 | Korean RRN | |
| Last Name | Hotz | Last Name ASCII | |
| First Name | George | First Name ASCII | |
| Gender | No Answer | Platform | PS3 |
| Date of Birth (mm/dd/yyyy) | 06/21/1995 | Age | 15 |
| Security Question | Where were you born? | | |
| Security Answer | europe | | |
| Account Password | | ☐ Require Password on Checkout | |
| BIVL PIN (5 digits) | | | |
| SCE E-mail Opt-In | No | | |
| Third Party E-mail Opt-In | No | | |

Residential address

| | | | |
|---|---|---|---|
| Street Address 1 | 111 NYB st. | | |
| Street Address 2 | | | |
| Street Address 3 | | | |
| City | providence | State/Province | Rhode Island |
| Postal Code | 02909 | Country | United States |

**Search Events for this account**

Comments