**EXHIBIT B**
**TO THE DECLARATION OF JAMES G. GILLILAND, JR.**

# geohot Across America

Wednesday, September 9, 2009

## Goodbye Boston!

I've been here about 4 months, and I can't say those 4 months were uneventful. Spent the first week in the Hotel Marlowe, big pimpin, but refused to pay for parking and found the only unmetered spot in Cambridge. Took 2 weeklong trips to California, and a kickass weekend in Vegas and Chicago. Wrote purplera1n, and started hacking the PS3. Realized I will never be a software engineer. Started using OS X as a full time operating system, and bought a shiny 17" MBP. Camped out for the 3GS. Joined a gym, and actually stuck with it for a couple weeks. Partied on the DKE roof, Harvard, and Tufts. Ran from an officer of the law. Went home ~5 weekends, some eventful, some not. Ate a lot of chinese, calzones, and BK! Most complicated thing I cooked was Ramen. Popped 2 beds. Made a huge trash mound not unlike Cali. Although the drive home won't be nearly as fun. Bought disposable furniture. And how could I forget TV, entourage++, BSG finally finished

Rohan, I'm fucking excited!!!

Posted by George Hotz at 4:20 PM  9 comments

Monday, October 27, 2008

## Home

After CMU, I'm back. Maybe this time I'll really post GPS stuff.

Posted by George Hotz at 8:46 PM  0 comments

Saturday, October 25, 2008

## Weee, one more night in Chicago

I'm over at Northwestern now, and somehow Ben convinced me to stay tomorrow night too. Oh well, this place is awesome.

Posted by George Hotz at 8:09 AM  0 comments

Friday, October 24, 2008

## 3 More Days

I'm writing this from a uchicago computer. I believe we left off in Tucson, so I'll continue from there.

I spent the entire next day driving through Arizona, New Mexico, and most of Texas. It was too hot to have the top down in Arizona and New Mexico, but once I got into Texas, I was flying along at a legal 90 MPH. And with the double time zone shift(well one, but DST), I lost two hours. So I didn't make it to Dallas until 4am CST.

I spent the night at my Aunt's in a real bed, so I felt pretty refreshed when I woke up. After the 16 hours

Blog Archive

▼ 2009 (1)
  ▼ September (1)
    Goodbye Boston!

► 2008 (14)

About Me

George Hotz

I've done a little bit of hacking on the iPhone once.

View my complete profile

of driving I did the previous day, I wanted today to be easy. Turns out St Louis really isn't close to Dallas. I took the 75(local 75) to the 44. I was getting tired, so I spent the night in Springfield, Missouri. It was a miserable place. So miserable, I decided to break down and get a motel room. And even that proved difficult since I'm not 21.

Despite that, I slept pretty well at the Dogwood Inn. I started at 8:30 the next day, and made it to St Louis by noon. I walked around the Missouri Botanical gardens for a couple hours, then set course for Chicago. It was rainy the whole way there.

I woke up and went to Physics class. Now I'm in the library, which brings me to this moment.

Posted by George Hotz at 8:32 AM 1 comments

Tuesday, October 21, 2008
## 4th Day Morning

I actually got a good nights sleep and a hot shower. Thanks Bunnie and JJ. Maybe I'll actually make it to Dallas today. I can't go to the furthest east In and Out burger, since it doesn't open until 10:30. I guess LA was my last one. The drive to here from Yuma was pretty uneventful, except for the "border" crossing. I wasn't crossing the border, yet they checked me anyway. I've also started logging GPS data, so I'll montage it all, and post it in my final post.

Posted by George Hotz at 8:41 AM 1 comments

Monday, October 20, 2008
## 3rd Day already

I spent the first day winding through the hills of Los Altos and the PCH. It's scary when 1g is holding you to the ground, and another g is trying to throw you off a cliff into the ocean 200ft below. But it was fun. I stopped at the Big Sur Roadhouse for dinner, grabbed a burger, then realized how tired I was. Tiredness combined with dark combined with big cliffs sounded like a bad idea. So I pulled into a parking space and slept in the Porsche. Not fun. I heard cops and bikers outisde, and I wasn't sure which scared me more.

After a horrible nights sleep, I woke up to find a guy in a sleeping bag 20ft away. Cool. I continued down the PCH, past LA, and onward to San Diego. I spent a lot of time stuck in traffic in LA.

I spent last night at UCSD with kroo, and now I press onward to Tucson, AZ. Sorry I can't write more, but this computer has a slower than EDGE internet connection, and is forcing me to log off in 4 minutes. The Yuma public library needs better internet.

Posted by George Hotz at 3:30 PM 0 comments

Friday, October 17, 2008
## Time to go home

California was a huge success. I met some awesome people and gained some invaluable life experience. From sleeping in the van, to finding better digs on craigslist, to moving in with friends.

