# EXHIBIT C
# TO THE DECLARATION OF JAMES G. GILLILAND, JR.

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form

**twitter**

Have an account? Sign in

Username or email _____

Password _____

[Sign in]    ☐ Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from bushing.

## Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @gnihsub.

[Sign Up ›]

Get updates via SMS by texting **follow gnihsub** to **40404** in the United States

Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---|---|---|
| Australia | | 0198089488 Telstra |
| Canada | | 21212 (any) |
| United Kingdom | | 86444 Vodafone, Orange, 3, O2 |
| Indonesia | | 89887 AXIS, 3, Telkomsel |
| Ireland | | 51210 O2 |

Two-way (sending and receiving) short codes:

| India | 53000 Bharti Airtel, Videocon |
| --- | --- |
| Jordan | 90903 Zain |
| New Zealand | 8987 Vodafone, Telecom NZ |
| United States | 40404 (any) |

Codes for other countries



# gnihsub

1. **fail0verflow** Seems YouTube refuses to do anything about impersonation reports. Everyone please flag "fail0verflow"'s videos as Spam->Scams/Fraud. Friday, December 31, 2010 9:22:25 PM via Choqok Retweeted by gnihsub and 31 others
2. **rootlabs** PS3 priv signing key exposed. Apparently Sony does not read our blog. http://is.gd/hrxqb Congrats: @gnihsub @marcan42 @fail0verflow #27c3 Wednesday, December 29, 2010 5:17:50 PM via web Retweeted by gnihsub and 100+ others
3. **MuscleNerd** Slides for Sony's "biggest fail in crypto history" at http://is.gd/jLIUU (via http://is.gd/jLJrM ) Thursday, December 30, 2010 5:20:33 AM via web Retweeted by gnihsub and 100+ others
4. @comex eh? protested too much? Thursday, December 30, 2010 5:03:13 AM via web in reply to comex
5. Does anyone at #27c3 know where to find a local copy of the #a51 #GSM #rainbowtables? Wednesday, December 29, 2010 12:48:57 PM via web
6. @mattbraga yup Wednesday, December 29, 2010 9:45:09 AM via web in reply to mattbraga
7. **fail0verflow** Look out for the awesome treasure hunt on the walls of the hackcenter. Hint, you might need a smartphone ;) Wednesday, December 29, 2010 8:24:57 AM via web Retweeted by gnihsub and 21 others
8. @ian_cal ya, thanks! And the wife says I got an xmas present in the mail at home from HK, can't wait ;) Wednesday, December 29, 2010 5:40:45 AM via web in reply to ian_cal

- Name bushing
- Location California
- Web http://hackmii.com
- Bio tinkerer

| 72 Following | 4,173 Followers | 332 Listed |
| --- | --- | --- |

- 117Tweets
- Favorites

## Lists

- @gnihsub/**fail**

View all

## Following



View all…

RSS feed of gnihsub's tweets  RSS feed of gnihsub's favorites

bushing (gnihsub) on Twitter                                                                                                http://twitter.com/gnihsub

