# EXHIBIT D
# TO THE DECLARATION OF JAMES G. GILLILAND, JR.

bushing — Kickstarter    http://www.kickstarter.com/profile/bushing

**What is Kickstarter?** We're the largest funding platform for creative projects in the world. Learn more!

# Kickstarter

- **Discover** great projects
- **Start** your project

- Blog
- FAQ
- Sign up
- Log in



## bushing

San Francisco, CA

I am a hardware and software hacker best known for my work with the Nintendo Wii and the iPhone. I am a founding member of both 'Team Twiizers' and the 'iPhone DevTeam'. As you can probably appreciate I use a pseudonym/handle so that my employers don't get too annoyed with me :-)

- **Websites**
    - hackmii.com

- Activity
- Created Projects 1
- Backed Projects 4
- Starred Projects 0

1. 3 days ago

Case3:11-cv-00167-SI   Document31-4   Filed01/14/11   Page3 of 14



## "OpenVizsla" Open Source USB Protocol Analyzer

- Technology
- San Francisco, CA



**bushing**
Posted project update #13

# Back to work!

We hope you've all had a great holiday season and that you'll have a prosperous new year.

We have been in Berlin where we attended the CCC conference but now we are back home and we are working on the project again.

The community website/forums and IRC channel should be operational in the next 48 hours.

Thanks

1. 

   Nicholas Frangia

   It like seems everyone was at 27c3 this year. Heard it was a blast! Welcome back and thanks for the update, looking forward to the project and interacting with the community!

   3 days ago

2. 

   Jeff Pedlow

   Hurray! Cant wait to cruise the IRC :D
   (PS, Happy newyears!)

   2 days ago

Add Comment
2. on December 23

bushing — Kickstarter          http://www.kickstarter.com/profile/bushing



## "OpenVizsla" Open Source USB Protocol Analyzer

- Technology
- San Francisco, CA



**bushing**
Posted **project update #12**

# Yay! Success! :o)

*Amazing* work you guys.
We have succeeded with a total of $81,025 pledged.
We'll be requesting some info from you soon that relates to your rewards, so please keep at least *one* festive eye open for that email notification from Kickstarter ;-)
We'll also be making regular updates through Kickstarter to keep you guys in the loop..
We wish you all a very happy holidays!

1. 
   malcolm fleury

   looking forward to this project, all have a good christmas.

   on December 23

Add Comment

3. on December 22
   **Funded!**
   

bushing — Kickstarter　　　　　　　　　　　　　　　　　　　　　　http://www.kickstarter.com/profile/bushing

Case3:11-cv-00167-SI   Document31-4   Filed01/14/11   Page5 of 14

## "OpenVizsla" Open Source USB Protocol Analyzer by bushing

OpenVizsla is an open source, high-speed USB sniffer that will help decode, debug and hack proprietary USB hardware devices.

- Technology
- San Francisco, CA
- **463% funded $81,025 pledged**
- **584** backers
- **Funded** Dec 22, 2010

4. on December 22



## "OpenVizsla" Open Source USB Protocol Analyzer

- Technology
- San Francisco, CA



**bushing**
Posted project update #11

## 16 minutes to go!

16 minutes to go and we are $378 short of $80,000 :-)

Anyone want to increase their pledge? ;)

View All 8 Comments

1. 
   Eric Schnabel

   In just 10 short minutes you are now -$175 away from $80,000. : )

   on December 22

2. 
   Jacques Gagnon

   80000$ Awesome!

4 of 13　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1/7/2011 7:15 PM

on December 22

3. 
   Ed Marshall

   So much for $80k; make it to $85k before the clock rolls over? :)

   on December 22

4. 
   Ken McGuire

   80K+ This is truly the beginning...

   on December 22

5. 
   Cal Coopmans

   Bumped us over $81000 :)

   on December 22

6. 
   Eric Schnabel

   This is a day that will go down in history for not only the open source community, but also the open hardware community. Today we 584 contributors will show that we mean business!

   on December 22

7. 
   Paul Geraedts

   Good luck guys, looking forward to 27C3!

   Paul

   on December 22

8. 
   George Ioakimedes

   All I can say is WOW, Santa must be smiling! Let's get to work and get this party, I mean project, started!

   on December 22

Add Comment

5. on December 22

   

   **"OpenVizsla" Open Source USB Protocol Analyzer**

   - Technology
   - San Francisco, CA



**bushing**
Posted **project update #10**

# Reindeer antlers

Couldn't resist ;-)

- 

View All 5 Comments

1. 

   Patrick McDowell

   Haha epic!

   on December 22

2. 

   syzygy

What a cooperative mascot!

on December 22

3. 
Brian Roche

I think Alma deserves a holiday treat for all of this PR work she's doing! ;-)

on December 22

4. 
erik411

Happy christmas!

on December 22

5. 
Henry Kielarowski

Nice!!! Happy holidays!!

on December 22

---

Add Comment

6. on December 22



### "OpenVizsla" Open Source USB Protocol Analyzer

- Technology
- San Francisco, CA



**bushing**
**Posted project update #9**

# 11 hours left!

The kickstarter project is almost over!

