**26 MINUTES**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/14/11

Case No.   C-11-0167 SI          Judge:   SUSAN ILLSTON

Title: SONY COMPUTER  -v- HOTZ

Attorneys: Gilliland, Boroumand-Smith, Gaudrea, Bricker, S. Keller

Deputy Clerk:  Tracy Forakis  Court Reporter: K. Sullivan

**PROCEEDINGS**

1)   Plaintiff's Motion for TRO - held

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( x) SUBMITTED PART

Case continued to    @ 3:00 p.m.. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: