| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | TIMOTHY R. CAHN (State Bar No. 162136) |
| | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | HOLLY GAUDREAU (State Bar No. 209114) |
| | RYAN BRICKER (State Bar No. 269100) |
| 4 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 6 | Email: jgilliland@kilpatricktownsend.com |
| |              tcahn@kilpatricktownsend.com |
| 7 |              mboroumand@kilpatricktownsend.com |
| |              hgaudreau@kilpatricktownsend.com |
| 8 |              rbricker@kilpatricktownsend.com |
| 9 | Attorneys for Plaintiff |
| | SONY COMPUTER ENTERTAINMENT AMERICA LLC |
| 10 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No.  CV-11-00167 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [4]**<br><br>Date:<br>Time:   10:00<br>Dept.:  Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston |
|---|---|



[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [4]
CASE NO. 11-CV-00167 SI

1  Plaintiff Sony Computer Entertainment America LLC ("SCEA")'s Motion to Remove
2  Incorrectly Filed Document was presented to the Court. Upon consideration of the Motion,
3  the Court finds there is good cause to remove Docket No. [4] from the record.
4  IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remove Incorrectly Filed
5  Document is GRANTED and Docket No. [4] is permanently deleted from the Court's
6  docket.

9  IT IS SO ORDERED.

10
11  DATED:_____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE



[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [4]
CASE NO. 11-CV-00167 SI

1  63100813 v1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



CASE NO.