| *Attorney or Party without Attorney:*<br>JAMES G. GILLIAND, JR. (SBN 107988)<br>KILPATRICK, TOWNSEND & STOCKTON LLP<br>TWO EMBARCADERO CENTER<br>EIGHTH FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-576-0200<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:*<br>017699-007500US | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* SONY COMPUTER ENTERTAINMENT AMERICA LLC
*Defendant:* GEORGE HOTZ, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV11 0167 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHMENT.

3. a. *Party served:*         GEORGE HOTZ

4. *Address where the party was served:*     183 BOULEVARD
    GLEN ROCK, NJ 07452

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 12, 2011 (2) at: 3:12PM

7. *Person Who Served Papers:*
   a. DOMINIC DELLA PORTE #1320496

    1511 West Beverly Blvd.
    Los Angeles, CA 90026
    Telephone    (213) 250-9111
    Fax    (213) 250-1197
    www.firstlegalnetwork.com

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Thu, Jan. 13, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(DOMINIC DELLA PORTE #1320496)
6638653.kilto.339596

CASE NUMBER: CV11 0167 JCS
CASE NAME: SONY v. HOTZ, et al.

1. SUMMONS IN A CIVIL CASE;
2. CIVIL COVER SHEET;
3. COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES BASED ON VIOLATIONS OF DIGITAL MILLENNIUM COPYRIGHT ACT; VIOLATIONS OF THE COMPUTER FRAUD AND ABUSE ACT; CONTRIBUTORY COPYRIGHT INFRINGEMENT; VIOLATIONS OF THE CALIFORNIA COMPREHENSIVE COMPUTER DATA ACCESS AND FRAUD ACT; BREACH OF CONTRACT; TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS; COMMON LAW MISAPPROPRIATION; AND TRESPASS;
4. NOTICE OF RELATED CASE;
5. PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND ORDER OF IMPOUNDMENT; MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT;
6. [PROPOSED] ORDER GRATING PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT;
7. DECLARATION OF RILEY R. RUSSELL IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT;
8. PLAINTIFF'S MANUAL FILING NOTIFICATION;
9. DECLARATION OF BRET MOGILEFSKY IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT;
10. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
11. CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO;
12. STANDING ORDER RE: CASE MANAGEMENT CONFERENCE;
13. CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;
14. NOTICE OF RULE DISCONTINUING SERVICE BY MAIL;
15. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
16. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
17. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;
18. ECF REGISTRATION INFORMATION HANDOUT;
19. WELCOME TO THE U.S. DISTRICT COURT;
20. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;
21. NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE;
22. DECLARATION OF RYAN BRICKER OF PROVIDING ACTUAL NOTICE OF FILING EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT TO DEFENDANT GEORGE HOTZ;
23. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
24. DECLARATION OF BRET MOGILEFSKY IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT;
25. ADMINISTRATIVE MOTION TO FILE EXHIBITS D, G, U, V, W, Y, AND CC TO DECLARATION OF RYAN BRICKER IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT;
26. DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS D, G, U, V, W, Y, AND CC TO DECLARATION OF RYAN BRICKER IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT;
27. [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBITS D, G, U, V, W, Y, AND CC TO DECLARATION OF RYAN BRICKER IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT;
28. RELATED CASE ORDER;
29. DECLARATIONOF RYAN BRICKER IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT.