KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
         tcahn@kilpatricktownsend.com
         mboroumand@kilpatricktownsend.com
         hgaudreau@kilpatricktownsend.com
         rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No. 11-cv-00167 SI<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS I, J, K, L, M, N and O TO DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT**<br><br>Date:<br>Time:<br>Courtroom:  10, 19th Floor<br>Judge:      Hon. Susan Illston |

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 11-cv-.00167 SI

1       Pursuant to Local Rules 7-11 and 79-5, Plaintiff Sony Computer Entertainment America LLC ("SCEA") submits this Administrative Motion to File Under Seal Exhibits I, J, K, L, M, N and O to Declaration of Ryan Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction; Order of Impoundment ("Bricker Declaration").  Pursuant to Local Rule 79-5 (c) (3), SCEA is lodging with the Clerk a copy of this document for filing under seal.  This motion is supported by the Declaration of Holly Gaudreau in Support of Administrative Motion to File Under Seal ("Gaudreau Decl.") filed concurrently herein.

        On January 11, 2011, SCEA filed an Administrative Motion to File Under Seal Exhibits D, G, U, V, W, Y, and CC to the Bricker Declaration.  Exhibits T and X to the Bricker Declaration were inadvertently omitted from that filing, and the Court granted SCEA's administrative motion to seal those documents on January 18, 2011.  Similar to the other documents that SCEA has lodged under seal, Exhibits I, J, K, L, M, N, and O contain explicit instructions on how to circumvent technology protection measures ("TPMs") in gaming console and portable media device systems.  Gaudreau Decl., ¶2.

        SCEA has brought this action to put an end to Defendants' illegal circumvention of the TPMs in its PlayStation®3 computer entertainment system.  SCEA, therefore, does not want the means of any circumvention – the type of practice it is aiming to stop – to be a matter of public record, thereby making the information further available and enabling others to engage in these illegal practices.  *Id.* at ¶3.  SCEA's request is narrowly tailored to seal only those materials for which good cause to seal has been established.  *Id.* at ¶4.

///
///
///
///
///
///
///

Accordingly, SCEA respectfully requests that the Court grant its Administrative Motion to file Exhibits I, J, K, L, M, N and O to the Bricker Declaration under seal.

DATED: January 20, 2011          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: /s/Holly Gaudreau
    JAMES G. GILLILAND, JR.
    TIMOTHY R. CAHN
    MEHRNAZ BOROUMAND SMITH
    HOLLY GAUDREAU
    RYAN BRICKER


Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

63109041 v1