| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | TIMOTHY R. CAHN (State Bar No. 162136) |
| | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | HOLLY GAUDREAU (State Bar No. 209114) |
| | RYAN BRICKER (State Bar No. 269100) |
| 4 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 6 | Email: jgilliland@kilpatricktownsend.com |
| |            tcahn@kilpatricktownsend.com |
| 7 |            mboroumand@kilpatricktownsend.com |
| |            hgaudreau@kilpatricktownsend.com |
| 8 |            rbricker@kilpatricktownsend.com |

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, | Case No. 11-cv-00167 SI |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [28]** |
| v. | |
| GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100, | Date: |
| | Time: |
| | Courtroom: 10, 19th Floor |
| Defendants. | Judge:    Hon. Susan Illston |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that Plaintiff Sony Computer Entertainment America LLC ("SCEA") submits this Motion to Remove Incorrectly Filed Documents Exhibits I, J, K, L, M, N and O to Declaration of Ryan Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order And Order To Show Cause Re Preliminary Injunction; Order of Impoundment ("Bricker Declaration"), Docket No. [28]. Pursuant to Local Rule 79-5 (b), when electronically filed, counsel inadvertently included Exhibits I, J, K, L, M, N and O in the public version of the filed copy of the declaration. These exhibits should have been lodged under seal. Declaration of Holly Gaudreau In Support of Plaintiff's Motion to Remove Incorrectly Filed Documents; Docket No. [28], ¶2.

After discovering the error, counsel called the ECF Help Desk and put a temporary lock on the document. Similar to the other documents that SCEA has lodged under seal, Exhibits I, J, K, L, M, N and O contain explicit instructions on how to circumvent technology protection measures ("TPMs") in gaming console and portable media device systems. *Id.* at ¶3.

SCEA has brought this action to put an end to Defendants' illegal circumvention of the TPMs in its PlayStation®3 computer entertainment system. SCEA, therefore, does not want the means of any circumvention – the type of practice it is aiming to stop – to be a matter of public record, thereby making the information further available and enabling others to engage in these illegal practices. *Id.* at ¶4. SCEA's request is narrowly tailored to seal only those materials for which good cause to seal has been established. *Id.* at ¶5.

///
///
///
///
///
///
///

1  Accordingly, SCEA respectfully requests that Docket No. [28] be permanently
2  deleted from the docket.
3
4  DATED: January 20, 2011          Respectfully submitted,
5                                    KILPATRICK TOWNSEND & STOCKTON LLP
6
7                                    By: /s/Holly Gaudreau
                                         HOLLY GAUDREAU
8                                    Attorneys for Plaintiff
9                                    SONY COMPUTER ENTERTAINMENT AMERICA LLC
10
   63109025 v1
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [22]       2
Case No. 11-cv-.00167 SI