KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
          tcahn@kilpatricktownsend.com
          mboroumand@kilpatricktownsend.com
          hgaudreau@kilpatricktownsend.com
          rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No. 11-cv-00167 SI<br><br>**DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [28]**<br><br>Date:<br>Time:<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Susan Illston |

I, Holly Gaudreau, declare as follows:

1. I am an attorney in the law firm of Kilpatrick Townsend & Stockton LLP, counsel of record for plaintiff Sony Computer Entertainment America LLC ("SCEA") in the above-captioned matter.  I make this declaration on personal knowledge and if called as a witness

1  could and would testify competently thereto.

2      2.    Pursuant to Local Rule 79-5 (b), counsel inadvertently included Exhibits I, J, K, L, M, N, and O in the public version of the filed copy of the declaration.  These exhibits should have been lodged under seal.

    3.    After discovering the error, counsel called the ECF Help Desk and put a temporary lock on the document.  Similar to the other documents that SCEA has lodged under seal, Exhibits I, J, K, L, M, N, and O contain explicit instructions on how to circumvent technology protection measures ("TPMs") in other gaming console and portable media device systems.

    4.    SCEA has brought this action to put an end to Defendants' illegal circumvention of the TPMs in its PlayStation®3 computer entertainment system.  SCEA, therefore, does not want the means of any circumvention – the type of practice it is aiming to stop – to be a matter of public record, thereby making the information further available and enabling others to engage in these illegal practices.

    5.    SCEA's request is narrowly tailored to seal only those materials for which good cause to seal has been established.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 20, 2011, at San Francisco, California.

                              /s/Holly Gaudreau
                               Holly Gaudreau

63109816 v1

DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS; DOCKET NUMBER [28]
CASE NO. 11-cv-.00167 SI

- 2 -