1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3  HOLLY GAUDREAU (State Bar No. 209114)
   RYAN BRICKER (State Bar No. 269100)
4  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
5  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
6  Email:  jgilliland@kilpatricktownsend.com
            tcahn@kilpatricktownsend.com
7           mboroumand@kilpatricktownsend.com
            hgaudreau@kilpatricktownsend.com
8           rbricker@kilpatricktownsend.com

9  Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA LLC
10

11                    UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA\

13                       SAN FRANCISCO DIVISION

14

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company, | CASE NO. CV11-0167 SI |
| | **DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT** |
| Plaintiff, | |
| v. | |
| GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100, | |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Ryan Bricker, declare:

1.     I am an associate at Kilpatrick Townsend & Stockton LLP, counsel of record for plaintiff Sony Computer Entertainment America LLC ("SCEA") in the above-captioned matter. I have personal knowledge of the facts stated in this declaration, unless otherwise indicated, and could and would testify competently thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of an article entitled, "PS3 Software Piracy Begins as First Game is Played on An Unmodded Playstation 3", posted January 10, 2011.

3.     Attached hereto as Exhibit B is a true and correct copy of fail0verflow's ("fail0verflow") Twitter account page accessed January 9, 2011.

4.     Attached hereto as Exhibit C is a true and correct copy of an article entitled, "PlayStation 3 hack – how it happened and what it means", posted December 29, 2011.

5.     Attached hereto as Exhibit D is a true and correct copy of certain slides from PowerPoint Presentation "Console Hacking 2010: PS3 Epic Fail", as presented at 27th Chaos Communication Congress by Bushing, marcan, segher, sven (operating under the moniker "fail0verflow"), accessed on January 9, 2011.  In its original form, the presentation is 134 slides, including many redundant slides; Exhibit D includes 73 slides after those redundancies have been removed.

6.     Attached hereto as Exhibit E is a true and correct copy of the download page hosting the fail0verflow group's "PS3 Tools," uploaded by Sven Peter and accessed on January 9, 2011.

7.     Attached hereto as Exhibit F is a true and correct copy of the download page hosting the fail0verflow group's "PS3 NOR flasher/sniffer," uploaded by Hector Martin and accessed on January 9, 2011.

8.     Attached hereto as Exhibit G is a true and correct copy of an online, publicly-accessible spreadsheet reporting the Keys that correspond to certain levels of PS3 System code, published online and crediting mathieulh, richdevX, Graf_cocolo, TitanMKD, and N_D_T, the hackers responsible for locating those codes.  I accessed the spreadsheet on

1 | January 10, 2011.

2 |     9.    Attached hereto as <u>Exhibit H</u> is a true and correct copy of the "Dev Team"

3 | portal, listing marcan, Bushing, pytey, and segehr as member hackers, and reporting

4 | progress in hacking telecommunication devices.  The site was accessed on January 9, 2011.

5 |     10.    Attached hereto as <u>Exhibit I</u> is a true and correct copy of a blog entry "xyzzy",

6 | posted on July 22, 2008, by Bushing.

7 |     11.    Attached hereto as <u>Exhibit J</u> is a true and correct copy of a blog entry "Keys,

8 | keys, keys.", posted on August 15, 2008, by Bushing.

9 |     12.    Attached hereto as <u>Exhibit K</u> is a true and correct copy of a blog entry "Bushing

10 | releases Xyzzy Tool to grab Keys from Wii Consoles."

11 |     13.    Attached hereto as <u>Exhibit L</u> is a true and correct copy of the text from

12 | PowerPoint Presentation "Console Hacking 2008: Wii Fail", as presented at 25th Chaos

13 | Communication Congress by marcan and Bushing (operating under the moniker "Team

14 | Twiizers").

15 |     14.    Attached hereto as <u>Exhibit M</u> is a true and correct copy of the text from

16 | PowerPoint Presentation "Wii: Hardware, seguridad, hacking y homebrew", created by

17 | Hector Martin.

18 |     15.    Attached hereto as <u>Exhibit N</u> is a true and correct copy of "geohot" search

19 | results on "Dev-Team Blog."

20 |     16.    Attached hereto as <u>Exhibit O</u> is a true and correct copy of published blog entry,

21 | "redsn0w+limera1n fun" on "Dev-Team Blog."

