# EXHIBIT A

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

Case3:11-cv-00167-SI   Document42-1   Filed01/20/11   Page2 of 5

New Message!
(3) people in Foster City want to date you.
Click Here

Home    Forum    Contact Us    CONTESTS    Archives    What is T

Babes    Beer & Food    Everything Else    Features    Men's Health    Movies    Music

# PS3 Software Piracy Begins as First Game is Played on An Unmodded Playstation 3

BY JONAH FALCON        JANUARY - 10 - 2011



That didn't take long, did it?

The rootkey crack that was uncovered by Geohot and other modders has the door wide open for rampant PlayStation 3 piracy, and the first pirated game on an unmodded PS3 has been done.

*1 tweet retweet*

One software pirate has shown Castlevania: Lords of Shadow running off a hard drive with the PlayStation 3 thinking it's a legit PSN game. According to GamesRadar:

> "At this stage it's still a complex thing to do to get it running, which is well beyond the capabilities of 'normal' gamers. But now the dam has been breached, it's unlikely anyone's going to stick their finger in the hole because they're having second thoughts."

Geohot may have claimed he doesn't condone software piracy, but pirates are singing his name in honor right now.

*Jonah Falcon is a blogger for TMRzoo and GameStooge.com and covers all gaming consoles and platforms including Sony Playstation 3, Microsoft XBOX 360, Nintendo Wii, Sony PSP and computer games designed for Mac OS, Microsoft Windows and Linux operating systems. Jonah provides his readers with reviews, previews and up to date gaming industry news and rumors.*



**Share This Post**

Share    1    Like    Sign Up to see what your friends like.

FEATURES   VIDEO GAMES

## Leave a Reply

You must be logged in to post a comment.



- Electronic Arts (#EA) to Publish The Secret World MMO http://goo.gl/fb/FqCnA #videogames 55 minutes ago

## Popular Posts

- Contests and Giveaways
- Maria Menounos Bikini Malfunction Lip Slip at Miami Beach (PICS)
- Michelle Ryan In New X Rated Pictures With Another Man (PICS)
- Did Brett Farve Send Playboy Model Jenn Sterger Pics Of His Crocs? (Pics + Gallery)
- Suds With Securb: Top Ten Dive Bars in America
- Former Miss California Carrie Prejean Gets Over Exposed At The Beach
- Snookie Gets Blasted on Jersey Shore South Park Episode – Clips
- The Kari Ann Peniche/Eric Andrews Sextape Is Back In The News (NSFW Photos)
- MySpace Hottie of the Week: Sexi Barbie
- Jesse James' Michelle Bombshell Mcgee (Photos + Video)

## Recent Comments

- Hooch: bring your sister
- Hooch: 1 for 4 in the first round and I don't lke the one you got right, Cletus. Come see me in my office and...
- 3daddict: You may not know much about college football but judging by those pics I'd say you're on the...
- Speng: Not only did I read it using a funny accent, I was breathing loudly out of my mouth.
- Securb: Being a Seahawks fan doesnt look too bad this morning.
- Securb: 8.45 Million morons out there I guess
- skarydrunkguy: seriously. what the fuck is wrong with people?
- Securb: Cletus you suck I am calling in my Eagles/Ravens tease first thing tomorrow morning.

## Recent Posts

- PS3 Software Piracy Begins as First Game is Played on An Unmodded Playstation 3
- The Cape: Television Premiere Episode Review
- The Drinkery in Londonderry NH is Offering Up Incredible Savings for Beer and Wine Fans
- 2011 BCS National Championship Game Oregon Ducks vs. Auburn Tigers: Free Picks, Predictions and Odds
- More Elder Scrolls V: Skyrim Features Reveled Including Dual Wield
- Haier Reveals the Future of the Man Cave with "Smart Life" Internet-connected Appliances
- Razer Wins the Best of CES Award at 2011 International CES for Mobile PC Gaming Concept
- Tony Sparano's Contract Extension Forces Me To Announce My Retirement From Football
- Elvis Presley's Birthday Celebrated with New Book
- Elder Scrolls V: Skyrim Screenshot Scans and Release Date

Home | Contests and Giveaways | Forum | Sitemap | Privacy

© 2008-2011 TMR Entertainment, LLC - Site design based on Wordpress themes