# EXHIBIT B

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form

Have an account?Sign in

Username or email

Password

Sign in    ☐ Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from fail0verflow.

## Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @fail0verflow.

Sign Up ›

Get updates via SMS by texting **follow fail0verflow** to **40404** in the United States
Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---|---|---|
| Australia | | 0198089488 Telstra |
| Canada | | 21212 (any) |
| United Kingdom | | 86444 Vodafone, Orange, 3, O2 |
| Indonesia | | 89887 AXIS, 3, Telkomsel |
| Ireland | | 51210 O2 |

Two-way (sending and receiving) short codes:

| India | • 53000 Bharti Airtel, Videocon |
| Jordan | • 90903 Zain |
| New Zealand | • 8987 Vodafone, Telecom NZ |
| United States | • 40404 (any) |

Codes for other countries



# fail0verflow

1. @Dan_Carbon bricking consoles would be quite illegal. about 2 hours ago via Choqok in reply to Dan_Carbon
2. @Dan_Carbon Our goal is to be able to run Linux with dual-boot into GameOS, without 3D restrictions, on every PS3 currently out there. about 2 hours ago via Choqok in reply to Dan_Carbon
3. @Dan_Carbon They started this with the pulling OtherOS nonsense. If they have something to tell us, they should take the initiative. about 2 hours ago via Choqok in reply to Dan_Carbon
4. @Dan_Carbon Sony haven't said anything, nor are they likely to respond in any useful way considering history and the fact they're Japanese about 2 hours ago via Choqok in reply to Dan_Carbon
5. @Dan_Carbon Too little, too late. Maybe if it had 3D enabled and worked on the Slim. about 2 hours ago via Choqok in reply to Dan_Carbon
6. We are NOT working on pkgs, stop asking. Friday, January 07, 2011 4:59:21 PM via Choqok
7. Reminder: if you've donated to fail0verflow, it's a scam. We are NOT requesting donations. The YouTube and Facebook accounts are fake. Friday, January 07, 2011 2:32:32 PM via Choqok
8. @paulr62 you can keep your root filesystem, but you'll need a new kernel and possibly a reconfigured boot partition. Friday, January 07, 2011 2:26:00 PM via Choqok in reply to paulr62
9. Standalone Linux on the PS3 Slim demo (with video): http://goo.gl/8oZVj (this is what *should* have been the 27c3 demo, had video worked) Thursday, January 06, 2011 9:21:48 PM via Choqok
10. @Tom_Hash the sniffer/flasher code is very small, it should work on just about any FPGA. The important bit is the number of I/O pins. Thursday, January 06, 2011 5:14:14 PM via Choqok in reply

- Name fail0verflow
- Web http://fail0verfl...

| 5 Following | 17,532 Followers | 243 Listed |

- 67Tweets
- Favorites

# Following



RSS feed of fail0verflow's tweets
RSS feed of fail0verflow's favorites

to Tom_Hash

11. If people don't stop asking about CFW, backup manager, "dongleless jailbreak", and friends, we're going to start hitting the 'block' button. Thursday, January 06, 2011 3:13:51 PM via Choqok
12. to all those people asking about npdrm: we're not going to work on that because it's not required to bring linux back to the ps3. Thursday, January 06, 2011 2:12:53 PM via web
13. @KDSBest You need a USB interface for USB comms (or at least a PHY, but that's a lot harder) Thursday, January 06, 2011 6:33:24 AM via Choqok in reply to KDSBest
14. @KDSBest pretty much (of course the S3E needs power and the usual stuff too) Thursday, January 06, 2011 6:11:14 AM via Choqok in reply to KDSBest
15. @KDSBest it's bushing's twlfpga board, which is really just a Spartan3E and a FT2232H. There's a S3E<->FTDI pinout in the ucf files. Thursday, January 06, 2011 5:24:17 AM via Choqok in reply to KDSBest
16. Great BBC article: http://www.bbc.co.uk/news/technology-12116051 Wednesday, January 05, 2011 1:34:33 PM via Choqok
17. @rouse_y The OtherOS function was removed because Sony was looking an excuse to get rid of it (they had no reason to remove it on the Slim) Wednesday, January 05, 2011 12:54:41 PM via Choqok in reply to rouse_y
18. How it all started on 2010-12-10 @ 22:50: <segher> aaaaaaaand: <segher> THEY MADE THE BEGINNER MISTAKE Wednesday, January 05, 2011 11:30:04 AM via Choqok
19. @rouse_y We didn't break game security, Geohot did (by releasing metldr keys). We just did the minimum required to regain OtherOS. Wednesday, January 05, 2011 11:07:59 AM via Choqok in reply to rouse_y
20. @rouse_y Sony illegally removed an advertised feature (OtherOS) for existing customers; we're only bringing it back. Wednesday, January 05, 2011 10:54:33 AM via Choqok in reply to rouse_y
21. thanks to @KaKaRoToKS for helping me find some hidden stack smash inside some voodoo big number code Tuesday, January 04, 2011 4:25:09 PM via web
22. Okay, again: unself does not aim to create executable files. Its sole purpose is to give you ELF files for objdump/IDA/... Tuesday, January 04, 2011 2:42:37 PM via web
23. There have been some pretty bad articles recently, but Gizmodo's most recent really takes the cake. I don't think there's one correct word. Monday, January 03, 2011 5:12:26 PM via Choqok
24. Pushed a repo with the PS3 NOR flasher stuff we used at 27C3: http://goo.gl/LTD1p (sadly you need to adapt it to your own board) Tuesday, January 04, 2011 2:11:25 PM via Choqok
25. Lesson learned: if you're going to release something, delay it a week and make a for-idiots press release. Otherwise nobody gets it right. Tuesday, January 04, 2011 2:12:10 PM via Choqok
26. Placeholder website, gitweb, and git:// should all be back up now. Monday, January 03, 2011 3:04:56 PM via Choqok
27. welcome @mha42 to twitter! If it runs UNIX and has flashing

