# EXHIBIT E

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

# projects / ps3tools.git / summary

git

summary | shortlog | log | commit | commitdiff | tree

commit ? search: re

| | |
|---|---|
| description | PS3 tools |
| owner | |
| last change | Fri, 7 Jan 2011 00:14:16 +0000 |
| URL | git://git.fail0verflow.com/ps3tools.git |

## shortlog

| | | | |
|---|---|---|---|
| *11 hours ago* | *Sven Peter* | **another makeself fix** master | commit \| commitdiff \| tree \| snapshot |
| *14 hours ago* | *Sven Peter* | **ungpkg: decrypt and unpack game packages** | commit \| commitdiff \| tree \| snapshot |
| *19 hours ago* | *Sven Peter* | **unpkg: support non-compressed packages** | commit \| commitdiff \| tree \| snapshot |
| *20 hours ago* | *Sven Peter* | **Whoops again.** | commit \| commitdiff \| tree \| snapshot |
| *21 hours ago* | *Sven Peter* | **simple mode for unpkg; just extract the content** | commit \| commitdiff \| tree \| snapshot |
| *37 hours ago* | *Sven Peter* | **and one more makeself fix.** | commit \| commitdiff \| tree \| snapshot |
| *38 hours ago* | *Sven Peter* | **use urandom for keys to require less entropy** | commit \| commitdiff \| tree \| snapshot |
| *38 hours ago* | *Sven Peter* | **more work on makeself** | commit \| commitdiff \| tree \| snapshot |
| *40 hours ago* | *Sven Peter* | **don't segfault in case no key is available** | commit \| commitdiff \| tree \| snapshot |
| *44 hours ago* | *Sven Peter* | **some patches.** | commit \| commitdiff \| tree \| snapshot |
| *2 days ago* | *Sven Peter* | **cospkg: create core os packages** | commit \| commitdiff \| tree \| snapshot |
| *2 days ago* | *Sven Peter* | **Whoops.** | commit \| commitdiff \| tree \| snapshot |
| *2 days ago* | *Sven Peter* | **small fix for pkg** | commit \| commitdiff \| tree \| snapshot |
| *2 days ago* | *Sven Peter* | **cosunpkg: unpack decrypted core os package** | commit \| commitdiff \| tree \| snapshot |
| *2 days ago* | *Sven Peter* | **stupid stack smash** | commit \| commitdiff \| tree \| snapshot |
| *2 days ago* | *Sven Peter* | **Revert "undo all bn/ecc optimizations due to some bug"** | commit \| commitdiff \| tree \| snapshot |

...

## heads

| | | |
|---|---|---|
| *11 hours ago* | **master** | shortlog \| log \| tree |

*PS3 tools* Atom RSS

