# EXHIBIT H

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

# iPhone Dev Team Portal

## Visit our blog

**For our most recent content, please visit our blog [http://blog.iphone-dev.org/]**

The blog is updated much more frequently than this portal entry page.

Dev Team Blog [http://blog.iphone-dev.org/]

## Welcome

Welcome to the official iPhone Dev Team information portal. The information, statements, articles, and releases here are **official.** They have the approval of the combined Dev/Elite teams.

The goal of this portal is to **eliminate the confusion** about Dev Team progress. This is not a blog or a forum and it's not editable by the world. The goal is to have an accurate, useful and concise information portal about Dev Team progress.

**This site and its contents are in no way affiliated with, endorsed by, or supported by Apple Inc.**

More Dev Team resources:

Blog [http://blog.iphone-dev.org/] - for some thoughts and interesting links

Google Code [http://code.google.com/p/iphone-devteam/] - for open source projects

## Announcements

| | |
|---|---|
| QuickPwn Announcement | August, 18, 2008 |
| PwnageTool 2.0 Announcement | July, 26, 2008 |
| XPwn 0.3 Announcement | July, 26, 2008 |
| XPwn Announcement (Updated) | May 17, 2008 |
| Food? | May 12, 2008 |
| PwnageTool 1.1 Announcement | April 14, 2008 |
| WiFi Fix Announcement | April 3, 2008 |
| BootNeuter Guide | April 3, 2008 |
| Pwnage 1.0 Released | April 3, 2008 |
| Pwnage Tool Delayed | March 30, 2008 |
| Pwnage Presentation in Moscow | March 29, 2008 |
| Pwnage in the News [http://209.85.165.104/search?rls=en-us&q=cache:http://money.cnn.com/news/newsfeeds/articles/djf500/200803132020DOWJONESDJONLINE001129_FORTUNE5.htm&ie=UTF-8&oe=UTF-8] ( pdf) | March 13, 2008 |
| Dual Boot your iPhone (jailbreak!) | March 12, 2008 |
| What have we here? [http://bayimg.com/HAjLgaaBc] | March 11, 2008 |
| Project Pwnage | March 7, 2008 |
| iPhone Unleashed [http://www.youtube.com/watch?v=ks86VRzVLic] | February 29, 2008 |
| 0wnage? [http://www.youtube.com/watch?v=7mYSGbm02zQ] (signed firmware) | February 27, 2008 |
| | Feburary |

- **Our congratulations to geohot [http://iphonejtag.blogspot.com], who has found the first software exploit for the 4.6 bootloader. We may not agree on many things, but we certainly respect his skills.**

# Technical Areas

- The 8900 File Format – Description of the 8900 signed container format
- Encryption Keys – An overview of the encryption keys Apple uses
- Secure Bootloader – The earliest bird in the s5l boot process
- S-Gold Bootrom – The start of the S-gold boot process
- USB Protocol Info – protocols used to communicate data over USB

# How-To Articles

- Building the open source tool chain on Leopard - How to build the open source tool chain on Leopard
- Building the open source tool chain on Leopard for FW 1.2/2.0 - How to build the open source tool chain on Leopard, with support for FW 1.2/2.0
- Using the Apple SDK with low-level APIs - How to use the iPhone's lower-level APIs with the Apple SDK, using the open tool chain's headers
- Building the Leopard Tool Chain in /Developer - How to build the open source tool chain in /Developer on Leopard

# External Links Of Interest

- Upgrading the iPhone Toolchain by saurik [http://www.saurik.com/id/4]

# Who we are

asap18, bgm, Bugout, bushing, c1de0x, chris, dinopio, drudge, Fred_, ghost_000, gray, iZsh, jim–, MuscleNerd, netkas, np101137, penisbird, planetbeing, pr3d4t0r, pumpkin, pytey, roxfan, sam, saurik, Turbo, w____, wizdaz, Zf

# How to contact us

You can find us on the hackint0sh IRC network at irc://irc.osx86.hu/iphone [irc://irc.osx86.hu/iphone]

main.txt · Last modified: 2008/10/20 10:43

Except where otherwise noted, content on this wiki is licensed under the following license:CC Attribution-Noncommercial-Share Alike 3.0 Unported [http://creativecommons.org/licenses/by-nc-sa/3.0/]