# EXHIBIT P

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form

**twitter**

Have an account? Sign in

Username or email [                    ]

Password [                    ]

[ Sign in ]  ☐  Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from Hector Martin.

**Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @marcan42.**

[ Sign Up › ]

Get updates via SMS by texting **follow marcan42** to **40404** in the United States

Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---|---|---|
| Australia | • 0198089488 Telstra | |
| Canada | • 21212 (any) | |
| United Kingdom | • 86444 Vodafone, Orange, 3, O2 | |
| Indonesia | • 89887 AXIS, 3, Telkomsel | |
| Ireland | • 51210 O2 | |

Two-way (sending and receiving) short codes:

India
- 53000 Bharti Airtel, Videocon

Jordan
- 90903 Zain

New Zealand
- 8987 Vodafone, Telecom NZ

United States
- 40404 (any)

Codes for other countries



# marcan42

1. @pytey I know, the sad part is that as far as bullshit goes the spoof does a much better job :P about 7 hours ago via Choqok in reply to pytey
2. @pytey Water restructuring? Pfrt. Try cardinal grammeter synchronization: http://goo.gl/fB3s8 . Much more awesome. about 7 hours ago via Choqok in reply to pytey
3. @samvelkesh ask google: http://goo.gl/zXyZC about 10 hours ago via Choqok in reply to samvelkesh
4. @littlesteve something like my NOR flasher Thursday, January 06, 2011 9:00:38 PM via Choqok in reply to littlesteve
5. @littlesteve you get a nice paperweight of a PS3, unless you have some hardware recovery mechanism. Thursday, January 06, 2011 8:50:41 PM via Choqok in reply to littlesteve
6. @bud_77 oh, and that "Kajika" is banned from that site, so presumably he was found out as a total troll. Thursday, January 06, 2011 5:39:13 AM via Choqok
7. @bud_77 from EXIF info: Make: Sony Ericsson, Camera Model Name: E10i. I use an iPhone, I don't know anyone with a Sony Ericsson. Thursday, January 06, 2011 5:37:15 AM via Choqok in reply to bud_77
8. @bud_77 Completely false. Seriously, I've never seen it. Thursday, January 06, 2011 5:22:47 AM via Choqok in reply to bud_77
9. @phirenz how is an 8-port gigE switch, a ATA->SATA (later SATA->ATA) chip, an overkill SB, a standalone built-in WLAN AP, ... "elegant"? :P Wednesday, January 05, 2011 5:26:26 PM via Choqok in reply to phirenz
10. Also, I have *no* clue what on earth http://goo.gl/cQwVU is about. I've never seen that image and sure as hell never tweeted it.

- Name Hector Martin
- Location Castro Urdiales, Spain
- Web http://marcansoft...
- Bio If it ain't broke, I'll fix it.

| 70 | 9,655 | 505 |
|---|---|---|
| Following | Followers | Listed |

- 946 Tweets
- Favorites

## Lists

- @marcan42/**iphone-dev-team**

View all

## Following



Wednesday, January 05, 2011 4:54:56 PM via Choqok

11. On the other hand, the December 20th "private keys leak" tweet was in fact a slight teaser (we discovered everything on December 10th) Wednesday, January 05, 2011 4:51:30 PM via Choqok

12. FWIW, the sha1 I posted in October was of a .txt file explaining the psjb exploit Wednesday, January 05, 2011 4:50:34 PM via Choqok

13. e.g. http://goo.gl/k9HPy "hinted at the "keys""? "Kinect Hack called OpenLase"? "actually has known this all along"? What are they smoking? Wednesday, January 05, 2011 4:49:51 PM via Choqok

14. wow, seriously, dukio.com is publishing the most retarded articles ever Wednesday, January 05, 2011 4:48:57 PM via Choqok

15. I mean, maybe it's just me, but I think the "calculating private keys" part deserves a bit more credit than a metldr exploit. Monday, January 03, 2011 4:19:00 PM via Choqok

16. Announce/publish a ridiculous break in embedded security, a few sites pick it up. Geohot uses it, it's all over the web. Sigh. Tuesday, January 04, 2011 12:30:42 PM via Choqok

17. **copumpkin** I want Google to stop assuming I've misspelled my queries and showing me bad results. "I search for uncommon terms; please trust me!" Wednesday, January 05, 2011 3:03:15 AM via Tweetie for Mac Retweeted by marcan42 and 52 others

18. @kakashigr so he obviously used our method to calculate the key, but he had to use a metldr exploit to dump it (which we don't yet have). Sunday, January 02, 2011 1:26:38 PM via Choqok in reply to kakashigr

19. @kakashigr you need an exploit in a loader (or a prior loader) to dump it. We had most everything below metldr, but not metldr itself. Sunday, January 02, 2011 1:25:45 PM via Choqok in reply to kakashigr

20. @r1cola he likes that sort of game, but we aren't playing it. We're polishing then releasing what we have, then that's it. Sunday, January 02, 2011 1:25:04 PM via Choqok in reply to r1cola

21. geohot++ for breaking metldr, geohot-- for making it another ego act and not publishing how he did it. Tuesday, January 04, 2011 12:41:43 PM via Choqok

22. For those who missed it, video of the talk here: http://goo.gl/UjtPx Saturday, January 01, 2011 10:37:30 PM via Choqok

23. So now, if you don't have a laser, technically you can try OpenLase using that code :) Saturday, January 01, 2011 10:28:15 PM via Choqok

24. Now you know what my code looks like when I'm drunk :P (we hacked the bar PC and had ASCII demos running on it) Saturday, January 01, 2011 10:25:57 PM via Choqok

25. While at c-base (and on a couple Tschunks) I hacked ASCII-art output onto OpenLase. Pushed that to the cbase branch: http://goo.gl/5Rq1O Saturday, January 01, 2011 10:25:11 PM via Choqok

26. Also pushed the 27C3 OpenLase slides to the openlase.git repo. They include cleaned-up/updated libol versions of some of the effects too. Saturday, January 01, 2011 10:05:48 PM via Choqok

27. Pushed the AsbestOS parts of the 27C3 demo (native AsbestOS boot from HDD). Tools to make AsbestOS into a SELF coming later.

View all…

RSS feed of marcan42's tweets
RSS feed of marcan42's favorites

Saturday, January 01, 2011 6:45:11 PM via Choqok

28. @Andrea1Liquid you can't use newer firmware with downgraded loaders. Saturday, January 01, 2011 10:55:55 AM via Choqok in reply to Andrea1Liquid

29. @phirenz Sony can't exactly change the GPU to a Tesla if they want to keep backwards compatibility. RSX cmds are baked into PS3 games. Saturday, January 01, 2011 9:11:11 AM via Choqok in reply to phirenz

30. Back from 27c3, just got home after spending New Year's with the family. Time to crash for an undetermined number of hours. Friday, December 31, 2010 4:38:58 PM via Choqok

31. @Idlewild2007 AsbestOS isn't a distro, it's a bootloader that works with any distro (given a tweaked kernel). Wednesday, December 29, 2010 1:13:06 PM via Choqok

32. @KDSBest yes. Wednesday, December 29, 2010 12:52:34 PM via Choqok in reply to KDSBest

33. @LouiseHoffman worse, at least the Wii stuff is mostly C. Sony loves C++, especially in SPU code. Security feature! SPU C++ is hell to RE :P Wednesday, December 29, 2010 12:45:33 PM via Choqok in reply to LouiseHoffman

34. @KDSBest we can't modify lv1 directly yet (no lv1ldr dump) but we can pwn lv1 early in the boot process via a hacked iso module. Wednesday, December 29, 2010 12:41:03 PM via Choqok in reply to KDSBest

35. Clarification #4: the random number isn't 4, it's more like 007eabbb79360e14df1457a4194b82f71a0dc39280 (example). But it's still constant. Wednesday, December 29, 2010 12:39:55 PM via Choqok

36. @LouiseHoffman not much, it's all a large pile of fail. The Wii has better security design (it just has a lot of implementation holes). Wednesday, December 29, 2010 12:35:25 PM via Choqok in reply to LouiseHoffman

37. @Zmathue because that causes the R value to be the same, i.e. the first half of every signature is the same. Wednesday, December 29, 2010 12:34:25 PM via Choqok

38. @badcrc lo sé, pero las tiras de Dilbert hay que licenciarlas :P Wednesday, December 29, 2010 12:33:09 PM via Choqok in reply to badcrc

39. Clarification #3: The private keys refer to keys that Sony HQ uses. PS3s don't have these keys (but we calculated them due to the fail). Wednesday, December 29, 2010 12:32:30 PM via Choqok

40. It's Sony not knowing WTF they're doing when making signatures, and thus mathematically leaking their keys. Wednesday, December 29, 2010 12:30:21 PM via Choqok

41. This is also why we didn't use the term "exploit" or "bug". The PS3 signature fail is neither an exploit nor a bug (in the PS3 firmware). Wednesday, December 29, 2010 12:29:34 PM via Choqok

42. The XKCD "return 4" function that we showed is (essentially) part of the code that Sony HQ runs to sign games, it's not in the PS3 FW. Wednesday, December 29, 2010 12:24:26 PM via Choqok

43. @KDSBest no one can create a new metldr (for an existing

console). Not even Sony (unless they have that console's key stashed somewhere). Wednesday, December 29, 2010 12:21:32 PM via Choqok in reply to KDSBest

44. @AluProductions they could, to some extent, but they'd fuck over everyone who doesn't go online and gets an update from a new game. Wednesday, December 29, 2010 12:11:34 PM via Choqok in reply to AluProductions

45. @KDSBest we don't have the game signing key but the same epic fail applies to it. Once someone dumps appldr they can calculate it too. Wednesday, December 29, 2010 12:09:48 PM via Choqok in reply to KDSBest

46. They actually CAN change keys for LV2/LV1, isolated modules, rvklists, spp, but that's useless because you can just downgrade the loaders. Wednesday, December 29, 2010 12:08:56 PM via Choqok

47. Myth #2: Sony can change keys. No, they can't. These aren't encryption keys, they're signing keys. If they change them GAMES STOP WORKING. Wednesday, December 29, 2010 12:02:17 PM via Choqok

48. Myth #1: It took us 3-4 years to do this. Negative, this exploit only took a few months after we started working. We weren't trying before. Wednesday, December 29, 2010 12:01:45 PM via Choqok

49. FWIW lightning talks tomorrow are at 11:30-13:45. PS3 demo will be 4 minutes _somewhere_ within that range (to be determined) Wednesday, December 29, 2010 9:19:21 AM via Choqok

50. They can try to whitelist every existing piece of official PS3 code... but good luck with that. Wednesday, December 29, 2010 9:17:44 AM via Choqok

51. IOW they CANNOT change keys or fix this in a new firmware, because stuff we sign is every bit as good as existing official software. Wednesday, December 29, 2010 9:16:58 AM via Choqok

52. Wii fakesigning vs. PS3 epic fail: Wii issue is a BUG in console code (fixable), PS3 issue is a FAIL in THEIR secret signer (not fixable). Wednesday, December 29, 2010 9:16:33 AM via Choqok

53. **fail0verflow** Our current PS3 goal: AsbestOS.pup Wednesday, December 29, 2010 8:41:27 AM via web Retweeted by marcan42 and 22 others

54. **fail0verflow** For all those out there that think fail0verflow.com has been hacked - it hasn't. We're just busy working on a demo for tomorrow. Patience! Wednesday, December 29, 2010 8:39:52 AM via web Retweeted by marcan42 and 9 others

55. **fail0verflow** Look out for the awesome treasure hunt on the walls of the hackcenter. Hint, you might need a smartphone ;) Wednesday, December 29, 2010 8:24:57 AM via web Retweeted by marcan42 and 21 others

56. @esanfelix yeah, segher looked at two sigs and it was blindingly obvious (the first half of the sig (R) is equal) Wednesday, December 29, 2010 8:24:04 AM via Choqok in reply to esanfelix

57. You should TOTALLY follow @fail0verflow! Wednesday, December 29, 2010 8:23:18 AM via Choqok

58. Demo (or half-demo if we can't fix the fail) on a Lightning Talk TOMORROW, I'll report on the time once it gets assigned.

Wednesday, December 29, 2010 8:08:10 AM via Choqok

59. Talk at 16:00 on Saal 1, google for streams. Still working on slides and demo... Wednesday, December 29, 2010 5:12:44 AM via Choqok

60. **c3streaming** H.264 stream up and running: http://saal1.h264.27c3.fem-net.de/ Monday, December 27, 2010 2:30:33 AM via Hibari Retweeted by marcan42 and 42 others

61. Oh, and OpenLase now officially works on OSX :) Monday, December 27, 2010 2:36:26 AM via Choqok

62. 27c3 go! At the hackcenter hacking a PS3 ;) Monday, December 27, 2010 2:36:12 AM via Choqok

63. @27c3 isn't that what's *supposed* to happen? it's the spirit of things! Sunday, December 26, 2010 8:14:41 AM via Choqok in reply to 27c3

64. @daeken compromised account much? Sunday, December 26, 2010 5:42:33 AM via Choqok in reply to daeken

65. That's 16:00 UTC+1, or 15:00 UTC @KushanTheCat Sunday, December 26, 2010 12:43:07 AM via Choqok

66. @vexenon Conferences are considered public and streamed live. Photography isn't generally allowed in other parts of the venue though. Saturday, December 25, 2010 6:19:31 PM via Choqok in reply to vexenon

67. Also, the talk got moved to Day 3 (29th) 16:00 on Saal 1, schedule hasn't been updated yet. Saturday, December 25, 2010 6:18:36 PM via Choqok

68. Live streams (theoretically) at http://27c3.iphoneblog.de/ Saturday, December 25, 2010 6:16:58 PM via Choqok

69. 36 slides and counting... time to catch some sleep though Saturday, December 25, 2010 6:12:48 PM via Choqok

70. **izsh1911** This talk is hilarious :) http://www.youtube.com /watch?v=U4oB28ksiIo Saturday, December 25, 2010 5:58:14 AM via Tweetie for Mac Retweeted by marcan42 and 14 others

71. **andreasdotorg** @marcan42 You are in Saal 1, it's just that the automatic export is broken and thus the web sit enot updated yet. Saturday, December 25, 2010 3:16:49 AM via web in reply to marcan42 Retweeted by marcan42 and 1 other

72. @DhruvBhutani there are live streams for 27c3 at http://27c3.iphoneblog.de/ Friday, December 24, 2010 9:25:20 PM via Choqok in reply to DhruvBhutani

73. Oh yeah, did I mention that the PS3 hacking talk is going to be *big*? Don't miss it! (@27c3 we should totally have gotten Saal 1 :P) Friday, December 24, 2010 9:15:28 PM via Choqok

74. Apparently this year we don't get any reserved hackcenter spots @27c3 for the Console Hacking team. WTF? PS3s take a lot of space! Friday, December 24, 2010 9:07:52 PM via Choqok

75. @Kronikle500 I wish, I still have two talks at 27c3 to prepare for and some university stuff to finish before new year's :P Thursday, December 23, 2010 4:10:32 PM via Choqok in reply to Kronikle500

76. Note: I tried to tweet my last tweet from Twitter for iPhone, but it, too, failed. FAIL FAIL FAIL FAIL FAIL TIME! Thursday, December 23, 2010 3:01:17 PM via Choqok

77. iPhone tethering Linux driver failed. Fixed it. Then nvidia drivers failed on new kernel. Upgraded them. Why do I have to fix everything? Thursday, December 23, 2010 3:00:52 PM via Choqok

78. **EFF** How #Wikileaks Killed Spain's Anti-P2P Law: https://eff.org/r.3vK #leysinde #sindegate #netfreedom Wednesday, December 22, 2010 3:30:07 PM was web Retweeted by marcan42 and 100+ others

79. Wow, Humble Indie Bundle #2 just added all the HIB #1 games! Pay above the average to get *10* awesome indie games! http://goo.gl/kHsQ3 Wednesday, December 22, 2010 5:47:04 AM via Choqok

80. @humble does this mean us who purchased HIB #1 and #2 can give away our "extra" HIB #1 to a friend? :) Wednesday, December 22, 2010 5:43:35 AM via Choqok in reply to humble

81. I'm not sure how I managed it, but I didn't screw up any of the 50 wires on the flasher. It all works! I can brick & unbrick the PS3 now ;) Tuesday, December 21, 2010 4:09:23 PM via Choqok

82. Pushed a dumper if someone wants to try (if you know what you're doing; please don't ask otherwise). Tuesday, December 21, 2010 2:06:38 PM via Choqok

83. Confirmed that NOR dumps made with AsbestOS NetRPC are 1:1 and complete. Tuesday, December 21, 2010 2:05:40 PM via Choqok

84. http://goo.gl/4iN8W All done! Should be obvious what this is now ;) Monday, December 20, 2010 2:35:28 PM via Choqok

85. @LloydOwen the tip is 0.8mm or so, not really micro Monday, December 20, 2010 1:50:21 PM via Choqok in reply to LloydOwen

86. Almost done! http://is.gd/j68s6 Monday, December 20, 2010 1:35:12 PM via Choqok

87. @unl0cker TSOP on a board is a lot easier than http://is.gd/j2PBa . Chip pins are easier to solder all at once and more predictable. Monday, December 20, 2010 10:59:39 AM via Choqok in reply to unl0cker

88. Working on the other side... http://is.gd/j5koR tedious but a lot less frustrating since it's 50mil spacing double row, not 25mil ;) Monday, December 20, 2010 9:35:33 AM via Choqok

89. 2010, year of the private key leaks. First HDCP, now http://is.gd/j4P6H ... Monday, December 20, 2010 7:31:28 AM via Choqok

90. @Beegee7730 I know, it was a retweet. Monday, December 20, 2010 6:22:20 AM via Choqok in reply to Beegee7730

91. NOR flash needs lots of wires! http://is.gd/j2PzV http://is.gd/j2PAx http://is.gd/j2PBa tomorrow I get to do the other side. Sunday, December 19, 2010 8:35:30 PM via Choqok

92. Maybe Kinect will finally start to sell in Japan? RT @qDot: Hakune Miku meets the #kinect - http://youtu.be/bQREhd9iT38 Sunday, December 19, 2010 12:46:59 PM via Choqok

93. @humble Why not encourage an official torrent (on the DL page) with everything in it, for legit users? Saves you BW, often more convenient. Saturday, December 18, 2010 4:17:39 PM via Choqok in reply to humble

94. @humble I searched for "humble indie bundle torrent" after purchasing it. The server was too slow early on! ;) Saturday, December 18, 2010 4:15:22 PM via Choqok in reply to humble

95. Sneak peek: http://is.gd/iY5Ey http://is.gd/iY66i and of course
    http://is.gd/iM5Y9 Saturday, December 18, 2010 10:21:06 AM via
    Choqok

96. "IMMA CHARGIN MAH LAZER" has nothing to do with DDoS...
    I've been tweeting about laser projectors for a while now, get with
    the program! Saturday, December 18, 2010 10:14:39 AM via
    Choqok

97. IMMA CHARGIN MAH LAZER Friday, December 17, 2010
    12:47:14 PM via Choqok

98. **humble** It looks like Linux users are more than doubling the
    Windows average! http://www.humblebundle.com/ Thursday,
    December 16, 2010 2:40:44 PM via web Retweeted by marcan42
    and 35 others

99. @JDaRknightES no demasiado (¡hay mucho sobre lo que hablar!)
    pero sí algo :) Thursday, December 16, 2010 5:02:55 PM via
    Choqok in reply to JDaRknightES

100. @JDaRknightES No, porque As Best OS no existe (ni tiene ningún
     sentido). Se llama AsbestOS, y asbestos significa amianto o asbesto.
     Thursday, December 16, 2010 4:17:44 PM via Choqok in reply to
     JDaRknightES

101. @iKamino en teoría si Thursday, December 16, 2010 1:29:26 PM
     via Choqok in reply to iKamino

102. I love it when people call reading a published conference schedule a
     "leak". OMG SEKRIT PS3 CONFERENCE AT 27C3!!1! Thursday,
     December 16, 2010 9:29:53 AM via Choqok

103. @boulabiar haven't had a chance to write them up yet, I will soon ;)
     Wednesday, December 15, 2010 9:03:37 AM via Choqok in reply to
     boulabiar

104. Going to give a 4-minute OpenLase Lightning Talk at 27c3 :)
     http://is.gd/iM5Y9 Tuesday, December 14, 2010 11:50:50 PM via
     Choqok

105. Going to attempt to repurpose a mating pair of 50pin CompactFlash
     connectors as a NOR flash interconnect. Should be interesting.
     Tuesday, December 14, 2010 3:15:07 PM via Choqok

106. Pay what you want for five cross-platform DRM-free games! The
     Humble Indie Bundle 2: http://www.humblebundle.com/ Tuesday,
     December 14, 2010 11:08:57 AM via Choqok

107. @KDSBest Read the video description. Tuesday, December 14,
     2010 8:29:12 AM via Choqok in reply to KDSBest

108. The PS3 Slim has huge fat testpoints on all the NOR signals. Thank
     you, Sony! Monday, December 13, 2010 4:37:13 PM via Choqok

109. **joshblake** This guy is having *too much fun* with @openkinect!
     http://youtu.be/LKjzbyBpkM8 #kinect #openkinect Monday,
     December 13, 2010 1:02:24 PM via TweetDeck Retweeted by
     marcan42 and 29 others

110. Turns out laser harps work a heck of a lot better when vertical:
     http://is.gd/iBfub Sunday, December 12, 2010 12:31:27 AM via
     Choqok

111. Bought a PS3 Slim and another Kinect, both to tear apart. "You've
     got a two-year warranty," he said... bwahahahaha! Friday,
     December 10, 2010 12:12:21 PM via Twitter for iPhone