From working at Google, to working at Google some more(lunch with Quinn67, man I have a
badge) figuring out that food is really hard to get for yourself. From quitting caffeine twice, only to get
back on the wagon(or off the wagon). From watching every episode of seinfeld to watching every episode
of BSG to watching every episode of the Office. From attending Where Camp to attending Foo Camp.
From camping out for the 3G. From visiting NJ twice, and actually buying plane tickets myself. From my
van getting towed. From all the money I spent, and all the money I made. While going through it, I felt like
I wasn't doing anything. But looking back, I did so much.

So I upgraded my ride a little, to a Porsche(which I'll post pictures of soon). I realized that its way
cheaper to drive the Porsche and pay for hotels, then it is to drive the van. But knowing me, you think
I'll pay for hotels? Nah, I'm throwing my blankets, clothes, sheets, and everything soft between me and
the seats, curling up, and falling asleep.

Here's my tentative schedule:

San Diego

Arizona(somewhere)

(somewhere)

Texas

Chicago

CMU

NJ

Ben, Rohan, Erin, Ray, Judy, and kroo, I'll see you guys soon. This trip is going to be amazing.

Posted by George Hotz at 11:43 PM 3 comments

Tuesday, April 22, 2008
### Arrival

geohot across America was big success

As I write this, I am sitting on a bench at the google campus using their Wi-Fi. I love google. Two nights
ago, I was in Vegas, and realized Vegas really sucks if you are under 21 and look 16. Everyone seems
either pissed off or hopelessly despaired there as well; I guess some lose a little and some lose a lot.
I don't feel like writing much now, since I have so much google to explore. But hopefully tonight I will post
a map of all the tracker positions and a summary of the trip.

Posted by George Hotz at 9:27 AM 18 comments

Sunday, April 20, 2008
### Days 5 and 6

My bluetooth keyboard is lagging, so this post will probably have more typos than usual. I wanted to
do something while in Denver, so I went to the Denver science museum. No, I couldn't think of
anything better. I got out of there around noon: four tacos and an empanada later(I can't wait for the
google diet, cereal, candy bars, and fast food just doesn't look that good), it was time to get back on
the road.

Dramatically the landscape changed once I was west of Denver. I was in the Rockies, and I thought my

van was broken. It took a lot of gas to go on terrain expected to consume about 13 gal. A very convincing optical illusion, and I was indeed traveling uphill.

Colorado was beautiful, so much nicer than Indiana and Illinois. Even the rest stops were pretty. Everwood was a pretty good representation of small town Colorado. This was certainly the most enjoyable state to drive through.





About half a mile into Utah,I see a trailer, abandoned, with "Jesus Saves" on the side…great. And crayola should really add a color, Utah, a pinkish flesh tone, because all of Utah was this color. I went for a little walk at a rest stop, and you can see the van in the back of that picture.

Looking back at where I had traveled, America reminded me of Starfox. You can take different paths between the states. The safe first level, Corneria, was like Glen Rock, while Andross was Google(except, unlike Andross, Google does no evil)

I spent the night in Bryce Canyon National Park. I hiked the hike all the way at the bottom of the tourist guide, I'm that hardcore. Next stop, Vegas. And I will gain 2 hours(DST+PST) on the way.



Posted by George Hotz at 1:07 PM 7 comments

Saturday, April 19, 2008
### 4th Night

I am writing this from the parking lot of a comfort inn in Denver, and thanks to all the kind(or stupid) people who leave their high speed connections open with the SSID linksys.

Illinois(the state, not Chicago) was unmemorable. Iowa was rainy and windy, and I was waiting for a tornado to brew any minute. Nebraska sucked: they did gas backwards and had unamerican speed limits. A piece of the van's front bumper fell off in Nebraska too.
I'm not sure yet where I head tomorrow, but there should be some things to see here. Maybe I'll take Leslie's advice and go to Bryce canyon.




Posted by George Hotz at 12:22 AM 5 comments

Friday, April 18, 2008
### Start of 4th Day

I ended up staying two nights in Chicago. It's a really amazing city and the next leg of the journey didn't sound at all exciting. But I'll have to do it sometime. Today I head for Denver, CO(probably) and am traveling through such amazing states as Nebraska and Iowa. ETA, sometime past midnight. Fun.

geohot Across America

Posted by George Hotz at 5:19 AM 3 comments

Thursday, April 17, 2008
## 1st and 2nd Night

I don't really have time to write now, I'm in a uchicago dorm room and have had a crazy first two nights. The first night started off pretty uneventful. I realized I forgot both the whiteboard of the states and the network crimper, but neither were worth an hours detour back home for. So onward to CMU I pressed. Since I had delayed leaving for so long, I wouldn't get there until 2 am. The van was vibrating weirdly, but at least I didn't smell the brakes. Although the brakes didn't seem to be as responsive as before. And on top of that, I had gotten on 81 instead of 76. So I had to make the 10 mile trek back to the correct highway. Getting off the highway was the first time I had really used the brakes in a while. The van shook violently as I stepped, and didn't seem to want to stop! Eventually it did; I was hoping to make it to Pittsburgh before I'd really have to deal with it.