9. @gameshack_ yes. Attn all students: tune in to #27c3 hall 1 in 12 hours for a rare algebra lesson by Segher Tuesday, December 28, 2010 7:02:45 PM via Twitterrific in reply to gameshack_
10. pwned by #27c3 / hackcenter. or maybe jetlag. how2tell? Monday, December 27, 2010 8:12:07 AM via web
11. SFO -> FRA #27c3 Saturday, December 25, 2010 1:47:57 PM via web
12. **xorloser** Last chance to sell any Sony stock you may have Friday, December 24, 2010 5:00:01 PM via Twitterrific Retweeted by gnihsub and 10 others
13. **pytey** uh-oh http://twitpic.com/3ivg02 Thursday, December 23, 2010 3:16:24 PM via Tweetie for Mac Retweeted by gnihsub and 4 others
14. **scanlime** Only 17 hours left to be an early adopter of the first open source USB analyzer! http://kck.st/hxl2x9 Tuesday, December 21, 2010 11:49:35 PM via web Retweeted by gnihsub and 2 others
15. @altium thanks =) Saturday, December 18, 2010 7:58:27 PM via web in reply to altium
16. @altium It's barely usable in VMware, but snappy in Parallels (+ trackpad gestures work!). Snappier in BootCamp, but then I feel dirty :( Saturday, December 18, 2010 3:35:33 PM via web in reply to altium
17. I <3 @altium 's pinswapping feature. Now let me run this without virtualization on my MacBook, dammit Saturday, December 18, 2010 3:45:59 AM via web
18. @shinydistractns Cool, let me know where I can actually buy an ATMEGA16U4 and when you've ported OpenOCD & XMOS tools to work with it kthx Thursday, December 16, 2010 2:03:19 PM via web in reply to shinydistractns
19. **altium** Altium is flattered to learn our software chosen for the @OpenVizsla project. @Engadget: http://is.gd/iO4kf #EDA Wednesday, December 15, 2010 1:32:04 PM via web Retweeted by gnihsub and 3 others
20. #OpenVizsla PCB status: 547/657 connections routed (83.26%) for first proto http://kck.st/hxl2x9 Wednesday, December 08, 2010 8:46:12 PM via web
21. @comex @p0sixninja zOMG how are you gonna fit it in 140 bytes? that's uberleet Wednesday, December 08, 2010 8:29:43 PM via web in reply to comex
22. thanks @chpwn, you rock =) Monday, November 22, 2010 5:17:21 PM via web in reply to chpwn
23. Big new hobby project -- Kickstarter - "OpenVizsla" Open Source USB Protocol Analyzer: http://kck.st/hxl2x9 Monday, November 22, 2010 5:05:22 PM via web
24. **usbgecko** http://www.pastie.org/private /jtwvs8q9zytnh5eqdgkig libftdi ftw. Official Mac drivers are kinda crazy. Tuesday, November 16, 2010 7:03:08 AM via web Retweeted by gnihsub and 1 other
25. damn you, pytey ... I just chipped $150 in to http://kck.st

/cxqqmp, let's hear it for circuit-bending! woo woo Wednesday, November 17, 2010 11:12:50 PM via web
26. **iphone_dev** nice work! @marcan42 wins the $3K from Adafruit! http://j.mp/9hN094 Wednesday, November 10, 2010 11:58:55 AM via Tweetie for Mac Retweeted by gnihsub and 77 others
27. Words to live by: The Self-Repair Manifesto from iFixit: We have the right to repair our things http://iFixit.com/Manifesto Tuesday, November 09, 2010 2:31:03 AM via Pay with a Tweet
28. ha! @stephenfry I think I've just noticed what @pytey is up to! Notice he is following @ParanormalAlert =) Monday, October 11, 2010 1:37:09 PM via web
29. @scanlime what is the meaning of life? Monday, October 11, 2010 1:34:25 PM via web in reply to scanlime
30. @ian_cal So where/when can I buy one? do want! Thursday, September 30, 2010 5:43:37 PM via web in reply to ian_cal
31. **ian_cal** @gnihsub @trap0xf http://www.flickr.com/photos/53552434@N07/5035752764/ Wednesday, September 29, 2010 12:34:12 AM via TweetDeck Retweeted by gnihsub
32. @donsbot Do you know who won the lightning round for the #icfp contest? Tuesday, September 28, 2010 4:13:17 PM via web in reply to donsbot
33. damn you Akamai, I got bit by this for months: http://apcmag.com/why-using-google-dns-opendns-is-a-bad-idea.htm #googledns #opendns #akamai Monday, September 20, 2010 1:50:04 PM via web
34. note to self: hotplate with magnetic stirbar (off!) may work ok for reflow-soldering most PCBs, but maybe not such a hot idea with inductors Sunday, September 19, 2010 6:59:17 PM via web
35. @daeken Neat, though a better question might be -- could one actually sleep with it strapped to your head? :) (zOMG 6-8 week backorder!) Monday, September 13, 2010 3:56:53 PM via web in reply to daeken
36. @daeken do you think that thing could detect sleep spindles? Monday, September 13, 2010 3:47:46 PM via web in reply to daeken
37. @Philious see zero seven six one six one four dee six ee three three seven one six ay eff seven one nine ee one zero zero ee see five six de Monday, September 13, 2010 3:44:35 PM via web in reply to Philious
38. mist explains why "Linux is Inevitable" on the PS3 -- http://www.pagetable.com/?p=376 Friday, September 10, 2010 7:13:24 PM via web
39. very nice analysis of PS3 Jig challenge-response auth by gray: http://bit.ly/94Z22t Tuesday, August 31, 2010 11:30:31 AM via web
40. I learned to code on one of these, *snif*: http://www.flickr.com/photos/dansays/sets/72157603835099525/ Thursday, August 26, 2010