It is still hard to believe the level of support and overall enthusiasm that you guys have shown, it has

been awesome, thanks for your help.

We've mentioned this before, but if you are a computing student, hacker or other talented individual and you think that you could help with OpenVizsla (but you can't because of your current circumstances) please email info@openvizsla.org and we'll try to arrange something for you.

Please remember to prod and poke coworkers and friends within the next 11 hours if you think they would be able to help with OpenVizsla, show them the kickstarter site - http://kck.st/hxl2x9

We are in the process of preparing the online community (Forum, IRC and website) where we'll be able to move newer post-kickstarter discussion when the project closes, this should be done fairly soon, keep an eye on the website for more information (we'll also post an update from here).

Thanks

Add Comment

7. on December 21



## "OpenVizsla" Open Source USB Protocol Analyzer

- Technology
- San Francisco, CA



**bushing**
Posted project update #8

# 24 hours left!

We have a little over 24 hours left!

This Kickstarter phase of the OpenVizsla project has been a blast, 30 days have flown by, truly amazing!

We think that has been an absolutely fantastic response and it is going to be the basis of a great community and because of your help we are going to make some really awesome hardware!

We'll post some more updates tomorrow with information about the new community site and soon after that we'll be requesting information.

If you have any friends who would still like to participate in OpenVizsla, please send them this link - http://kck.st/hxl2x9 tell them that they have very little time left to pledge :)

See you tomorrow guys!

Thanks again!

Add Comment

8. on December 21



## "OpenVizsla" Open Source USB Protocol Analyzer

- Technology
- San Francisco, CA



**bushing**
**commented on a project**

> @Peter Sorry, let me just clarify that for you (the wording is a little ambiguous) all PCBs (populated/assembled or not) that will be sent out will be the final, bug-free versions, only the $1000 backers get access to the initial bleeding-edge development boards.

9. on December 16



## "OpenVizsla" Open Source USB Protocol Analyzer

- Technology
- San Francisco, CA



**bushing**
**commented on a project**

> @Peter Yes you could! Thanks for the link.

10. on December 16

bushing — Kickstarter

http://www.kickstarter.com/profile/bushing



## "OpenVizsla" Open Source USB Protocol Analyzer

- Technology
- San Francisco, CA



**bushing**
Posted **project update #7**

# 6 days to go!

At the time of writing this we have taken a total of $52,548 which is just over *three times* the amount we originally required, this is amazing and we are honored by your support and show of confidence.

As we've mentioned before, the sheer quantity of pledges has opened the doors to many suppliers, we've had offers of help from all around the world, people are looking forward to getting the OpenVizsla hardware in their hands so that they can innovate around the platform, we think a great community will form around this device.

The development prototype has a number of additional features that will help the developers with the firmware and general usefulness of the device. We've added USB target port power monitoring (so that we'll be able to graph power consumption during analysis), an additional CPLD that allows JTAG and serial debug signals to be rerouted to any of the other debuggable items on the board (either of the XMOS cores, the FPGA etc) and of course the on board FTDI JTAG and USB UART device.

Most of these debug features are only for the prototypes that will be sent to developers, but the majority of the footprints will be still available in the final device that ships, so you guys can add the functionality back onto the board if you require it, any code/tools that is used for debugging will be open-sourced, so should you wish to go in that direction you'll hit the ground running!

Below is a screen-shot of the last development board layout, this shows a sneak-peek of the design (note, this was before the additional hardware mentioned above was added and those changes have not been routed yet, so this doesn't show those) and of course this isn't the design of the *final* device, the PonyPort will likely change and also some of the other components and the shape may be altered.

We've had several emails asking if upgrades from lower pledges to the $150+ 'bare-bones board' or the $250+ tier is possible, and the answer to this is yes! If you would like to receive one of the first boards when the first production run happens, then please change your pledge soon (so that we can get the numbers and planning correct now).

Thanks guys, you all rock!

bushing — Kickstarter  http://www.kickstarter.com/profile/bushing

       

    1. [Nathan Fain](#)

       wicked! will you guys be at the CCC?

       on December 16

Add Comment

**Browse Categories**

- Art
- Comedy
- Comics
- Dance
- Design
- Fashion
- Food
- Film & Video

- Games
- Journalism
- Music
- Photography
- Technology

- Theater
- Writing & Publishing

**Kickstarter's weekly newsletter**

Get awesome projects delivered to your inbox each week.

Comment
Your email address...

Join newsletter

**Kickstarter on Facebook**

Like    33,060 people like this. Be the first of your friends.

**Connect with Kickstarter**

- Follow on Twitter
- Read our blog
- Meet the team
- Work with us

- FAQ / Help
- Guidelines
- Terms of Use
- Privacy Policy
- Contact

© 2011 Kickstarter, Inc.