22 |     17.    Attached hereto as <u>Exhibit P</u> is a true and correct copy of Hector Martin's

23 | ("marcan42") twitter account page accessed January 9, 2011.

24 |     18.    Attached hereto as <u>Exhibit Q</u> is a true and correct copy of Bushing's ("gnihsub")

25 | twitter account page access January 9, 2011.

26 |     19.    Attached hereto as <u>Exhibit R</u> is a true and correct copy of pytey's ("pytey")

27 | twitter account page accessed January 9, 2011

28 |     20.    Attached hereto as <u>Exhibit S</u> is a true and correct copy of an article titled,

1 | "Hacker releases PlayStation 3 root key", published on January 3, 2011.

2 |     21.    Attached hereto as <u>Exhibit T</u> is a true and correct copy of a blog entry "Geohot:

3 | Here is your PS3 Root Key! – Now with "HELLO WORLD" proof!", accessed on January 10,

4 | 2011.

5 |     22.    Attached hereto as <u>Exhibit U</u> is a true and correct copy of Hotz's website,

6 | offering links to download the "3.55 Firmware Jailbreak" and the "Signing Tools," accessed

7 | January 9, 2011.

8 |     23.    Attached hereto as <u>Exhibit V</u> is a true and correct copy of screen captures of

9 | Hotz's website, releasing the METLDR Keys (also known as Root Key) to internet community

10 | with two download links under the banner "keys open doors."

11 |     24.    Attached hereto as <u>Exhibit W</u> is a true and correct copy of a video by George

12 | Hotz (operating under the moniker "geohot"), posted to YouTube on January 7, 2011, titled

13 | "'Jailbroken' PS3 3.55 with Homebrew" and showing Hotz loading a homebrew application

14 | on firmware 3.55.  As of January 10, 2011, this video has been viewed more than 730,000

15 | times.

16 |     25.    Attached hereto as <u>Exhibit X</u> is a true and correct copy of a forum thread titled

17 | "Geohot: Full 3.55 CFW Jailbreak Is Working!", posted on January 7, 2011.  On this page,

18 | there is a direct link to George Hotz's YouTube video (Exhibit W) as well as an embedded

19 | excerpt of a chat session with George Hotz (operating under the moniker "geohot"). Also

20 | attached at <u>Exhibit X</u> is a true and correct copy of this embedded chat text.

21 |     26.    Attached hereto as <u>Exhibit Y</u> is a true and correct copy of a How To guide:

22 | "Jailbreak PS3 Running 3.55 Firmware [Guide]", published on January 9, 2011.

23 |     27.    Attached hereto as <u>Exhibit Z</u> is a true and correct copy of an Interview with

24 | George Hotz with BBC News, titled "iPhone hacker publishes secret Sony PlayStation 3

25 | key", published on January 5, 2011.

26 |     28.    Attached hereto as <u>Exhibit AA</u> is a true and correct copy of published blog

27 | entries by Hector Martin (operating under the moniker "marcansoft"), accessed on January

28 | 10, 2011.

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT
Case No. CV11-0167 SI

3

29.     Attached hereto as Exhibit BB is a true and correct copy of blog entries published by Bushing and accessed on January 10, 2011.

30.     Attached hereto as Exhibit CC is a true and correct copy of a forum entry titled "Full Backup Working on Geohot CFW 3.55," providing instructions of how to play copied, pirated games using the code distributed by George Hotz.  The page was accessed on January 10, 2010.

31.     Attached hereto as Exhibit DD is a true and correct copy of a redacted PayPal receipt from George Hotz, using an account registered to <geohot@gmail.com>.  The transaction was processed on January 7, 2011.

32.     In accordance with Local Rule 65-1(b), I will deliver Notice of this matter via email to Defendant George Hotz through his known email addresses (geohot@gmail.com, which is verified through his PayPal, and dudeitsaballoon@gmail.com) today promptly after filing the Complaint and this Motion.  We will also attempt to deliver by email a copy of the Motion, Proposed Order and, if practicable, the supporting Declarations.  We also are attempting personal service of the Complaint.

I declare under penalty of perjury on this date under the laws of the United States in San Francisco, California that the foregoing is true and correct.

DATED:  January 11, 2011

_____
Ryan Bricker

63095230 v1

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; ORDER OF IMPOUNDMENT
Case No.

4