   LEDs he knows _everything_ about it. Pls follow him so we can blow up his mbox. Wednesday, January 05, 2011 1:41:45 PM via Tweetie for Mac
28. @greenelkland kboot support is in and OtherOS partitions is easy to support, but currently only FAT16/32 is supported for /boot Monday, January 03, 2011 12:37:12 PM via Choqok in reply to greenelkland
29. Hoping to get this server set up soon so I can finally publish a huge FAQ to clarify things... Monday, January 03, 2011 12:04:40 PM via Choqok
30. @moeseth We discovered how to get keys. We exploited lv2ldr, then got its keys. Geohot exploited metldr, then used our trick to get its keys Monday, January 03, 2011 12:03:41 PM via Choqok in reply to moeseth
31. official anti-squat IRC channel is #f0f on EFnet. f0f members and ops will probably be idle and PM'ing them will result in a ban :) Monday, January 03, 2011 11:08:15 AM via Tweetie for Mac
32. fail0verflow.com going down for maintenance. We'll be back up soon. Tuesday, January 04, 2011 5:25:45 PM via Choqok
33. our SPU emulator, works fine on most loaders: http://git.fail0verflow.com/?p=anergistic.git Wednesday, January 05, 2011 3:14:18 AM via web
34. egohot I hate life. They got to speak at the oldest and most illustrious German hacker con, I spoke on an old boat in Paris. Damn Eurofags. Tuesday, January 04, 2011 12:07:45 PM via web Retweeted by fail0verflow and 45 others
35. @wiisixtyfour been there done that long ago, PayPal doesn't care about scammers Sunday, January 02, 2011 3:49:20 PM via Choqok in reply to wiisixtyfour
36. pytey segher's 'bakterium' as seen live in Berlin's c-base. Powered by a mixture of club-mate, rum and Forth http://bit.ly/fdWWpv Wednesday, January 05, 2011 2:49:29 AM via Tweetie for Mac Retweeted by fail0verflow and 5 others
37. some tools for ps3 files. expect some fail, this is still WIP: http://git.fail0verflow.com/?p=ps3tools.git Wednesday, January 05, 2011 2:49:04 AM via web
38. Sony seem to have just randomly sprinkled crypto on the PS3 as magical pixie dust. Wackier crypto usage MUST be more secure, right? Right? Tuesday, January 04, 2011 11:59:42 AM via Choqok
39. http://pastie.org/private/0unla7m2kxdlehmepzkktw <-- sha1 hashes for some keys Saturday, January 01, 2011 8:08:49 AM via web
40. @unstatusthequo We have com/net/org. Does anyone care about .us anyway? We're most certainly not US-based ;) Friday, December 31, 2010 9:50:56 PM via Choqok in reply to unstatusthequo
41. Heh, they've got some nerve, now they're claiming they're real and we're fake (if anyone's in doubt, fail0verflow.com links here) Friday, December 31, 2010 9:35:39 PM via Choqok
42. Seems YouTube refuses to do anything about impersonation reports. Everyone please flag "fail0verflow"'s videos as Spam->Scams/Fraud. Friday, December 31, 2010 9:22:25 PM via