112.  New laser hack: Laser harp! http://is.gd/iqoi6 using OpenLase and
      OpenCV (had to be done ;) ) Wednesday, December 08, 2010
      9:32:55 PM via Choqok

113.  **qDot** PrimeSense's OpenNI organization for Natural Interface
      Interoperability: http://openni.org/ #kinect #openkinect Wednesday,
      December 08, 2010 9:58:16 AM via TweetDeck Retweeted by
      marcan42 and 6 others

114.  **qDot** PrimeSense open-sources a portion of their libraries for use
      with the kinect: https://github.com/PrimeSense #kinect #openkinect
      Wednesday, December 08, 2010 9:56:50 AM via TweetDeck
      Retweeted by marcan42 and 13 others

115.  @jsalz1 Signal is fine, in fact, on the high side so the tech added an
      attenuator. D: 37-38.5dB SNR, 6-6.5dBmV, U: 44dBmV (D is 8x
      bonded) Saturday, December 04, 2010 9:14:28 PM via Choqok in
      reply to jsalz1

116.  @jsalz1 The connection works, it just restarts BPI every second or
      so and drops a couple packets, killing throughput and making things
      suck. Saturday, December 04, 2010 7:41:39 PM via Choqok in reply
      to jsalz1

117.  Now I know why my cablemodem drops packets. BPI RESTART
      COMPLETED. BPI RESTART COMPLETED. BPI RESTART
      COMPLETED. BPI RESTART COMPLETED. Saturday,
      December 04, 2010 7:21:55 PM via Choqok

118.  Meh, Wikipedia is getting stupider and stupider. I just had an anon
      (too lazy to log in) edit to [[Wii]] rejected for no reason. Saturday,
      December 04, 2010 4:15:06 PM via Choqok

119.  @phirenz if you're looking at HDD stuff, the repeating 16-byte
      patterns are *plaintext* for all-00 CBC ciphertext, not the other way
      around. Friday, December 03, 2010 8:36:09 PM via Choqok in reply
      to phirenz

120.  BTW, AsbestOS is on hiatus while I work on other stuff, but it's by
      no means dropped. Friday, December 03, 2010 11:20:22 AM via
      Choqok

121.  I'd tweet the ./configure options I had to use to build a proper
      embedded ARM7TDMI GCC 4.5.1, but they don't even remotely fit.
      Friday, December 03, 2010 10:16:04 AM via Choqok

122.  **BoingBoing** Fate of Spain's Internet/copyright law depends on El
      Pais releasing relevant Wikileaks cables N http://bit.ly/gAc191
      Thursday, December 02, 2010 4:23:04 AM via dlvr.it Retweeted by
      marcan42 and 78 others

123.  @____benjamin I plan on adding RGB in the future ;) Wednesday,
      December 01, 2010 5:11:23 AM via Choqok in reply to
      ____benjamin

124.  @qDot next time I hack something I'll make sure to let you sexify it
      first, then we can make the world's collective heads explode :D
      Tuesday, November 30, 2010 5:56:20 PM via Choqok in reply to
      qDot

125.  @markvesterskov yes, it runs on the PC. Check the video
      description for a source code link ;) Tuesday, November 30, 2010
      6:45:44 AM via Choqok in reply to markvesterskov

126.  @markvesterskov fixed point per key: Y is just MIDI note number,

X is note number mod 12, so direcly above/below is octave up/down
Monday, November 29, 2010 10:17:50 PM via Choqok in reply to
markvesterskov

127. New laser trick: http://youtu.be/qDNNFM9ghIY Monday,
November 29, 2010 9:50:21 PM via Choqok

128. OK, YouTube clearly dislikes mkv with h.264 video and vorbis
audio (at least sometimes). Switched to MP4 h.264+AAC and that
works. Monday, November 29, 2010 9:49:23 PM via Choqok

129. YouTube is turning my videos into slideshows again. Seriously,
WTF? Monday, November 29, 2010 9:03:06 PM via Choqok

130. @niai_mack it should work Monday, November 29, 2010 6:52:42
AM via Choqok in reply to niai_mack

131. @scanline you don't need to time-multiplex the projectors, they
don't interfere much due to the way they do depth computation
Saturday, November 27, 2010 6:55:03 PM via Choqok in reply to
scanline

132. Finally got my act together and released OpenLase: http://is.gd
/hFT1u It's very bare and totally undocumented, but is anyone
interested? Tuesday, November 23, 2010 6:31:10 PM via Choqok

133. @KaKaRoToKS that doesn't work for hubbed devices though (the
address change hack isn't generic) and introduces tons of issues (e.g.
latency) Monday, November 22, 2010 9:38:17 PM via Choqok in
reply to KaKaRoToKS

134. Help kickstart @gnihsub and @pytey 's open USB analyzer project
OpenVizsla! http://kck.st/hxl2x9 Monday, November 22, 2010
5:34:44 PM via Choqok

135. **gnihsub** Big new hobby project -- Kickstarter - "OpenVizsla" Open
Source USB Protocol Analyzer: http://kck.st/hxl2x9 Monday,
November 22, 2010 5:05:22 PM via web Retweeted by marcan42
and 66 others

136. @Digital_Foundry We get a full 30fps at 640x480 on both. Total
bandwidth is somewhere around 20MB/s. Monday, November 22,
2010 6:27:39 AM via Choqok in reply to Digital_Foundry

137. Dumped the certificates and private keys from my cablemodem, for
posterity, just in case. Isn't it nice when they leave in flash dump
cmds? Sunday, November 21, 2010 9:46:36 PM via Choqok

138. @korn16ftl should already work if you compile the driver on PS3
Linux. Sunday, November 21, 2010 3:35:24 PM via Choqok in reply
to korn16ftl

139. @mercluke it just plugs in if you have the standalone Kinect. If you
have the 360 bundle then you need an adapter. Sunday, November
21, 2010 3:35:09 PM via Choqok in reply to mercluke

140. I really wish Microsoft would put a tiny bit less effort into screwing
over cross-platform compatibility. Sunday, November 21, 2010
3:16:37 PM via Choqok

141. Ironically (but predictably), Kinect drivers on Windows are the most
fragmented and volatile right now, thanks to USB and C99 support
hell. Sunday, November 21, 2010 3:16:13 PM via Choqok

142. http://vimeo.com/16985224 *very* nice! OpenKinect skeletal
tracking and interactive projection Saturday, November 20, 2010
1:41:59 PM via Choqok

143. http://is.gd/huObt - Microsoft still doesn't get what 'hacking' means, but they've said what they're OK with what we're doing to the Kinect :) Saturday, November 20, 2010 12:56:56 PM via Choqok

144. @txipi enseñale a la peña a usar Git como es debido, que demasiados están atascados en el oscuro mundo de SVN ;) Thursday, November 18, 2010 9:52:22 AM via Choqok in reply to txipi

145. **rmdi2000** Siguiendo a @marcan42 el hacker del kinect Lo malo? soy su seguidor #6666 Monday, November 15, 2010 6:17:20 PM via TweetDeck Retweeted by marcan42

146. I have 70 windows open in irssi right now. Oh boy. Monday, November 15, 2010 4:21:03 PM via Choqok

147. So GitHub is back, and they ate our repo completely. GitHub--. Sunday, November 14, 2010 3:34:18 PM via Choqok

148. github gists are being reset to #1 and up and new gists are showing up as new revs of old gists. Twice now. Not good. Sunday, November 14, 2010 1:38:38 PM via Choqok

149. @palmerit can't do that with github Sunday, November 14, 2010 12:26:45 PM via Choqok in reply to palmerit

150. @Nemekh of course Sunday, November 14, 2010 11:54:16 AM via Choqok in reply to Nemekh

151. Seriously, something messed up real bad. People's accounts no longer exist, mine does but isn't listed as OpenKinect anything. yay. Sunday, November 14, 2010 11:50:00 AM via Choqok

152. Looks like we broke github bigtime. The entire OpenKinect project died. Sunday, November 14, 2010 11:49:06 AM via Choqok

153. libfreenect -> OpenKinect -> OpenKinect.libfreenect. No more renames, please update your clones and bookmarks to point to http://is.gd/h3WmJ Sunday, November 14, 2010 11:38:04 AM via Choqok

154. drawback to releasing hacky code: everyone realizes it sucks and fixes it in their own different incompatible way :P Sunday, November 14, 2010 9:34:24 AM via Choqok

155. @pmj1979 front and back should work, but that won't cover sides completely Sunday, November 14, 2010 9:29:45 AM via Choqok in reply to pmj1979

156. @D_O_A85 someone tested it, apparently it behaves as a window (kind of like a portal) :) Sunday, November 14, 2010 7:58:11 AM via Choqok in reply to D_O_A85

157. @PineApper unfortunately multiple Kinects cannot be used together (except maybe at opposite sides) due to projection interference Sunday, November 14, 2010 7:43:45 AM via Choqok in reply to PineApper

158. http://is.gd/h2ETg Wow. Using the Kinect to reconstruct a true 3D image/model of the environment in realtime. Amazing! Sunday, November 14, 2010 7:37:27 AM via Choqok

159. @eevblog YouTube did that yesterday for a few videos for me. I think they're having issues. I ended up uploading a smaller version. Saturday, November 13, 2010 2:38:06 PM via Choqok in reply to eevblog

160. I was on the TV news today again, this time on TVE1. Check out the

video at http://is.gd/gYRjz , complete with the screen tracking demo
:) Friday, November 12, 2010 2:05:01 PM via Choqok

161. Kinect / libfreenect + OpenCV + OpenLase = http://is.gd/gY4qc
perspective projecting the laser onto a floating screen! Friday,
November 12, 2010 4:53:51 AM via Choqok

162. What the hell... I uploaded a video to YouTube and it turned it into a
0.2fps slideshow! Friday, November 12, 2010 4:19:34 AM via
Choqok

163. The Noticias Cuatro news report finally uploaded to YouTube:
http://is.gd/gXrkw (it was having some major issues processing).
Thursday, November 11, 2010 9:03:47 PM via Choqok

164. @floemuc Extremely cool! That was fast :) Thursday, November 11,
2010 4:11:03 PM via Choqok in reply to floemuc

165. **floemuc** @marcan42: http://is.gd/gWYGN #kinect: proof-
of-concept video for multitouch-like interaction Thursday,
November 11, 2010 3:18:27 PM via Ubuntu Retweeted by
marcan42 and 18 others

166. What the hell, youtube is failing at processing the Cuatro video :/
Thursday, November 11, 2010 1:29:32 PM via Choqok

167. This has been one hell of an overwhelming day :) Thursday,
November 11, 2010 1:01:02 PM via Choqok

168. @CristSk Está aquí: http://is.gd/gWaeJ pero se ve un poco cutre.
Estoy intentando youtubearlo: http://is.gd/gWqUt lleva siglos
procesando... Thursday, November 11, 2010 9:06:29 AM via
Choqok in reply to MyWaySk

169. @____benjamin 20 and studying CS. Engineering sounds good :)
Thursday, November 11, 2010 9:05:26 AM via Choqok in reply to
____benjamin

170. I'll be on the Spanish news! Noticias Cuatro starting right now.
Crazy! Thursday, November 11, 2010 4:59:46 AM via Twitter for
iPhone

171. **zelipe** @adelgado @jlhortelano Si no surgen inconvenientes.
@marcan42 estará a las 14.00 en Noticias Cuatro. Thursday,
November 11, 2010 1:30:34 AM via Twitter for iPhone in reply to
adelgado Retweeted by marcan42 and 2 others

172. @Digital_Foundry I can confirm that the image is 640x480, but it's
somewhat fuzzy due to the sensor methodology. Thursday,
November 11, 2010 3:01:09 PM via Choqok in reply to
Digital_Foundry

173. The Kinect does have anti-cloning crypto auth to prevent Chinese
clones, but that doesn't affect us (as far as I can tell). Wednesday,
November 10, 2010 4:25:24 PM via Choqok

174. It's worth noting that the Kinect had NO DRM or anti-DIY
"protection"! As evil as Microsoft may be sometimes, they weren't
this time :) Wednesday, November 10, 2010 4:24:53 PM via Choqok

175. AlexP and Code Laboratories are donating the $457 that they raised
with their fundraiser to support the Kinect effort. Thank you very
much! Wednesday, November 10, 2010 4:19:48 PM via Choqok

176. **adafruit** WE HAVE A WINNER – Open Kinect driver(s) released –
Winner will use $3k for more hacking – PLUS an additional $2...
http://bit.ly/c0igyY Wednesday, November 10, 2010 12:19:01 PM

via twitterfeed Retweeted by marcan42 and 69 others

177. Video for youtube-lovers: http://is.gd/gTPwq Wednesday, November 10, 2010 4:12:23 AM via Choqok

178. @rossinie that is not mine, and it's also not open source Wednesday, November 10, 2010 4:08:35 AM via Choqok in reply to rossinie

179. http://is.gd/gTOa6 http://is.gd/gTOar Kinectipwned 3 hours after EU launch! Wednesday, November 10, 2010 3:59:08 AM via Choqok

180. ed3ecfb44b2f12ccea7feb53ddf81d066bb340e4 Wednesday, November 10, 2010 3:34:19 AM via Choqok

181. 27211cdce824a59311873bd3a401a2be649b3d29 Wednesday, November 10, 2010 3:24:32 AM via Choqok

182. looks like I'm going to end up poking a stick at the Kinect Tuesday, November 09, 2010 6:11:45 PM via Choqok

183. @phirenz reminds me of http://is.gd/gR0ka . Is DeLiGhT Broly7's new nickname by any chance? :P Monday, November 08, 2010 8:05:44 PM via Choqok in reply to phirenz

184. **mattgemmell** Adobe Flash: for when you need to know your laptop's fan still works. Sunday, November 07, 2010 1:47:36 AM via Hibari Retweeted by marcan42 and 100+ others

185. @meadtj "CMOS" as a term for the non-volatile memory for BIOS settings is a misuse. *Everything* is CMOS, not just that little SRAM. Saturday, November 06, 2010 8:41:58 PM via Choqok in reply to meadtj

186. @meadtj you do realize that just about every single chip on today's computers, including CPUs, use CMOS technology, right? :P Saturday, November 06, 2010 8:40:29 PM via Choqok in reply to meadtj

187. @konet and you say you're an EE student? *shakes head* Your hacker emblem is hereby revoked. Saturday, November 06, 2010 8:12:03 PM via Choqok in reply to konet

188. Just found out that Frank Wanlass (father of CMOS) passed away on Sept 9 this year (which also happened to be my birthday). Saturday, November 06, 2010 7:59:28 PM via Choqok

189. @KaKaRoToKS yeah, just an (old rev.) bluesmirf (bluetooth to serial) :) Friday, November 05, 2010 8:58:34 PM via Choqok in reply to KaKaRoToKS

190. http://is.gd/gLj0i poor Roomba, straight out of the box and already turned into a Goomba! Friday, November 05, 2010 4:05:19 PM via Choqok

191. Taskswitching from AsbestOS again, I'll be back soon. Upcoming TODO: multi region support to ps3{hdd,flash}. BD looks like it'll be painful. Friday, November 05, 2010 8:27:35 AM via Choqok

192. @badcrc lleva tilde para romper el diptongo :P Friday, November 05, 2010 6:02:38 AM via Choqok in reply to badcrc

193. Turns out I had 8 soft-bad sectors on the drive and apparently GameOS hates those. Zeroed them out and now everything is fine. Monday, November 01, 2010 4:26:09 PM via Choqok

194. @GianguidoSora not from GameOS's POV (or Linux running under AsbestOS) Monday, November 01, 2010 3:29:52 PM via Choqok in reply to GianguidoSora

195. Funny thing is Linux still mounts it fine and I can tar up most of it.

Monday, November 01, 2010 3:23:05 PM via Choqok

196. Nope, fsck loop. I killed my GameOS filesystem, aww. Monday, November 01, 2010 2:52:50 PM via Choqok

197. Poor GameOS FS, I hard power off this PS3 so often that it has tons of lost+found stuff. This time it's fscking, let's see if it survived... Monday, November 01, 2010 2:40:50 PM via Choqok

198. Actually, hold that. I'll fix up HDD support before I post bins (I still need to add support for multiple partitions to the kernel driver). Sunday, October 31, 2010 7:17:50 PM via Choqok

199. AsbestOS now supports kboot.conf, including configurable kernel args and initrd support. I'll post some bins and info soon. Sunday, October 31, 2010 7:15:11 PM via Choqok

200. @G33KatWork also, major bonus points if you use lv1_get_version_info and make *one* stage1 build work for multiple firmwares ;) Sunday, October 31, 2010 9:36:26 AM via Choqok in reply to G33KatWork

201. @G33KatWork for linker script symbols, declare them as extern char name[]; and get rid of the underscore (that's for thunked funcs only) Sunday, October 31, 2010 9:34:30 AM via Choqok in reply to G33KatWork

202. @kakashigr in fact, xz produces a (very slightly) larger output for me Sunday, October 31, 2010 8:49:34 AM via Choqok in reply to kakashigr

203. @kakashigr LZMA1 and LZMA2 are two (very) minor variations on the same algorithm, with essentially identical compression ratio. Sunday, October 31, 2010 8:48:49 AM via Choqok in reply to kakashigr

204. @kakashigr xz *is* lzma. Sunday, October 31, 2010 8:03:43 AM via Choqok in reply to kakashigr

205. @bmxninjan *maybe* once I implement USB, if I can fit in a barebomes USB chainloader in 32k (without all the network stuff). No promises. Sunday, October 31, 2010 6:03:19 AM via Choqok in reply to bmxninjan

206. @rcecoder aPLib/JCALG only achieve compression down to 35K, plus whatever the decoder takes up. LZMA performs better (30K incl. decoder). Saturday, October 30, 2010 11:02:23 PM via Choqok in reply to rcecoder

207. Replaced LZO1X compression with LZMA, 25% size reduction (40K -> 30K or so). Saturday, October 30, 2010 10:32:49 PM via Choqok

208. @KaKaRoToKS nope, DVD apparently needs something extra. It just returns ATAPI errors. Saturday, October 30, 2010 10:31:35 PM via Choqok in reply to KaKaRoToKS

209. Looks like the Linux drivers for HDD/Flash can't handle more than one region, I'll have to add that in. Saturday, October 30, 2010 3:59:58 PM via Choqok

210. Fixed PS3 storage stuff (haven't pushed yet, need to make sure it's safe). DVD/HDD/Flash now work. Saturday, October 30, 2010 3:58:45 PM via Choqok

211. @shuffle2 is that a remote KDE session on the PS3 on top of a local GNOME Ubuntu session? Are you insane? :P Saturday, October 30,

2010 12:42:57 PM via Choqok in reply to shuffle2

212. @marlencrabapple it should be able to run 1080p great *once drivers have been written*. Until then, no real change. Saturday, October 30, 2010 9:07:09 AM via Choqok in reply to marlencrabapple

213. Once AsbestOS is user-friendly enough to not require netboot stuff, *then* I'll take the time to build a Ubuntu kernel and post an image ;) Saturday, October 30, 2010 8:36:52 AM via Choqok

214. In other words: except for the lack of usable internal HDD access, AsbestOS works just as well as OtherOS for pretty much all purposes. Saturday, October 30, 2010 8:35:57 AM via Choqok

215. There's just more important stuff to work on, like USB booting so people don't need to set up a network boot environment. Saturday, October 30, 2010 8:33:57 AM via Choqok

216. In other words, if I bothered to set it up, I could make Ubuntu/whatever run on AsbestOS today. Saturday, October 30, 2010 8:33:22 AM via Choqok

217. People keep thinking that somehow there's "something" to do before GUI works. There isn't, I just haven't bothered to install Xorg. Saturday, October 30, 2010 8:32:40 AM via Choqok

218. Fixed the Linux memory, framebuffer mem limit (720p works), threads-max and all that nonsense. Use latest ps3-linux.git & asbestos.git! Friday, October 29, 2010 9:10:15 PM via Choqok

219. Goodbye dtbImage.ps3, hello vmlinux. Note: from now on you *MUST* use the patched kernel from http://is.gd/gtmrZ . See README for details. Friday, October 29, 2010 8:19:58 PM via Choqok

220. *grumble* Why does 'make' spend ages processing dependencies for Linux. It takes forever to build a trivial change :/ Friday, October 29, 2010 6:25:11 PM via Choqok

221. @phirenz no clue, I think Linux just doesn't detect it. I suspect it has to do with the OS area flash stuff failing. Friday, October 29, 2010 6:21:41 PM via Choqok in reply to phirenz

222. @MrGatz85 No. I'm saying it's fine to load AsbestOS whatever way you want, but then _it_ loads the kernel, you don't give it the kernel. Thursday, October 28, 2010 3:16:06 PM via Choqok in reply to MrGatz85

223. @MrGatz85 I didn't say anything about patching memory, I mean loading the linux kernel is AsbestOS's responsibility, not that an lv2 app. Thursday, October 28, 2010 2:53:53 PM via Choqok in reply to MrGatz85

224. @MrGatz85 Hermes and I agree that loading the _kernel_ that way isn't the way forward. I'll make stage2 compatible with his method though. Thursday, October 28, 2010 2:11:17 PM via Choqok in reply to MrGatz85

225. Plan: fix bootloader interface and make vmlinux run, ramdisk support, fix bugs, add USB support, maybe GUI, THEN look into RSX 3D stuff. Thursday, October 28, 2010 12:50:21 PM via Choqok

226. @laichung you also need to change the lv2 function offsets after __lv2toc, and there are also a couple hardcoded addrs in usbdev.c Tuesday, October 26, 2010 9:11:22 PM via Choqok in reply to

laichung

227. @korn16ftl YDL (or Ubuntu) should run today with a few tweaks. I just haven't tried that yet; there are more important things to fix first. Tuesday, October 26, 2010 11:12:12 AM via Choqok in reply to korn16ftl