Well that was wishful thinking. I ended up on a road that was practically dirt. There wasn't a light for a couple miles, and now, the brakes were really dead. Like the brake light was on, and stepping on the brakes actually seemed to make the car lurch forward faster than it had been going. I had to stop. Slowly, I rolled to a halt(with the help of the e-brake), in between two of some farmer's grain silos. Holy shit! What do I do?

This was really creepy. Already my adventure had hit a major roadblock. No way was I going to make it across America like this.

I called my Triple A, but all they offered was a tow between 3-5 miles. So helpful. I figured they'd tow me to a mechanic and I'd have to wait it out until morning. I was going to take them up on the offer, but aside from latitude and longitude, I had no idea where I was. And Triple A couldn't do anything with that information.

So I punched nearest service station into my GPS. 4.3 miles. Using 1st gear, neutral, and the e-brake, I made it. Welcome to the Newville Auto Mechanic, the sight of my first "hotel" Newville was a little town with your Pennsylvania staples, a car shop, a diner, and a gun shop. I felt like a team on the amazing race, rolling up to a place and reading the time it opens(9:00), and knowing I can do nothing but wait. Figuring that my van wouldn't be disturbed in the midst of all the other cars, I set the iPhone alarm for 8:55, and fell asleep.

I awoke to the sound of Marimba and remembered where I was. My dream was so much more tranquil, although at least I woke to the sound of the alarm I set, and not a cop banging on the windshield. The mechanic finally showed up at 9:20, but was gracious enough to look at my car right away, despite a rather long lineup of cars outside his shop. After about half an hour, I see the van sitting outside the shop. The mechanic told me he had fixed it, and one look inside showed me he was right. The brake pedal was a good 2 inches more raised then it was. There was a kink in the pressure return hose linking the power steering and the brakes. Awesome, the two things that sucked sucked slightly less. For the mere price of $37.50, I was on my way.

Except for the damn rest stop being out of chapstick, the ride to CMU was good, although the Robot Roundhouse was rather tricky to find, even with the GPS coords(which I was too lazy to actually enter) Pretty sweet place. Ray, his friend Ross, and I set off to find lunch. After hassles with the van clearance and handicapped parking spaces, we got pizza. I ate a whole pie, since I didn't know when I'd eat again.

On the way back to the car, in search of a chapstick, I passed a minibike that was going out of business sale. I'm a sucker for these things, and after a little persuasion from Ray, I bought a mini electric Vespa. Totally worth it?

After some laps around the Robot Roundhouse parking lot on the Vespa, I was off to Chicago, desperate not to fall behind. Long drive, every rest stop in Ohio looks the same(no tax on starbucks either) and Indiana has a speed limit of 70. Although tolls were a major rip off.

I arrived at uchicago around 12(CST), and met my attractive female acquaintance at a frat party. We hung out at the party for about a half hour, then headed back to her dorm. Good deal. I didn't have to sleep in the van tonight. I awoke the next morning, took a "hot" shower, and sat down at her computer. Which brings me to this minute.

Posted by George Hotz at 9:30 AM  5 comments

Tuesday, April 15, 2008

## Track Me Across the Country!!!

http://lpahome.com/track/

I figured I had a GPS and a data plan. Why not? (don't think that blackjack ii replaced my iPhone, it is just a cheap 3G modem)

I will pretty much be following 80 the way to California. Got any good places to stop?

Also anyone want to buy a 350Z? Seriously, email me geohot at gmail.

Posted by George Hotz at 2:28 PM  6 comments

## Pimp My Ride

Take a nondescript 1995 chevy van...



Paint the dashboard a pretty color and add a computer...



Throw in a nice TV and some fuzzy carpet…



Make sure you have a place to hack…



And sleep…



Don't run out of batteries…



Buy a lot of cereal…



And hit the road!

Posted by George Hotz at 2:23 PM   5 comments

Wednesday, April 9, 2008

## A trip to California

Starting April 22, I will be one of google's new interns. I spent some donation money and bought my project for the last few weeks, which I will detail here on my departure date.



Posted by George Hotz at 7:54 PM   7 comments

Newer
Posts

Home

Subscribe to: Posts (Atom)

Case3:11-cv-00167-SI   Document31-2   Filed01/14/11   Page10 of 10