41. 8:57:12 PM via web
42. HUGHALUGHALG #poweroutage #pge Wednesday, August 25, 2010 12:59:31 AM via Twitterrific
43. had a great time meeting the @hak5 crew at their birthday party near SF with @dualcoremusic on the mic - ok, enough fun, back to #DSi hax Saturday, August 14, 2010 10:18:55 PM via Twitterrific
44. @TheFunkisHere sorry, was visiting .au but live in the only true "bay area" - silicon valley :) Saturday, August 14, 2010 10:13:38 PM via Twitterrific in reply to TheFunkisHere
45. @SquidMan72 how close will you be to the bay area? Thursday, August 12, 2010 5:59:36 PM via Twitterrific in reply to trap0xf
46. semiconduktor E*/NDS appellate ruling in NDS favor. E* on the hook for $17,936,237.80 USD to NDS!!! Download PDF @ http://flylogic.net/09-55005.pdf Friday, August 06, 2010 10:01:45 PM via web Retweeted by gnihsub and 1 other
47. @slashclee ur doing it rong olol Monday, August 02, 2010 9:36:14 PM via Twitterrific in reply to slashclee
48. @eevblog I'm visiting Sydney, where do all the leet hardware hackers hang out here? "Winter" in August is a bit trippy Monday, August 02, 2010 8:22:54 PM via Twitterrific
49. Hoarse or pwnie, @dualcoremusic and @drraid rox0red #defcon ! Sunday, August 01, 2010 10:24:47 PM via Twitterrific
50. NINJA MATCH BUSHING VS GEOHOT lulz http://twitpic.com/2assjw Sunday, August 01, 2010 3:40:42 PM via Twitpic
51. **drspringfield** Don't need my Ninja party invite... feel free to use it #defcon #ninjaparty http://twitpic.com/29x8uq Thursday, July 29, 2010 10:22:08 PM via Twitpic Retweeted by gnihsub and 3 others
52. @joshwrobel lol #newiphonedevteam #shitsta1n Thursday, July 29, 2010 9:57:09 PM via web in reply to joshwrobel
53. @dualcoremusic when do you go on tonight? Thursday, July 29, 2010 7:08:29 PM via web in reply to dualcoremusic
54. hmpf--anyone know how a hardware hacker brotha can get a badge? :) http://hardware.slashdot.org/comments.pl?sid=1735690 #defcon #ninjaparty Wednesday, July 28, 2010 8:22:13 PM via web
55. @alchemistmuffin Paste "line of code" or STFU kthx Thursday, July 15, 2010 4:42:36 AM via web
56. @dualcoremusic props 4 freestyle: http://bit.ly/9aDU7X (better quality than earlier vid, I hope) #recon #dualcore #drraidd #nerdcore Sunday, July 11, 2010 12:58:30 AM via web
57. int80 >> HPV (too legit for my 16gb phone ...) #recon http://www.youtube.com/watch?v=YMj80do1ADM Saturday, July 10, 2010 8:15:25 PM via Twitterrific
58. Learning about HPV at a bar at a hacker conference ?!

#recon Saturday, July 10, 2010 7:03:19 PM via Twitterrific

58. @diretraversal do you have A/C? Cuz we don't :( #recon #ETOOMUCHHAX0RSWEAT Saturday, July 10, 2010 1:27:46 AM via Twitterrific in reply to diretraversal

59. @Ma_Or how? I never succeeded with the M001 sources :( Friday, July 09, 2010 7:22:43 AM via Twitterrific in reply to Ma_Or

60. @bow_sineath thank god; I'm on room #2, someone tried to RE the thermostat in my first room and broke off the control dial :( #recon Thursday, July 08, 2010 7:04:52 PM via web in reply to bow_sineath

61. Just hopped in a taxi, on my way to Montreal for recon.cx #recon2010 #recon Thursday, July 08, 2010 9:03:24 AM via Twitterrific

62. lol @ http://www.haxnetwork.net/2010/06/ps3-demotivator/ Monday, June 21, 2010 2:53:10 AM via web

63. RT @pytey @xeonxh 请根据GPL协议推出"Linux version 2.6.29-00236-g4f8dbbb-dirty (simenxie@Szmce01) #2"的源代码 kthx :) #ekenm001 #GPL Wednesday, June 09, 2010 12:59:32 PM via Twitterrific

64. pytey .@xeonxh 请根据GPL协议推出"Linux version 2.6.29-00236-g4f8dbbb-dirty (simenxie@Szmce01) #2"的源代码 kthx :) #ekenm001 #GPL Tuesday, June 08, 2010 8:00:16 AM via Twitter for iPhone Retweeted by gnihsub