Choqok
43. That was fast. Looks like the scam vids are gone, but the acct ('fail0verflow') is still there. Would be nice to get control of it though. Friday, December 31, 2010 6:43:17 PM via Choqok
44. Someone is impersonating us on YouTube and wants money for scams that we have nothing to do with. Anyone at Google that can help? Friday, December 31, 2010 6:13:07 PM via Choqok
45. **pytey** almost home, had lots of fun with my @fail0verflow team-mates at #27c3 I must have drank 1 yrs worth of Club Mate & Tschunks in 5 days. Friday, December 31, 2010 1:06:04 PM via Tweetie for Mac Retweeted by fail0verflow and 4 others
46. **bl4sty** Back from #27c3, seriously sleep deprived. Had a great time with my @fail0verflow buddies and all others! On my way to local NYE party! Friday, December 31, 2010 11:50:46 AM via DestroyTwitter Retweeted by fail0verflow and 2 others
47. @redsquirrel87 yes, we'll release all our tools as soon as we cleaned them up in january or so. Thursday, December 30, 2010 5:14:35 AM via web in reply to redsquirrel87
48. Myth: Geohot -> Sony pulls OtherOS -> JB -> Fail. Fact: Slim had no OtherOS -> Geohot -> ... . Geohot started his work due to the Slim. Thursday, December 30, 2010 5:05:09 AM via Choqok
49. slides: http://events.ccc.de/congress/2010/Fahrplan/events/4087.en.html Thursday, December 30, 2010 4:58:08 AM via web
50. PS3 demo NOW in #Saal3 at #27c3 Thursday, December 30, 2010 3:38:13 AM via web
51. **rootlabs** PS3 priv signing key exposed. Apparently Sony does not read our blog. http://is.gd/hrxqb Congrats: @gnihsub @marcan42 @fail0verflow #27c3 Wednesday, December 29, 2010 5:17:50 PM via web Retweeted by fail0verflow and 100+ others
52. There is absolutely no doubt in our mind that the PS3 lasted as much as it did due to OtherOS. The security really is terribly broken. Wednesday, December 29, 2010 5:03:44 PM via Choqok
53. Whoever originally wrote something about "overflowing the bootup NOR flash" needs to be shot (after watching the talk and paying attention) Wednesday, December 29, 2010 1:53:15 PM via Choqok
54. Reminder: There's a fail0verflow treasure hunt on the walls of the hackcenter that you might find interesting ;) Wednesday, December 29, 2010 1:14:48 PM via Choqok
55. Note: we won't be working long-term on CFW or similar. We'll release tools and a PoC, someone else can take over. The fun part is done ;) Tuesday, January 04, 2011 4:49:47 PM via Choqok
56. we only started looking at the ps3 after otheros was killed. Tuesday, January 04, 2011 4:26:23 PM via web
57. @joystiq the website will launch when it launches. Almost certainly not tomorrow. Wednesday, December 29, 2010 11:12:34 AM via web
58. fail0verflow is the name of our 'group'. We are a bunch of curious hackers who have been working on a bunch of things over the last 3 years. Wednesday, December 29, 2010 10:15:02 AM via web
59. **marcan42** FWIW lightning talks tomorrow are at 11:30-13:45. PS3

60. demo will be 4 minutes _somewhere_ within that range (to be determined) Wednesday, December 29, 2010 9:19:21 AM via Choqok Retweeted by fail0verflow and 14 others
61. @cartfisk official videos are not yet ready, you can try some of the unofficial ones: http://events.ccc.de/congress/2010/wiki/Documentation Wednesday, December 29, 2010 9:15:12 AM via web in reply to cartfisk
62. @facanferff that's the plan. 9:11 AM Dec 29th, 2010 via web in reply to facanferff
63. @KushanTheCat our goal is to have linux running on all existing PS3 consoles, whatever their firmware versions. 8:42 AM Dec 29th, 2010 via web in reply to KushanTheCat
64. Our current PS3 goal: AsbestOS.pup 8:41 AM Dec 29th, 2010 via web
65. For all those out there that think fail0verflow.com has been hacked - it hasn't. We're just busy working on a demo for tomorrow. Patience! 8:39 AM Dec 29th, 2010 via web
66. Look out for the awesome treasure hunt on the walls of the hackcenter. Hint, you might need a smartphone ;) 8:24 AM Dec 29th, 2010 via web
67. totally epic ps3 fail about to be unveiled at #27c3, stream it at: http://saal1.h264.27c3.fem-net.de/ or http://wmv.27c3.fem-net.de/saal1 7:04 AM Dec 29th, 2010 via web
68. @fail0verflow on stage now at #27c3 7:01 AM Dec 29th, 2010 via web

## Footer

- © 2011 Twitter
- About Us
- Contact
- Blog
- Status
- Resources
- API
- Business
- Help
- Jobs
- Terms
- Privacy