228. @comex and the 3D object handle is 0x31337000. Best part? Sony picked these, not I :P Tuesday, October 26, 2010 10:09:25 AM via Choqok in reply to comex

229. http://is.gd/gkv1e proof that RSX 3D works, time to pester the nouveau guys to figure out how we can use it sanely :) Tuesday, October 26, 2010 9:08:29 AM via Choqok

230. http://is.gd/gjcL6 Nice XSS hole, pastie (original: http://js1k.com /demo/635) Monday, October 25, 2010 7:44:43 PM via Choqok

231. **comex** What an odd list of examples: http://en.wikipedia.org /wiki/Stack_buffer_overflow#Notable_examples Sunday, October 24, 2010 12:14:30 PM via web Retweeted by marcan42 and 19 others

232. @nebsterJ please try the current AsbestOS git and see if that fixes the issue Wednesday, October 20, 2010 7:32:01 PM via Choqok in reply to nebsterJ

233. @nebsterJ nevermind, I read that backwards. PORT_COUNT won't help. Wednesday, October 20, 2010 7:19:28 PM via Choqok in reply to nebsterJ

234. @nebsterJ what the heck. OK, increase PORT_COUNT to 64. Wednesday, October 20, 2010 7:17:28 PM via Choqok in reply to nebsterJ

235. @nebsterJ sorry I don't know how it works in Ubuntu :/ Wednesday, October 20, 2010 4:19:57 PM via Choqok in reply to nebsterJ

236. @nebsterJ compatible compilers would be 4.4.x series, but you need a C++ compiler too, and headers and glibc for your target Wednesday, October 20, 2010 4:19:41 PM via Choqok

237. @nebsterJ I mean run gentoo on the host (I use gentoo on my PC too). If you use ubuntu, just find out a way of getting a compatible compiler Wednesday, October 20, 2010 4:18:46 PM via Choqok in reply to nebsterJ

238. @nebsterJ please add #define DEBUG at the top of ps3-vuart.c, recompile and get me a log :) Wednesday, October 20, 2010 11:52:56 AM via Choqok in reply to nebsterJ

239. @nebsterJ if you want a PC toolchain to use for distcc, use gentoo crossdev -S -t powerpc-unknown-linux, not the asbestos toolchain Wednesday, October 20, 2010 11:51:01 AM via Choqok in reply to nebsterJ

240. @nebsterJ 4.4.3 is gentoo stable, 4.4.4 was the latest 4.4 when I made that script Wednesday, October 20, 2010 11:50:16 AM via Choqok in reply to nebsterJ

241. @nebsterJ are you still getting that avsettings BUG() and panic? Try PORT_COUNT=16 in drivers/ps3/ps3-vuart.c Wednesday, October 20, 2010 9:28:16 AM via Choqok in reply to nebsterJ

242. @nebsterJ Am I right in thinking that your PS3 is a Slim? Wednesday, October 20, 2010 4:59:06 AM via Choqok

243. @pablollopis sí ;) Wednesday, October 20, 2010 4:58:29 AM via

Choqok in reply to pablollopis

244. @nebsterJ because there is no core 7, the cores are numbered 0-6, and -1 means not running (timesliced out). Tuesday, October 19, 2010 6:45:30 PM via Choqok in reply to nebsterJ

245. Stage1 binary: http://is.gd/g8Yml stage2 binary: http://is.gd/g8YmJ for lazy people Tuesday, October 19, 2010 6:42:29 PM via Choqok

246. @dariusc7 I just didn't know about it :P Tuesday, October 19, 2010 6:34:26 PM via Choqok in reply to dariusc7

247. Guys, please spell it as AsbestOS, not AsBestOS. It's a carcinogenic mineral, not the nonsensical "As Best OS". Tuesday, October 19, 2010 6:33:43 PM via Choqok

248. Looks like the TI-84 port did gain AsbestOS support too (told you it was easy), see http://brandonw.net/ps3jb/ Tuesday, October 19, 2010 6:28:41 PM via Choqok

249. @nebsterJ I think I have some vuart cleanup to do in AsbestOS, that might fix your BUG and my framebuffer delay stuff, I hope Tuesday, October 19, 2010 6:12:14 PM via Choqok in reply to nebsterJ

250. @nebsterJ I imagine it will if you set the FB size to 2MB, but no eth debugging or extra SPE of course, and don't forget 'make dtbImage.ps3' Tuesday, October 19, 2010 5:44:26 PM via Choqok in reply to nebsterJ

251. @nebsterJ git remote add marcan git://... will add a new remote (then git fetch marcan or similar) Tuesday, October 19, 2010 5:32:28 PM via Choqok in reply to nebsterJ

252. @nebsterJ yes, it's ppc64 userland Tuesday, October 19, 2010 5:17:43 PM via Choqok in reply to nebsterJ

253. Announcing AsbestOS, Linux on your PS3 without OtherOS: http://is.gd/g8RIe Tuesday, October 19, 2010 4:48:47 PM via web

254. @boxingcow as far as I can tell, no, because that fake Windows poll() doesn't interoperate with winsock sockets. Tuesday, October 19, 2010 3:56:31 PM via Choqok in reply to boxingcow

255. Just discovered that in YouTube, the numeric keys seek to that x/10 of the movie. Keyboard control FTW! Tuesday, October 19, 2010 5:59:35 AM via Choqok

256. http://pastie.org/1231787 :) Monday, October 18, 2010 9:20:47 PM via Choqok

257. 7th SPE is "special" and needs a kernel patch to enable, but I just tested it and it works :) Monday, October 18, 2010 9:16:55 PM via Choqok

258. @NicEXE Yes they do (they are, in fact, required by European law). Monday, October 18, 2010 3:35:18 PM via Choqok in reply to NicEXE

259. @katelinalbini So your drive ate 350kB of data and you don't care? Monday, October 18, 2010 3:29:14 PM via Choqok in reply to katelinalbini

260. OK Western Digital, you're definitely getting this drive sent back NOW. Been acting wacky earlier... now SMART Current_Pending_Sector = 103 Monday, October 18, 2010 3:24:35 PM via Choqok

261. @nebsterJ if you're getting overcurrent messages, that's (one

manifestation of) the USB bug that I mentioned. it's sporadic. Monday, October 18, 2010 10:20:26 AM via Choqok in reply to nebsterJ

262. @itsvmme Is he? He did change his maintainer e-mail from @ am.sony to @ infradead, which makes me wonder whether he resigned after the mess. Monday, October 18, 2010 9:38:40 AM via Choqok in reply to itsvmme

263. @nebsterJ sorry, there's no way to do that so far. You can get debug with my patches but only until the network goes up. Monday, October 18, 2010 9:30:40 AM via Choqok in reply to nebsterJ

264. USB doesn't work reliably, I think I'm hitting some PS3 HC errata. Maybe I should e-mail Geoff... wonder what he thinks about AsbestOS. Monday, October 18, 2010 9:26:26 AM via Choqok

265. @nebsterJ should be fixed, sorry for that Monday, October 18, 2010 6:18:23 AM via Choqok in reply to nebsterJ

266. @nebsterJ it should work with the latest asbestos, it works like any other network card. Monday, October 18, 2010 6:00:20 AM via Choqok in reply to nebsterJ

267. @nebsterJ maybe, I only checked official releases. too late though, I already spent the time to upgrade this one. Monday, October 18, 2010 5:50:03 AM via Choqok in reply to nebsterJ

268. Once this is all updated and cleaned up I'll make a tarball of this root so others don't have to go through the effort. Sunday, October 17, 2010 8:12:29 PM via Choqok

269. gcc upgraded (yes it took this long), distcc installed, stuff now doesn't take forever. It'll spend the night updating everything. Sunday, October 17, 2010 8:12:06 PM via Choqok

270. @nebsterJ I used a Gentoo stage3 Sunday, October 17, 2010 6:11:48 PM via Choqok in reply to nebsterJ

271. @nebsterJ I'm using nfs, but I also tested using ext4 on a USB drive. Obviously to use squashfs you need to compile it in. Sunday, October 17, 2010 4:56:04 PM via Choqok in reply to nebsterJ

272. @nebsterJ the framebuffer turns on with a delay due to an avsettings timeout. If your kernel panics (e.g. no root), you won't see anything. Sunday, October 17, 2010 3:20:14 PM via Choqok in reply to nebsterJ

273. @nebsterJ try 'git fetch' and then possibly 'git merge origin/master' Sunday, October 17, 2010 12:48:03 PM via Choqok in reply to nebsterJ

274. glibc+binutils+mpfr+gcc upgrade on PS3 while I go get some dinner. Once that's done I'll finally be able to use distcc :P Sunday, October 17, 2010 11:54:11 AM via Choqok

275. @nebsterJ HDMI for me, but I think you can use component too (maybe it depends on your GameOS settings) Sunday, October 17, 2010 11:52:22 AM via Choqok in reply to nebsterJ

276. @nebsterJ I use "udbg-immortal video=ps3fb:mode:2 root=/dev/nfs rw nfsroot=192.168.3.171:/path/to/nfsroot ip=dhcp init=/bin/bash" Sunday, October 17, 2010 11:47:12 AM via Choqok in reply to nebsterJ

277. @nebsterJ kernel options are in arch/powerpc/boot/dts/ps3.dts , add bootargs = "..."; under chosen{} Sunday, October 17, 2010 11:45:45

AM via Choqok in reply to nebsterJ

278. @nebsterJ those patches add debug stuff that you don't need. Here's an up to date .config: http://is.gd/g5LRk Sunday, October 17, 2010 11:44:20 AM via Choqok in reply to nebsterJ

279. @korn16ftl no clue, haven't tested USB drives yet. I'm only running nfs right now. Sunday, October 17, 2010 10:54:04 AM via Choqok in reply to korn16ftl

280. @nebsterJ about 800MB to clone, give or take Sunday, October 17, 2010 10:53:39 AM via Choqok in reply to nebsterJ

281. @korn16ftl the internal HDD doesn't work yet. You can use USB HDDs though. Sunday, October 17, 2010 10:41:24 AM via Choqok in reply to korn16ftl

282. @ganeshggs there's a port for AVRs with software USB (arduino, etc.), but I'm not aware of a port for USB AVRs yet. Sunday, October 17, 2010 10:41:00 AM via Choqok in reply to ganeshggs

283. Aha, /proc/sys/kernel/threads-max was set to a ridiculously low value. I guess the kernel calculates that off of bootmem... Sunday, October 17, 2010 9:43:31 AM via Choqok

284. @nebsterJ that's just a clone of the original repo that I haven't had a chance to set up yet. Pull from kernel.org for now. Sunday, October 17, 2010 9:43:01 AM via Choqok in reply to nebsterJ

285. .@nebsterJ so you still need to build your own kernel, but just use ps3-linux.git or similar. Sunday, October 17, 2010 9:23:46 AM via Choqok

286. .@nebsterJ Parameters have to be compiled into the kernel (currently). This will change when AsbestOS gains proper dtb management. Sunday, October 17, 2010 9:23:13 AM via Choqok in reply to nebsterJ

287. Sigh, compiling Python on the PS3 on an nfs share... Gentoo, we could use some updated stage tarballs! Sunday, October 17, 2010 9:07:46 AM via Choqok

288. the kernel doesn't really need any patches, the only important bit is to set framebuffer memory to 2MB or so (bootmem restrictions) Sunday, October 17, 2010 9:02:28 AM via Choqok

289. @dariusc7 The 8th SPE is disabled in hardware and might be defective. It is never used. Saturday, October 16, 2010 7:58:06 PM via Choqok in reply to dariusc7

290. http://is.gd/g56dJ :) Saturday, October 16, 2010 7:56:34 PM via Choqok

291. net works, looks like it's just netconsole that's broken Saturday, October 16, 2010 7:47:44 PM via Choqok

292. Linux seems to detect 7 SPEs too. Can't say whether the 7th actually works, but it looks promising. Saturday, October 16, 2010 7:42:01 PM via Choqok

293. Got a framebuffer console and a shell running from a USB thumbdrive and a USB keyboard. Trying to debug a weird issue with the eth driver. Saturday, October 16, 2010 7:20:30 PM via Choqok

294. @grantimahara you need another category to get a uniform solution (e.g. http://is.gd/g3LrT ), may I suggest hackers? Friday, October 15, 2010 3:18:19 PM via Choqok in reply to grantimahara

295. @donttrythis I think I've busted that hundreds of times by now ;)

Wednesday, October 13, 2010 3:14:14 PM via Choqok in reply to donttrythis

296. @TeToNN next release ;) Wednesday, October 13, 2010 10:35:19 AM via Choqok in reply to TeToNN

297. @madshaun1984 it matters if you care about the meaning of open source and care about legitimate use of the GPL Tuesday, October 12, 2010 12:22:45 PM via Choqok in reply to madshaun1984

298. @prototux no. AsbestOS isn't an app, it's an independently written payload and also comes with my own impl. of the USB exploit code. Tuesday, October 12, 2010 7:37:33 AM via Twitter for iPhone in reply to prototux

299. @prototux the original version (in my git repo) has never used any psgroove code whatsoever. Tuesday, October 12, 2010 7:33:04 AM via Twitter for iPhone in reply to prototux

300. @Mathieulh Registration doesn't matter. Copyright is implicitly assigned at the time of creation. Someone (cont) http://tl.gd/6eqe23 Tuesday, October 12, 2010 7:31:41 AM via Twitter for iPhone in reply to Mathieulh

301. @prototux my version doesn't. There is a psgroove version, but that's fine. The psgroove USB code is fine. It's the payload that isn't. Tuesday, October 12, 2010 7:17:36 AM via Choqok in reply to prototux

302. @prototux I did do it. AsbestOS contains no code from psjb and is fully GPLv2. Tuesday, October 12, 2010 7:06:47 AM via Choqok in reply to prototux

303. @Mathieulh you don't get it. It doesn't matter whether they come forth, the psgroove payload isn't legitimate GPLed code *today*. Tuesday, October 12, 2010 7:03:31 AM via Choqok in reply to Mathieulh

304. @prototux that doesn't mean you can't still do it, but you shouldn't pretend it's legitimage Free Software. It isn't, don't bill it as such. Tuesday, October 12, 2010 7:02:41 AM via Choqok in reply to prototux

305. @prototux the point is you can't use a free license, because your code isn't free. The project isn't legally legit. Tuesday, October 12, 2010 7:02:09 AM via Choqok in reply to prototux

306. @prototux What I'm saying: if you want to rip off psjb, then call your project a psjb hack/rip, but don't slap the GPL on it. Tuesday, October 12, 2010 6:58:33 AM via Choqok in reply to prototux

307. @prototux Open projects cannot legitimately be based on ripped decompiled or disassembled code. You can call them something else. Tuesday, October 12, 2010 6:57:29 AM via Choqok in reply to prototux

308. @prototux I said nothing about copying the concept of their exploit. All I'm saying is you shouldn't rip off their payload code. Tuesday, October 12, 2010 6:55:16 AM via Choqok in reply to prototux

309. @prototux I prefer following licenses, because people ripping off commercial code usually also end up violating open source licenses too. Tuesday, October 12, 2010 6:50:15 AM via Choqok

310. @Mathieulh basically, "I don't know who the copyright owner is and he won't sue me anyway" isn't an excuse to violate copyright.

Tuesday, October 12, 2010 6:49:35 AM via Choqok in reply to Mathieulh

311. @prototux The USB device code is clean and reverse engineered. The payload is ripped verbatim and then modified, and thus a derivative work. Tuesday, October 12, 2010 6:47:50 AM via Choqok in reply to prototux

312. @Mathieulh All rights reserved to the author. It doesn't matter who the author is. He/she could come out at any time and offer proof. Tuesday, October 12, 2010 6:47:20 AM via Choqok in reply to Mathieulh

313. @Mathieulh no copyright notices means All Rights Reserved worldwide as per the Berne Convention. Go read up on copyright. Tuesday, October 12, 2010 5:58:51 AM via Choqok in reply to Mathieulh

314. @KaKaRoToKS you still aren't allowed to use it or mix it with GPLed code, though. Monday, October 11, 2010 7:02:26 PM via Choqok in reply to KaKaRoToKS

315. @KaKaRoToKS I don't have a problem releasing most of my code as v3, but some bits come from Linux and I cannot relicense those. Monday, October 11, 2010 5:15:18 PM via Choqok in reply to KaKaRoToKS

316. @KaKaRoToKS to combine GPLv2 and GPLv3 you need to ask all the v2 authors to relicense as v3, or vice versa. Monday, October 11, 2010 5:14:09 PM via Choqok in reply to KaKaRoToKS

317. @MTWomg chinese chip makers can do whatever the hell they want, but if you're actually developing something, you should follow licenses. Monday, October 11, 2010 3:05:35 PM via Choqok in reply to MTWomg

318. Also, licensing code derived from the PSJailbreak payload as "GPL" is pretty wrong, you can't take someone else's code and slap GPL on it. Monday, October 11, 2010 3:04:55 PM via Choqok

319. Gentle reminder: be careful with licenses. AsbestOS uses chunks of Linux and thus is GPLv2only; you can't use it as GPLv3 without asking. Monday, October 11, 2010 3:03:20 PM via Choqok

320. **gnihsub** ha! @stephenfry I think I've just noticed what @pytey is up to! Notice he is following @ParanormalAlert =) Monday, October 11, 2010 1:37:09 PM via web Retweeted by marcan42 and 2 others

321. Apparently all the PS3 warez payloads are *still* assembly hacks of the PSJailbreak one. Sad stuff that they won't rewrite 2K of code. Sunday, October 10, 2010 9:50:37 AM via Choqok

322. 9e1c3006d4c8f51efdfc36b0412ffb5d12c68542 for the record ;) (you'll find out at 27c3) Saturday, October 09, 2010 8:36:23 PM via Choqok

323. **MuscleNerd** As dramatic as geohot's last-minute all-device JB is, still a shame that two bootrom holes will be burned at once. Friday, October 08, 2010 6:00:19 PM via web Retweeted by marcan42 and 100+ others

324. @shuffle2 next step would be looking into the view of storage (flash and HDD) as lv2 and figuring out what's wrong with the framebuffer Thursday, October 07, 2010 5:42:57 PM via Choqok in reply to shuffle2

325. @shuffle2 'make dtbImage.ps3' to build, use arch/powerpc /boot/dtbImage.ps3.bin for the TFTP. Thursday, October 07, 2010 5:42:25 PM via Choqok in reply to shuffle2

326. @shuffle2 ugly diffdump http://is.gd/fQtZG and .config http://is.gd /fQu04 - should apply to ps3-linux b5d46c2 (sorry for the ugliness!) Thursday, October 07, 2010 5:41:39 PM via Choqok in reply to shuffle2

327. For those wondering about AsbestOS: I've taskswitched to work on other stuff, I'll be back on it in a few days. Thursday, October 07, 2010 4:24:32 PM via Choqok

328. @izsh1911 maybe a lightning talk, especially if I've bothered to release the OpenLase code by then :) Thursday, October 07, 2010 4:15:48 PM via Choqok in reply to izsh1911

329. http://is.gd/fP6dZ Bad Apple on the laser! Realtime edge detect and tracing using my crappy brute force algorithm, works a treat :) Wednesday, October 06, 2010 10:51:59 PM via Choqok

330. http://is.gd/fOni3 Somebody please make Firefox suck less? Pretty please? Wednesday, October 06, 2010 12:29:52 PM via Choqok

331. @comex Flash? Smooth? If you have an i7 running 32-bit Windows, maybe :P Monday, October 04, 2010 6:10:42 PM via Choqok in reply to comex

332. Python net-based remote call interface to screw around with the PS3 and experiment from the PC: http://gist.github.com/608245 :-) Saturday, October 02, 2010 9:04:56 PM via Choqok

333. Yay, the basic MMU code works. Next up: add some UDP server-fu so I can easily investigate lv1 calls from the PC, while running stage2. Friday, October 01, 2010 8:35:17 PM via Choqok

334. I'm taking a break from fixing Linux startup to work on useful stage2 features, like memory management (need basic MM to do MMIO via lv1). Friday, October 01, 2010 8:09:07 AM via Choqok

335. AsbestOS port to the ATMega with software USB (Arduino Mega, etc...) http://is.gd/fDg1C Thursday, September 30, 2010 6:18:52 PM via Choqok

336. @nebsterJ Try http://is.gd/fDfUE if you want to see something (it's patched to output over ethernet dbgcli). I'll get a git tree up later. Thursday, September 30, 2010 6:17:32 PM via Choqok in reply to nebsterJ

337. **pedramamini** A pianist meticulously "reverse engineered" the sheet music from Super Mario Bros: http://www.mariopiano.com Thursday, September 30, 2010 4:40:26 PM via web Retweeted by marcan42 and 58 others

338. Investigating how RSX access will work. It's definitely possible but it might end up very different from desktop Linux 3D as we know it. Thursday, September 30, 2010 4:55:15 PM via Choqok

339. http://is.gd/fCQxW git repo if you want to follow along. No support or docs yet, it's not done, don't ask, but feel free to peek. Thursday, September 30, 2010 1:35:33 PM via Choqok

340. @copumpkin for me, round-trip is the same as two separate one-way trips :/ Thursday, September 30, 2010 11:48:58 AM via Choqok in reply to copumpkin

341. Preliminary porting notes: http://is.gd/fCBFd . If you have

developed or ported a version of the exploit, please let me know your comments Thursday, September 30, 2010 11:00:38 AM via Choqok

342. The device I'm using to test is an IGEPv2 (OMAP3, same as the Beagleboard, N900, Palm Pre, ...). Thursday, September 30, 2010 10:59:53 AM via Choqok

343. And unlike development boards, commercial PSJailbreak clones tend not to have pins available to connect external storage... Thursday, September 30, 2010 10:52:29 AM via Choqok