65. rofl truth: http://virtualshacklesimages.appspot.com/images/ps3_linux.jpg Friday, June 04, 2010 2:29:36 PM via web

66. @mattbraga likewise :) Thursday, June 03, 2010 3:56:56 PM via web in reply to mattbraga

67. ilfak The ARM Decompiler is out: http://www.hex-rays.com/hexarm_compare0.shtml Thursday, June 03, 2010 2:30:15 PM via web Retweeted by gnihsub and 47 others

68. @ilfak Congrats, very nice work! :) Thursday, June 03, 2010 3:39:57 PM via web in reply to ilfak

69. @xeonxh please release GPL source for "Linux version 2.6.29-00236-g4f8dbbb-dirty (simenxie@Szmce01) #2" kthx :) #ekenm001 #GPL Monday, May 31, 2010 7:38:15 PM via web

70. @eevblog looking forward to it :) Monday, May 31, 2010 7:21:28 PM via web in reply to eevblog

71. seeedstudio Enter coupon code Gi&Ft64 for 10% discount before May 30th! Sunday, May 23, 2010 8:37:23 PM via web Retweeted by gnihsub and 1 other

72. Wouldn't be a proper iPad clone without a dock connector! http://bit.ly/9lHSa1 Monday, May 17, 2010 3:04:02 AM via web

73. lulz: http://bit.ly/d6PtAb Saturday, May 15, 2010 12:39:05 AM via web

74. planetbeing Sound and calling finally work for me on 3G. That was annoying. Wednesday, May 12, 2010 1:38:02 AM via web Retweeted by gnihsub and 14 others

bushing (gnihsub) on Twitter                                                                                                      http://twitter.com/gnihsub
Case3:11-cv-00167-SI   Document31-3   Filed01/14/11   Page8 of 10

75. Still seeing "No internet connection" on @Instapaper Pro 2.2.2 for iPad -- at wits' end. Any suggestions? Sunday, April 11, 2010 3:46:07 AM via web
76. Anyone looking for a nice, cheap logic analyzer? :D http://hackmii.com/2010/04/hardware-hacking-on-the-cheap/ Thursday, April 01, 2010 9:12:45 PM via web
77. @eevblog thanks for the shoutout at http://www.youtube.com/watch?v=LnhXfVYWYXE -- I only bought the scope because of your great review :) Thursday, April 01, 2010 4:19:02 PM via web
78. **KdeL** It'll burn the hardware jolts and cause kernel panic! @geohot #effyou Wednesday, March 31, 2010 9:38:12 PM via TweetDeck Retweeted by gnihsub
79. @sony way to screw the pooch, guys Sunday, March 28, 2010 10:36:05 PM via web
80. fascinating article from bunnie about tearing down microSD cards -- makes me wonder about some of our bootmii problems http://bit.ly/ba0CCp Tuesday, February 16, 2010 4:11:49 PM via web
81. @scanlime watch out, the black helicopters are coming for you Monday, February 15, 2010 2:06:21 PM via web in reply to scanlime
82. xorloser had some helpful fixes for geohot's PS3 exploit -- http://xorloser.com/?p=162 -- is anyone else actually trying this? :/ Friday, February 05, 2010 2:44:55 PM via web
83. very nice writeup by Root Labs on geohot's PS3 exploit: http://rdist.root.org/2010/01/27/how-the-ps3-hypervisor-was-hacked Thursday, January 28, 2010 1:11:31 PM via web
84. very nice writeup by erant on the process of reversing firmware: http://lostscrews.com/viewtopic.php?f=10&amp;t=50 Sunday, January 24, 2010 10:07:11 PM via web
85. @izsh1911 eh? I said nothing! Friday, January 08, 2010 9:02:04 PM via Twitterrific in reply to izsh1911
86. Nice to finally be home after 2 weeks. Oddly comforting to see ads for EDA tools in airport. Friday, January 08, 2010 9:00:14 PM via Twitterrific
87. finally back in the states, albeit not at home -- doing the family thing, since I was out of the country for the real xmas :/ Tuesday, January 05, 2010 8:58:03 PM via web
88. @izsh1911 sweet, any luck reading it with the proxmark3, or will you have to completely rewrite the code first? :) Saturday, January 02, 2010 12:36:28 PM via Twitterrific in reply to izsh1911
89. Bumming around Berlin, post-#26C3. Thank god for random English-speakers! Saturday, January 02, 2010 4:54:36 AM via Twitterrific
90. @c1de0x ya Saturday, December 26, 2009 5:02:24 PM via web in reply to c1de0x
91. i just stood in line for almost 2 hours for #26c3. it was awesome. like AIDS. Saturday, December 26, 2009 5:00:08 PM via web