344. It doesn't mean I'm going to somehow deliberately screw you over, it means if your device can't handle a custom 40KB payload, then it can't. Thursday, September 30, 2010 10:46:19 AM via Choqok

345. "non-generic psjailbreak clone" means "cheap closed low storage probably unupgradable device designed with no future-proofing in mind". Thursday, September 30, 2010 10:45:14 AM via Choqok

346. @5murfette let me know if you can fit USBstor code in a 4KB payload. Alternatively, figure out how to use lv2's support. Until then... ;) Thursday, September 30, 2010 10:41:00 AM via Choqok in reply to 5murfette

347. ilfak IDA v6 is to be released... this week!... Thursday, September 30, 2010 9:11:44 AM via web Retweeted by marcan42 and 58 others

348. @DhruvBhutani 16K, so nope. Thursday, September 30, 2010 8:15:07 AM via Choqok in reply to DhruvBhutani

349. Any non-microcontroller devices will work. Phones, iPods, other media players or portable consoles, etc. Thursday, September 30, 2010 8:08:30 AM via Choqok

350. Users of non-generic psjailbreak and clones are probably SOL though (that's what you get for buying essentially a dedicated piracy device). Thursday, September 30, 2010 7:58:10 AM via Choqok

351. For example, if you have an AVR devboard with a 32K micro, you could solder in a 64K or larger EEPROM/Flash memory and make it use that. Thursday, September 30, 2010 7:57:04 AM via Choqok

352. To clarify, you need at least a 64K (not 32K!) micro *or* a device that has at least 64K extra external storage (SD, Flash, EEPROM). Thursday, September 30, 2010 7:56:04 AM via Choqok

353. (no it doesn't stand for "As Best OS", that's utterly retarded) Thursday, September 30, 2010 7:42:13 AM via Choqok

354. Apparently some people don't know what asbestos is (http://is.gd /fCisO). I thought everyone knew that much, given all the media attention... Thursday, September 30, 2010 7:41:58 AM via Choqok

355. http://is.gd/fCfzu working a bit better now Thursday, September 30, 2010 7:09:44 AM via Choqok

356. Confirmed that it works (to the same extent) on the Slim too :) Wednesday, September 29, 2010 10:02:52 PM via Choqok

357. http://is.gd/fBv7U It's alive! Mostly, anyway. Wednesday, September 29, 2010 9:13:38 PM via Choqok

358. I bet you've never seen a Linux kernel say this: [ 0.000000] PS3 firmware version 3.4.1 Wednesday, September 29, 2010 7:42:28 PM via Choqok

359. Wasted like an hour debugging a bootwrapper that was working

perfectly, except noone documents this stuff. dtbImage.ps3 != zImage.ps3 Wednesday, September 29, 2010 6:14:08 PM via Choqok

360. That wasn't too bad. Threads caught. Wednesday, September 29, 2010 4:13:55 PM via Choqok

361. Next headache: catching *both* CPU threads from lv2. Wednesday, September 29, 2010 3:18:09 PM via Choqok

362. AsbestOS (yeah, I'm calling it that) now works on the PS3 Slim (still doesn't quite boot Linux, though) Wednesday, September 29, 2010 9:19:58 AM via Choqok

363. http://is.gd/fyQoQ http://is.gd/fyQph 2010 Year of the Linux desktop [ at least for anime ] Tuesday, September 28, 2010 8:24:42 PM via Choqok

364. **tnare** Google Translate is the Future, I tell you. http://bit.ly/c6hPuc #fb (via @sussman) Monday, September 27, 2010 2:50:13 PM via Tweetie for Mac Retweeted by marcan42 and 15 others

365. My LED map: http://is.gd/fvG0K What's yours? Monday, September 27, 2010 7:04:45 AM via Choqok

366. @0xcharlie dsPIC uses 24 bit instructions Monday, September 27, 2010 6:03:44 AM via Choqok in reply to 0xcharlie

367. http://is.gd/fu9Nv CCC sure has a peculiar definition of "a whole month" Sunday, September 26, 2010 8:22:21 AM via Choqok

368. http://is.gd/ftWVd awesome intro to the technical underpinnings of digital audio and video. Good job, Xiph! Sunday, September 26, 2010 6:08:17 AM via Choqok

369. I'd list the dead giveaways, but the entire post is a textbook example of a fake and it wouldn't fit in a tweet. Saturday, September 25, 2010 10:13:26 AM via Choqok

370. Do you smell that? You can smell the bullshit from a mile away. http://is.gd/fsHXr Saturday, September 25, 2010 10:01:57 AM via Choqok

371. I can TFTP-load a kernel now, though it doesn't exactly boot yet. More tomorrow, hopefully. Friday, September 24, 2010 3:30:18 PM via Choqok

372. @itsvmme that would significantly complicate the code, it probably wouldn't fit in stage1. USB pendrives are quirky and annoying. Friday, September 24, 2010 3:29:41 PM via Choqok in reply to itsvmme

373. @dondolo83 ATMega64x or ATMega128x only. And I won't be writing the Atmel code, I don't own any; it should be easy to port though. Friday, September 24, 2010 10:57:13 AM via Choqok in reply to dondolo83

374. "Disadvantages of TFTP: TFTP cannot download files larger than 1 Terabyte." beating FAT32 since 1980. Friday, September 24, 2010 10:55:55 AM via Choqok

375. @kakashigr There are two stages. Stage1 replaces the usual psjb payload (2kB or so) and loads stage2 via USB (30kB currently) Friday, September 24, 2010 10:24:51 AM via Choqok in reply to kakashigr

376. The Teensy will NOT work without external mem (32K Flash). The Teensy++ and the AT90USBKEY SHOULD be enough (128K

Flash). Friday, September 24, 2010 9:14:57 AM via Choqok
377. Any other method of externally loading data is fine (e.g. SD or external Flash), as long as someone writes the code for it. @kakashigr Friday, September 24, 2010 9:10:35 AM via Choqok in reply to kakashigr
378. By the way, if anyone wants to run this Linux loader from a hardware dongle, make sure you get something with at least 64k of storage! Friday, September 24, 2010 6:59:52 AM via Choqok
379. IP stack = done (lwIP FTW). 64 bytes from ps3 (192.168.3.60): icmp_req=1 ttl=255 time=0.361 ms Thursday, September 23, 2010 10:27:40 PM via Choqok
380. I suck at names. Help me name a usb-exploit PS3 Linux bootloader? All i came up with so far is lv2ate ("levitate") and AnotherOS. Wednesday, September 22, 2010 11:55:43 AM via Choqok
381. **daeken** The Hardware Hacker Manifesto: http://digs.by/94T7vU Tuesday, September 21, 2010 6:26:10 AM via Digsby Retweeted by marcan42 and 65 others
382. @joegrand my driver was for an XY scanner (analog control up to 700mA ~20kHz); for low power CW then of course an IC is the way to go :) Monday, September 20, 2010 5:01:23 PM via Choqok in reply to joegrand
383. @joegrand my take on laser diodes was http://is.gd/fke3v , but I'm sure you can do better :) Monday, September 20, 2010 3:51:40 PM via Choqok in reply to joegrand
384. Last tweet brought to you by LPAR, VAS, HTAB, TLB, SLB, DMA, BI, PU, RM, PME, HPTE, VSID, ESID, AVPN, RPN, WIMG, GELIC, and, of course, LV1. Sunday, September 19, 2010 11:40:39 PM via Choqok
385. http://is.gd/fj0dK sent from a USB lv2 payload using raw lv1 syscalls. And now I can finally go to sleep today. Sunday, September 19, 2010 11:24:21 PM via Choqok
386. Ha, Linux got owned by *exactly* the same bug that the 360 hypervisor had: comparing 32b of a system call no., then using 64b. (via tmbinc) Sunday, September 19, 2010 12:46:03 PM via Choqok
387. @copumpkin there's an irssi script for that :P Sunday, September 19, 2010 11:43:05 AM via Choqok in reply to copumpkin
388. Why can't I figure out how to make git-daemon work on Ubuntu? I thought this distro was supposed to be easy. Give me Gentoo any day kthx. Sunday, September 19, 2010 8:53:07 AM via Choqok
389. **mvidallopez** Debunking the 1% Myth about #Linux market share on the desktop: http://oreil.ly/90H7NE #fb Saturday, September 18, 2010 3:28:41 PM via web Retweeted by marcan42 and 10 others
390. FINALLY! Video of LASE: A realtime laser demo, my entry into the Euskal Encounter Wild Compo. http://is.gd/ffDNu Friday, September 17, 2010 3:05:53 PM via Choqok
391. Adjusted, it works! Just recorded a proper video of my Euskal Encounter Wild Compo entry, uploading to YouTube... Friday, September 17, 2010 2:28:25 PM via Choqok
392. The laser lives! Now I need to tune the new galvo... Friday, September 17, 2010 1:28:37 PM via Choqok
393. @inakietxebarria en teoría se supone que si. Normalmente las GPU

usan una FIFO de comandos, que dudo que filtren (sería demasaido lento). *Friday, September 17, 2010 11:35:29 AM* via Choqok in reply to inakietxebarria

394. @inakietxebarria se comenta que el RSX no tiene IOMMU y por eso no esta disponible desde linux (supuestamente puedes petar lv1 via el RSX) *Friday, September 17, 2010 11:11:34 AM* via Choqok in reply to inakietxebarria

395. @inakietxebarria yo no estaría tan seguro. las funciones de fb de lv1 son para el RSX limitado de Linux, pero lv2 tiene acceso más directo. *Friday, September 17, 2010 8:03:00 AM* via Choqok in reply to inakietxebarria

396. @inakietxebarria el HV es el mismo pero con menos limitaciones en GameOS (logicamente se puede usar el RSX, que en OtherOS no). *Friday, September 17, 2010 7:02:34 AM* via Choqok in reply to inakietxebarria

397. @inakietxebarria pero eso es desde Linux, desde los juegos el FB se renderiza en el RSX directamente así que tienes que sincronizar con eso. *Friday, September 17, 2010 6:32:04 AM* via Choqok in reply to inakietxebarria

398. @inakietxebarria no tengo ni idea, pero me imagino que tendrás que tirar de DMA o operaciones con el RSX *Friday, September 17, 2010 5:53:47 AM* via Choqok in reply to inakietxebarria

399. **diveintomark** ...gets you an import function that will work even within eval(s, {"__builtins__":None}, {}). EVAL() IS ALWAYS MORE EVIL THAN YOU THINK. *Wednesday, September 15, 2010 12:18:43 PM* via web Retweeted by marcan42 and 3 others

400. **diveintomark** In Python 3.1, "__class__.__class__.__subclasses__("__class__.__class__) [0]._dump_registry.__globals__['__builtins__']['__import__'] *Wednesday, September 15, 2010 12:18:04 PM* via web Retweeted by marcan42 and 20 others

401. **tnare** Incredible enameled wire soldering from ChaN http://bit.ly /9D3nNh (via @pytey) *Wednesday, September 15, 2010 10:25:57 AM* via Tweetie for Mac Retweeted by marcan42 and 2 others

402. **c1de0x** @SGgrc you are a giant douche. I'm embarrassed you exist. seriously. *Wednesday, September 15, 2010 11:53:14 AM* via web Retweeted by marcan42 and 4 others

403. Awesome, Clementine implemented proper iPhone support (without iFuse and nasty hacks) which Just Works. Amarok still fails at it! *Wednesday, September 15, 2010 6:00:13 AM* via Choqok

404. Looks like HDCP fell: http://is.gd/f9Dvw The spec is (surprisingly) public, who wants to implement it and see? http://is.gd/f9DAy :-) *Monday, September 13, 2010 10:00:12 PM* via Choqok

405. @h0tstick ¡Claro que me acuerdo! ;) Aquí ando, tirando y tal :) *Monday, September 13, 2010 4:00:41 PM* via Choqok in reply to h0tstick

406. c0761614d6e33716af719e100ec56d826ad2846c *Monday, September 13, 2010 2:45:33 PM* via Choqok

407. Mwahahahahahahahaha. No reason, I just felt like doing that. *Monday, September 13, 2010 2:27:45 PM* via Choqok

408. today Bing was useful for the first time ever for me. I'm not holding

my breath that it'll happen again though :P Sunday, September 12, 2010 12:28:53 PM via Choqok

409. I've been lent a Roomba to try it around the house. I was afraid all the stuff lying around might kill it. Turns out I had that backwards. Saturday, September 11, 2010 12:10:20 PM via Choqok

410. @bato igual que mi 3G el otro día cuando estaba con la peña, que lo llevé al 0 y me pasó lo mismo. Pero no creo que pase nada ;) Saturday, September 11, 2010 4:51:56 AM via Choqok in reply to bato

411. @bato las baterías de litio nunca se quedan "a 0"; realmente cuando llega a 0 y se apaga siempre queda un porcentaje de batería. Saturday, September 11, 2010 4:23:00 AM via Choqok in reply to bato

412. @KrisSimons I don't get your point about the Pandora. Of course you can use an open console with an open SDK to write homebrew. Saturday, September 11, 2010 4:14:23 AM via Choqok in reply to KrisSimons

413. Got lv2 to output debug over USB. Turns out the only thing it outputs is "Prepare to shutdown .." when you hit the power button. Very lame. Friday, September 10, 2010 4:01:27 PM via Choqok

414. Playstation 3 Hacking - Linux Is Inevitable @ Michael Steil's blog: http://is.gd/f4pLi Friday, September 10, 2010 10:53:11 AM via Choqok

415. @Radrider303 finally it automatically beeped, shut down, and I now have a new lv2 dump taken at a particularly interesting time ;) Wednesday, September 08, 2010 6:45:57 PM via Choqok in reply to Radrider303

416. My PS3 is now automatically rebooting and getting pwned 80-odd times in a row while dumping lv2 in order to work around a USB issue. Ha! Wednesday, September 08, 2010 5:41:01 PM via Choqok

417. @lukegb I offered to several times, noone cared enough. I gave up. Wednesday, September 08, 2010 9:08:32 AM via Choqok in reply to lukegb

418. @cymo yo me espero a que tenga la función de cifrar las contraseñas guardadas con una maestra, que esto es 2010 ya... manda huevos. Wednesday, September 08, 2010 7:14:26 AM via Choqok in reply to cymo

419. @wmxp I can't see a simple way to port it to 3.15 with our current tools. OTOH, there's a good chance it can be used to boot Linux on 3.41. Wednesday, September 08, 2010 4:16:29 AM via Choqok in reply to wmxp

420. @Omegaid sure it did, I ran MythTV under Xbox-Linux just fine. Everything else was cute and useful, but not legal homebrew. Wednesday, September 08, 2010 4:15:37 AM via Choqok in reply to Omegaid

421. @lukegb as if we haven't ranted about it Wednesday, September 08, 2010 4:14:36 AM via Choqok in reply to lukegb

422. Reminder: using the illegal leaked Sony SDK to compile stuff doesn't qualify as "homebrew". Tuesday, September 07, 2010 5:59:47 PM via Choqok

423. No need for more testers BTW, the concept has been proven. I'll

probably end up updating to 3.41, the exploit is going to suck to port :/ Friday, September 03, 2010 2:26:38 PM via Choqok

424. (If you really want to use an OMAP3 device to enable "backups"/warez, you get to locate/use the original psjb blob yourself, don't ask me) Friday, September 03, 2010 2:19:58 PM via Choqok

425. Instead, once I understand the exploit a bit better I'll write an open source blob and enable USB comms as a PS3 experimentation toolkit Friday, September 03, 2010 2:19:02 PM via Choqok

426. Anyway, I won't be releasing the psjb clone for OMAP/Pre/etc. as-is; that's boring, unimaginative, and probably illegal. Friday, September 03, 2010 2:18:06 PM via Choqok

427. @RichDevX I wrote a psjb clone (not a psgroove port) for the OMAP, but it seems n900 users are having trouble getting their driver unbound. Friday, September 03, 2010 2:17:14 PM via Choqok

428. I had someone test it on 3.41 on a Palm Pre ;) Thursday, September 02, 2010 7:06:40 PM via Choqok

429. Confirmed, the psjailbreak clone for OMAP3 works. Now let's see if I can make it more interesting than a mere clone. Thursday, September 02, 2010 6:49:06 PM via Choqok

430. Also, Sony fails at W^X Thursday, September 02, 2010 5:28:54 PM via Choqok

431. Whoever wrote this PSJailbreak exploit has some seriously mad skills. Or access to some kind of lv2 debugger. This is ridiculous. Thursday, September 02, 2010 5:28:42 PM via Choqok

432. @MairusuPawa there isn't (yet) Thursday, September 02, 2010 4:12:22 PM via Choqok in reply to MairusuPawa

433. looks like there are some unrelated issues with the n900, I've got a few friends who will try with beagleboards soonish Thursday, September 02, 2010 9:29:57 AM via Choqok

434. xorloser @Mathieulh Why do you pretend you can code, hack and reverse when all you can do is incorrectly repeat what others have told you in private? Wednesday, September 01, 2010 7:53:31 PM via Twitterrific Retweeted by marcan42 and 15 others

435. @Noltari debería valer con la base del driver USB del oib, pero habría que modificarlo Thursday, September 02, 2010 4:25:48 AM via Choqok in reply to Noltari

436. If you have a 3.41 PS3 and one of the aforementioned devices with SSH and know how to use it and want to help, ping me on EFNet (marcan) :) Wednesday, September 01, 2010 5:58:39 PM via Choqok

437. @Noltari hay que hacer chanchullos con la controladora usb (simular multiples dispositivos); los drivers normales del kernel no valdrían. Wednesday, September 01, 2010 5:32:54 PM via Choqok in reply to Noltari

438. @Noltari pues la verdad es que tendria gracia, pero como minimo me da que tendria que ser con openiboot (iphone 2g/3g solo y fuera del iOS) Wednesday, September 01, 2010 5:23:04 PM via Choqok in reply to Noltari

439. I've got most of the PSjb exploit working on the OMAP3 (N900/IGEP/Beagleboard/Pandora/etc) but I'd have to lose OtherOS

to test it :/ Wednesday, September 01, 2010 4:40:40 PM via Choqok

440. bleh, this stupid DAC chip is getting uncomfortably hot. I'll just wait
until a new one arrives :/ Monday, August 30, 2010 3:32:22 PM via
choqoK

441. (also, good thing I got this thing for cheap on DX) Monday, August
30, 2010 3:21:58 PM via choqoK

442. Great. The Y channel on my DAC/soundcard chip is _also_ blown.
Who wants to bet it's related. Good thing I have two unused
channels... Monday, August 30, 2010 3:21:47 PM via choqoK

443. Preliminary check on the galvo board says it's working correctly,
let's turn on the laser and draw some stuff *crosses fingers*
Monday, August 30, 2010 2:58:24 PM via choqoK

444. Replacement galvo arrived! Now I need to ensure the driver isn't
bad and won't blow this one too... Monday, August 30, 2010
11:23:22 AM via choqoK

445. @bato tan pronto me piro y quedais? Que mala leche :P Friday,
August 27, 2010 9:43:08 AM via choqoK in reply to bato

446. @Lovelyvomit Netgear (like others) makes stuff that's very different
internally. THIS particular router is just awesome, others may not
be. Thursday, August 26, 2010 8:38:57 AM via choqoK in reply to
Lovelyvomit

447. @badcrc ya somos dos, yo tambien he sido incapaz de dormir de 9 a
11 por obras Thursday, August 26, 2010 5:33:08 AM via choqoK in
reply to badcrc

448. @lukegb actual backdoor, it defaulted to access enabled via the
cable management network (10.x.x.x). I turned that off and changed
the pw ;) Wednesday, August 25, 2010 3:10:00 PM via choqoK in
reply to lukegb

449. Note: I'm talking about the crappy cable router, not the awesome
OpenWRT'd WNDR3700 that I use as my actual router. Both are
Netgear. Wednesday, August 25, 2010 2:57:17 PM via choqoK

450. Was able to find the NAT setting buried in one of those accounts
and turn this into a dumb modem that I can use with my awesome
router :) Wednesday, August 25, 2010 2:56:17 PM via choqoK

451. Netgear were nice enough to leave 4/5 secret backdoor accounts
with their passwords in cleartext ni the router's settings backup file.
Wednesday, August 25, 2010 2:55:23 PM via choqoK

452. Bye bye 3mbps DSL, hello 12mbps cable! Wednesday, August 25,
2010 12:57:07 PM via choqoK

453. Uh, guys? I'm Spanish. That's why I said it gives _us_ a bad name.
Tuesday, August 24, 2010 4:43:47 AM via choqoK

454. @Mathieulh in any case, looks like he needs to learn what a
"backup" is. Tuesday, August 24, 2010 4:42:18 AM via choqoK in
reply to Mathieulh

455. @Mathieulh Wow, those leaked PMs sure are hilarious. Do you
need a translation of all the spanish? :P Monday, August 23, 2010
7:40:37 PM via choqoK in reply to Mathieulh

456. Why do the worst attention-seeking scene morons have to be
spanish? First wanky, now DemonHades. Gives us a bad name.
Monday, August 23, 2010 7:21:25 PM via choqoK

457. @TimPrittstift no, people just fail at tracing PCBs Monday, August

23, 2010 11:11:33 AM via choqoK in reply to TimPrittstift

458. Just found the *actual* chinese manufacturer of my laser galvos.
LSP doesn't reply, let's see if these guys will sell me a replacement.
Monday, August 23, 2010 10:39:30 AM via choqoK

459. People seriously suck at identifying the psjailbreak chip. Come on
guys, it's not THAT hard. Monday, August 23, 2010 5:37:00 AM via
choqoK

460. Ha, http://is.gd/exFcR looks exactly like all those Wii warezpack
scammer sites. Sunday, August 22, 2010 6:32:43 PM via choqoK