92. tried to buy a ticket for #26c3 but the cash desk is still closed, will "open at $rand(6,12)". fail. Saturday, December 26, 2009 8:31:51 AM via web
93. total win: http://bit.ly/x9sNz #nethack Sunday, November 15, 2009 6:54:01 AM via web
94. @p0sixninja the only winning move is not to play Friday, November 06, 2009 12:15:02 AM via web in reply to p0sixninja
95. @marcan42 thanx for the clarification <3 Tuesday, November 03, 2009 12:03:58 AM via web in reply to marcan42
96. @geohot Make sure you have /Dev/SDKs/MacOSX10.4.sdk installed; export MACOSX_DEPLOYMENT_TARGET=1; gcc -arch ppc -arch i386 <blah> Monday, November 02, 2009 11:56:52 PM via web in reply to geohot
97. SDHC = HUGAHUGAGALAGUAGALGh. Monday, November 02, 2009 1:01:58 AM via web
98. Are there actually *any* SD Host Controller drivers for embedded platforms out there that don't use SPI mode? I think they don't exist :( Saturday, October 31, 2009 5:06:26 PM via web
99. @ilfak Yes, but it's a pretty overhyped bug... hard to hit http://bit.ly/3IydBQ Wednesday, October 14, 2009 1:33:43 PM via web in reply to ilfak
100. woo woo jailbreak chain Wednesday, October 14, 2009 4:49:44 AM via web
101. holy shit they open-sourced d2pro ?!? (extremely popular Wii modchip VHDL under GPLv3) http://code.google.com/p/d2project/ 4:44 PM Oct 3rd, 2009 via web
102. nintendo fails so hard that they have to go through http://bit.ly/3Uhmn and delete posts every 30 seconds, due to http://bit.ly/wii4_2 12:01 PM Sep 30th, 2009 via web
103. zomg nintendo released another update solely targeted at us, wheeee 1:17 AM Sep 29th, 2009 via web
104. @geohot rumor has it that Adobe is the reason HFS+ is case-insensitive by default :( :( :( 1:38 PM Sep 26th, 2009 via web in reply to geohot
105. @wizdaz nice, are those javascript (like OS X widgets) or real code? :) 1:09 PM Sep 26th, 2009 via web in reply to wizdaz
106. @mbedmicro ohai mbed! 1:05 PM Sep 22nd, 2009 via web
107. @chronicdevteam maybe you could prototype on an older version with other known exploits? might make things easier, fewer unknowns... 12:28 AM Sep 17th, 2009 via web in reply to chronicdevteam
108. @chronicdevteam do you have code execution? 12:51 AM Sep 16th, 2009 via web in reply to chronicdevteam
109. being forced to choose between 256MB RAM / EDK 10.1 and 512MB / EDK 9.1 sucks. note to Xilinx re XUPV2P: you fail it (and @pytey: thanks!) 5:03 PM Sep 12th, 2009 via web

110. need to figure out how to write a blog post in under 4 hours :( 4:36 PM Aug 29th, 2009 via web
111. I FINALLY BEAT NETHACK AFTER SIXTEEN YEARS OF TRYING YEAH THAT'S RIGHT BITCHEz 4:20 AM Aug 29th, 2009 via web
112. @izsh1911 roflcopter. 4:19 AM Aug 29th, 2009 via web in reply to izsh1911
113. LOLing at epic Nethack flamewar on gentoo: http://bit.ly/2jhN5Z 5:31 PM Aug 23rd, 2009 via web
114. I dumped the 128K SPI flash on the DSi with a GoodFET and all I got was 3K of lousy NVRAM ;( http://tinyurl.com/dsi-goodfet 1:38 PM Aug 11th, 2009 via web
115. @geohot it was nice to (finally) meet you in vegas -- too bad that place was so crowded and loud :( 1:36 PM Aug 11th, 2009 via web
116. playing hannah montana tv plug'n'play game once before i take it apart. total awesomeness 8:58 PM Aug 9th, 2009 via web
117. ohai 7:29 PM Aug 9th, 2009 via web

## Footer

- © 2011 Twitter
- About Us
- Contact
- Blog
- Status
- Resources
- API
- Business
- Help
- Jobs
- Terms
- Privacy