461. Just watched Inception w/ a friend. On the way back, I struggled to
recall a series and did, then he randomly mentioned that series.
Scary. Sunday, August 22, 2010 2:17:15 PM via choqoK

462. "...and when I tried to download the twilight hack, winzip said I had
to pay in order to get it". I get awesome emails. Friday, August 20,
2010 8:17:44 PM via choqoK

463. It's rather sad watching all the clueless folks who think the PS
Jailbreak is a pendrive. WinHex! dd conv=noerror! magic pixie dust!
fail. Friday, August 20, 2010 4:52:15 PM via choqoK

464. Ignorance knows no bounds http://is.gd/epbVj (especially if you're
an audiophile). And people need to learn about the placebo effect.
Thursday, August 19, 2010 1:52:02 PM via choqoK

465. @mattbraga No extra info on my end, but I can vouch for the
trustworthiness of OzModchips, so it's probably legit. Thursday,
August 19, 2010 6:27:42 AM via choqoK in reply to mattbraga

466. **davewiner** http://t.co/vg2QDtq Saturday, August 14, 2010 4:47:14
PM via Tweet Button Retweeted by marcan42 and 100+ others

467. **saurik** So, "fix the PDF exploit" became my project. I've tested on
2.2-4.0.1 on a bunch of devices, but need feedback.
http://tinyurl.com/nopdf3244 Thursday, August 12, 2010 1:21:01
AM via web Retweeted by marcan42 and 71 others

468. **brmperc** @planetbeing Honestly it's not getting fixed on the 3G
either since iOS4 runs like shit on it. Wednesday, August 11, 2010
2:05:37 PM via Twitter for iPhone in reply to planetbeing Retweeted
by marcan42 and 13 others

469. My digital piano just randomly crashed while playing it. Stuck on a
chord. So the hardware accelerates sample loops but not ADSR.
Wednesday, August 11, 2010 3:07:32 PM via choqoK

470. **saurik** Wow; I just lost all respect for F-Secure and
@mikkohypponen for completely misrepresenting 4.0.2,
jailbreakme.com, and "jailbreak vendors". Wednesday, August 11,
2010 2:25:01 PM via web Retweeted by marcan42 and 87 others

471. @_electroCHAIN An iPhone in USB Charger Spec compliant mode
will pull 500mA. More if you include the proper sentinel resistors.
Tuesday, August 10, 2010 4:34:59 PM via choqoK in reply to
_electroCHAIN

472. @tnare yeah, I wasn't expecting a switcher or anything, but I was
hoping for a TO220 7805 on a crappy PCB with two caps at least.
Tuesday, August 10, 2010 2:22:40 PM via choqoK in reply to tnare

473. It's a 78L05, 100mA max. Of course, the fuse is 3A and this came
with a USB hub that could potentially need 2A... Tuesday, August
10, 2010 1:22:36 PM via choqoK

474. http://is.gd/ebMgh <- inside a chinese 5V car adapter. I guess I should be grateful it at least has a fuse? Tuesday, August 10, 2010 11:05:04 AM via choqoK

475. @semiconduktor do they have to be "smart"? I have some payphone cards but I believe they're mostly serial OTP memories (not ISO7816-3/4) Monday, August 09, 2010 1:58:14 PM via choqoK in reply to semiconduktor

476. @bato Bastante tienen con currarse los parches para jailbreak para cada version :P. Personalmente sigo pensando que no merece la pena. Monday, August 09, 2010 11:00:16 AM via choqoK in reply to bato

477. @bato poder se puede, pero nadie lo ha hecho Monday, August 09, 2010 8:48:41 AM via choqoK in reply to bato

478. @bato hace mucho tiempo que los sysctl de cpufrequency son read-only, por eso digo que hay que parchear el kernel para desbloquearlos. Saturday, August 07, 2010 8:15:27 AM via choqoK in reply to bato

479. @bato si te fijas, ese archivo es "legacy" de Mac OS X, no se aplica al iPhone sino a Macs. El powermanagement del iPhone es distinto. Saturday, August 07, 2010 7:40:46 AM via choqoK in reply to bato

480. @bato para cambiar la velocidad de verdad tienes que parchear el kernel Saturday, August 07, 2010 7:34:59 AM via choqoK in reply to bato

481. @bato eso es un fakazo como un castillo. Si abres el archivo con un editor de plist veras que nada tiene que ver con la velocidad. Saturday, August 07, 2010 7:34:45 AM via choqoK in reply to bato

482. @eosuno no puedes (aún). Friday, August 06, 2010 5:41:00 PM via choqoK in reply to eosuno

483. @bato Ni lo intentes. Es técnicamente posible pero practicamente toda la info que hay es fake y no merece la pena. Friday, August 06, 2010 12:26:53 PM via choqoK in reply to bato

484. @bato no estás un poquito obsesionado? ;) (yo sobrevivo con mi 3G :P) Friday, August 06, 2010 11:59:34 AM via choqoK in reply to bato

485. @adafruit AFAICT the standard short makes them charge at 500mA; I guess the resistors are used for the higher power tiers on newer devices. Tuesday, August 03, 2010 6:56:13 PM via choqoK in reply to adafruit

486. @planetbeing but it will in the future, right? ;) Tuesday, August 03, 2010 6:53:28 PM via choqoK in reply to planetbeing

487. @comex it's definitely a rather nasty browser remote root hole though (albeit one in use only for good so far :) Tuesday, August 03, 2010 3:56:04 PM via choqoK in reply to comex

488. @pspmte Maybe? Who knows. I've never seen that. Tuesday, August 03, 2010 12:35:52 PM via choqoK in reply to pspmte

489. Am I the only one who has checked whether iDevices follow the USB charging spec? http://is.gd/e0Omu (they do, unlike most other devices). Tuesday, August 03, 2010 12:18:32 PM via choqoK

490. @iphone_dev damn you and your humongous iPhone 4 screenshots. All I have is a crappy 3G :( Tuesday, August 03, 2010 5:24:37 AM via choqoK in reply to iphone_dev

491. http://pastie.org/1070405 = hilarious obfuscation in a US Robotics modem firmware updater. Reveng fun for the whole family! Sunday, August 01, 2010 8:24:59 PM via choqoK

492. My nVidia driver just failed in a way hilariously similar to all those overheated Wii Hollywood chipsets. Except a reboot fixed this one. Sunday, August 01, 2010 11:09:18 AM via choqoK

493. @jephjacques please, don't torture us with jpeg artifacts! how about truecolor png? :) Thursday, July 29, 2010 4:01:03 PM via choqoK in reply to jephjacques

494. Every passing day I just hate Flash more and more. It just managed to randomly screw up my sound device while I was using an unrelated app. Tuesday, July 27, 2010 2:03:36 PM via choqoK

495. @badcrc suerte que tienes, aquí nadie me da mas que 3000/300kbps :( Tuesday, July 27, 2010 4:14:12 AM via choqoK in reply to badcrc

496. Video of my realtime laser Wild demo @euskalencounter: http://is.gd/dFwEn . Decent video coming as soon as I fix my newly burnt galvo :( Saturday, July 24, 2010 8:47:27 PM via choqoK

497. At Euskal Encounter, woohoo! Four days of insanity starts now. Wednesday, July 21, 2010 8:27:52 AM via choqoK

498. @bato Si no fuera por el cristo de la demo en el que me he metido este año me tendríais allí ayudando ;). ¡Que ganas de verlo! Tuesday, July 20, 2010 7:32:34 AM via choqoK in reply to bato

499. (That's what segher and costis and I came up with after staring at iFixit's photos and discussing antenna design :P) Monday, July 19, 2010 6:10:18 PM via choqoK

500. Random IRC math: iPhone4 WiFi antenna is ~12cm ≈ 1λ likely grounded @ tip, next to GSM antenna feedpoint = problem spot grounds GSM antenna. Monday, July 19, 2010 6:09:31 PM via choqoK

501. @MuscleNerd killed the wikee much? :P Monday, July 19, 2010 4:29:53 PM via choqoK in reply to MuscleNerd

502. @knewknow I'm using Kamikaze (r21277) and 5GHz works just fine ;) Monday, July 19, 2010 1:44:38 PM via choqoK in reply to knewknow

503. @Kc5ods As opposed to Broadcom, who make no attempt to support *nix other than sometimes releasing blob drivers tied to a kernel version. Monday, July 19, 2010 11:22:58 AM via choqoK in reply to Kc5ods

504. @Kc5ods What are you talking about? The ath9k driver written by Atheros is open source, BSDed, in Linux, and works great w/ no firmware. Monday, July 19, 2010 11:21:43 AM via choqoK in reply to Kc5ods

505. @meCka €100 plus S/H Monday, July 19, 2010 6:12:00 AM via choqoK in reply to meCka

506. @professor__x I never gave the original firmware a chance so I don't know :P Sunday, July 18, 2010 7:59:33 PM via choqoK in reply to professor__x

507. @professor__x The USB port is for storage only with the factory firmware. With OpenWRT you can use it for whatever. Sunday, July 18, 2010 6:40:55 PM via choqoK in reply to professor__x

508. @iPhoneHT1234 it's quite good, better than my old router.

@professor__x customizability e.g. use it as a printserver or IPv6 gateway Sunday, July 18, 2010 6:28:37 PM via choqoK in reply to professor__x

509. @jonkempson/@kop48 yes, no issues @vaisteres yes! (actual performance 500-200mbps depending on modules, I'm told) Sunday, July 18, 2010 6:24:02 PM via choqoK in reply to jonkempson

510. @Mbradley672 I don't know about DD-WRT, but OpenWRT works a treat here. Sunday, July 18, 2010 5:00:45 PM via choqoK in reply to Mbradley672

511. @andyman1080 you can just flash an OpenWRT build through the web if. My SVN build worked first try. You can also recover via TFTP on boot. Sunday, July 18, 2010 4:59:25 PM via choqoK in reply to andyman1080

512. @professor__x I'm using OpenWRT. The original firmware isn't bad (and it's based on OpenWRT) but there isn't much reason to keep it. Sunday, July 18, 2010 4:52:36 PM via choqoK in reply to professor__x

513. Did I mention how much I love my new router? Netgear WNDR3700, Atheros based, perfect OpenWRT support with no binblobs. Broadcom can DIAF. Sunday, July 18, 2010 4:30:38 PM via choqoK

514. @semiconduktor show us the mux and bit swaps that are used to scramble the boot ROM! :) (already RE'd via soft analysis, but neat to see) Wednesday, July 14, 2010 10:39:41 PM via choqoK in reply to semiconduktor

515. @iphone_dev @planetbeing now all you have to do is sell it on eBay for $$$$ ;-P Tuesday, July 13, 2010 9:28:11 AM via choqoK in reply to iphone_dev

516. RT @scanlime;@fragglletastic: SCO finally reveals details of some of the code it alleges was copied into Linux: http://3.ly/vadX (not a joke) Monday, July 12, 2010 9:10:27 AM via choqoK

517. http://is.gd/dngBI "sex on a stick" indeed! An great continuity test mode is extremely important for reverse engineering complex boards :) Saturday, July 10, 2010 3:33:39 PM via choqoK

518. $100 meter shootout by @eevblog is up! http://is.gd/dnev7 Watched both parts. I agree with Dave and just ordered the BK Precision :) Saturday, July 10, 2010 3:29:55 PM via choqoK

519. Just received a package from Seeed containing some evil PCBs... :-) Friday, July 09, 2010 10:22:19 AM via choqoK

520. @Xuzz149 anything with WEP might as well be unsecured. @nrr they can use that to do something nasty and have it traced to you though. Monday, July 05, 2010 12:27:40 PM via choqoK in reply to nrr

521. http://is.gd/dgpAm - the sad state of WiFi security in my neighborhood. Will people ever learn? It seems there's hope, one of them did. Monday, July 05, 2010 11:58:07 AM via choqoK

522. @chris12892 It's neat, but it's obvious and more trouble than it's worth. Lots of safety issues and it'll also confuse people (old habits). Sunday, July 04, 2010 8:24:01 PM via choqoK in reply to chris12892

523. Stupidest Microsoft "innovation" ever: http://is.gd/dfh6D (by

@eevblog) Sunday, July 04, 2010 11:48:52 AM via choqoK

524. @ag4ve except here we actually compile everything :P Sunday, July 04, 2010 9:06:26 AM via choqoK in reply to ag4ve

525. At least this box is fast, 44 already :) Sunday, July 04, 2010 4:23:25 AM via choqoK

526. When you don't upgrade Gentoo for 2 years: 524 upgrades, 1 downgrade, 141 new, 18 in new slots, 12 reinstalls, 9 uninstalls, 54 blocks. Doh. Sunday, July 04, 2010 4:08:06 AM via choqoK

527. @travisgoodspeed I've had good luck with this little cheap screwdriver: http://is.gd/deTR6 . Bits sometimes won't fit some small holes. Sunday, July 04, 2010 3:17:02 AM via choqoK in reply to travisgoodspeed

528. Free upgrade from iPhone 2G/3G to iPhone 4! Just install http://is.gd /dcZw4 and then http://is.gd/dcZo9 Friday, July 02, 2010 11:57:11 AM via choqoK

529. @txipi seguro que del DRM no nos libramos :( Friday, July 02, 2010 8:43:28 AM via choqoK in reply to txipi

530. @matthewbloch any chance of upping the transfer quotas? :) Thursday, July 01, 2010 5:20:11 PM via choqoK in reply to matthewbloch

531. @wizdaz satisfied? :P Tuesday, June 29, 2010 1:08:50 PM via choqoK in reply to wizdaz

532. @cymo and that is why portals can only be placed on certain fixed surfaces :P Tuesday, June 29, 2010 7:07:54 AM via choqoK in reply to cymo

533. Desperate measures at Team Twiizers HQ: http://is.gd/d88J4 Monday, June 28, 2010 2:34:17 PM via choqoK

534. @sturmen Something like that. Readability was released on March 2009, so it got there first by a long shot. Sunday, June 27, 2010 10:49:45 AM via choqoK in reply to sturmen

535. Just discovered Readability (http://is.gd/d6t7Y). Now THAT is magical. Sunday, June 27, 2010 9:25:07 AM via choqoK

536. RT @comex: Why haven't 3.2 and 4.0 been made available as they are legally required to do? http://www.opensource.apple.com/ Saturday, June 26, 2010 5:38:20 PM via choqoK

537. Hilarious, the 3DS GPU is more advanced than the Wii GPU. Thursday, June 24, 2010 8:44:46 AM via choqoK

538. Just placed an order for a rather evil PCB at Seeed Studio. Hope it arrives in time for the party :-) Wednesday, June 23, 2010 11:23:15 PM via choqoK

539. @mattbraga no FAIL yet, that was the first suggestion. There are some better candidates floating around though, and one really evil idea :) Monday, June 21, 2010 8:03:08 PM via choqoK in reply to mattbraga

540. <booto> esp. I guess since bannerbomb has... *sunglasses* been defused Monday, June 21, 2010 7:54:29 PM via choqoK

541. As expected, Nintendo keeps up the failgame of blacklisting our title IDs. Coming up with a new witty 4-letter ID now :P Monday, June 21, 2010 7:52:31 PM via choqoK

542. We don't know anything practical about the update yet. Stop asking. Follow @Wiimpersonator if you want realtime info and raw logs.

Monday, June 21, 2010 7:03:02 PM via choqoK

543. @jdiezlopez por supuesto ;) Monday, June 21, 2010 7:02:00 PM via choqoK in reply to jdiezlopez

544. To clarify: Nintendo just pushed a Wii update to the public. Monday, June 21, 2010 6:10:32 PM via choqoK

545. Follow @Wiimpersonator if you want to be notified of Wii updates. Monday, June 21, 2010 6:04:47 PM via choqoK

546. Oh look, after NINE MONTHS nintendo finally decided to patch some exploits. I wonder if they actually patched all public exploits this time. Monday, June 21, 2010 6:04:27 PM via choqoK

547. @emhs I've been using cmake for new projects for a while. So far it's pretty straightforward and very fast. Monday, June 21, 2010 4:08:34 PM via choqoK in reply to emhs

548. I cringe every time ./configure takes longer than make. Can we *please* ditch autotools already? Monday, June 21, 2010 10:04:15 AM via choqoK

549. Now the ICFP server says our score is 0. This just keeps getting better and better. #icfpfail Sunday, June 20, 2010 3:09:12 PM via choqoK

550. <segher> pointing out that [a] functional programming contest uses a non-functioning server would be worse :-P #icfpfail Sunday, June 20, 2010 11:35:34 AM via choqoK

551. Ternary encodings are evil. Friday, June 18, 2010 5:27:35 PM via choqoK

552. Wonky HDD finally showing some major issues. RMA time. The good: I run RAID1 on my laptop. The bad: array's been degraded for a month. Fail. Monday, June 14, 2010 4:57:41 PM via choqoK

553. I... just... wow. Someone fails hard at life. http://is.gd/cNk48 Saturday, June 12, 2010 9:28:31 PM via choqoK

554. At FNAC. Tried to play the piano on two iPads at the same time. Failed epically. Saturday, June 12, 2010 9:22:24 AM via Twitter for iPhone

555. Chrome/chromium doesn't support encrypting saved passwords with a master password? Seriously, plaintext passwords in 2010? Saturday, June 12, 2010 2:22:21 AM via choqoK

556. Guys, stop asking me iPhone jailbreaking/unlock questions. Just because I work with the Dev Team guys doesn't mean I know all the answers. Thursday, June 10, 2010 6:09:09 PM via choqoK

557. @esmandau de españa; lo pone en mi perfil. Thursday, June 10, 2010 5:58:05 PM via choqoK in reply to esmandau

558. How sad is it that I'm getting basically the same up/down speed on 3G than on my DSL. Did I mention that I hate this ISP? Thursday, June 10, 2010 5:35:33 PM via choqoK

559. Managed to jury-rig tethering by fetching required packages via iPhone SSH. Intertubes still dead. Sigh. Thursday, June 10, 2010 5:10:02 PM via choqoK

560. Awesome, my intertubes died. Maybe I should set up this iPhone tethering thing. I hate Spanish ISPs. Thursday, June 10, 2010 4:14:51 PM via Twitter for iPhone

561. Mental note: resetting the SATA controller your system runs on is *not* recoverable. Thursday, June 10, 2010 3:35:22 PM via choqoK

562. @pytey What, nobody is making Nintendo IOS4 jokes? Aww, it took us forever to get ahold of that one. It's the earliest public Wii IOS build. Thursday, June 10, 2010 11:37:47 AM via choqoK

563. @cymo I haven't installed Win7 on the VM yet :P Thursday, June 10, 2010 8:21:42 AM via choqoK in reply to cymo

564. What on Earth is my kernel smoking today? /proc/loadavg: 256.57 256.66 256.80 2/986 13600 Thursday, June 10, 2010 7:44:52 AM via choqoK

565. RT @planetbeing: RT @mxweas: Just showed Scott Forstall an iPhone 3G running android. "I hate it" was his response haha. Monday, June 07, 2010 1:04:12 PM via choqoK

566. @txipi @cymo linkean contra libassuan (LGPL) estáticamente. Ver punto 6 de la LGPL; no hay ni código ni objeto linkable ni atribución ni na. Wednesday, June 02, 2010 4:18:24 AM via choqoK in reply to txipi

567. @txipi Me pregunto cuando el gobierno dejará de violar la licencia LGPL con su paquetito del DNIe... Tuesday, June 01, 2010 1:17:47 PM via choqoK in reply to txipi

568. @comex Yeah, but ORACLE in big red letters looks awful (and they didn't develop it and probably won't do much for it in the future anyway). Tuesday, June 01, 2010 11:34:02 AM via choqoK in reply to comex

569. Dammit, VirtualBox is suddenly a lot less cool now that it has ORACLE plastered all over it. Bastards. Tuesday, June 01, 2010 9:53:07 AM via choqoK

570. @Mathieulh I have a hard time believing they'd use only HMAC to sign PUPs. Unless they're totally retarded. Which could be, for all I know. Sunday, May 30, 2010 10:06:49 AM via choqoK in reply to Mathieulh

571. @DarkMalloc In other words, I believe @geohot is full of it as far as his claims to being able to make a PS3UPDATE.PUP for the masses Sunday, May 30, 2010 9:50:11 AM via choqoK in reply to DarkMalloc

572. @DarkMalloc @geohot hacked the Flash files via the hypervisor hack. That's useless unless you're on 3.15 AND have soldered up the hardware. Sunday, May 30, 2010 9:49:15 AM via choqoK in reply to DarkMalloc

573. @comex hack it instead. it's clear by now that geohot's stuff was pure BS, so someone else better jump in ;) Sunday, May 30, 2010 9:42:07 AM via choqoK in reply to comex

574. @reventi That depends heavily on your requirements Friday, May 28, 2010 4:23:55 AM via choqoK in reply to snazzier

575. @comex looks like there actually is a race condition that lets you pair on boot even with a passcode set (before SpingBoard loads) Friday, May 28, 2010 12:02:40 AM via choqoK in reply to comex

576. @comex upon further inspection, it looks like it won't allow pairing while locked, but once paired it doesn't care. Thursday, May 27, 2010 11:58:10 PM via choqoK in reply to comex

577. @reventi It's a long story, too long for a tweet ;) Thursday, May 27, 2010 10:50:04 PM via choqoK in reply to snazzier

578. @comex I'm pretty sure their "pairing" is more of a joke than

anything else :P Thursday, May 27, 2010 10:37:12 PM via choqoK
in reply to comex

579. @reventi Gentoo Thursday, May 27, 2010 12:49:14 PM via choqoK
in reply to snazzier

580. iPhone security = FAIL http://is.gd/crWuS Thursday, May 27, 2010
12:37:48 PM via choqoK

581. @cymo believe you me, no es para tanto :P Tuesday, May 25, 2010
5:55:09 AM via choqoK in reply to cymo

582. @eevblog Can't wait! Don't forget the $100 meter one, I'm looking
for a meter somewhere in that price range :) Monday, May 24, 2010
3:35:35 PM via choqoK in reply to eevblog

583. @txipi me ha recordado al pac-man-on-an-FPGA (http://is.gd
/cki87). Lo llevaré a la euskal si no se me olvida :) Saturday, May
22, 2010 3:22:46 AM via choqoK in reply to txipi

584. @pspmte yeah, I'm the guy ;) Friday, May 21, 2010 8:54:03 PM via
choqoK in reply to pspmte

585. @vierito5 I doubt Flash will disappear. I certainly hope it dies for
video, though. The sane Flash market is games and animations.
Thursday, May 20, 2010 6:24:54 PM via choqoK in reply to vierito5

586. Maybe third time's the charm? swfdec died, gnash sucks, lightspark
looks like a promising Linux Flash player. http://is.gd/cidDB
Thursday, May 20, 2010 6:11:15 PM via choqoK

587. @pspmte I just have a cheap hot-air. I rarely do BGA. This is good
enough to reflow BGAs and solder new ones, but I wouldn't reball
with it. Thursday, May 20, 2010 6:25:07 AM via choqoK in reply to
pspmte

588. @comex I'm more concerned about the patent situation. Sure, they'll
have to improve the encoder and make it do psy, but meh.
Wednesday, May 19, 2010 10:39:22 AM via choqoK in reply to
comex

589. As expected, Jason (x264 main dev) has an analysis of VP8.
Reading now. http://is.gd/cgjuR Wednesday, May 19, 2010 9:48:35
AM via choqoK

590. Now we just need to figure out how VP8 compares with H.264 and
Theora Wednesday, May 19, 2010 9:35:46 AM via choqoK

591. VP8 is here, Vorbis does audio, the container is based on Matroska,
and it's called WebM. Awesome. http://www.webmproject.org/
Wednesday, May 19, 2010 9:35:15 AM via choqoK

592. http://is.gd/cghWU How to crash an in-flight entertainment system
(via @Hey_neken) Wednesday, May 19, 2010 9:25:11 AM via
choqoK

593. @pspmte no, just reflow. I don't have the equipment to reball BGA.
I don't think my chance of success on a large one would be any
good. Wednesday, May 19, 2010 6:17:48 AM via choqoK in reply to
pspmte

594. @ashens looks like an actual Android device: http://is.gd/ceRpk
Tuesday, May 18, 2010 10:13:50 AM via choqoK in reply to ashens

595. @Sonicdude41 a _VERY_ _BAD_ attempt at reflowing/repairing it?
I guess it's an extremely poorly refurbished unit. Saturday, May 15,
2010 8:21:08 PM via choqoK in reply to Sonicdude41

596. @professor__x because the laptop is long out of warranty and he

already paid through the nose for the "fixed" GPU that you saw in the pic. Saturday, May 15, 2010 7:57:15 PM via choqoK in reply to professor__x

597. Well well, after cleaning all the gunk off and reflowing the GPU and RAM chips, looks like I fixed the damn thing :) Saturday, May 15, 2010 7:07:27 PM via choqoK

598. @professor__x I don't think it passed QA :P Saturday, May 15, 2010 7:06:36 PM via choqoK in reply to professor__x

599. Uncle's Dell laptop. VGA died three times, twice replaced. This is what I found inside the third time around: http://is.gd/caGOi WTF Saturday, May 15, 2010 4:25:47 PM via choqoK

600. RT @gnihsub: lulz: http://bit.ly/d6PtAb Saturday, May 15, 2010 4:35:51 AM via choqoK

601. SSL SNAFU fixed it seems. Friday, May 14, 2010 4:50:36 PM via choqoK

602. Looks like Twitter fucked up their SSL cert chain. They aren't including the intermediate Verisign CA. http://pastie.org/961102 Friday, May 14, 2010 4:00:37 PM via web

603. @txipi pues ese traductor ha sacado practicamente las mismas frases que se usan en ese Yahoo Answer xD Friday, May 14, 2010 8:13:33 AM via choqoK in reply to txipi

604. @txipi por ejemplo, "questo vuol impedire il monaco Jorge" y "è la stanza che contiene un libro pericoloso" salen literalmente Friday, May 14, 2010 7:55:02 AM via choqoK

605. @txipi googleando partes de tu frase sale http://is.gd/c8R3H con sospechosas coincidencias (es la página que por fin nos dio la idea) Friday, May 14, 2010 7:53:15 AM via choqoK in reply to txipi

606. @Hey_neken @txipi Creo que ese condicional de "si lo has leído" es el que nos mató a todos (y que es eso de sacar ideas de Yahoo? xD) Friday, May 14, 2010 7:35:35 AM via choqoK in reply to Hey_neken

607. @txipi por favor explicame como se te ocurrio el level5 ("brunello"), porque repasandolo sigo sin creerme la jartada que te marcaste xD Friday, May 14, 2010 12:38:08 AM via choqoK

608. And here I was wondering why wine's audio sucked. Turns out wine-DirectSound uses... nearest neighbor audio resampling. Wednesday, May 12, 2010 11:35:40 PM via choqoK

609. @txipi @Hey_neken a un amigo se le ha ocurrido una idea sencilla para un level facilito (lv2 o 3), interesa o hay niveles suficientes ya? Wednesday, May 12, 2010 8:24:23 PM via choqoK

610. @Hey_neken @txipi a ver que os parece el ultimo level :P Tuesday, May 11, 2010 10:13:26 AM via choqoK in reply to Hey_neken

611. Can anyone tell me the USB PID of the iPad 3G? Is it 0x129a or 0x129b? Tuesday, May 11, 2010 8:18:30 AM via choqoK

612. @Hey_neken LOLPYTHON mola mas http://is.gd/bWzip ;) ejemplo: http://is.gd/bWzji (atento a la linea 10 :') Thursday, May 06, 2010 1:22:17 AM via choqoK in reply to Hey_neken

613. @txipi @Hey_neken creo que he terminado mi tercer y ultimo nivel del hackit. Es... raro xD (betatesteo y os lo mando) Wednesday, May 05, 2010 6:49:49 PM via choqoK in reply to Hey_neken

614. Looks like I'm getting Google's new UI now http://is.gd/bUxJA

http://is.gd/bUxJs Tuesday, May 04, 2010 8:52:13 PM via choqoK

615. 5 cross-platform, DRM-free indie games. Name your own price. What more could you ask for? http://3.ly/96Po Tuesday, May 04, 2010 1:28:50 PM via choqoK

616. RT @planetbeing: Pay what you want for $80 worth of indie games and donate to @EFF and @CPCharity at the same time: http://3.ly/96Po Tuesday, May 04, 2010 1:05:27 PM via choqoK

617. @daeken USB sucks as a power source. It'd take forever. Monday, May 03, 2010 3:51:28 PM via choqoK in reply to daeken

618. OMG it's PONG on da LASAH http://is.gd/bMm7f Wednesday, April 28, 2010 6:54:05 PM via choqoK

619. @Hey_neken Si de verdad queréis os toco todas las frikadas que haga falta http://is.gd/bM8wG :P Wednesday, April 28, 2010 3:02:19 PM via choqoK in reply to Hey_neken

620. @Hey_neken Me has leído la mente, justo eso pienso (intentar) hacer :-) Aunque soy muy n00b, sería mi primera demo. Wednesday, April 28, 2010 2:53:23 PM via choqoK in reply to Hey_neken

621. BTW, more laser goodies http://is.gd/bM7vo :) Wednesday, April 28, 2010 2:44:29 PM via choqoK

622. Did YouTube just *totally* change their flash player skin? Wednesday, April 28, 2010 2:43:54 PM via choqoK

623. RT @pytey: Xilinx announce dualcore ARM cortex A9 with AMBA-AXI interconnects to their FPGA inside single package http://j.mp/aelelV Wednesday, April 28, 2010 11:25:40 AM via choqoK

624. @Omega191 Nothing "slow" about this one. Plus nginx is mostly invulnerable to slowloris. This was a straight up HTTP flood DoS. Monday, April 26, 2010 7:07:37 AM via choqoK in reply to Omega

625. Looks like it's mostly a pr0n site vhost server, heh: http://is.gd/bI19k Sunday, April 25, 2010 11:07:29 PM via choqoK

626. IP blocked, abuse report sent, site back up. Whoever's doing this is using some pretty nasty software, still trying with >100 SYN/sec. Sunday, April 25, 2010 11:01:34 PM via choqoK

627. Whoever decided to HTTP GET flood my server, you can stop now. I'm looking at you, 91.121.106.35. Sunday, April 25, 2010 10:42:40 PM via choqoK

628. @oskarlgs Se conecta para buscar actualizaciones. No envía ningún dato (sólo es una petición HTTP). Friday, April 23, 2010 10:54:45 AM via choqoK in reply to oskarlgs

629. @Ismas kinda hard to implement automatic updates without, you know, checking for updates Friday, April 23, 2010 3:13:21 AM via choqoK in reply to Ismas

630. Apparently we're getting 200k on-line The Homebrew Channel launches per day, about 60k unique IPs. That's very, very awesome. Thursday, April 22, 2010 10:00:02 PM via choqoK

631. Awesome work by @planetbeing. He actually got Android to just about fully work on the iPhone! http://bit.ly/cY17bc Wednesday, April 21, 2010 11:11:43 PM via choqoK

632. RT @ilfak: The ARM decompiler gets into shape: http://hexblog.com/decompilation/pix/vd_arm1.gif Wednesday, April 21, 2010 10:05:24 AM via choqoK

633. @MaskMellon I haven't really had a reason to do that yet ;) Monday, April 12, 2010 9:22:53 PM via choqoK in reply to MaskMellon

634. @MaskMellon Pretty much. Note that SharePod uses (used?) a leaked / not entirely legal / old version of our reverse engineered hash stuff. Monday, April 12, 2010 7:12:50 PM via choqoK in reply to MaskMellon

635. Evil Apple is blocking open source syncing with a new iTunes DB hash. Don't update to 4.0 if you don't use iTunes. Monday, April 12, 2010 11:20:02 AM via choqoK

636. @daeken At least you're not having code stolen from you ;) Saturday, April 10, 2010 1:11:17 AM via choqoK in reply to daeken

637. @fxjade The EULA can suck it. Pretty much no EULA is fully enforceable anywhere. Friday, April 09, 2010 5:16:27 AM via choqoK in reply to fxjade

638. Directive 1999/44/EC. "The goods must comply with the description given by the seller [...]". Sony, what you did is illegal. Friday, April 09, 2010 4:53:02 AM via choqoK

639. @tnare You mean "backups", with quotes :P Monday, April 05, 2010 1:15:06 PM via choqoK in reply to tnare

640. wicd. *gasp*, a Linux wireless/wired lan manager that *actually works*. I wonder why people even bother with NetworkManager. Saturday, April 03, 2010 11:05:39 AM via choqoK

641. So sony did go through. Sigh. Moving on with lawyer-stuff. Thursday, April 01, 2010 4:06:41 PM via choqoK

642. @izsh1911 Hah! Very cool :) Thursday, April 01, 2010 3:55:52 PM via choqoK in reply to izsh1911

643. @Musoka_X We'll see how things went when I wake up later today :) Technically they can still backtrack, though I'm not holding my breath. Wednesday, March 31, 2010 6:26:12 PM via choqoK in reply to Stealth_Musoka

644. @Syarbrou1 I obviously do not want the update. Duh. I just want to see if they go through or not, and what the message looks like. Wednesday, March 31, 2010 4:59:21 PM via choqoK in reply to Syarbrou1

645. @Syarbrou1 They did state April 1st JST on their US blog, specifically and strangely. Wednesday, March 31, 2010 4:47:55 PM via choqoK in reply to Syarbrou1

646. It's well into April 1st JST, no PS3 system update so far. Hmm. Wednesday, March 31, 2010 4:13:11 PM via choqoK

647. Writing proper blog post about OtherOS thoughs so I can stop spamming Twitter :) Tuesday, March 30, 2010 5:41:49 PM via choqoK

648. @iHacker Look up mist's platform hacking slide. Pretty much all have been hacked by homebrewers. With Other OS, there is little interest. Tuesday, March 30, 2010 4:41:22 PM via choqoK in reply to MemPwner

649. @iHacker Lots of people could have done it; keep in mind that many just weren't interested as Other OS already existed. Tuesday, March 30, 2010 4:40:10 PM via choqoK in reply to MemPwner

650. @iHacker He did in fact at one point state that he would get the key.

He has since retracted/deleted that statement. Tuesday, March 30, 2010 4:36:15 PM via choqoK in reply to MemPwner

651. @mopperx2 Not in the least bit jealous. Pissed at losing Other OS, and as a console hacker I know bad/unethical/wrong hacking when I see it. Tuesday, March 30, 2010 4:32:50 PM via choqoK in reply to mopperx2

652. @iHacker I also had a fun time reading his tweets. He very obviously is an FPGA noob, not knowing how to set bank voltages on Xilinx FPGAs. Tuesday, March 30, 2010 4:26:22 PM via choqoK in reply to MemPwner

653. @iHacker His claim of being able to get the root key, say (which he retracted). The rest of us already knew getting it was near impossible. Tuesday, March 30, 2010 4:25:31 PM via choqoK in reply to MemPwner

654. @iHacker One thing I can definitely say for certain is that he barely knows enough to develop his exploit. Half of his tech talk is wrong. Tuesday, March 30, 2010 4:15:42 PM via choqoK in reply to MemPwner

655. @iHacker Oh yes. Ask the iPhone dev team; thankfully, I have only recently started to have to deal with him. Tuesday, March 30, 2010 4:15:09 PM via choqoK in reply to MemPwner

656. And @geohot is still clueless: PS2 emulation always used (some) HW, and SACD needs specific CD optics. And you trust this guy with a CFW? Tuesday, March 30, 2010 4:04:41 PM via choqoK

657. @Musoka_X Nice find! Anything coming from Sony employees is good. Tuesday, March 30, 2010 5:40:51 AM via choqoK in reply to Stealth_Musoka

658. @adisor19 I will continue stating that I equally dislike Sony for doing this, and @geohot for putting us in this situation for nothing.Both. Monday, March 29, 2010 6:44:24 PM via choqoK in reply to adisor19

659. @adisor19 Contrast that with thousands are permanently inconvenienced, and one person gains media coverage and an ego boost. Monday, March 29, 2010 6:43:36 PM via choqoK in reply to adisor19

660. @adisor19 IOW, a few people were temporarily inconvenienced (bricked Wiis, had to go through warranty repair), many others were happy. Monday, March 29, 2010 6:42:56 PM via choqoK in reply to adisor19

661. @adisor19 Successful attempts. Lots of people love Wii homebrew, many more than were bricked. Monday, March 29, 2010 6:41:58 PM via choqoK in reply to adisor19

662. @comex Show me where @geohot bothered to even remotely get 3D to work :P Monday, March 29, 2010 6:39:33 PM via choqoK in reply to comex

663. @adisor19 it's also worth repeating that the update did NOT improve security (it can't), Nintendo did it because they felt like it. Monday, March 29, 2010 6:37:43 PM via web

664. @adisor19 If you seriously think the PS3 situation and the Wii bricking situation are on par, you have issues. Monday, March 29, 2010 6:36:17 PM via choqoK in reply to adisor19

665. @adisor19 Not to mention that Nintendo would repair their Wiis for free. Monday, March 29, 2010 6:34:06 PM via choqoK in reply to adisor19

666. @adisor19 Those users got their devices bricked because Nintendo fucked up their updater, not because of the update itself. Monday, March 29, 2010 6:33:23 PM via choqoK in reply to adisor19

667. For those who don't know, I'm talking about http://is.gd/b5UhG which is a slide he has shown several times, including after our 25c3 talk. Monday, March 29, 2010 6:30:29 PM via choqoK

668. mist's platform hacking slide is going to be fun next time around. PS3 hacked for: ego. Result: legitimate homebrew screwed. Talk about odd. Monday, March 29, 2010 6:28:20 PM via choqoK

669. @telelax unless you're just one of those stupid kids who want free warez on their PS3; if that is the case, then the fuck you goes to you. Monday, March 29, 2010 6:23:11 PM via choqoK

670. @telelax If you want to follow some real hackers, try tmbinc (debugmo.de) or bunnie (bunniestudios.com), to name a few. Monday, March 29, 2010 6:22:34 PM via choqoK in reply to telelax

671. @telelax There are lots of better, more efficient hackers than @geohot, he just likes to advertise himself. Monday, March 29, 2010 6:21:05 PM via choqoK in reply to telelax

672. @Musoka_X Nice finds so far, I'm taking note of all of them. Monday, March 29, 2010 6:19:25 PM via choqoK in reply to Stealth_Musoka

673. Oh god, @donttrythis just invoked Rule 35 on The Big Bang Theory. Monday, March 29, 2010 5:56:03 PM via choqoK

674. @Musoka_X Yes, something like that. I'd like to find a press release where Sony explicitly mentions OtherOS/OpenPlatform/Linux /whatever. Monday, March 29, 2010 5:36:35 PM via choqoK in reply to Stealth_Musoka

675. @wizdaz The title screen music is epic though :) Monday, March 29, 2010 5:27:55 PM via choqoK in reply to wizdaz

676. @Musoka_X yup, I have that mailing list post snatched too. The youtube interview is nice though, it might be useful. Monday, March 29, 2010 5:26:31 PM via choqoK in reply to Stealth_Musoka

677. @cdevwill I hope it is an April Fools', but at this point I sincerely doubt it is. Monday, March 29, 2010 4:10:54 PM via choqoK in reply to chronic

678. So far I have the on-line manual and their Open Platform website. Any others? Monday, March 29, 2010 2:39:45 PM via choqoK

679. Also, I need links/screengrabs/anything of everywhere where Sony advertises or mentions Other OS as a supported feature of the PS3 OS. Monday, March 29, 2010 2:39:11 PM via choqoK

680. Got in contact with a lawyer, she's getting me in touch with a couple others. We'll see if I can get something going. Monday, March 29, 2010 2:38:36 PM via choqoK

681. @adisor19 You still don't get it. The problem here is that LEGIT, SUPPORTED, LEGAL users are getting screwed due to @geohot's actions. Monday, March 29, 2010 2:36:35 PM via choqoK in reply to adisor19

682. @adisor19 He released what he has, which is a pretty exploit that is hard to perform and has no practical use yet. He doesn't have any more. Monday, March 29, 2010 2:21:24 PM via choqoK in reply to adisor19

683. @adisor19 The point I'm trying to make is that @geohot's antics have done NOTHING for the community at large; users just lose. Monday, March 29, 2010 2:12:32 PM via choqoK in reply to adisor19

684. @adisor19 It's both @geohot's and Sony's fault. Sony's for pulling this crap, and @geohot's for prompting it and giving squat in return. Monday, March 29, 2010 2:11:51 PM via choqoK in reply to adisor19

685. **monstercoo** We can all thank George Hotz for the latest OtherOS madness. Monday, March 29, 2010 12:30:23 AM via web Retweeted by marcan42 and 3 others

686. @eiopa Users bricked by 4.2 w/o warranty can be mad if they want, but we made many happy with homebrew. @geohot only made himself happy. Monday, March 29, 2010 1:47:11 PM via choqoK in reply to eiopa

687. @comex I disagree. Disclosure should be done such that either it's 1) good for the company or 2) good for the users, not just mediawhoring. Monday, March 29, 2010 1:45:28 PM via choqoK

688. Lolwut, my iPhone is stuck in Twitterific, no home button, no power+home kill. Ha. Springboard's fault I bet. Monday, March 29, 2010 12:51:06 PM via Twitterrific

689. @SimonLR Well, I am hoping the law does give a shit ;) Monday, March 29, 2010 12:46:18 PM via Twitterrific in reply to SimonLR

690. @H4wk0z Yes, and I am not overly impressed; further, his ego and media whoring annoys me. Monday, March 29, 2010 12:43:39 PM via Twitterrific in reply to H4wk0z

691. @eiopa see my reply to @adisor19; N's boot2 update was also useless to improve security and caused no intentional disruption to 99% users. Monday, March 29, 2010 12:42:38 PM via Twitterrific in reply to eiopa

692. @adisor19 Fair point; however, that was a small fraction of Wiis, replaceable under warranty, and caused by N's own incompetent updater. Monday, March 29, 2010 12:38:02 PM via Twitterrific in reply to adisor19

693. @SimonLR They advertise it openly; for myself and many others, it's critical functionality. Monday, March 29, 2010 12:09:08 PM via Twitterrific in reply to SimonLR

694. @adisor19 Huh, wha? a) I did Wii, not iPhone; b) We actually accomplished loads and little repercussion for regular Wii users. Monday, March 29, 2010 12:08:08 PM via Twitterrific in reply to adisor19

695. To clarify, I consider the blame for the current situation evenly split between @geohot and Sony. Both are dicks. Monday, March 29, 2010 11:50:06 AM via Twitterrific

696. No, @geohot, shame on you for pissing them off for fame and money and no actual useful purpose. Monday, March 29, 2010 11:22:03 AM via Twitterrific

697. @hopkinsth They don't allow you to keep BOTH features though (PSN and Other OS). That diminishes the PS3's value as a console. Monday, March 29, 2010 7:48:40 AM via Twitterrific in reply to hopkinsth

698. I doubt an EULA clause would be enforceable. They are making you choose between PSN and Other OS, both advertised features. Monday, March 29, 2010 5:05:02 AM via choqoK

699. Speaking with a lawyer this afternoon, Sony's move can't possibly be legal. Thoughts? Monday, March 29, 2010 4:57:09 AM via choqoK

700. @_max1 If it were actually useful then he'd actually have an excuse. What's inexcusable is releasing a useless exploit for media coverage. Monday, March 29, 2010 4:56:35 AM via choqoK in reply to _max1

701. @_max1 Someone else wouldn't have done a useless hack and then trumpeted it to the media in order to get 15 minutes of fame. Monday, March 29, 2010 4:32:53 AM via choqoK in reply to _max1

702. @compuguy No, that's the cost of pointless, retarded, selfish, egotistical media whoring by a stupid kid. Sunday, March 28, 2010 10:08:45 PM via choqoK in reply to compuguy

703. RT @okonomiyonda Just talked to SCEI. OtherOS is gone forever. Wish I could fix bugs by removing features Sunday, March 28, 2010 9:43:20 PM via choqoK

704. @comex One can hope it's an April Fools, but it looks way too serious and on an official blog. We'll see. Sunday, March 28, 2010 8:59:55 PM via choqoK in reply to comex

705. Good fucking job, egoidiot. http://bit.ly/9KshRL Sunday, March 28, 2010 8:43:49 PM via choqoK

706. @txipi http://is.gd/aYozl xD Thursday, March 25, 2010 4:34:33 AM via choqoK

707. @thinkgeek I can't stand Facebook, but I'll definitely make an exception for the coup d'etat. Count me in! Wednesday, March 24, 2010 4:04:57 PM via choqoK

708. @cymo @txipi yo no creo que sea tan difícil. El objetivo es totalmente lógico, no hay margen de confusión (aunque algo hay que codear). Monday, March 22, 2010 8:51:36 AM via choqoK

709. @txipi yo creo que el lvl conjunto @cymo y yo es mas fácil que el lvl2 de la GE incluso. O por lo menos te comes menos la cabeza :P Monday, March 22, 2010 6:11:05 AM via choqoK

710. LOL! RT @txipi @iarenaza @nigelmcnie @dbph @alanjlee @harrisony I'm in your speed cameraz injecting ma SQL http://is.gd/aS3fP Sunday, March 21, 2010 4:08:32 PM via choqoK

711. @txipi Qué tal el nivel made in GE by @cymo y yo? ;) Sunday, March 21, 2010 12:52:42 PM via Twitterrific in reply to txipi

712. @txipi He ganado :) Era mas corto (7 lvls) pero mas "comprimido". El lvl2 era bastante complicado (sudoku no estándar). Sunday, March 21, 2010 12:51:44 PM via Twitterrific in reply to txipi

713. has had enough trololololo for, oh, the rest of the year, while at Gipuzkoa Encounter Sunday, March 21, 2010 9:54:15 AM via choqoK

714. I'm inclined to think he's just MITMing some stupid update server with an unsigned description file or whatever, unless proven otherwise. Thursday, March 18, 2010 10:45:23 AM via choqoK

715. Sad, geohot is doing the same things waninkoko did in the Wii scene. Show off stupid stuff, provide no explanation. Thursday, March 18, 2010 10:43:24 AM via choqoK

716. @txipi me acabo de enterar que hay Hack-It en la GE. Este es tuyo o lo organizan otros? Thursday, March 18, 2010 8:08:59 AM via choqoK

717. RT just to annoy @copumpkin: @travisgoodspeed ⌷: I just found an integer overflow vulnerability in an example of a formally proven program. Wednesday, March 17, 2010 4:02:22 PM via choqoK

718. Wow, talk about a rendition of this song I would've never expected http://is.gd/aLaZy Surprisingly good too. This is how Spain trolls you :) Tuesday, March 16, 2010 5:58:47 PM via choqoK

719. @txipi espera a ver el segundo >:D Tuesday, March 16, 2010 4:33:47 PM via choqoK

720. @txipi soy yo, o la lista es principalmente spam ultimamente? :S Tuesday, March 16, 2010 2:53:26 AM via choqoK

721. @txipi si quieres intento hostear el servicio de red del hackit 09, y por cierto, este año mandaré un nivel o dos. Temblad hackers :D Monday, March 15, 2010 4:50:45 PM via choqoK

722. RT @pytey: Dave Jones from @eevblog has turned into the @beargrylls of EE http://bit.ly/abU8dk (or he has completely lost it) ;-) Saturday, March 13, 2010 1:15:44 AM via choqoK

723. 76% packet loss. Call support, get back prerecorded message effectively saying "it's broken, we know, suck it", followed by hang-up. Yay. Thursday, March 11, 2010 3:48:28 PM via choqoK

724. @pytey it's failing pretty bad at city geolocation for me :P Sunday, March 07, 2010 2:53:58 AM via choqoK in reply to pytey

725. @copumpkin A negative number, we make it up in OPTIMILIZATION!!1!! Saturday, March 06, 2010 11:09:20 PM via choqoK in reply to copumpkin

726. @bl4sty har har. In fact, last night I recompiled KDE :P (so, not that bad) Friday, March 05, 2010 2:43:37 AM via choqoK in reply to bl4sty

727. @tnare At least Gentoo got that right. I've been on this install for 6 or so years now :P Friday, March 05, 2010 2:38:50 AM via choqoK in reply to tnare

728. @pytey yet another timewaster. Not surprised that 49.6% get Verdana vs Helvetica 'V' right either :P (I got it wrong) Thursday, March 04, 2010 1:06:35 AM via choqoK

729. @txipi: Hablando de las IPs de los servidores, claramente es LOS (servidores) DNS, de toda la vida. Wednesday, March 03, 2010 9:26:45 PM via choqoK

730. http://is.gd/9wuNW - abushing @gnihsub's work to traumatize @izsh1911 by making the twlfpga into a touch-sensitive piano :) Tuesday, March 02, 2010 4:46:35 AM via choqoK in reply to izsh1911

731. RT @pytey: Actel have announced a hard ARM Cortex-M3 + FPGA in single package. @tnare will be pleased. http://bit.ly/c6DTiX Tuesday, March 02, 2010 3:20:35 AM via choqoK

732. @pytey I might have to switch to Actel then. Cortex-M3 + FPGA is precisely one of the things I've been hoping to see :) Tuesday, March

02, 2010 1:59:45 AM via choqoK

733. @SquidMan72 RPN actually makes some sense. Hungarian notation is retarded and 100% useless. Sunday, February 28, 2010 8:39:29 AM via choqoK in reply to trap0xf

734. @tnare oh yeah, and don't forget all your variables are of type portBASE_TYPE. Yeah. portBASE_TYPE xCoolnessFactor = cfAWESOME; Sunday, February 28, 2010 4:10:16 AM via choqoK

735. @tnare wHope bYou dwLike mThe hHungarian pwNotation Sunday, February 28, 2010 3:40:46 AM via choqoK in reply to tnare

736. @henriwatson yeah, I use HE on my router (so my lan gets IPv6 automatically). My server does have native v6 though. Friday, February 26, 2010 6:11:58 PM via choqoK in reply to HenriWatson

737. I just realized that I can actually say I'm on the internets. The IPv4 internet, and the IPv6 internet! They're essentially separate. Friday, February 26, 2010 5:43:53 PM via choqoK

738. @twiitar Same principle. Friday, February 26, 2010 7:49:06 AM via choqoK in reply to twiitar

739. @twiitar except Acekard2i is basically a piracy device, while Datel supposedly makes relatively legal stuff. It's unexpected for Datel. Friday, February 26, 2010 7:32:55 AM via choqoK in reply to twiitar

740. @pyfgcrl But those are Designed by Apple in California. I consider Chinese *design* the problem, not Chinese *manufacture* ;) Thursday, February 25, 2010 3:09:41 PM via choqoK in reply to pyfgcrl

741. @keastes In general. I've bought 4 different models and they're all crap. Thursday, February 25, 2010 11:29:17 AM via choqoK in reply to keastes

742. Another usbmuxd "bug" caused by using a chinese cable. These things are such a POS. Thursday, February 25, 2010 9:04:22 AM via choqoK

743. @cymo yeah, fascinating stuff. After reading that, make sure you hold one in front of your face just to appreciate how damn tiny they are! Thursday, February 25, 2010 8:25:58 AM via choqoK in reply to cymo

744. RT @izsh1911: lol @ http://is.gd/96o5n Wednesday, February 24, 2010 12:34:10 PM via choqoK

745. @tnare it's the only social network I've ever joined (unless you count LinkedIn)... I still don't get the point of that Facebook stuff. Sunday, February 21, 2010 1:01:00 PM via choqoK in reply to tnare

746. OMG @tnare JOINED THE TWITTERVERSE Sunday, February 21, 2010 12:56:28 PM via choqoK

747. @elitemacfreak maybe, possibly, I have no clue. What I did is pretty specific to InsydeH2O BIOSes. Sunday, February 21, 2010 12:41:44 PM via choqoK in reply to elitemacfreak

748. Now I'm trying to convince him that (int CamelCase, int Arguments); and int underscored_locals; looks weird and inconsistent. Saturday, February 20, 2010 9:59:12 PM via choqoK

749. @izsh1911 has been convinced to use tab for indenting and space for aligning. We each use our favorite tab setting, and we're back at peace. Saturday, February 20, 2010 8:41:39 PM via choqoK in reply

to izsh1911

750. @WunSick he claims most C code he's seen uses it, but I have my doubts. @tsuehpsyde yup, 4 spaces or 4- or 8-wide tabs are all OK in my book Saturday, February 20, 2010 6:45:32 PM via choqoK in reply to tsuehpsyde

751. arguing with @izsh1911, who wants to use freaking 2-space indentation for C code. Indentation flameways, yay. Saturday, February 20, 2010 5:37:46 PM via choqoK

752. @daeken scary stuff. Are those Unicode composing characters? Wednesday, February 17, 2010 8:22:47 PM via choqoK

753. RT @gnihsub: fascinating article from bunnie about tearing down microSD cards -makes me wonder about our bootmii issues http://bit.ly/ba0CCp Tuesday, February 16, 2010 5:06:06 PM via choqoK

754. @comex But it isn't. He just claims it is, but he hasn't actually accomplished anything yet. Take one step, claim the rest are trivial. Saturday, February 13, 2010 7:33:24 PM via choqoK in reply to comex

755. Looks like the offender is XpanD 3D. Avoid. And they say these are better? Either this theatre's fail, or you've got to be kidding me. Saturday, February 13, 2010 5:58:13 PM via choqoK

756. Seriously, those things on my face somehow managed to make blacks look like my miscalibrated Viewsonic 6bit TFT. Saturday, February 13, 2010 5:12:36 PM via Twitterrific

757. LCD shutter glasses are made of FAIL. The crappy single "omg digital" projector sucked. And the colors weren't compensated for the glasses. Saturday, February 13, 2010 5:11:15 PM via Twitterrific

758. Finally watched Avatar. Epic movie, unfortunately decimated by the ridiculously crappy 3D tech in this theatre. Worse than consumer grade! Saturday, February 13, 2010 5:08:17 PM via Twitterrific

759. a.k.a. "dammit guys, I already played my genius role, why aren't you doing the rest of the work for me already?" Saturday, February 13, 2010 1:43:17 AM via choqoK

760. I guess according to egohot the Wii was 100% hacked 2 years ago, and the rest of our work has been mental masturbation? sigh. Saturday, February 13, 2010 1:42:09 AM via choqoK

761. @cymo http://is.gd/89uUs Thursday, February 11, 2010 4:35:24 AM via choqoK

762. @cymo http://is.gd/89jR7 Thursday, February 11, 2010 3:34:58 AM via choqoK

763. Half the bug reports I get for usbmuxd are caused by shitty chinese iPhone cables now. Has no one else seriously noticed this before? Wednesday, February 10, 2010 6:32:57 PM via choqoK

764. I sense there's an admin working on the live yet still unlinked Euskal Encounter registration site cursing at me for poking around early. Monday, February 08, 2010 12:20:10 PM via choqoK

765. RT @thinkgeek: *sound of plastic rustling* BAZINGA! *dives backwards into ball pit, disappearing from sight* Wednesday, February 03, 2010 6:18:48 PM via choqoK

766. RT @izsh1911: ZOMG, @marcan42's computer speaks! http://bit.ly /c3vSoz . Afterthought: it's probably Erant's,marcan doesn't have

pretty icons Tuesday, February 02, 2010 5:24:23 AM via choqoK

767. @izsh1911 That guy looks like a spanish TV comedian :P. Jokes aside, that sounds damn good. Sunday, January 31, 2010 4:09:41 PM via choqoK in reply to izsh1911

768. @comex What are you talking about? The closed App Store model is great for hacking, otherwise we'd have nothing to hack! Friday, January 29, 2010 2:55:08 PM via choqoK in reply to comex

769. RT @izsh1911: http://is.gd/7iWRg Friday, January 29, 2010 10:31:17 AM via choqoK

770. Wow, people dissing the iPad because it uses MicroSIMs apparently have never heard of this wonderful invention called "scissors". Thursday, January 28, 2010 8:39:44 PM via choqoK

771. If we were like geohot, we'd take credit for the PS3 hack. After all, the Twiizer Attack was the pioneering console DRAM glitching attack ;) Wednesday, January 27, 2010 11:15:29 PM via choqoK

772. Anyone know what's up with 6to4 connectivity to some sites? Some ISPs appear to block 6to4 along the way, real v6 is fine. Wednesday, January 27, 2010 4:12:01 PM via choqoK

773. And yeah, I kind of want an iPad too. $499 wtfbbq, that's ridiculously cheap for Apple. Wednesday, January 27, 2010 2:13:40 PM via choqoK

774. @daeken The smart move would be to pull off a Wii and use OTP hashes, so at least when they fuck up the sig checker they can fix it. Wednesday, January 27, 2010 2:11:57 PM via choqoK in reply to daeken

775. @procrastineer Thing is, his early work on the PS3 is along the same lines. Wednesday, January 27, 2010 7:52:57 AM via choqoK in reply to procrastineer

776. @procrastineer Not the recent stuff, of course. His early work is a lot more debatable. Tuesday, January 26, 2010 10:57:28 PM via choqoK in reply to procrastineer

777. @iamramsey The exploit is OK (if meh). The mediawhoring is wrong, and I highly suspect his future behavior will be wrong, given history. Tuesday, January 26, 2010 4:05:11 PM via choqoK in reply to iamramsey

778. @iamramsey 3) He doesn't know what the hell he's doing AT ALL. This isn't my opinion, it's a Cell expert's (friend of mine). Tuesday, January 26, 2010 3:59:11 PM via choqoK in reply to iamramsey

779. @iamramsey 2) it isn't a major contribution, it's just a cute exploit. You still don't get to touch the secure SPE. Tuesday, January 26, 2010 3:58:35 PM via choqoK in reply to iamramsey

780. @iamramsey 1) egohot is well know for taking credit of other people's work. Check his blog comments, someone did the hw work for him. Tuesday, January 26, 2010 3:58:04 PM via choqoK in reply to iamramsey

781. @iamramsey you can't take things up with geohot. If there's something he knows how to hack, it's media coverage. Tuesday, January 26, 2010 3:52:57 PM via choqoK in reply to iamramsey

782. Yay, typical @geohot: "I have no clue what to do with this whatsoever, so I'll release it and take credit for anything anyone does with it". Tuesday, January 26, 2010 3:45:17 PM via choqoK

783. @thinkgeek that looks like a Vectrex Tuesday, January 26, 2010 10:15:37 AM via choqoK

784. I mean, seriously, showing off the lv1 hypercall table is just sad. That stuff has been better documented at http://is.gd/75UQR for ages. Tuesday, January 26, 2010 9:54:14 AM via choqoK

785. @eiopa Other people have done what he has and he still has a long way to go. He just loves to show off every tiny step to the world. Tuesday, January 26, 2010 9:53:21 AM via choqoK in reply to eiopa

786. Seriously, people, stop "covering" the PS3 non-hack. At this rate there'll be >9000 sepate stories, one for each of geohot's baby steps. Tuesday, January 26, 2010 1:43:40 AM via choqoK

787. After the Bing/MSNBot CPAN DDoS story, I checked my logs and found that MSNBot spoofs its user agent. OK, you're now banned at my firewall. Monday, January 18, 2010 8:41:21 AM via web

788. Nokia, release Qt 4.6.1 already. The checkForAlphaPixels bug is making my Twitter client crash! Friday, January 15, 2010 5:39:56 AM via API

789. RT @MuscleNerd: unlocking karma http://is.gd/61wPg - (thanks @dayloon) Sunday, January 10, 2010 1:24:29 PM via choqoK

790. Sparkfun's server decided to hate me today :( Thursday, January 07, 2010 9:50:54 AM via choqoK

791. @tomtastic Third party. I haven't quite seen Apple fail this hard yet ;) Tuesday, January 05, 2010 12:38:42 PM via choqoK in reply to tomtastic

792. If you thought the cable was bad wait until you see the soldering job. http://yfrog.com/3g4kajj Tuesday, January 05, 2010 9:56:37 AM via Twitterrific

793. @cmdshft yes, obviously. Monday, January 04, 2010 8:12:37 PM via choqoK in reply to cmdshft

794. http://yfrog.com/1yesvj Apparently this passes for USB 2.0 these days. FAIL. Monday, January 04, 2010 7:55:10 PM via Twitterrific

795. Flaky Chinese iPhone cable with the ability to hang Intel controllers hard. Tear it open, no shielding, no twisted pair. Duh. Yay chinese! Monday, January 04, 2010 7:38:55 PM via choqoK

796. @MuscleNerd CityStay Berlin ;) Sunday, January 03, 2010 5:22:42 AM via choqoK in reply to MuscleNerd

797. At airport. Had epic WTF moment with wifi. 2h20m flight delay. This is awesome. Like aids</bushing mode>. Saturday, January 02, 2010 2:45:12 AM via web

798. // Site is a FFT. instance <RxCellSrchInst.cpichfoe.fft256> Tuesday, December 29, 2009 7:15:04 AM via choqoK

799. @c1de0x and I just called Skype@CCC->skype UK server->UK PSTN->vodafone UK->UK internet->UK VPS->CCC internet->Mac->Linux VM->3G BTS->iPhone Monday, December 28, 2009 11:27:08 AM via choqoK

800. Tweeting through Ethernet to a MacBook running Gentoo in VMWare masquerading to an OpenVPN to a server in the UK. We do weird shit here. Monday, December 28, 2009 10:25:28 AM via choqoK

801. sooo sleeeeepy and still shit to do Saturday, December 26, 2009 2:00:07 AM via choqoK

802. starting to think that pulling an all nighter (academic reasons) right befre 26c3 might have not been the brightest idea ever. Saturday, December 26, 2009 1:54:09 AM via choqoK

803. 26c3 hackcenter table assignments: http://is.gd/5BkBM we're in the bottom right corner :) Friday, December 25, 2009 11:13:38 AM via choqoK

804. @iphoneht1234 read the README. Sunday, December 20, 2009 6:09:24 AM via choqoK in reply to iPhoneHT1234

805. @iphoneht1234 Read the fine manual. You can do the stupid thing and uninstall it, or you can do the smart thing and set it to autolaunch. Saturday, December 19, 2009 9:07:03 PM via choqoK in reply to iPhoneHT1234

806. This is sad, the people using Bing (people who use IE and leave everything on defaults) are also the ones most likely to fall for scams. Friday, December 11, 2009 8:07:45 AM via choqoK

807. Oh, and searching for Homebreware on Bing yields all affiliate reviews and not a hint of it being a scam. Scams <3 Microsoft. Friday, December 11, 2009 8:06:30 AM via choqoK

808. Search for "Wii homebrew" on Bing and marvel at the lack of relevant first page results and the extensive list of scams that appear instead. Friday, December 11, 2009 7:57:47 AM via choqoK

809. @cymo I still don't get why distros keep forcing pulseaudio on users. It may be useful sometimes but it sure as heck isn't required. Sunday, December 06, 2009 11:04:36 AM via choqoK in reply to cymo

810. **JesusEncinar** Lista de ciudades para la concentración hoy a las 20h http://bit.ly/5EX1FC #Manifiesto Porfa RT Friday, December 04, 2009 1:53:09 AM via web Retweeted by marcan42 and 19 others

811. @thinkgeek submitted a more detailed bug report, but summary: I get that you aren't shipping to spain, but improve the way it's handled ;) Friday, December 04, 2009 8:08:04 AM via choqoK

812. @thinkgeek if you don't let us ship to Spain then at least let us bill to Spain! Had to greasemonkey-hack it (client-side validation ftw). Friday, December 04, 2009 7:52:23 AM via choqoK

813. @SteveMolaro Also, persistence != burn-in. Don't be alarmed at slight _positive_ (not negative) afterimages, they go away. Thursday, December 03, 2009 12:53:13 PM via choqoK

814. @SteveMolaro Basically, lower the brightness/contrast to sanity (good for your eyes as well as the TV) and you'll be fine. Thursday, December 03, 2009 12:51:43 PM via choqoK

815. Hah, searching for "ladrones" (thieves) on google.es *still* takes you to the Spanish RIAA page (yay old-new googlebomb) http://is.gd /56VnI Sunday, November 29, 2009 9:45:05 AM via choqoK

816. @Jackhanford Any old generic SSH dictionary attack would have owned your phone even without iPhone-specific malware around Saturday, November 28, 2009 11:09:43 PM via choqoK in reply to Jackhanford

817. @Jackhanford It's never been safe to leave SSH enabled with default pwds, and if you didn't know that you're in the "stupid user" category,. Saturday, November 28, 2009 5:55:43 PM via choqoK in reply to Jackhanford

818. @Jackhanford Sure, but why would you turn SSH on in the first

place? Friday, November 27, 2009 8:58:15 PM via choqoK in reply to Jackhanford

819. Getting annoyed at the "jailbroken iPhones vulnerable" BS. You are SAFE unless you're an idiot and install SSH w/o changing passwords. Friday, November 27, 2009 12:02:14 PM via choqoK

820. I just had to ban the first person ever from sending me *e-mails* (no, not spam). Congrats, clueless pseudoscientific idiot. Tuesday, November 17, 2009 2:54:37 PM via choqoK

821. @mattbraga possibly; I'm trying to get the team on board to see if it catches on for some tasks. It certainly looks interesting :) Saturday, November 14, 2009 8:33:10 AM via choqoK in reply to mattbraga

822. @jotajota91 hell if I know. people invited by google (I put in my request ages ago) presumably get them, people invited by others don't? Friday, November 13, 2009 7:58:52 PM via choqoK in reply to jotajota91

823. So true! RT @HaraTaiki: See: http://i.imgur.com/zVn91.jpg Friday, November 13, 2009 7:55:23 PM via choqoK

824. not giving invites out to random people, at least not until I'm fully convinced that the people I know don't want them :P plus I have like 6 Friday, November 13, 2009 7:53:57 PM via choqoK

825. woo I got google wave! Friday, November 13, 2009 6:16:23 PM via choqoK

826. @gecko42 I would, but my screen is busted and I'm waiting for a new one. Friday, November 06, 2009 3:58:47 PM via choqoK

827. @copumpkin @cpich3g is using binary cheating? :P LSB XOR LSB! Thursday, November 05, 2009 3:59:13 PM via choqoK

828. @gnihsub۞ means SD Host Controller, not SD High Capacity. Because apparently the same idiot who designed them gave them the same acronym. Monday, November 02, 2009 3:37:19 AM via choqoK

829. RT @iphone_dev great stuff geohot - nice write up http://bit.ly/fYsQv on why you should NEVER pay for jailbreaks and unlocks #jodyfail Sunday, November 01, 2009 5:49:42 AM via choqoK

830. That means help us test, pretty please! http://is.gd/4IPWM Saturday, October 31, 2009 3:32:17 PM via choqoK

831. Okay, you don't ACTUALLY have to be a masochist to sync iPhones on Linux, just a good tester ;) http://is.gd/4IPWM Saturday, October 31, 2009 3:31:08 PM via choqoK

832. if you *actually* want to sync your iPhone with Linux now see here: http://is.gd/4IPWM *note: requires being a masochist or insane Friday, October 30, 2009 11:53:29 PM via choqoK

833. libgpod ultra-broken alpha branch now plays nicely with iTunes and iPhone 3.x and supports most basic sync stuff. Yay! Getting there... Friday, October 30, 2009 10:20:41 AM via choqoK

834. http://is.gd/4EEPk page now served to you as ~64k of static data. Slashdot, I dare you. Oh, and it turns out gzipping jpegs is worth it. Tuesday, October 27, 2009 7:22:51 PM via choqoK

835. ok, site should *really* be fine now. Tuesday, October 27, 2009 5:58:31 PM via choqoK

836. ok, blog should be good now, all cache'd up and gzipped. Tuesday, October 27, 2009 5:35:56 PM via choqoK

837. @iphoneht1234 it's part of the usbmuxd package Tuesday, October 27, 2009 5:20:51 PM via choqoK in reply to iPhoneHT1234

838. ok, nginx serving wp-super-cache now. Apache is down for testing, bet you can't notice it's all static without logging in :) Tuesday, October 27, 2009 5:20:27 PM via choqoK

839. ok, I smell slashdot coming sooner or later. must get nginx and wp-super-cache up on my blog! Tuesday, October 27, 2009 4:56:09 PM via choqoK

840. @iphoneht1234 Yes! But not with my usbmuxd, using Apple's. But you can use my python forwarder - run the python_client stuff under Win. Tuesday, October 27, 2009 4:24:17 PM via choqoK

841. usbmuxd-1.0.0-rc1 released, please test and report bugs! http://is.gd /4EEPk Tuesday, October 27, 2009 11:49:52 AM via choqoK

842. people, stop asking me about jailbreaks and unlocks. I know nothing about that. Saturday, October 24, 2009 2:42:54 PM via choqoK

843. @dotbin I'll write a detailed post about it soonish. It's not very complicated, some is off-the-shelf and some is custom. Saturday, October 24, 2009 11:04:38 AM via choqoK in reply to dotbin

844. Circlescope loves chiptunes http://is.gd/4zBTi Saturday, October 24, 2009 11:03:49 AM via choqoK

845. The ultimate awesome: LASERS, SHARKS, and PIRATES! http://is.gd/4yKeo ok now I can sleep. Friday, October 23, 2009 9:53:26 PM via choqoK

846. sooo pretty and dangerous! http://is.gd/4yFst http://is.gd/4yFTp Friday, October 23, 2009 9:01:41 PM via choqoK

847. http://is.gd/4wCJr Windows 7 fan, I promise! Thursday, October 22, 2009 5:43:31 PM via choqoK

848. @cymo crappy laser picture: http://is.gd/4vYr7 Thursday, October 22, 2009 8:28:14 AM via choqoK

849. Oh yeah, and along the "marcan tweets? OMG!" lines, vanilla iPhone 3.x syncing coming to Linux soon :) Wednesday, October 21, 2009 7:35:55 PM via choqoK

850. The laser lives again, this time at 60mW! Muahahahaha! Wednesday, October 21, 2009 7:34:49 PM via choqoK

851. Damn, 1 out of 4 tweets failed. Twitter reliability = fail. Wrapping tweet code in for i in range(5):... Tuesday, October 20, 2009 7:49:33 PM via choqoK

852. @MuscleNerd awesome, I knew someone would figure it out eventually :) Now I need to figure out how to upgrade to 3.x with a busted screen! Sunday, October 18, 2009 4:19:10 PM via choqoK

853. @drmmundy I keep my PC on for weeks with a browser open and don't randomly check for addon updates ;) Thursday, October 15, 2009 6:50:57 PM via choqoK

854. @angiexpangie Enough pain with Adobe Flash on Linux already, especially 64-bit. Not about to embrace AIR. Besides, I want KDE integration. Thursday, October 15, 2009 4:12:06 PM via choqoK

855. Trying Choqok. Looks interesting. Thursday, October 15, 2009 4:05:58 PM via choqoK

856. Looking for a *linux* Twitter client, and AIR apps don't count. Preferably KDE-based. If only the Plasma applet wouldn't crash... Thursday, October 15, 2009 3:48:46 PM via web

857.  @devilwarier9 Adobe AIR? No thanks. Flash is bad enough already. Thursday, October 15, 2009 3:43:58 PM via web

858.  @comex the new color scheme is just terrible, and I just don't like the way they pushed the change with little to no warning. Thursday, October 15, 2009 3:41:02 PM via web

859.  damn, #twitterfox changed to #echofon and now it's made of fail. Finding another twitter client. Thursday, October 15, 2009 3:35:55 PM via web

860.  @izsh1911 there are plenty of phones out there with a front camera and video chatting (just no one does it because it's a ripoff) ;) Thursday, October 15, 2009 1:04:07 PM via Echofon

861.  We won? Homebrew scam sellers finally forcing their users to go through our big fat scam warning screen. Ninty, thanks for last update. Wednesday, October 14, 2009 5:25:35 PM via Echofon

862.  @c1de0x AFAICT, the time until a fix for this update will solely depend on how much these guys slack it off. It's pwned already :-) Tuesday, September 29, 2009 6:57:15 AM via Echofon

863.  @batty883 how the heck would I know? I don't work for nintendo. Tuesday, September 29, 2009 6:55:23 AM via Echofon

864.  @batty883 blocks homebrew (probably not for long), any actual features unknown. Monday, September 28, 2009 9:12:22 PM via Echofon

865.  @batty883 NOW. If you mean the "next next" one, how would we know? Monday, September 28, 2009 7:57:52 PM via Echofon

866.  @Wiiimpersonator totally works! Follow him if you don't want to be caught off-guard next Wii update :-) Monday, September 28, 2009 7:33:15 PM via Echofon

867.  Epic: Gameboy Color Boot ROM dumped, sans microscope and deadly acid. http://www.fpgb.org Good job, costis! Monday, September 28, 2009 8:44:08 AM via Echofon

868.  And 5 more things I thought were bugs are now fixed. Damn you annoying permissions glitch. Saturday, September 26, 2009 7:42:18 AM via Echofon

869.  If your KDE4 is broken, try running 'chmod -R ugo+rX /usr/share /kde4/'. This thing has been biting me back again and again: broken dir perms Saturday, September 26, 2009 7:37:44 AM via Echofon

870.  @mortalkastor that's a cool little chip! I don't have immediate plans to butcher my GBC further but I bet I'll have some uses for it. Friday, September 18, 2009 11:15:45 PM via Echofon

871.  Gameboy color faster than a GBA: http://bit.ly/UXaS9 Friday, September 18, 2009 5:41:08 PM via Echofon

872.  @copumpkin heisenbug! I hate those :( Wednesday, September 16, 2009 11:50:27 PM via web

873.  @Xuzz149 Twitter does RSS feeds for me Monday, September 14, 2009 6:38:32 PM via Echofon

874.  This takes the cake for weirdest bug ever: http://bit.ly/3MS8OR Characters ORed with 1, only bold, only that site, copy paste is okay. WTF. Monday, September 14, 2009 11:41:58 AM via Echofon

875.  @Xuzz mine totally took less time to develop and has a cooler background image :P Tuesday, September 08, 2009 6:26:15 PM via

web

876. OS X SL bug: @izsh1911 and I are getting this: http://bit.ly/8R8zj is anyone else? Tuesday, September 08, 2009 3:22:21 PM via web

877. Why not: @Wiimpersonator Tuesday, September 08, 2009 8:17:02 AM via web

878. @AnthonyKash http://bit.ly/phken Thursday, September 03, 2009 4:35:49 PM via Echofon

879. @AnthonyKash I might try to figure out if a 64-bit EFI upgrade is feasible... Thursday, September 03, 2009 8:48:09 AM via Echofon

880. @AnthonyKash I think there's already a boot.efi hack for machines with 64-bit EFI. I hear my Mini probably has 32-bit EFI and won't work. :( Thursday, September 03, 2009 8:47:52 AM via Echofon

881. @qcjeph: please please pretty please switch to truecolor 24-bit PNGs. The dithering is killing me! Wednesday, September 02, 2009 11:17:36 AM via Echofon

882. @MuscleNerd: You mean you _downgraded_ from PS3 to PS3 slim. No Linux. Wednesday, September 02, 2009 10:15:20 AM via Echofon

883. I has modulation! http://bit.ly/GEwlN Tuesday, September 01, 2009 11:41:43 AM via Echofon

884. laser analog modulation done in 3... 2... ;) Can't wait to see what it looks like! Saturday, August 29, 2009 8:15:30 PM via Echofon

885. @donttrythis: on a similar note, orthographic projections are weird. http://bit.ly/3tbqIa Which way is it turning? It mirrors if you switch! Sunday, August 23, 2009 8:45:48 PM via Echofon

886. @donttrythis my conclusion re: mirrors was that mirror images are right, and "reality" isn't. You turn around (flipping X) to face someone. Sunday, August 23, 2009 8:42:13 PM via Echofon

887. Trac wiki mirror: http://bit.ly/ODuVk #a51mirror #har2009 Saturday, August 15, 2009 9:22:05 AM via web

888. Git-svn mirror http://bit.ly/14b9Xd please mirror http://bit.ly/n0DBz ! #a51mirror #har2009 Saturday, August 15, 2009 9:00:23 AM via web

889. RT Webmasters: pls mirror this site http://bit.ly/n0DBz - check out the src from svn and tweet mirrors with #a51mirror #har2009 tags pls RT Saturday, August 15, 2009 8:54:17 AM via Echofon

890. IMMA CHARGIN MA LAZER! (so say @copumpkin @izsh1911) http://bit.ly/azy5p Friday, August 14, 2009 4:43:40 PM via Echofon

891. @MuscleNerd yeah, that's the place. Fun indeed, I'm just now scanning my first pictures (sans blanking) :-) Friday, August 14, 2009 11:13:04 AM via Echofon in reply to MuscleNerd

892. @MuscleNerd all I did (so far) is glue down the parts onto a chunk of wood and solder the inputs to an audio jack. The fun starts now :) Friday, August 14, 2009 10:12:15 AM via Echofon in reply to MuscleNerd

893. Laser scanner arrived! http://bit.ly/1Obvn muahahaha Friday, August 14, 2009 9:16:16 AM via Echofon

894. Now if I only started backing up my home computers... my excuse so far is that I end up uploading stuff I do to the/a server anyway. Wednesday, August 12, 2009 3:07:08 PM via Echofon

895. @knotbeer yeah, I've neglected my 2GB backup space for way too

long. But hey, things feel just a bit better now :) Wednesday, August 12, 2009 3:05:44 PM via Echofon in reply to knotbeer

896. Finally set up backups on the server! Somehow I managed to do so before a disaster. Now I get to wait until one. Hopefully not nukes, eeeew. Wednesday, August 12, 2009 2:47:40 PM via Echofon

897. To build a laser scanner/projector or not to build one... that is the question. And the answer is obvious. Wednesday, August 05, 2009 2:52:05 PM via Echofon

898. RT @billprady Army recruitment incentive: when followers hits 7,500, army will be rewarded with dull details of #bigbangtheory preproduction Friday, July 31, 2009 3:22:08 PM via Echofon

899. @donttrythis: twitter's broke, apparently we can't follow @billprady Monday, July 27, 2009 8:05:33 PM via Echofon

900. El número de incidencias de red crece exponencialmente... #euskal Wednesday, July 22, 2009 12:45:52 PM via web

901. @donttrythis yet another instance of DRM screwing over legitimate customers. They should outlaw it (yeah, like that'll ever happen...) Wednesday, July 15, 2009 3:06:32 PM via Echofon

902. @donttrythis did it just need a reset (hold home+power), did it need a restore, or was it an actual hardware issue? Saturday, July 11, 2009 8:33:11 PM via Echofon

903. Spent 2 hours trying to debug a 3G USB dongle issue. Turns out I think the carrier's data network is down around here. Thursday, July 09, 2009 5:58:05 PM via Echofon

904. Fixed 105C GPU. Heatsinks were covered up in dust. Hope removing the fan under the user-serviceable cover won't void the warranty! Wednesday, July 08, 2009 8:47:25 AM via Echofon

905. @hackint0sh I don't see it, but maybe yours has it. It might be an issue though, HT makes your system SMP and maybe the BIOS won't like it.. Tuesday, July 07, 2009 6:33:22 PM via Echofon

906. GPU likes to hit 105C under load. Can't imagine that being healthy for the silicon. Yay for the extremely crappy cooler on this laptop. Wednesday, July 01, 2009 9:35:58 PM via web

907. @hackint0sh http://bit.ly/reX3y ;) Sunday, June 28, 2009 9:31:11 AM via web in reply to hackint0sh

908. RT @iphone_dev: please consider UNFOLLOWING @quickpwn - he has nothing to do with the iPhone DevTeam. He confuses our work - please RT Friday, June 26, 2009 10:20:43 PM via web

909. @hackint0sh About to crash, I'll blog about it after some sleep :-) Friday, June 26, 2009 9:31:01 PM via web in reply to hackint0sh

910. @hackint0sh Just hacked the VT bit in my BIOS. Hacky, I had to flash it all using their flasher, but it's worth it (now I can use 64bit VMs) Friday, June 26, 2009 8:34:15 PM via web in reply to hackint0sh

911. @hackint0sh also the VZ header stuff is also documented, they're called TE Images, see PEI Core http://bit.ly/1ggSTZ Wednesday, June 24, 2009 7:52:15 PM via web in reply to hackint0sh

912. @hackint0sh Wrote a FS dumper for UEFI. Unlzma the first lzma blob, run fvdump on it, then http://pastie.org/523776 on fv-00000010.bin Wednesday, June 24, 2009 7:50:01 PM via web in reply to hackint0sh

913. @hackint0sh http://bit.ly/KVJE2 - I think the chinese version is a hacked version of that. Wednesday, June 24, 2009 5:10:11 PM via web in reply to hackint0sh

914. @hackint0sh I downloaded it, and in fact I also found a non-chinese version elsewhere. But both versions hang when trying to open the FD. Wednesday, June 24, 2009 12:34:04 PM via web in reply to hackint0sh

915. @hackint0sh but scanlzma worked! thanks, I didn't know they were using the bog standard LZMA format that lzma can unpack. Should've tried :) Wednesday, June 24, 2009 11:24:04 AM via web in reply to hackint0sh

916. @hackint0sh the biosrepair.com tool just infinite loops chewing up RAM for me :( Wednesday, June 24, 2009 11:23:28 AM via web in reply to hackint0sh

917. @hackint0sh I'd like to figure out enabling VT-X on my Aspire 8930G (CPU supports it). http://pastie.org/522943 maybe Setup/Custom vars? Wednesday, June 24, 2009 7:33:12 AM via web in reply to hackint0sh

918. @hackint0sh good work! I did an FV dumper and also a variable dumper: http://pastie.org/522939 - run vardump on the variables FV (00180000) Wednesday, June 24, 2009 7:30:44 AM via web in reply to hackint0sh

919. @QuickPWN you're worse than the scammers that sell Wii homebrew tools for $25. Tuesday, June 23, 2009 4:57:56 PM via web

920. @karthikrg my laptop (Acer Aspire) has UEFI (I checked)... but you can't see it! It isn't documented and just acts like a normal BIOS :( Tuesday, June 23, 2009 10:45:38 AM via web in reply to karthikrg

921. @karthikrg I haven't looked into EFI but I can't imagine it being worse than ACPI at all. Tuesday, June 23, 2009 10:42:19 AM via web in reply to karthikrg

922. @karthikrg Not so (needlessly) diverse h/w would've been nice. ACPI doesn't work that well in practice, and most DSDTs are broken somehow... Monday, June 22, 2009 9:13:25 PM via web in reply to karthikrg

923. @chris_johnston partially used http://bit.ly/GnJJe conf http://bit.ly/GSBs6 left apache on 80 (easier) and iptabled 80->8080 for nginx Sunday, June 21, 2009 3:10:12 PM via web in reply to chris_johnston

924. @WunSick got tired of wii stuff, now I'm screwing around with chinese MP4s and other nonsense :P Friday, June 19, 2009 3:08:32 PM via web in reply to WunSick

925. http://hackmii.com server now serving wp-super-cached static pages using nginx. Shouldn't crash and burn as bad next time it gets hammered. Friday, June 19, 2009 2:34:05 PM via web

926. @c0stantin0s come on, I'm sure you can manage to find the URL yourself :P Friday, June 19, 2009 2:30:37 PM via web in reply to c0stantin0s

927. @didyouknow411 @wifone it's for Linux but point the OSX86 guys to http://bit.ly/12fsDj and I bet they can use it too ;) "set coefs 3&8 to 0" Friday, June 19, 2009 2:29:11 PM via web in reply to

didyouknow411

928. @karthikrg it's a hideous overcomplicated beast that no one implements right. Friday, June 19, 2009 2:25:30 PM via web in reply to karthikrg

929. Latest toy: 30mW green laser pointer from DX. Awesome. Friday, June 19, 2009 2:24:21 PM via web

930. I hate ACPI. Very much. Thursday, June 18, 2009 8:59:01 PM via web

931. @iphone_dev just twitter-pwned my server and still melting down even though the twit got removed. Behold the almighty power of the iPhone. Thursday, June 18, 2009 3:35:21 PM via web

932. from kde laptop support: // this method doesn't support multiple CPU's but this shouldn't be a problem on notebooks... Tuesday, June 16, 2009 5:57:37 PM via web

933. 2D graphics engine works! http://bit.ly/5FxvN see http://marcansoft.com/blog/sunplus Tuesday, June 09, 2009 9:29:55 PM via web

934. I voted today, and I hope you did too! Sunday, June 07, 2009 12:38:07 PM via web

935. nvidia likes to crash when using VDPAU now :( Friday, June 05, 2009 7:59:06 PM via web

936. realtek sucks. Made 5.1 work on ALC889 by flipping random vendor reg bits until it worked. Monday, June 01, 2009 9:15:57 PM via web

937. finally finished with the server. time to catch some sleep. Tuesday, May 26, 2009 9:01:36 PM via web

938. server's having fun. FS random time travel (wtf), much-needed updating, running out of disk space, blargh Tuesday, May 26, 2009 4:58:11 PM via web

939. @matthewbloch sounds like your failsafe "stuff is down" servers are going to need a dedicated UPS along with the routers in front ;-) Monday, May 25, 2009 9:02:23 PM via web

940. @matthewbloch bad month, no? hope things go well. #bytemark Monday, May 25, 2009 7:23:13 PM via web

941. @CAcert_ME can't DM if you don't follow me - it's hector@marcansoft.com. No #cacert TTP program even for Spain? 7:18 PM May 25th, 2009 via web in reply to CAcert_ME

942. @matthewbloch is something down again? no VM ping, no VM host ping, bytemark.co.uk hangs during HTTP request #bytemark 7:11 PM May 25th, 2009 via web

943. Great, the Spanish government violates the LGPL. Smartcard ID software is based on OpenSC and no source. 7:08 PM May 25th, 2009 via web

944. Upgrading media player while listening to music using it. It's these times I appreciate having a decent OS. 5:47 PM May 24th, 2009 via web

945. Might become a CACert assurer - having a little event at Euskal Encounter 17. Passed Assurer exam, need TTPs. cacert.org euskal.org 5:45 PM May 24th, 2009 via web

946. This seems to be all the rage these days, I'll jump on the bandwagon. marcan is of course taken *sigh*. Wasted 45m making the tiled bg.

7:47 PM May 11th, 2009 via web

## Footer

- © 2011 Twitter
- About Us
- Contact
- Blog
- Status
- Resources
- API
- Business
- Help
- Jobs
- Terms
- Privacy