# EXHIBIT R

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form

# twitter

Have an account? Sign in

Username or email [                    ]

Password [                    ]

[ Sign in ]   ☐  Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from pytey.

## Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @pytey.

[ Sign Up › ]

Get updates via SMS by texting **follow pytey** to **40404** in the United States

Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---|---|---|
| Australia | • 0198089488 | Telstra |
| Canada | • 21212 | (any) |
| United Kingdom | • 86444 | Vodafone, Orange, 3, O2 |
| Indonesia | • 89887 | AXIS, 3, Telkomsel |
| Ireland | • 51210 | O2 |

Two-way (sending and receiving) short codes:

| India | • 53000 Bharti Airtel, Videocon |
| Jordan | • 90903 Zain |
| New Zealand | • 8987 Vodafone, Telecom NZ |
| United States | • 40404 (any) |

Codes for other countries



# pytey

1. @marcan42 yes, but that was a spoof, that water crap isn't and is actually sold :-\ Saturday, January 08, 2011 10:30:01 AM via Twitter for Mac in reply to marcan42
2. oh dear "Restructures water at an atomic & homeopathic level" http://t.co/AoQYycT bargain at $7K - http://t.co /R1Ab2DY Saturday, January 08, 2011 10:00:02 AM via Twitter for Mac
3. @mikebutcher @sevendotzero @ppiixx Android - http://t.co/CTPPfNN iPhone - http://t.co/c7bOg4d Saturday, January 08, 2011 2:57:58 AM via Twitter for Mac
4. @mikebutcher @sevendotzero 'Signal' on Jailbroken iPhone or Antennas on stock Android, you'll need a SIM for each provider you want to test Saturday, January 08, 2011 2:52:03 AM via Twitter for Mac in reply to sevendotzero
5. @mikebutcher if you have an Android phone you can do this, if you have a jailbroken iPhone you can also. Saturday, January 08, 2011 2:39:59 AM via Twitter for Mac in reply to mikebutcher
6. @0verf0wl #f0f with a zero Friday, January 07, 2011 8:36:43 AM via Twitter for Mac in reply to 0verf0wl
7. @0verf0wl http://t.co/MIUMofD Friday, January 07, 2011 7:54:33 AM via Twitter for Mac in reply to 0verf0wl
8. @ericasadun playair Thursday, January 06, 2011 2:19:05 PM via Twitter for Mac in reply to ericasadun
9. @guydickinson yep, this original Tweetie feature has sadly disappeared :( http://t.co/QliGLTF Thursday, January 06, 2011 11:12:29 AM via Twitter for Mac

- Name pytey
- Web http://openvizsla...
- Bio hardware hacker - member of the 'iPhone DevTeam' http://blog.iphone-dev.org

| 247 Following | 8,314 Followers | 574 Listed |

- 871Tweets
- Favorites

# Following



View all...

RSS feed of pytey's tweets RSS feed of pytey's favorites

10. @guydickinson it has always been in all versions of tweetie/twitter.app Thursday, January 06, 2011 10:43:37 AM via Twitter for iPhone in reply to guydickinson

11. @guydickinson it was in Tweetie1 for the Mac, not in front of it right now, check the prefs. Thursday, January 06, 2011 10:38:10 AM via Twitter for iPhone in reply to guydickinson

12. @guydickinson the desktop and mobile versions both have it. Thursday, January 06, 2011 10:34:44 AM via Twitter for iPhone in reply to guydickinson

13. Innen 3 perc http://yfrog.com/gye90gej Thursday, January 06, 2011 10:23:02 AM via Twitter for iPhone

14. @kevanloy Mac app store Thursday, January 06, 2011 7:15:09 AM via Twitter for iPhone in reply to kevanloy

15. @0verf0wl I'm part of fail0verflow, but I'm not German Thursday, January 06, 2011 7:10:37 AM via Twitter for iPhone in reply to 0verf0wl

16. @0verf0wl no, I was at 27c3 though. Thursday, January 06, 2011 6:38:01 AM via Twitter for Mac in reply to 0verf0wl

17. **guydickinson** Safari is like a crazy stalker ex-boyfriend that just won't let go of Girlfriend-RAM; 768mb (closed all tabs). Thursday, January 06, 2011 6:35:23 AM via Tweetie for Mac Retweeted by pytey and 17 others

18. @bananhej Igen. Software update, /Applications/AppStore 'Twitter for Mac' Thursday, January 06, 2011 6:33:31 AM via Twitter for Mac in reply to bananhej

19. the new tweetie/twitter for OS X is nice. Thursday, January 06, 2011 6:06:38 AM via Twitter for Mac

20. @d3sre you are not following me, so I can't DM you. Wednesday, January 05, 2011 5:39:39 AM via Tweetie for Mac in reply to d3sre

21. @darrenwaters yep, just had a great chat on the phone with @jonfildes about our PS3 hack. I'm doing well thanks, freezing here in Budapest. Wednesday, January 05, 2011 4:57:27 AM via Tweetie for Mac in reply to darrenwaters

22. @jonfildes follow me so I can DM you my skype details. Wednesday, January 05, 2011 3:39:27 AM via Tweetie for Mac in reply to jonfildes

23. @jonfildes cool, I also asked @darrenwaters to confirm your identity, so ignore that :) Wednesday, January 05, 2011 3:34:38 AM via Tweetie for Mac in reply to jonfildes

24. @jonfildes please follow me Wednesday, January 05, 2011 3:33:38 AM via Tweetie for Mac in reply to jonfildes

25. @jonfildes can you confirm you contacted us (fail0verflow) from a gmail address not a bbc address? Wednesday, January 05, 2011 3:28:37 AM via Tweetie for Mac

26. @darrenwaters do you know Jonathan Fildes? Had an email from someone claiming to be him, but it is a gmail address not bbc,is that typical? Wednesday, January 05, 2011 3:26:16 AM via Tweetie for Mac

27. yep @blakepro @pictuga @JakeAnthraX it should be

"We've found a vulnerability in the security subsystem.."
Tuesday, January 04, 2011 3:20:26 PM via Tweetie for
Mac in reply to blakepro

28. @OpenPandora are you doing PCBA in China? Tuesday,
January 04, 2011 3:19:21 PM via Tweetie for Mac in reply
to OpenPandora

29. people misusing the term 'exploit' annoys me. eg. "We've
found an exploit in the security subsystem.." what, like a
hidden tarball? Tuesday, January 04, 2011 3:11:33 PM via
Tweetie for Mac

30. @njrabit RUH-ROH! Tuesday, January 04, 2011 2:30:55
AM via Tweetie for Mac in reply to njrabit

31. @P01sonN1nja not tonight mate. leave me alone, eh?
Wednesday, January 05, 2011 3:34:37 AM via Tweetie for
Mac in reply to P01sonN1nja

32. @njrabit retweeting, watch out :P Tuesday, January 04,
2011 2:07:42 AM via Tweetie for Mac in reply to njrabit

33. @P01sonN1nja yes Wednesday, January 05, 2011 3:33:00
AM via Tweetie for Mac in reply to P01sonN1nja

34. brilliant FX2 hax board/Logic analyzer from buglogic
http://bit.ly/h1fWia works with saleae apps. What a whole
load of awesome. Gimme Gimme Wednesday, January 05,
2011 3:32:50 AM via Tweetie for Mac

35. @kojoannan thanks! Monday, January 03, 2011 12:44:28
PM via Tweetie for Mac in reply to kojoannan

36. @d3sre can't reply to the DM, you are not following me.
Monday, January 03, 2011 12:02:47 PM via Tweetie for
Mac in reply to d3sre

37. @d3sre thank you! Monday, January 03, 2011 10:54:41
AM via Tweetie for Mac in reply to d3sre

38. @d3sre my friend has just moved there. He's an English
tech/web guy, runs his own tech co. He is looking for
people to network and hang with Monday, January 03,
2011 10:32:09 AM via Tweetie for Mac in reply to d3sre

39. @mruef @stfn42 @d3sre looking for some tech/web
/geek/cool contacts in Basel (or ZH) for an upcoming
trip,my friend has recently moved there. Monday, January
03, 2011 8:44:13 AM via Tweetie for Mac in reply to mruef

40. @mruef @SwissHttp thanks for the list link. My friend isn't
a security guy, but is a general web/tech/smart guy. We
should meet for drinks! Monday, January 03, 2011 8:33:18
AM via Tweetie for Mac in reply to mruef

41. @charlesarthur try @copumpkin Monday, January 03,
2011 8:21:06 AM via Tweetie for Mac in reply to
charlesarthur

42. @SwissHttp what industry are you working in? Monday,
January 03, 2011 8:18:41 AM via Tweetie for Mac in reply
to SwissHttp

43. @SwissHttp OK, thanks. @mruef do you have any contacts
for web/tech/geeks/cool people in Basel? Monday, January
03, 2011 8:18:24 AM via Tweetie for Mac in reply to

SwissHttp

44. @SwissHttp OK, we'll meet up, I'll prob be there next week. Also, do you know where my friend should look for web/net/tech people in Basel? Monday, January 03, 2011 8:15:08 AM via Tweetie for Mac in reply to SwissHttp

45. @SwissHttp are you in Basel? Monday, January 03, 2011 8:11:12 AM via Tweetie for Mac in reply to SwissHttp

46. Going to visit a friend who has recently moved to Basel .CH Any cool tech people we should hook up with? Any recommended places to see? Monday, January 03, 2011 7:42:29 AM via Tweetie for Mac

47. segher's 'bakterium' as seen live in Berlin's c-base. Powered by a mixture of club-mate, rum and Forth http://bit.ly /fdWWpv Wednesday, January 05, 2011 2:49:29 AM via Tweetie for Mac

48. Anyone in Budapest have an _unlimited_ corporate/academic net connection (100Mb/s+) and is able to give me a shell and plug in a USB HD? Sunday, January 02, 2011 7:56:11 AM via Tweetie for Mac

49. http://www.youtube.com/watch?v=UpqknwKbvDE Friday, December 31, 2010 3:17:51 PM via Tweetie for Mac

50. almost home, had lots of fun with my @fail0verflow team-mates at #27c3 I must have drank 1 yrs worth of Club Mate & Tschunks in 5 days. Friday, December 31, 2010 1:06:04 PM via Tweetie for Mac

51. Now segher is at it, using forth. http://yfrog.com/hs243xj Thursday, December 30, 2010 4:14:01 PM via Twitter for iPhone

52. At C-base @marcan42 haxing the pc inside a C64 http://yfrog.com/h8eqyyjj Thursday, December 30, 2010 3:52:40 PM via Twitter for iPhone

53. @pritchardswyd pritch, check out 'lux' if you want a cool club there, also there is a great restaurant opposite lux, they do emu steak Thursday, December 30, 2010 3:50:23 PM via Twitter for iPhone in reply to pritchardswyd

54. Stuxnet talk is maxxed #27c3 http://yfrog.com/h8epeqj Monday, December 27, 2010 2:00:20 PM via Twitter for iPhone

55. @bananhej @bananhej @szergelyiphone @merzix I need to do about 10/15 SIMs at CCC, so I was trying to get a cutter tonight :) Saturday, December 25, 2010 9:22:13 AM via Tweetie for Mac in reply to bananhej

56. tud valaki segiteni, hogy hol vehetnek egy micro SIM kártya vágó-t ma este Budapesten? Saturday, December 25, 2010 8:48:14 AM via Tweetie for Mac

57. @octal yeah, those suck. DX ones are quite good though, they are actually shielded inside the flat cabling so signal integrity is q.good Saturday, December 25, 2010 8:12:07 AM via Tweetie for Mac in reply to octal

58. @octal have you seen the ultrathin ones on DX? great for using under carpets and doors & also very portable for

luggage http://bit.ly/hoEpmq Saturday, December 25, 2010
8:07:09 AM via Tweetie for Mac in reply to octal

59. @octal replace it with one of these http://bit.ly/ppcIz well
worth the extra money ;) Saturday, December 25, 2010
7:59:35 AM via Tweetie for Mac in reply to octal

60. @scott_cawley his name is Idris Elba & he is originally
from hackney. Probably home for Xmas to see his Mum!
He is a badass actor imo. Friday, December 24, 2010
10:05:41 AM via Twitter for iPhone in reply to
scott_cawley

61. @guydickinson I'll make you a dock/MP3 player for her if
you want. Friday, December 24, 2010 1:09:52 AM via
Tweetie for Mac in reply to guydickinson

62. @guydickinson http://www.gwmicro.com/Voice_Sense/
Friday, December 24, 2010 12:46:01 AM via Tweetie for
Mac in reply to guydickinson

63. @jimcvit nasty? Don't say that to anyone here, they are
very protective over their Unicum. :) Friday, December 24,
2010 12:41:53 AM via Tweetie for Mac in reply to jimcvit

64. @comex it is a great email client though. Dropped $60 on a
family pack of licenses for the Macs at home. Thursday,
December 23, 2010 11:21:10 PM via Tweetie for Mac in
reply to comex

65. @steve_mynott :D Thursday, December 23, 2010 11:17:05
PM via Tweetie for Mac in reply to steve_mynott

66. . @postbox email app is full of win, best alternative email
app since gyazmail, moved over to it 24/7. Fail.app go and
die. Thursday, December 23, 2010 4:56:35 PM via Tweetie
for Mac

67. @liam_abrown http://en.wikipedia.org/wiki/Unicum
Thursday, December 23, 2010 4:07:53 PM via Tweetie for
Mac in reply to liam_abrown

68. @FEARtheSERVER word Thursday, December 23, 2010
3:37:17 PM via Tweetie for Mac in reply to
FEARtheSERVER

69. @FEARtheSERVER ah, I see you were talking about the
name, you know the 'cock' is silent, right? it is pronounced
'co-burns'. Thursday, December 23, 2010 3:29:16 PM via
Tweetie for Mac in reply to FEARtheSERVER

70. @FEARtheSERVER I beg to differ. Thursday, December
23, 2010 3:27:51 PM via Tweetie for Mac in reply to
FEARtheSERVER

71. uh-oh http://twitpic.com/3ivg02 Thursday, December 23,
2010 3:16:24 PM via Tweetie for Mac

72. 15 minutes to go! $378 short of $80,000 http://kck.st
/hxl2x9 who is going to make it happen ;-) ? Wednesday,
December 22, 2010 4:49:19 PM via Tweetie for Mac

73. @cirdan12 thank you! Wednesday, December 22, 2010
4:42:56 PM via Tweetie for Mac in reply to cirdan12

74. 1 hour to go, 577 backers, $78,712 pledged, http://kck.st
/hxl2x9 - isn't the internets amazing? Wednesday,

December 22, 2010 3:22:27 PM via Tweetie for Mac

75. @GoFaster90 didn't try newspaper or an iPhone ;) Wednesday, December 22, 2010 9:23:08 AM via Tweetie for Mac in reply to GoFaster90

76. @GoFaster90 she'll hold anything on command, she needs to do this to pick up rabbits and pheasants from a hunt and return them to your hands Wednesday, December 22, 2010 9:22:49 AM via Tweetie for Mac in reply to GoFaster90

77. @bananhej persze :) Wednesday, December 22, 2010 9:02:22 AM via Tweetie for Mac in reply to bananhej

78. yay! Alma is on Engadget again! http://j.mp/hfWyZc Wednesday, December 22, 2010 8:50:58 AM via Tweetie for Mac

79. @kkovacs http://search.twitter.com/search?q=skype Wednesday, December 22, 2010 8:37:32 AM via Tweetie for Mac in reply to kkovacs

80. @GoFaster90 she is very happy, she is a trained gundog, she'll hold things in her mouth for as long as is necessary, that makes her happy! Wednesday, December 22, 2010 8:34:52 AM via Tweetie for Mac in reply to GoFaster90

81. OpenVizsla kickstarter project almost over, but I couldn't resist doing this last bit of cuteness overload - http://j.mp/hDSKEq :D Wednesday, December 22, 2010 8:30:18 AM via Tweetie for Mac

82. anyone who uses @Magento eCommerce software should check out @canecom's iPhone Magento admin app - http://bit.ly/9ksMnt Wednesday, December 22, 2010 1:58:03 AM via web

83. @rubikova how was the movie? Wednesday, December 22, 2010 1:31:03 AM via Tweetie for Mac in reply to rubikova

84. @bobbiejohnson did you see the latest OpenVizsla tally? last 15 hours to go! http://kck.st/hxl2x9 Wednesday, December 22, 2010 1:30:30 AM via Tweetie for Mac in reply to bobbiejohnson

85. @maverick_lp28 sorry, too busy! not enough time for my own projects! Tuesday, December 21, 2010 3:27:04 PM via Tweetie for Mac in reply to maverick_lp28

86. @maverick_lp28 about what? Tuesday, December 21, 2010 3:01:55 PM via Tweetie for Mac in reply to maverick_lp28

87. @numist how about I send her a personalized picture of Alma wearing reindeer antlers? Would that do it? Tuesday, December 21, 2010 2:17:59 PM via Tweetie for Mac in reply to numist

88. **stephenfry** The OpenVizsla project is doing well thanks to fabulous support from People Like You. http://fry.am/ecTdfj Tuesday, December 21, 2010 1:54:02 PM via Twitter for iPhone Retweeted by pytey and 33 others

89. 375% ($65,696) of funding achieved for the OpenVizsla project http://kck.st/hxl2x9 - & still 27 hours to go! Tuesday, December 21, 2010 1:41:29 PM via Tweetie for Mac

90. **davewiner** Raising money for a hackable, open hardware-based USB protocol analyzer. http://r2.ly/6eqy Tuesday, December 21, 2010 8:12:41 AM via web from Civic Center, New York Retweeted by pytey and 6 others

91. @laughingsquid any chance of a tweet or blog post about our OpenVizsla kickstarter project? we have 32 hours left! http://kck.st/hxl2x9 Tuesday, December 21, 2010 8:17:25 AM via Tweetie for Mac in reply to laughingsquid

92. @ChrisPaget how about an OpenVizsla board instead? :) http://kck.st/hxl2x9 Tuesday, December 21, 2010 7:46:33 AM via Tweetie for Mac in reply to ChrisPaget

93. @ThePCBgirl you can do PCBA in house also? Tuesday, December 21, 2010 7:45:34 AM via Tweetie for Mac in reply to ThePCBgirl

94. @maryheintz thanks for the pledge! Tuesday, December 21, 2010 7:29:58 AM via Tweetie for Mac

95. @ThePCBgirl would you be interested in quoting us for http://bit.ly/hdTg9e ? Tuesday, December 21, 2010 7:12:42 AM via Tweetie for Mac in reply to ThePCBgirl

96. **esden** I pledged myself an #OpenViszla #fs #openhardware #USB protocol analyzer. Only 34 hours left you want one too. http://www.openvizsla.org/ Tuesday, December 21, 2010 6:10:10 AM via identica Retweeted by pytey and 2 others

97. @esden thanks for the pledge! Tuesday, December 21, 2010 6:08:55 AM via Tweetie for Mac

98. @copumpkin what is it with you and Apple portables? :) Monday, December 20, 2010 1:33:05 PM via Tweetie for Mac in reply to copumpkin

99. <3 @marcan42 & his _rad_ hax "DX fans/LM35 temp sensor/opamp comparator w/ hysteresis/IRF510 mosfet/12V PSU = win" http://bit.ly/eAoGIE Monday, December 20, 2010 8:09:43 AM via Tweetie for Mac

100. @digitalt thanks! Sunday, December 19, 2010 11:32:41 PM via Tweetie for Mac in reply to digitalt

101. @itsmydevice thanks for your pledge, it is appreciated. Sunday, December 19, 2010 10:46:03 PM via Tweetie for Mac

102. @eggynewydd will it be worse than '82 you think? I remember walking up to the Philog milk dairy with my Dad to get milk! Sunday, December 19, 2010 3:36:14 PM via Tweetie for Mac in reply to eggynewydd

103. lovely writeup of @OpenVizsla by @gnihsub http://j.mp /igHoid also some hints about a 27C3 console hacking talk ;) - please RT Sunday, December 19, 2010 5:14:03 AM via Tweetie for Mac

104. @guydickinson :) Sunday, December 19, 2010 3:05:52 AM via Tweetie for Mac in reply to guydickinson

105. @jemimakiss heh, quite a few haddock links there. Sunday, December 19, 2010 3:04:00 AM via Tweetie for Mac in reply to jemimakiss

106. @thealuc @BerlinSides OK, so no point submitting? too late? Saturday, December 18, 2010 1:46:58 PM via web in reply to thealuc

107. **VaughanRoderick** I'm on 799 followers. Someone make my night. Saturday, December 18, 2010 1:02:43 PM via web Retweeted by pytey and 3 others

108. @theAluc @BerlinSides we just sent 3 registrations for accounts,myself,bushing and judeyw (wife), if OK I'll submit a talk from bushing&me Saturday, December 18, 2010 11:59:01 AM via Tweetie for Mac

109. @theAluc @BerlinSides we just sent over a few registrations, do I still have time to submit an abstract? Saturday, December 18, 2010 11:53:13 AM via Tweetie for Mac

110. @ThawabHazmi yeah, maybe, although the story is general enough for reddit.com Saturday, December 18, 2010 6:25:32 AM via Tweetie for Mac in reply to ThawabHazmi

111. @iTY9 Thanks! It is appreciated! Saturday, December 18, 2010 6:13:02 AM via Tweetie for Mac in reply to iTY9

112. redditors please upboat - http://bit.ly/dEStxl Saturday, December 18, 2010 5:57:02 AM via Tweetie for Mac

113. gotta <3 @BoingBoing and @doctorow lovely update about OpenVizsla - http://bit.ly/hh2Sar Saturday, December 18, 2010 3:38:24 AM via Tweetie for Mac

114. @scanlime zomg, looks like my cat (who is called Uri Geller btw) Friday, December 17, 2010 3:49:21 PM via Tweetie for Mac in reply to scanlime

115. @scott_cawley I'm a Brit, but wife is Hungarian, they are all girls, can't handle boy dogs. I used to work at Threshold House and TVC btw Friday, December 17, 2010 3:46:38 PM via Tweetie for Mac in reply to scott_cawley

116. @scott_cawley yep :) I have 3 of them here in Budapest. Friday, December 17, 2010 3:19:43 PM via Tweetie for Mac in reply to scott_cawley

117. @scott_cawley @jemimakiss yes, I saw that. Now if only she'd bloody reply to me about my OpenVizsla project http://kck.st/hxl2x9 ;) Friday, December 17, 2010 2:12:38 PM via Tweetie for Mac in reply to scott_cawley

118. @jonronson did you ever go to the Lexington? Friday, December 17, 2010 1:55:12 PM via Tweetie for Mac in reply to jonronson

119. @lPublicEnemyl warm, that is how we drink it here in Budapest! Friday, December 17, 2010 1:38:37 PM via Tweetie for Mac in reply to lPublicEnemyl

120. @lPublicEnemyl :) Friday, December 17, 2010 1:32:32 PM via Tweetie for Mac in reply to lPublicEnemyl

121. *hic* http://twitpic.com/3guz0m Friday, December 17, 2010 1:27:42 PM via Tweetie for Mac

122. @scott_cawley ah! that takes me back. I still have my BBC Master somewhere at my Mum's house. I was only pulling your leg about the quotes! Friday, December 17, 2010

1:11:32 PM via Tweetie for Mac in reply to scott_cawley

123. @jemimakiss ah-ha! OK :) Friday, December 17, 2010 1:08:23 PM via Tweetie for Mac in reply to jemimakiss

124. IMMA CHARGIN MAH LAZER (via @marcan42) <--- lookout 'Jean Michelle Marcan' is back online twanging his harps Friday, December 17, 2010 12:53:22 PM via Tweetie for Mac

125. @digitalt I'm sure it is exactly what you were looking for, which is why you asked me, so go and read the email again. Friday, December 17, 2010 12:44:29 PM via Tweetie for Mac in reply to digitalt

126. @scott_cawley @jemimakiss I think you both mean 10 PRINT "TITS" 20 GOTO 10 Friday, December 17, 2010 12:37:09 PM via Tweetie for Mac

127. @jemimakiss that isn't syntactically correct, get new nerd friends. Friday, December 17, 2010 12:34:06 PM via Tweetie for Mac in reply to jemimakiss

128. bustin' out the forralt bor! Friday, December 17, 2010 12:29:18 PM via Tweetie for Mac

129. @pritchardswyd is that everyone trying to make it for happy hour at the village inn? Friday, December 17, 2010 9:11:05 AM via Tweetie for Mac in reply to pritchardswyd

130. @digitalt did you get my email reply? Friday, December 17, 2010 7:08:56 AM via Tweetie for Mac in reply to digitalt

131. @kkovacs yeah, anything else and you are living life on the EDGE Friday, December 17, 2010 4:06:23 AM via Tweetie for Mac in reply to kkovacs

132. @eggynewydd oh yeah, forgot :) Friday, December 17, 2010 12:16:44 AM via Tweetie for Mac in reply to eggynewydd

133. @shinydistractns @njrabit it is *only* for serial debug, the real USB host comms is XMOS & ULPI PHY which handles sustained 480Mb/s xfer Thursday, December 16, 2010 1:16:46 PM via web in reply to shinydistractns

134. @eggynewydd you mean like he did to his first wife? Thursday, December 16, 2010 12:39:08 PM via Tweetie for Mac in reply to eggynewydd

135. @shinydistractns eh? FTDI is used for a negligible amount of serial debugging, lickle 8-bit ATmega16U4? grow up and use an XMOS & ULPI PHY Thursday, December 16, 2010 12:35:52 PM via Tweetie for Mac in reply to shinydistractns

136. very nice visualisations/timelines of mashups by @kleptones, @scntfc and @therealgirltalk - http://bit.ly /dZm5ti nice work @brahn Thursday, December 16, 2010 7:26:04 AM via Tweetie for Mac

137. I've updated the OpenVizsla kickstarter project, http://j.mp /i8RE7R $52,548 pledged, 3 times the goal reached, 6 days to go! Thursday, December 16, 2010 4:25:05 AM via Tweetie for Mac

138. altium Altium is flattered to learn our software chosen for

the @OpenVizsla project. @Engadget: http://is.gd/iO4kf #EDA Wednesday, December 15, 2010 1:32:04 PM via web Retweeted by pytey and 3 others

139. I <3 @altium - they helped me out with a problem so amazingly, guys, you rock. Wednesday, December 15, 2010 12:28:46 AM via Tweetie for Mac

140. @reckless my dog wearing glasses > iPod nano watch kits http://kck.st/hxl2x9 Tuesday, December 14, 2010 10:50:34 AM via Tweetie for Mac in reply to reckless

141. @jeriellsworth yes, we are using the L2 for high-speed host USB comms and some other nifty stuff. Monday, December 13, 2010 2:55:35 AM via Tweetie for Mac in reply to jeriellsworth

142. @jeriellsworth hah, nice. We want to use it to reroute all of the JTAG and serial signals from any part to another part on OpenVizsla Monday, December 13, 2010 2:46:03 AM via Tweetie for Mac in reply to jeriellsworth

143. @jeriellsworth yep, they do look nice, I was sold at SPI and the smockie. Monday, December 13, 2010 2:41:06 AM via Tweetie for Mac in reply to jeriellsworth

144. .@Z0l igen, az openvizsla opensource lesz libusb-vel igy mindennel mukodni fog Monday, December 13, 2010 2:36:35 AM via Tweetie for Mac in reply to Z0l

145. SMOCKIE! http://bit.ly/f9Lyso Monday, December 13, 2010 1:03:15 AM via Tweetie for Mac

146. @digitalt do they ever notice you snapping them? have you ever had a pie thrown at you? Saturday, December 11, 2010 2:33:47 AM via Tweetie for Mac in reply to digitalt

147. **guydickinson** Evenin' all. USB humping dog, Ace hifi, Humanscale chairs & Apple gear: my minimalist mid-life crisis; http://zenema.myshopify.com Wednesday, December 08, 2010 1:38:48 PM via web Retweeted by pytey

148. Alma on a t-shirt! http://bit.ly/gKcoP6 #openvizsla Thursday, December 09, 2010 2:13:13 PM via Tweetie for Mac

149. @eggynewydd from memory the file is called something like /data/data/com.android.providers.contacts move that onto SD and create a symlink Wednesday, December 08, 2010 10:47:46 AM via Tweetie for Mac in reply to eggynewydd

150. @eggynewydd if you have rooted it you could symlink com.android.providers.contacts to somewhere else Wednesday, December 08, 2010 10:38:17 AM via Tweetie for Mac in reply to eggynewydd

151. @eggynewydd doesn't the OTA gmail synced contacts work for what you need? I love that feature of Android. Wednesday, December 08, 2010 10:33:08 AM via Tweetie for Mac in reply to eggynewydd

152. @ystrickler after you've listened to that try @RinseFM's live stream over at http://bit.ly/hQ7YoY wikipedia info here

http://bit.ly/idGJHi Wednesday, December 08, 2010
7:47:24 AM via Tweetie for Mac in reply to ystrickler

153. best video ever from @chaseandstatus http://bit.ly/humRnl
only a few gaffes w/ the recreation, very clever like a
time-machine to 1990! Wednesday, December 08, 2010
6:21:41 AM via Tweetie for Mac

154. @sashaofficial have you seen this amazing video?
http://bit.ly/humRnl near perfect recreation of 1990 apart
from 1 or 2 gaffes. Wednesday, December 08, 2010 3:26:12
AM via Tweetie for Mac in reply to sashaofficial

155. Nice - 'DKard' an Open Source, Dalvik based embedded
VM from @simulity for smartcard & µcontroller targets -
http://bit.ly/dGtL8r Wednesday, December 08, 2010
1:59:43 AM via Tweetie for Mac

156. @rubikova no alcohol?????? disgusting Tuesday, December
07, 2010 5:05:31 AM via Tweetie for Mac in reply to
rubikova

157. @rubikova Santa visited Wales on the 6th of December
only once and way got too drunk and eat too many pies,
now he only visits on the 25th. Monday, December 06,
2010 8:34:30 PM via Tweetie for Mac in reply to rubikova

158. @rubikova no U in Qatar :P Monday, December 06, 2010
12:30:05 PM via Tweetie for Mac in reply to rubikova

159. desperately trying to shoehorn the XO2 PLD http://bit.ly
/ghWl4J from @latticesemi into OpenVizsla ;) Monday,
December 06, 2010 6:30:18 AM via Tweetie for Mac

160. listening to the 'Wedding Acidgroup' from here in Budapest
- http://bit.ly/gGlMYy they also sell a cool TB303 shirt -
http://bit.ly/epreHc Monday, December 06, 2010 1:07:53
AM via Tweetie for Mac

161. @rubikova pour in more coffee Monday, December 06,
2010 12:07:20 AM via Tweetie for Mac in reply to
rubikova

162. @kgb07zy kickstarter doesn't accept paypal. It is amazon
payments, you should try it. Sunday, December 05, 2010
5:38:49 AM via Tweetie for Mac in reply to kgb07zy

163. @kgb07zy did you pledge? Sunday, December 05, 2010
5:36:34 AM via Tweetie for Mac in reply to kgb07zy

164. @kgb07zy yes, this is no problem. Sunday, December 05,
2010 5:30:38 AM via Tweetie for Mac in reply to kgb07zy

165. @ihackinjosh yep, no problem, thanks for the pledge.
Sunday, December 05, 2010 5:25:04 AM via Tweetie for
Mac in reply to ihackinjosh

166. @robomotic yes, I've just seen it, replying now. Sunday,
December 05, 2010 4:28:17 AM via Tweetie for Mac in
reply to robomotic

167. 17 days left to go with the Kickstarter project and we are
272% funded which is a whopping $47,757! http://kck.st
/hxl2x9 \o/ Sunday, December 05, 2010 4:25:28 AM via
Tweetie for Mac

168. @brousch hey Ben, I sent you an email a little while ago to

your gmail, could you check it out or follow me so we can DM? thanks! :) Saturday, December 04, 2010 8:50:06 AM via Tweetie for Mac

169. @acidicchip this isn't any good? http://j.mp/dIaatD Thursday, December 02, 2010 7:42:23 AM via Tweetie for Mac in reply to acidicchip

170. Posted an update at the OpenVizsla page http://j.mp /icOOgA and we're featured in their newsletter http://bit.ly /dIrr7R Wednesday, December 01, 2010 1:33:17 PM via Tweetie for Mac

171. IDA 6 (including native OS X and Linux) evaluation versions are now available at http://bit.ly/dPR1x9 Tuesday, November 30, 2010 6:49:15 AM via Tweetie for Mac

172. makuka ftl. napraforgómag ahhhh! Tuesday, November 30, 2010 2:11:31 AM via Tweetie for Mac

173. @9600 there is a guy here who makes the most awesome PICKit2 clones, they look like something from the 70s, I'll find some photos later Tuesday, November 30, 2010 2:07:28 AM via Tweetie for Mac in reply to 9600

174. @9600 what was the kit? anything interesting? Tuesday, November 30, 2010 1:53:33 AM via Tweetie for Mac in reply to 9600

175. Awww, OpenVizsla and @alma_vizsla now famous in Korea! http://engt.co/fHgMZD Tuesday, November 30, 2010 12:43:10 AM via Tweetie for Mac

176. @Jerometick no, Pest. Monday, November 29, 2010 12:35:47 PM via Tweetie for Mac in reply to Jerometick

177. @Jerometick My Mother-in-law lives there. Sunday, November 28, 2010 1:26:30 PM via Tweetie for Mac in reply to Jerometick

178. @Jerometick No - Sződliget Sunday, November 28, 2010 1:15:05 PM via Tweetie for Mac in reply to Jerometick

179. @Jerometick I'm very near Vac right now actually :) Sunday, November 28, 2010 8:18:44 AM via Tweetie for Mac in reply to Jerometick

180. @Z0l köszönöm szépen! Sunday, November 28, 2010 5:38:16 AM via Tweetie for Mac in reply to Z0l

181. Open Vizslas! http://yfrog.com/9dezm0j http://yfrog.com /4973321911j Sunday, November 28, 2010 2:04:36 AM via Twitter for iPhone

182. @altium thank you! Would you consider giving us two perm licenses for the project? We would release demo vids etc and promote Altium Friday, November 26, 2010 11:41:48 AM via Tweetie for Mac in reply to altium

183. @njrabit thanks! Friday, November 26, 2010 9:39:28 AM via Tweetie for Mac in reply to njrabit

184. @kkovacs great. It would be nice to show the Hungarian link (my dog etc) to all this Friday, November 26, 2010 8:10:09 AM via Tweetie for Mac in reply to kkovacs

185. @kkovacs do you know any Hungarian tech press? Friday, November 26, 2010 8:03:50 AM via Tweetie for Mac in

reply to kkovacs

186. @kkovacs she, 'Alma' :) Friday, November 26, 2010 7:57:53 AM via Tweetie for Mac in reply to kkovacs

187. @kkovacs who would have thought my Magyar Vizsla wearing glasses is being watched by thousands of geeks around the world. Friday, November 26, 2010 7:53:04 AM via Tweetie for Mac in reply to kkovacs

188. wow, we are first article on http://slashdot.org :) Friday, November 26, 2010 7:36:10 AM via Tweetie for Mac

189. @bodzasfanta it was cold for me last night. I was wearing a summer jacket :) Friday, November 26, 2010 1:22:43 AM via Tweetie for Mac in reply to bodzasfanta

190. slightly more descriptive slashdot post here - http://slashdot.org/submission/1400766/ please upvote if you are a slashdot reader :) Friday, November 26, 2010 1:01:43 AM via Tweetie for Mac

191. @ioerror well, we are often asked to support the feature you suggested and any association with this makes us a target, hence my reaction. Thursday, November 25, 2010 11:57:27 PM via Tweetie for Mac in reply to ioerror

192. @ioerror well, the list of countries where it is _legal_ you can count on your hands, that was the point I was making. Thursday, November 25, 2010 11:43:36 PM via Tweetie for Mac in reply to ioerror

193. @ioerror I believe all of the EU and the US it is illegal, not even for 'research'. Even when I've worked on GSM networks it is forbidden. Thursday, November 25, 2010 11:36:52 PM via Tweetie for Mac in reply to ioerror

194. @ioerror and very illegal. Thursday, November 25, 2010 10:17:27 PM via Tweetie for Mac in reply to ioerror

195. Slashdot readers! could you please upvote this story submission? - http://bit.ly/g9tntH Thursday, November 25, 2010 7:34:15 PM via Tweetie for Mac

196. **jonlech** @pytey Cool project! I'm in for $1000. Also sent the link to some friends. http://kck.st/hxl2x9 Thursday, November 25, 2010 3:47:53 PM via web in reply to pytey Retweeted by pytey and 4 others

197. @jonlech Thanks for your support! Thursday, November 25, 2010 7:16:58 PM via web in reply to jonlech

198. @jonlech interested in buying the space for a doubletwist logo on the PCB of our new project OpenVizsla? ;) http://kck.st/hxl2x9 Thursday, November 25, 2010 2:24:27 PM via Tweetie for Mac

199. @jemimakiss hi Jemima, I've just dropped you an email to your guardian email address, maybe you'll find it interesting. Thursday, November 25, 2010 1:40:23 PM via Tweetie for Mac

200. @burstein which one to vote for? Thursday, November 25, 2010 1:31:18 PM via Tweetie for Mac in reply to burstein

201. **mikebutcher** Stephen Fry backs project to make the Xbox Kinect do other interesting things http://bit.ly/gzgnDP

Thursday, November 25, 2010 12:10:40 PM via TweetDeck
Retweeted by pytey and 11 others

202. @Somojojojo and thanks for the pledge! Thursday,
November 25, 2010 11:05:13 AM via Tweetie for Mac in
reply to Somojojojo

203. @Somojojojo aah, your genetics will handle those
temperatures no problem :) Thursday, November 25, 2010
11:04:50 AM via Tweetie for Mac in reply to Somojojojo

204. @Somojojojo Fair enough, I'm showing an interest because
I live in Budapest, _very_ cold tonight. Thursday,
November 25, 2010 10:58:34 AM via Tweetie for Mac in
reply to Somojojojo

205. @Somojojojo Alma said "vau-vau" (Hungarian for
woof-woof) ;) Thursday, November 25, 2010 10:54:24 AM
via Tweetie for Mac in reply to Somojojojo

206. @Somojojojo do you know how to pronounce Somogyi?
Don't your folks speak Hungarian or are you third
generation Hungarian-Canadian? Thursday, November 25,
2010 10:53:25 AM via Tweetie for Mac in reply to
Somojojojo

207. @Somojojojo :) Don't know if you watched the video on
the page? My Magyar Vizsla that appears in the video is
called 'Alma' ;-) Thursday, November 25, 2010 10:45:04
AM via Tweetie for Mac in reply to Somojojojo

208. @Somojojojo http://hu.wikipedia.org/wiki/Somogy_megye
Thursday, November 25, 2010 10:39:27 AM via Tweetie
for Mac in reply to Somojojojo

209. @Somojojojo your surname means 'person from Somogy
megye' (Somogy county) - and the Vizsla is a Hungarian
dog. Thursday, November 25, 2010 10:39:00 AM via
Tweetie for Mac in reply to Somojojojo

210. @Somojojojo you especially should with that surname. :)
Thursday, November 25, 2010 10:35:02 AM via Tweetie
for Mac in reply to Somojojojo

211. @sanford no problem :) consider donating to my kickstarter
project for that great piece of tech support ;) - http://kck.st
/hxl2x9 Thursday, November 25, 2010 6:07:08 AM via
Tweetie for Mac in reply to sanford

212. @atarii sorry about that @meisenst beat you to it!
Thursday, November 25, 2010 4:27:14 AM via web in reply
to atarii

213. meisenst @pytey Done. It is now over 50%. Good luck! =)
Thursday, November 25, 2010 4:14:24 AM via HootSuite in
reply to pytey Retweeted by pytey and 1 other

214. @bobbiejohnson ah ok! thanks for checking it out anyhow.
Thursday, November 25, 2010 3:40:23 AM via Tweetie for
Mac in reply to bobbiejohnson

215. @atarii oh, that is weird, we've had some other UK backers.
:( Thursday, November 25, 2010 3:17:02 AM via Tweetie
for Mac in reply to atarii

216. @bobbiejohnson hey Bobbie, did you get my email? I've

been having major issues with my email, so just wanted to check. Thursday, November 25, 2010 3:14:50 AM via Tweetie for Mac in reply to bobbiejohnson

217. OpenVizsla 49% funded - make it tip over 50% - whoever does will get an extra special gift. http://kck.st/hxl2x9 - please RT Thursday, November 25, 2010 3:05:40 AM via Tweetie for Mac

218. @adafruit if you want to talk over DM about OpenVizsla follow me. It is my project (and my dog!) :) Wednesday, November 24, 2010 5:55:02 PM via Tweetie for Mac in reply to adafruit

219. @acidicchip thanks for getting involved. Wednesday, November 24, 2010 9:53:45 AM via Tweetie for Mac

220. @joaki thank you very much! It is appreciated! Wednesday, November 24, 2010 9:38:24 AM via web in reply to joaki

221. @ericasadun did you get my email? I'm having epic mail fail today :( Wednesday, November 24, 2010 8:19:36 AM via Tweetie for Mac

222. @McCulloch I'll email @merlyn about @openvizsla thanks for mentioning it. Wednesday, November 24, 2010 8:18:22 AM via web in reply to merlyn

223. @mikebutcher weird. Is there another email address I can use? Wednesday, November 24, 2010 7:15:06 AM via Tweetie for Mac in reply to mikebutcher

224. @mikebutcher um, my email address is pytey@iphone-dev.org - I sent it to your mbites address. Wednesday, November 24, 2010 7:10:36 AM via Tweetie for Mac in reply to mikebutcher

225. @mikebutcher dropped you an email a little while ago, would appreciate if you could have a quick read. Wednesday, November 24, 2010 7:05:50 AM via Tweetie for Mac

226. @charlesarthur Hi Charles, I've just dropped you a email, would it be possible for you to take a quick look? Wednesday, November 24, 2010 4:41:32 AM via Tweetie for Mac

227. @sanford you had the screen 'orientation lock' enabled b4 you updated. 4.2 reverts the switch to the usual mute function (like the iPhone) Wednesday, November 24, 2010 12:11:03 AM via Tweetie for Mac in reply to sanford

228. stephenfry I've invested a little in this. You might too if it appealed… http://kck.st/hxl2x9 Tuesday, November 23, 2010 4:44:24 AM via web Retweeted by pytey and 99 others

229. guydickinson My pal @pytey has done a Kickstarter. Worth sponsoring, if for the mascot alone: http://kck.st /hxl2x9 Tuesday, November 23, 2010 1:07:09 AM via web Retweeted by pytey and 1 other

230. @eevblog this is mine and bushing's latest project http://kck.st/hxl2x9 could you _please_ take a look over the

proposed schematic for us? Monday, November 22, 2010 10:23:03 PM via Tweetie for Mac in reply to eevblog

231. @acidicchip we did discuss having an ethernet host interface but we use the XMOS chip to xfer up to 480Mb/s on a distinct USB 2.0 intfce. Monday, November 22, 2010 6:58:37 PM via Tweetie for Mac in reply to acidicchip

232. @joegrand hey joe, please check out http://kck.st/hxl2x9 Monday, November 22, 2010 6:10:42 PM via Tweetie for Mac in reply to joegrand

233. @chpwn thanks very much! Monday, November 22, 2010 5:17:08 PM via Tweetie for Mac in reply to chpwn

234. @adafruit hey, check out our Open source USB protocol analyzer project over on kickstarter - http://kck.st/hxl2x9 Monday, November 22, 2010 5:12:58 PM via Tweetie for Mac

235. kickstarter project that I'm involved with - opensource, USB Protocol Analyser called 'OpenVizsla' - http://kck.st/hxl2x9 Monday, November 22, 2010 5:08:24 PM via Tweetie for Mac

236. @SwissHttp I don't have them on my machine anymore. I'll have a look through my backups sometime soon. Saturday, November 20, 2010 11:33:19 PM via Tweetie for Mac in reply to SwissHttp

237. @guydickinson :) Saturday, November 20, 2010 2:53:34 PM via Tweetie for Mac in reply to guydickinson

238. "Spring head shaking for fun" "Saved money to the cute kid" - http://www.dealextreme.com/details.dx/sku.21511 Saturday, November 20, 2010 2:27:13 PM via Tweetie for Mac

239. 60 hrs left on sailormouth's kickstarter project. Please help him fund his ongoing torture of the furby http://j.mp/bdlkem Wednesday, November 17, 2010 7:38:43 AM via Tweetie for Mac

240. @marcan42 use vimeo, kthx Thursday, November 11, 2010 1:42:27 PM via Tweetie for Mac in reply to marcan42

241. @WJude no you sound like a ring of dwarfs Thursday, November 11, 2010 1:26:28 PM via Tweetie for Mac in reply to WJude

242. @WJude says the Hungarian Thursday, November 11, 2010 1:18:15 PM via Tweetie for Mac in reply to WJude

243. @rubikova yep :) Thursday, November 11, 2010 1:12:10 PM via Tweetie for Mac in reply to rubikova

244. @rubikova bwrw glaw? Thursday, November 11, 2010 9:04:17 AM via Tweetie for Mac in reply to rubikova

245. Marcan on .es TV - http://j.mp/bgEAuf those who wish to join his fan club, should send their name & address on a postcard to @marcan42 Thursday, November 11, 2010 7:39:30 AM via Tweetie for Mac

246. @packetsource well, it isn't tweeted to all your followers Thursday, November 11, 2010 5:49:07 AM via Tweetie for Mac in reply to packetsource

247. looking for an available iPhone developer who has worked on games before. Anyone interested any recommendations? Thursday, November 11, 2010 2:49:52 AM via Tweetie for Mac

248. **iphone_dev** Nice! @marcan42 has reversed the MS Kinect USB protocol and has released an opensource driver! http://j.mp/cBug2U http://j.mp/dsytLC Wednesday, November 10, 2010 4:37:39 AM via web Retweeted by pytey and 100+ others

249. Welcome my friend @packetsource to twitter, TCP/IP guru & closet QuarkXpress plugin enthusiast, he prefers NNTP to twitter,so follow him! :) Wednesday, November 10, 2010 3:09:46 AM via Tweetie for Mac

250. @youritronics http://www.solwise.co.uk/3g-routers-3g-etr9350.htm Sunday, November 07, 2010 9:37:23 AM via Tweetie for Mac in reply to youritronics

251. @RinseFM ello sounding good here in Budapest, Hungary Sunday, November 07, 2010 3:35:26 AM via Tweetie for Mac

252. @rubikova she downloaded a coldplay album earlier and was playing it over and over again! ahhhhhhhhh! Friday, November 05, 2010 8:33:42 PM via web in reply to rubikova

253. @rubikova awww, she has redwine fever tonight, not as bad of course Friday, November 05, 2010 8:30:45 PM via web in reply to rubikova

254. @rubikova :) the real lolcat is in your cupboard in a box, i jumped earlier because of strange noises coming from there! Friday, November 05, 2010 8:29:22 PM via web in reply to rubikova

255. @rubikova using your teddy as a pillow (because pistuka took your pillow) Friday, November 05, 2010 8:21:41 PM via Tweetie for Mac in reply to rubikova

256. @rubikova sssshhhh! I'm trying to sleep. (in your bed and on top of your teddy bear) Friday, November 05, 2010 8:19:43 PM via Tweetie for Mac in reply to rubikova

257. @9600 Shelter Me! - http://www.youtube.com /watch?v=K4oAQM7wJnU Friday, November 05, 2010 2:31:19 PM via Tweetie for Mac in reply to 9600

258. **adafruit** Our Kinect arrived today – YOU GONNA GET MODIFIED http://bit.ly/b53vR6 Friday, November 05, 2010 1:14:25 PM via twitterfeed Retweeted by pytey and 11 others

259. @9600 :-) ZERO B! Friday, November 05, 2010 1:10:11 PM via Tweetie for Mac in reply to 9600

260. listening to "2 Bad Mice - 'Bombscare". Certainly takes me back - http://bit.ly/9bVyZO Friday, November 05, 2010 12:22:37 PM via Tweetie for Mac

261. @octal hey Ryan, I sent you an email a month or so ago, did you get it? Friday, November 05, 2010 3:10:03 AM via Tweetie for Mac

262. @Abotond7 I live in Budapest and I have another cat called Fekete Pákó Thursday, November 04, 2010 1:14:54 PM via Tweetie for Mac in reply to Abotond7

263. My cat called 'Gyuri' in his favourite high-tech, expensive feline bed. http://twitpic.com/33rhon Thursday, November 04, 2010 1:22:49 AM via YoruFukurou

264. @d4rkie yep, I like it so far. Monday, October 25, 2010 2:29:54 AM via YoruFukurou in reply to d4rkie

265. giving "YoruFukurou" Mac twitter client from @aki_null a try today. Available from http://bit.ly/aXi57f Monday, October 25, 2010 2:28:59 AM via YoruFukurou

266. @ichingyouching yes. please email me your address pytey@iphone-dev.org Tuesday, October 19, 2010 10:42:18 AM via Tweetie for Mac in reply to ichingyouching

267. Clark's pie ftw. Sunday, October 17, 2010 1:24:08 PM via Tweetie for Mac

268. **ParanormalAlert** WANTED! 3 new users for http://paranormalsurveillance.com auto tweeting EMF units. Suggestions to @paranormalalert - please RT Wednesday, October 13, 2010 12:08:10 PM via web Retweeted by pytey and 13 others

269. @ichingyouching we'll be making a second run soon. You are the first person who asked nicely, we'll send you one. Remind me in a week. Tuesday, October 12, 2010 11:58:24 AM via Tweetie for Mac in reply to ichingyouching

270. @ichingyouching *whistles* Tuesday, October 12, 2010 11:07:17 AM via Tweetie for Mac in reply to ichingyouching

271. @waco_huber awwww Tuesday, October 12, 2010 8:44:54 AM via Tweetie for Mac in reply to waco_huber

272. @iPodRohan ;) Tuesday, October 12, 2010 4:34:57 AM via web in reply to iPodRohan

273. @izsh1911 well, EMF :) Tuesday, October 12, 2010 4:22:55 AM via web in reply to izsh1911

274. **pritchardswyd** my mate @pytey has built a mad device that detects ghosts and tweets the results. Follow @ParanormalAlert to see it. He is sending me one! Tuesday, October 12, 2010 1:21:32 AM via Twitter for iPhone Retweeted by pytey and 22 others

275. @esqew would love to, but it is a commercial project that I'm still under NDA on, so I can't go into the finer details :) Monday, October 11, 2010 1:23:40 PM via web in reply to esqew

276. @4JustinB not quite :) Monday, October 11, 2010 10:26:35 AM via web in reply to 4JustinB

277. **Telit_WS** curious pictures from @pytey of the @iphone_dev team - guess what it is: http://cot.ag/8YgptI & http://twitpic.com/2vn7n6 Monday, October 11, 2010 4:10:01 AM via CoTweet Retweeted by pytey and 1 other

278. **ptorrone** my friend @cwiggins needs help getting his ill

mother care - you can donate here, i just did:
http://karenwiggins.eventbrite.com/ Monday, October 11,
2010 9:15:03 AM via web in reply to cwiggins Retweeted
by pytey and 3 others

279. I just ordered a free SIM from @giffgaff as it looks like the
best deal. Thanks to @SimonLR for the suggestion. Sunday,
October 10, 2010 2:09:01 PM via Tweetie for Mac

280. @pritchardswyd Lagos, Nigeria is a mad mad place but I
enjoyed it there for the 3 months I was there. Sunday,
October 10, 2010 2:01:55 PM via Tweetie for Mac in reply
to pritchardswyd

281. @blackthund3r thanks. Sunday, October 10, 2010 1:56:17
PM via Tweetie for Mac in reply to blackthund3r

282. anyone know the cheapest/best deal for prepaid/PAYG 3G
data in the UK (SIM only, I already have the stick)?
Sunday, October 10, 2010 1:50:26 PM via Tweetie for Mac

283. @leon_heller also it is a Telit GM862-GPS, not the GM862.
Sunday, October 10, 2010 4:25:12 AM via Tweetie for Mac
in reply to leon_heller

284. @leon_heller eh?I think you are @replying the wrong
person,of course I know _exactly_ how old XMOS is and
being my PCB which GSM module itis Sunday, October 10,
2010 4:24:09 AM via Tweetie for Mac in reply to
leon_heller

285. @markasprey yes, but that has nothing to do with this
project, this isn't iPhone or Apple related. Sunday, October
10, 2010 3:51:11 AM via Tweetie for Mac in reply to
markasprey

286. duxzero @pytey http://twitpic.com/2vn7n6 - I'm very
curious now.. a realtime tracking device, but the analog
meter and knob throws me off.. :) Friday, October 08, 2010
5:36:27 AM via Twitpic Retweeted by pytey

287. no @philliprobert it is a @hirschmann antenna for GPS and
GSM, not WiFi. Friday, October 08, 2010 4:50:40 AM via
Tweetie for Mac in reply to philliprobert

288. xmos What is this all about then @pytey? http://j.mp
/aEodrX ^JM Friday, October 08, 2010 4:36:39 AM via
web Retweeted by pytey

289. @Robblackwater I'm using an @XMOS module, but this
time it isn't iPhone related. Friday, October 08, 2010
4:34:09 AM via web in reply to Robblackwater

290. f0rr3stfunk @pytey Nice Hirschmann Antenna ;) Friday,
October 08, 2010 4:25:16 AM via Power Twitter
Retweeted by pytey

291. @YimYimYimi secret! shhhh! ;) Friday, October 08, 2010
4:20:07 AM via Tweetie for Mac in reply to YimYimYimi

292. @HoocH_uk not quite. :) Friday, October 08, 2010 4:18:48
AM via Tweetie for Mac in reply to HoocH_uk

293. @NicEXE nope :) Friday, October 08, 2010 4:09:55 AM
via Tweetie for Mac in reply to NicEXE

294. and another pic - http://j.mp/anzPEd along with a PCB pic

http://j.mp/bBKEvn for fellow hardware geeks Friday, October 08, 2010 4:05:18 AM via Tweetie for Mac

295. **Plus1Assassin1** @pytey ahh ok, is it a NOS powered microwave? Friday, October 08, 2010 3:43:23 AM via Twitter for iPhone in reply to pytey Retweeted by pytey

296. @D_an_W nope, not Apple related. Friday, October 08, 2010 3:40:50 AM via Tweetie for Mac in reply to D_an_W

297. here is another http://twitpic.com/2vn2wn Friday, October 08, 2010 3:19:58 AM via Tweetie for Mac

298. @Acidhouse69 Nope, this isn't iPhone or Apple related. Friday, October 08, 2010 3:02:58 AM via Tweetie for Mac in reply to Acidhouse69

299. @john0805 nope, not iPhone or Apple related. Friday, October 08, 2010 3:02:27 AM via Tweetie for Mac in reply to Plus1Assassin1

300. @Shereefzz he he :) Friday, October 08, 2010 3:02:17 AM via Tweetie for Mac in reply to Shereefzz

301. @esizkur you are correct there, I'm still under NDA about the finer details. Friday, October 08, 2010 2:59:13 AM via Tweetie for Mac in reply to esizkur

302. breaking radio silence to show what I've been working on http://bit.ly/9xjS9J (not iphone related). Answers on a postcard to @pytey Friday, October 08, 2010 2:46:02 AM via Tweetie for Mac

303. Testing trays and trays of Telit GM862-GPS modules made by @telit_ws http://twitpic.com/2uk4fk http://twitpic.com/2uk4dz Monday, October 04, 2010 1:50:57 AM via Tweetie for Mac

304. @lindenitzan btw, my wife works at Semmelweis arranging and looking after pharma courses. Sunday, October 03, 2010 5:29:47 AM via Tweetie for Mac in reply to lindenitzan

305. @lindenitzan I was referring to the photo you tweeted. I had a friend who worked at Wolfson in Hammersmith and thought you were there. Sunday, October 03, 2010 5:28:38 AM via Tweetie for Mac in reply to lindenitzan

306. @lindenitzan are you doing residency at Hammersmith then? Thought you were in Budapest Sunday, October 03, 2010 1:57:46 AM via Tweetie for Mac in reply to lindenitzan

307. @gabor Zeha are _so_ last year. Get some Tisza Cipő http://j.mp/cQ3Kuz if you want me to buy you a pair and send them to you, let me know. Saturday, October 02, 2010 11:26:21 PM via web in reply to gabor

308. **marcan42** Python net-based remote call interface to screw around with the PS3 and experiment from the PC: http://gist.github.com/608245 :-) Saturday, October 02, 2010 9:04:56 PM via Choqok Retweeted by pytey and 4 others

309. @esizkur sure, lower NPEs are not too expensive. You can even power one up without a backplane or chassis (I've

done this a few years ago) Friday, October 01, 2010 4:33:00 AM via Tweetie for Mac in reply to esizkur

310. @ven000m no, sorry. Friday, October 01, 2010 4:29:57 AM via Tweetie for Mac in reply to ven000m

311. @esizkur the Cisco 72xx series w/ NPE-xxx. Most of these are MIPS based and are still fairly high end. You can simulate them with dynamips Friday, October 01, 2010 2:02:37 AM via Tweetie for Mac in reply to esizkur

312. @Sasho11 no, but I live in Hungary and my Mother-in-law is Slovakian, so she cooks many Slavic dishes. Sunday, September 19, 2010 8:33:21 AM via Tweetie for Mac in reply to Sasho11

313. @justnice980 that is Hungarian soup for you, tastes better than it looks Saturday, September 18, 2010 8:28:08 AM via twicca in reply to justnice980

314. mmmmmmmmm http://yfrog.com/n51cvj Saturday, September 18, 2010 8:23:01 AM via twicca

315. Incredible enameled wire soldering from ChaN http://bit.ly /9D3nNh Wednesday, September 15, 2010 10:07:52 AM via Tweetie for Mac

316. @nicoSWD eh? it goes to here - http://elm-chan.org /docs/wire/wcd.jpeg Wednesday, September 15, 2010 10:04:28 AM via Tweetie for Mac in reply to nicoSWD

317. Argh! - http://bit.ly/aSfT61 Wednesday, September 15, 2010 3:08:27 AM via Tweetie for Mac

318. @closccc yeah, really looking forward to see it. Sunday, September 05, 2010 11:36:08 PM via Tweetie for Mac in reply to closccc

319. @closccc ah, OK. It is released on DVD in the UK today. Sunday, September 05, 2010 11:19:18 PM via Tweetie for Mac in reply to closccc

320. @closccc Did you get 'Exit through the giftshop' as DVD or download? Sunday, September 05, 2010 10:54:15 PM via web in reply to closccc

321. @bubzsi I think you mean Analogue. You really need to throw away that American dictionary. Friday, August 20, 2010 5:51:17 AM via Twitter for iPhone in reply to rubikova

322. @GrouponBristol erm, OK thanks. how about you? Friday, August 20, 2010 5:37:47 AM via Twitter for iPhone in reply to GrouponBristol

323. @CI7Y you're welcome Wednesday, August 18, 2010 1:34:25 PM via Twitter for iPhone in reply to CI7Y

324. @darka34 http://twitter.com/pytey/status/21518209422 Wednesday, August 18, 2010 1:33:11 PM via Twitter for iPhone

325. @kosi2 @h110283 @CI7Y @AlexK130 @SystmReload ultrasn0w repo is back up, minor glitch. Wednesday, August 18, 2010 1:31:24 PM via Twitter for iPhone

326. "Solve P Vs NP" job available on GetACoder.com - Nice to see Fermat and Deolalikar bidding http://bit.ly/aPUqnv

Monday, August 16, 2010 7:38:03 AM via Twitter for iPhone

327. @bubzsi yes :( Saturday, August 14, 2010 3:27:53 AM via Twitter for iPhone in reply to rubikova

328. @bubzsi show off Saturday, August 14, 2010 3:18:43 AM via Twitter for iPhone in reply to rubikova

329. tandy ftw http://yfrog.com/5a8mojj Friday, August 13, 2010 12:40:38 PM via twicca

330. Wow, Axel has done it again! An Apple II to Transputer interface - http://bit.ly/d2Spug and http://bit.ly/9N1kmh Sunday, August 08, 2010 7:04:46 AM via Twitter for iPhone

331. **semiconduktor** Parallax Propeller teardown on the blog @ http://flylogic.net/blog Saturday, August 07, 2010 5:45:10 PM via web Retweeted by pytey and 2 others

332. @mightyohm using http://bit.ly/ccoTCA from the awesome @scanlime Friday, August 06, 2010 10:45:15 AM via twicca in reply to mightyohm

333. @mightyohm use VMWare fusion on OS X. It is the best USB sniffing solution for the Mac. If you patch it you can even sniff OSX guests. Friday, August 06, 2010 10:23:03 AM via twicca in reply to mightyohm

334. @jeton it'll be weekly from the main @iphone_dev twitter, those were just tests. Wednesday, August 04, 2010 3:32:50 AM via Twitter for iPhone in reply to jeton

335. @willdeasy testing my script :) Wednesday, August 04, 2010 3:08:29 AM via Twitter for iPhone in reply to willdeasy

336. 50598 ultrasn0w-1.0-1 unlocks since August 4th 2010 Wednesday, August 04, 2010 3:05:56 AM via API

337. @KyleScroggs learn how to disable SMS twitter alerts. Wednesday, August 04, 2010 2:39:31 AM via Twitter for iPhone in reply to KyleScroggs

338. @willdeasy I don't know how to do that, I just wait for them to send me the SMS when I'm near the 1G mark. If you find out, tell me :) Tuesday, August 03, 2010 3:24:03 AM via Twitter for iPhone

339. @willdeasy oh, you have a postpaid account. I only use Vitamax prepaid. Tuesday, August 03, 2010 3:12:40 AM via Twitter for iPhone in reply to willdeasy

340. @willdeasy get vitamax 1G, send 1G to 1270 Monday, August 02, 2010 2:10:05 PM via twicca in reply to willdeasy

341. **0xcharlie** Starting to get a handle on jailbreakme.com exploit. Very beautiful work. Scary how it totally defeats apple's security architecture. Monday, August 02, 2010 1:04:26 PM via Echofon Retweeted by pytey and 36 others

342. @eevblog Tenga Egg perhaps? Monday, August 02, 2010 5:37:19 AM via Twitter for iPhone in reply to eevblog

343. @willdeasy living here. we should meet for a coffee sometime. follow me and i'll send you contact info

Saturday, July 31, 2010 4:02:29 AM via twicca in reply to willdeasy

344. @willdeasy are you living in BP or just on holiday here? Saturday, July 31, 2010 3:17:22 AM via web in reply to willdeasy

345. scanlime Video blog post: Propeller Bluetooth Stack Demo http://bit.ly/aPBBUw Sunday, July 25, 2010 9:41:59 PM via Tweetie for Mac Retweeted by pytey

346. @c1de0x @judeyw good wifey! Sunday, July 25, 2010 9:55:13 PM via Twitter for iPhone in reply to c1de0x

347. any iphone people want to meet up with myself and pumpkin tonight in Budapest? Sunday, July 25, 2010 11:06:45 AM via twicca

348. haha http://www.youtube.com/watch?v=aNfbX6uvA6s Friday, July 23, 2010 11:13:22 PM via Twitter for iPhone

349. @pritchardswyd so the carsey then? Friday, July 23, 2010 3:11:20 AM via Twitter for iPhone in reply to pritchardswyd

350. @9600 use swype Thursday, July 22, 2010 3:02:09 PM via Twitter for iPhone in reply to 9600

351. @jason_mayes check out my Iist of installed apps that I just created with 'AppList' http://bit.ly/bmLux6 Tuesday, July 20, 2010 6:14:49 AM via web

352. @jason_mayes try twicca app in the Android Marketplace Tuesday, July 20, 2010 5:12:50 AM via Twitter for iPhone in reply to jason_mayes

353. Juggler http://yfrog.com/n3foqj http://maps.google.com /maps?q=47.537053,19.06056 Monday, July 19, 2010 9:18:33 AM via twicca

354. @rugozat http://www.easyhotel.com/hotels/budapest.html Monday, July 19, 2010 7:14:55 AM via Twitter for iPhone in reply to rugozat

355. making an occam bundle for textmate, cos that's how I roll Saturday, July 17, 2010 12:01:48 PM via Twitter for iPhone

356. @lindenitzan I caught it within 24 hours, treatment was easy Saturday, July 17, 2010 3:14:00 AM via Twitter for iPhone in reply to lindenitzan

357. @winjer cake all over again Saturday, July 17, 2010 1:37:12 AM via Twitter for iPhone in reply to winjer

358. Skype has a Cardiff City Fan working for them :) http://bit.ly/dkBVb1 from http://bit.ly/bV39kM #ccfc #bluebirds Saturday, July 17, 2010 1:24:33 AM via Twitter for iPhone

359. @lindenitzan I got Malaria last time I was in Africa :( Saturday, July 17, 2010 12:03:03 AM via Twitter for iPhone in reply to lindenitzan

360. @prostovanka almost. I saw water boiling on train tracks yesterday which was quite impressive. Wednesday, July 14, 2010 3:03:39 PM via Twitter for iPhone in reply to prostovanka

361. @SwissHttp Budapest, Hungary Wednesday, July 14, 2010

3:03:10 PM via Twitter for iPhone in reply to SwissHttp

362. funny link care of roxfan http://www.27bslash6.com
/missy.html Wednesday, July 14, 2010 1:32:22 PM via
Twitter for iPhone

363. 41°C http://yfrog.com/3zbm5uj Wednesday, July 14, 2010
8:40:01 AM via twicca

364. @yvanjanssens no, Balaton Sound Sunday, July 11, 2010
1:50:31 PM via twicca in reply to yvanjanssens

365. chromakey interactive game http://yfrog.com/5mu0hj
http://yfrog.com/5hp99tlj Sunday, July 11, 2010 1:24:47
PM via twicca

366. http://yfrog.com/75pn8rj Sunday, July 11, 2010 11:40:25
AM via twicca

367. 2manydjs!! http://yfrog.com/edueoqj #balatonsound
Sunday, July 11, 2010 11:22:59 AM via twicca

368. Palotai.... leet http://yfrog.com/giy6mej Saturday, July 10,
2010 3:17:10 PM via twicca

369. bar fun http://yfrog.com/juk89tj http://yfrog.com/cbfs8j
vodka jo! Saturday, July 10, 2010 12:53:18 PM via twicca

370. @Jadeye_hu igen, persze Saturday, July 10, 2010 12:34:51
PM via twicca in reply to Jadeye_hu

371. Hungarian chatting ragga with 10 strong jazz/ska band
http://yfrog.com/85vlsyj #balatonsound Saturday, July 10,
2010 12:08:11 PM via twicca

372. @thende_ siman :) Saturday, July 10, 2010 11:37:59 AM
via twicca in reply to thende_

373. http://yfrog.com/1an5hwj http://yfrog.com/bc3fjtj Saturday,
July 10, 2010 11:35:26 AM via twicca

374. pendulum rockin it http://yfrog.com/1n858wj
#balatonsound Saturday, July 10, 2010 11:20:24 AM via
twicca

375. electro dj, beatboxer and violinist!! http://yfrog.com/5z8lynj
#balatonsound Saturday, July 10, 2010 10:37:24 AM via
twicca

376. http://yfrog.com/mrx0qj #balatonsound Saturday, July 10,
2010 9:59:46 AM via twicca

377. Balaton Sound http://yfrog.com/06lf0j http://yfrog.com
/afxwsuj http://maps.google.com
/maps?q=46.881544,17.914496 Saturday, July 10, 2010
9:54:00 AM via twicca

378. @lindenitzan Balaton Sound Saturday, July 10, 2010
5:18:50 AM via twicca in reply to lindenitzan

379. rammed train to Zagreb http://yfrog.com/j3i5hhj http://bit.ly
/cJWziC Saturday, July 10, 2010 4:39:28 AM via twicca

380. @guydickinson did they blap him yet? Friday, July 09,
2010 2:55:33 PM via Twitter for iPhone in reply to
guydickinson

381. that's not a glass _this_ is a glass... http://yfrog.com/ccacnlj
Friday, July 09, 2010 10:34:48 AM via twicca

382. @DanDahia wonder if I can buy Guarana here in
Budapest.... Wednesday, July 07, 2010 8:42:21 PM via

Twitter for iPhone in reply to DanDahia

383. @DanDahia this was about 7 or 8 years ago. Wednesday, July 07, 2010 8:38:11 PM via Twitter for iPhone in reply to DanDahia

384. @DanDahia yes, in London on a Saturday I would eat Feijoada & Pao de Queijo and drink Antartica Guarana, all for £5. Wednesday, July 07, 2010 8:32:56 PM via Twitter for iPhone in reply to DanDahia

385. @DanDahia mmmmmm, Antarctica. Wednesday, July 07, 2010 8:12:17 PM via Twitter for iPhone in reply to DanDahia

386. @s_teli mine also, right now! Saturday, July 03, 2010 2:00:12 AM via twicca in reply to s_teli

387. @stephenfry this is my favourite parking garage here, I was married in the St Stephen's Basilica above! Thursday, July 01, 2010 12:38:51 AM via Twitter for iPhone in reply to stephenfry

388. @scanlime yep, I'm a big fan of them and also Nike Rifts which are similar but with two toe parts. My whackiest colour http://j.mp/9yUGKI Saturday, June 26, 2010 11:59:05 AM via Twitter for iPhone in reply to scanlime

389. @regphobic there is a great shop on Bethnal Green Road, try there. Saturday, June 26, 2010 10:43:58 AM via Twitter for iPhone in reply to regphobic

390. @josephselby no, they are for day-to-day use. I'm a fan Nike Air Rifts and now VFF, I've owned about 20 pairs over the last 10 years. Saturday, June 26, 2010 9:58:47 AM via Twitter for iPhone in reply to josephselby

391. @regphobic no the sprint. Found red ones! Yay! Saturday, June 26, 2010 7:42:05 AM via twicca in reply to regphobic

392. Going to hunt for Vibram FiveFingers in Budapest http://bit.ly/d0vTZt Saturday, June 26, 2010 5:34:03 AM via twicca

393. @kkovacs :) Saturday, June 26, 2010 5:13:52 AM via twicca in reply to kkovacs

394. Starbucks Budapest a few moments ago http://yfrog.com /2o5dej Saturday, June 26, 2010 4:47:24 AM via twicca

395. Kojak http://yfrog.com/jdodaxqj Saturday, June 19, 2010 2:43:54 PM via twicca

396. spacerog RT @mtrumpbour: SUP DAWG, WE HEARD YOU LIKE KERNELS SO WE PUT A MICROKERNEL ON YOUR KERNEL SO YOU CAN MACH WHILE YOU BSD. #summercon slide. Saturday, June 19, 2010 11:40:19 AM via Echofon Retweeted by pytey and 6 others

397. collaborative crayola artwork http://yfrog.com/b828jj with a particularly interesting section here - http://yfrog.com /1g7fzj :) Saturday, June 19, 2010 12:26:02 PM via twicca

398. Három dee http://yfrog.com/5n6qyj Saturday, June 19, 2010 11:47:03 AM via twicca

399. Very cool exhibition about the 'origami space race' http://bit.ly/9ITVCL http://bit.ly/dAXUfH http://bit.ly

/anBNBS http://bit.ly/8X7wDm Saturday, June 19, 2010 11:41:52 AM via twicca

400. http://yfrog.com/2ruestj Saturday, June 19, 2010 11:20:21 AM via twicca

401. Sister-in-law abusing a sculpture http://yfrog.com/5msopsj Saturday, June 19, 2010 10:45:19 AM via twicca

402. @HamsterPyro hot air gun and aluminium foil Saturday, June 19, 2010 10:11:05 AM via twicca in reply to HamsterPyro

403. http://yfrog.com/0vyb3yj Saturday, June 19, 2010 9:42:50 AM via twicca

404. Mrs pytey and her Sister getting a coffee before we go out on ' summer night of the museums'. http://yfrog.com/0tr3nrj Saturday, June 19, 2010 9:23:38 AM via twicca

405. @bl4sty nice work Saturday, June 19, 2010 4:53:34 AM via Twitter for iPhone in reply to bl4sty

406. @tedroddy http://www.9mmenergy.com/ Friday, June 18, 2010 1:19:02 AM via Twitter for iPhone in reply to tedroddy

407. @drw2803 Nexus One Friday, June 18, 2010 1:14:49 AM via Twitter for iPhone in reply to drw2803

408. @winjer postal order or green shield stamps Thursday, June 17, 2010 12:45:14 PM via twicca in reply to winjer

409. 9MM energy drink. http://yfrog.com/9h20531164j Thursday, June 17, 2010 7:09:19 AM via twicca

410. @jason_mayes I saw a cool CSS3 presentation from @zibin from Opera in Budapest yesterday. He has published his slides, check his timeline. Wednesday, June 16, 2010 11:26:16 AM via Twitter for iPhone in reply to jason_mayes

411. @kkovacs they are open, they were opened a little earlier than anticipated (last night and today). Sunday, June 13, 2010 1:42:39 PM via twicca in reply to kkovacs

412. @kkovacs ever tried postgres? Saturday, June 12, 2010 3:55:34 AM via twicca in reply to kkovacs

413. @9600 haha, wasn't directed at you! Thursday, June 10, 2010 10:29:58 PM via web in reply to 9600

414. i love this building http://yfrog.com/1xlf9xj http://maps.google.com/maps?q=47.502828,19.107633 Thursday, June 10, 2010 8:25:14 AM via twicca

415. numbers http://boo.fm/b138456 Wednesday, June 09, 2010 11:44:38 AM via web

416. @JohnnyTyson woah! Wednesday, June 09, 2010 11:41:38 AM via Twitter for iPhone in reply to JohnnyTyson

417. .@xeonxh 请根据GPL协议推出"Linux version 2.6.29-00236-g4f8dbbb-dirty (simenxie@Szmce01) #2"的 源代码 kthx :) #ekenm001 #GPL Tuesday, June 08, 2010 8:00:16 AM via Twitter for iPhone

418. @xeonxh 请根据GPL协议推出"Linux version 2.6.29-00236-g4f8dbbb-dirty (simenxie@Szmce01) #2"的

源代码 kthx :) #ekenm001 #GPL Tuesday, June 08, 2010 7:44:46 AM via Twitter for iPhone

419. @9600 we call WiFi 'wiffy' here. It always makes me chuckle Tuesday, June 08, 2010 7:20:20 AM via twicca in reply to 9600

420. @xeonxh I've noticed you are tweeting, do you have any answer about the kernel source you need to release? Monday, June 07, 2010 11:44:03 PM via Twitter for iPhone

421. @Marmarati http://j.mp/9stR0E Monday, June 07, 2010 9:52:01 AM via Twitter for iPhone in reply to Marmarati

422. @Marmarati clearly @Domino_EQ2's iPhone needs the niacin hack. Steve Jobs has a private plane (Gulfstream V) named "Marmalade Skies" Monday, June 07, 2010 9:48:43 AM via Twitter for iPhone in reply to Marmarati

423. @Marmarati XO is like gold dust here (Hungary). I'm eating it very slowly :) Monday, June 07, 2010 9:04:55 AM via web

424. @Marmarati http://j.mp/c6VeJN Monday, June 07, 2010 5:32:50 AM via Twitter for iPhone

425. @EnergyMicro can you follow me please, I'd like to DM you. Monday, June 07, 2010 4:01:04 AM via Twitter for iPhone

426. @lindenitzan thanks for the reminder! Isn't last nights the end of season? Monday, June 07, 2010 3:00:46 AM via Twitter for iPhone in reply to lindenitzan

427. @kkovacs that is how 2.2 looks out of the box, it isn't really souped up, the only slight difference is the custom launcher. Sunday, June 06, 2010 5:53:30 AM via Twitter for iPhone in reply to kkovacs

428. @CypressSemi @PSoC how do I go about getting a PSoC 5 development kit for review? Sunday, June 06, 2010 3:42:03 AM via Twitter for iPhone

429. @kkovacs the screenshots? It is a Google Nexus One running 'Froyo' (2.2) , Launcher Pro and a couple of other hacks. Sunday, June 06, 2010 2:56:59 AM via Twitter for iPhone in reply to kkovacs

430. PSoC 5 from @cypresssemi looks nice. programmable analogue and digital blocks & 80MHz ARM Cortex-M3. video - http://j.mp/boAKJE Sunday, June 06, 2010 2:55:38 AM via Twitter for iPhone

431. @ATcsq "advanced task killer" Sunday, June 06, 2010 2:13:52 AM via Twitter for iPhone in reply to ATcsq

432. @m3hd1 No, it is my Nexus One with 'Launcher Pro' Sunday, June 06, 2010 2:07:58 AM via Twitter for iPhone in reply to m3hd1

433. http://twitpic.com/1ufkov Sunday, June 06, 2010 2:02:10 AM via Twitpic

434. @szergelyiphone some screenshots of my boring Nexus One :) Sunday, June 06, 2010 1:48:41 AM via Twitter for iPhone in reply to szergelyiphone

435. @szergelyiphone http://twitpic.com/1ufgn2 Sunday, June

06, 2010 1:47:32 AM via Twitter for iPhone in reply to szergelyiphone

436. @szergelyiphone I've got a 3GS and also a Nexus One running froyo. Yep, I'm sure I'll buy a 4G :) Sunday, June 06, 2010 1:30:46 AM via Twitter for iPhone in reply to szergelyiphone

437. if anyone wants to follow a twitter feed of big, hot, heavy Hungarian dongs head over to http://bit.ly/cDuB9W and follow @nagyharang Sunday, June 06, 2010 1:17:35 AM via Twitter for iPhone

438. http://maps.google.com/maps?q=47.469259,19.074311 http://yfrog.com/bhn41mj Saturday, June 05, 2010 11:16:29 AM via twicca

439. @guydickinson it is _lovely_ but I'm a fairly heavy Marmite (ab)user anyhow so my taste-buds are used to it. Saturday, June 05, 2010 6:28:23 AM via Twitter for iPhone in reply to guydickinson

440. Perfect Saturday thanks to an anonymous benefactor, The Royal Mail, Marmite XO and imported Irish Butter http://twitpic.com/1u4tu7 Saturday, June 05, 2010 5:33:08 AM via Twitter for iPhone

441. @AusztralTom http://j.mp/cdGJ4Y Thursday, June 03, 2010 4:46:07 AM via Twitter for iPhone

442. @Mellonin DM sent! Monday, May 31, 2010 8:06:03 AM via Twitter for iPhone in reply to Mellonin

443. @Mellonin http://twitpic.com/1srmt1 http://www.imdb.com /title/tt1161864/ Monday, May 31, 2010 7:45:07 AM via Twitter for iPhone

444. @scanlime check out http://dave-hansen.blogspot.com/ Saturday, May 29, 2010 3:05:03 AM via Twitter for iPhone in reply to scanlime

445. lovely product from @bluelounge http://bit.ly/9NFA1 yet another tweetie @fusion ad click-through, quite amazed how often I click. Saturday, May 29, 2010 12:43:19 AM via Twitter for iPhone

446. if you are an android user you should check out 'twicca' twitter client. imho it is the best out there nice work @twicca_en Friday, May 28, 2010 12:29:41 PM via twicca

447. footwork video - http://bit.ly/aeQNAo Chicago's finest. Friday, May 28, 2010 11:54:03 AM via Twitter for iPhone

448. @RiichardC confused. was that tweet directed at me? follow me and I'll DM you. Wednesday, May 26, 2010 7:43:31 AM via Twitter for iPhone

449. Egy rovidszoru 2 eves lany vizsla es egy drotszoru 10 honapos fiu vizsla gazdat keres! Tuesday, May 25, 2010 9:12:48 PM via Twitter for iPhone

450. seesmic testing Tuesday, May 25, 2010 1:42:39 PM via Ping.fm

451. **daeken** I got 99 problems but a lock ain't one. Monday, May 24, 2010 9:10:18 PM via Digsby Retweeted by pytey

452. @DarkMalloc yup! Saturday, May 22, 2010 7:56:42 AM

via Twitter for Android in reply to DarkMalloc

453. @pritchardswyd put on a cloth cap and a Lancashire accent and you'll be fine Saturday, May 22, 2010 7:55:44 AM via Twitter for Android in reply to pritchardswyd

454. \o/ Saturday, May 22, 2010 7:09:17 AM via Twitter for iPhone

455. FTDI have designed a drop in module to replace PCB mounted DB9 serial connectors. http://bit.ly/cfa9Cb whacky, but cool. Saturday, May 22, 2010 1:07:41 AM via Twitter for iPhone

456. Ice cream! http://twitpic.com/1pquel Friday, May 21, 2010 11:28:25 AM via Twitter for Android

457. Lully grub courtesy of ikea http://twitpic.com/1pqngx Friday, May 21, 2010 11:03:52 AM via Twitter for Android

458. choose 1080p/HD crank up to fullscreen and slap on your headphones - http://bit.ly/boPMoJ wow Friday, May 21, 2010 9:03:28 AM via Twitter for iPhone

459. @copumpkin noooooooooooooo! Tuesday, May 18, 2010 11:52:45 PM via Twitter for Android in reply to copumpkin

460. Paradicsomos husgomboc anyos modra! Nyam-nyam Tuesday, May 18, 2010 12:20:32 PM via Twitter for Android

461. Danube is high! http://twitpic.com/1omc7c Monday, May 17, 2010 7:39:36 AM via Twitter for Android

462. Testing the android twitter client Monday, May 17, 2010 4:15:43 AM via Twitter for Android

463. Elektor Build a scrolling LED messageboard in one day http://bit.ly/cVQSFO Thursday, May 06, 2010 6:18:54 AM via twitterfeed Retweeted by pytey and 1 other

464. 7" Android tablet for $108 shipped, looks nice. http://bit.ly/ainpUu video here - http://bit.ly/bdsqtT seems to use an iPod dock cable! Monday, May 17, 2010 3:08:37 AM via Twitter for iPhone

465. stephenfry @johnwinter Just downloaded your Dropzone - magnificent, thanks x Sunday, May 16, 2010 10:21:47 AM via web Retweeted by pytey

466. @guydickinson as there is no way to redirect the iPod.app audio or access on iPhone iTunes library without breaking the SDK agreement. Sunday, May 16, 2010 4:02:48 AM via Twitter for iPhone in reply to guydickinson

467. @guydickinson there is no technical reason why you couldn't. Bandwidth no heavier than YouTube.app - appstore approval would be a big issue Sunday, May 16, 2010 3:55:05 AM via Twitter for iPhone in reply to guydickinson

468. 'Soddering' evidence :) http://bit.ly/caLXf9 http://bit.ly/bGT7cp Saturday, May 15, 2010 3:17:51 PM via Twitter for iPhone

469. @Shadow_Lover European Saturday, May 15, 2010 3:15:52 PM via web in reply to Shadow_Lover

470. isn't it funny how people from the US say 'soddering'

instead of 'Soldering' - those Americans are a funny old bunch. Saturday, May 15, 2010 3:12:58 PM via Twitter for iPhone

471. @adityadx learn to spell 'Developer' Saturday, May 15, 2010 11:54:48 AM via web in reply to adityahbk

472. @adityadx it isn't any error, we were waiting to move the hosts 'hello world' is a usual message to use - it means 'i am working' Saturday, May 15, 2010 11:45:21 AM via web in reply to adityahbk

473. @jeriellsworth Beverley Hills Cop II ('87) Axel F uses the same method, but incorrectly shows dark fingerprints instead of the usual white. Saturday, May 15, 2010 11:36:57 AM via web in reply to jeriellsworth

474. @corebuilder @xsn0w @saurabhg @binoyxj do *not* listen to @adityadx those are static pages that don't do anything. We didn't move them yet. Saturday, May 15, 2010 10:35:41 AM via Twitter for iPhone

475. @adityadx what the hell are you talking about? Those static sites that do nothing, the vhosts have not been migrated to our new server. Saturday, May 15, 2010 10:33:12 AM via Twitter for iPhone

476. @LoopZilla don't get these http://bit.ly/b0KMk2 Saturday, May 15, 2010 1:55:06 AM via Twitter for iPhone in reply to LoopZilla

477. @steve_mynott bit early isn't it mate? Saturday, May 15, 2010 1:54:18 AM via Twitter for iPhone in reply to steve_mynott

478. @pritchardswyd :( get well soon. Saturday, May 15, 2010 1:15:10 AM via Twitter for iPhone in reply to pritchardswyd

479. KGySt @BadAstronomer I've managed to take photos of Atlantis' launch from Budapest, Hungary http://bit.ly /98QGOu Friday, May 14, 2010 3:49:36 PM via Netvibes Retweeted by pytey and 3 others

480. @pritchardswyd watching it on a postage stamp sized stream :( Couldn't believe last one. Hope you've got your feet up (or in ice) mate! :) Wednesday, May 12, 2010 12:31:46 PM via Twitter for iPhone in reply to pritchardswyd

481. ARGH! :( Wednesday, May 12, 2010 12:23:30 PM via Twitter for iPhone

482. @guydickinson the problem is that for every SIM you insert you need to reactivate with iTunes with Mac and Net connection. Monday, May 10, 2010 1:14:13 AM via Twitter for iPhone in reply to guydickinson

483. @guydickinson One thing to remember, traveling with the iPad as you envisage (with a prepaid country SIM) isn't easy. Monday, May 10, 2010 1:04:16 AM via Twitter for iPhone in reply to guydickinson

484. @guydickinson your SIM can be cut to the size of the MicroSIM. Electrically they are identical. The plastic is the

only different part Monday, May 10, 2010 12:56:41 AM via Twitter for iPhone in reply to guydickinson

485. @guydickinson the iPad doesn't need a jailbreak to use alternate SIMs. The 3G radio is completely unlocked out of the box. Monday, May 10, 2010 12:53:17 AM via Twitter for iPhone in reply to guydickinson

486. @joegrand check out http://www.myropcb.com/ cheap, fast and very very reliable. Friday, May 07, 2010 9:10:51 PM via Twitter for iPhone in reply to joegrand

487. "The Transputer - Parallel Processing, Unparalleled Potential" Video shows famous IMST414 based gfx demos http://bit.ly/dAiWbe Friday, May 07, 2010 1:30:10 PM via Twitter for iPhone

488. @spacerog VMWare Fusion. Don't waste your time with Parallels, VBox is nice, but doesn't have all the nice toys that VMWare Fusion has. Thursday, May 06, 2010 3:09:12 AM via Twitter for iPhone in reply to spacerog

489. @gabor szívesen! Saturday, May 01, 2010 11:49:23 AM via Twitter for iPhone in reply to gabor

490. @gabor yes, the HD is a 'user serviceable part' - I've done exactly this. I would recommend the crucial M225 http://bit.ly/aNJNoN Saturday, May 01, 2010 11:31:38 AM via Twitter for iPhone in reply to gabor

491. nice bit of fanny http://yfrog.com/2fh60nj Saturday, May 01, 2010 9:43:24 AM via Twitter for iPhone

492. best numberplate ever! http://yfrog.com/3o5xsj Saturday, May 01, 2010 8:19:54 AM via Twitter for iPhone

493. @drw2803 it is an apartment of a friend, it overlooks St Stephen's Basilica. I got married there :D Saturday, May 01, 2010 4:40:42 AM via Twitter for iPhone in reply to drw2803

494. jonlech "The Soviets wanted their Mig25 plane back": http://nyti.ms/aQTipA Friday, April 30, 2010 8:53:54 PM via web Retweeted by pytey and 2 others

495. lovely view http://yfrog.com/jc70629714j Friday, April 30, 2010 9:34:52 AM via Twitter for iPhone

496. @shady_jd15 not sure. it has been a while since I was in KSA Friday, April 30, 2010 7:26:43 AM via Twitter for iPhone in reply to shady_jd15

497. johnwinter Dropzone 0.3.3 Released. Tons of bugs fixes and a couple of new features - http://bit.ly/cTQXQZ Update now! Friday, April 30, 2010 5:39:05 AM via Twitter for iPhone Retweeted by pytey and 1 other

498. beautiful day here in Budapest, on the bus to Ferihegy! http://yfrog.com/7dsydaj Friday, April 30, 2010 5:17:10 AM via Twitter for iPhone

499. new video from @TotallyTom101 'TREEDOM' Bristol's hope for Britain's Got Talent http://j.mp/blLrom Thursday, April 29, 2010 11:08:16 AM via Twitter for iPhone

500. @jonathan_may gimme gimme gimme! Thursday, April 29, 2010 11:01:17 AM via Twitter for iPhone in reply to

jonathan_may

501. @jonathan_may not a pretty bunch are you? Thursday, April 29, 2010 10:48:07 AM via Twitter for iPhone in reply to jonathan_may

502. @rajivvarma it is a spreadable paste that is made from yeast extract - http://bit.ly/a9kU7e and http://bit.ly/rLdvP - http://bit.ly/bJpzaW Thursday, April 29, 2010 5:40:08 AM via Twitter for iPhone in reply to RajivVarma

503. blue cheese and marmite on toast is the best mid-morning snack ever! Thursday, April 29, 2010 2:27:01 AM via Twitter for iPhone

504. @daeken this one is better - http://bit.ly/bMgClX Wednesday, April 28, 2010 10:18:29 PM via Twitter for iPhone in reply to daeken

505. Wouldn't like to be in Gordon's shoes when Malcolm Tucker gets ahold of him - http://bit.ly/9ZCh2q Wednesday, April 28, 2010 5:06:26 AM via Twitter for iPhone

506. That was like a scene from "The Thick of It" - Iannucci couldn't have scripted it any better if he wanted to - http://bit.ly/d9XOeU Wednesday, April 28, 2010 4:51:46 AM via Twitter for iPhone

507. Tilt-shift video showing Critical Mass Budapest 2010 http://bit.ly/9vREbx via @stipistop Wednesday, April 28, 2010 4:00:45 AM via Twitter for iPhone

508. @daeken wrt visa, I'm sure you'd be able to manage it quite easily. I'll ask the wife to make some calls to find out. Wednesday, April 28, 2010 2:12:58 AM via Twitter for iPhone in reply to daeken

509. Xilinx announce dualcore ARM cortex A9 with AMBA-AXI interconnects to their FPGA inside single package http://j.mp/aelelV Wednesday, April 28, 2010 1:27:38 AM via Twitter for iPhone

510. @spacerog I think I may have slowed down attrition.org webservers as I retweeted your last tweet to ~96,000 followers Tuesday, April 27, 2010 1:03:47 PM via Twitter for iPhone in reply to spacerog

511. @jason_mayes welcome to 2008! ;) Tuesday, April 27, 2010 11:56:40 AM via Twitter for iPhone in reply to jason_mayes

512. @planetbeing @copumpkin at least it is Apple related! Monday, April 26, 2010 10:28:28 PM via Twitter for iPhone in reply to planetbeing

513. @esizkur you are welcome! Sunday, April 25, 2010 12:54:00 PM via Twitter for iPhone in reply to esizkur

514. @thende_ :) Sunday, April 25, 2010 8:59:27 AM via Twitter for iPhone in reply to thende_

515. @lindenitzan heh, won't tell you how we voted then :P Sunday, April 25, 2010 8:27:32 AM via Twitter for iPhone in reply to lindenitzan

516. @creveling yep :) the puppy isn't though that was a random passer by with a cute pup Sunday, April 25, 2010 8:22:11

517. AM via Twitter for iPhone in reply to creveling

517. going to the polling place to vote. http://yfrog.com/62xfnj http://yfrog.com/emdwmj http://yfrog.com/5ovuuj Sunday, April 25, 2010 8:20:05 AM via Twitter for iPhone

518. vizsla puppy http://yfrog.com/2tnq4lj Sunday, April 25, 2010 8:08:31 AM via Twitter for iPhone

519. showing off http://yfrog.com/2r1gzj Sunday, April 25, 2010 7:58:27 AM via Twitter for iPhone

520. @9600 just make sure it is South Wales, those North Walians are an odd bunch. Sunday, April 25, 2010 5:54:28 AM via Twitter for iPhone in reply to 9600

521. @JohnnyTyson http://bit.ly/9DlWli Sunday, April 25, 2010 5:25:41 AM via Twitter for iPhone in reply to JohnnyTyson

522. @daeken do it! Sunday, April 25, 2010 12:26:38 AM via Twitter for iPhone in reply to daeken

523. @_max1 I'm in Hungary, we get lots of imported Austrian stuff here as it is so close. Saturday, April 24, 2010 11:36:35 PM via Twitter for iPhone in reply to _max1

524. @PublicEnemyBot @r00cK I'm in Hungary, there are lots of German labeled products here because Austria is so close. Saturday, April 24, 2010 12:51:14 PM via web in reply to lPublicEnemyl

525. Special Heinz Sauce! fnar fnar http://yfrog.com/5cgxej Saturday, April 24, 2010 12:06:07 PM via Twitter for iPhone

526. @KIBU where is it? Saturday, April 24, 2010 2:22:45 AM via Twitter for iPhone in reply to KIBU

527. @tjp over there --> Saturday, April 24, 2010 2:20:35 AM via Twitter for iPhone in reply to tjp

528. mental http://yfrog.com/49egjbj Friday, April 23, 2010 5:11:25 PM via Twitter for iPhone

529. toilet art http://yfrog.com/j36nmj Friday, April 23, 2010 3:07:45 PM via Twitter for iPhone

530. serious concentration at instant Budapest http://yfrog.com /ca15076318j Friday, April 23, 2010 2:55:22 PM via Twitter for iPhone

531. szimpla! http://yfrog.com/2dl2nj Friday, April 23, 2010 2:09:17 PM via Twitter for iPhone

532. @tnare Techfocus Media :: It's Just Cool http://instapaper.com/zk7k1as9 Friday, April 23, 2010 11:02:33 AM via Twitter for iPhone

533. @tjp ok, maybe next time i am in back in London then :) Friday, April 23, 2010 9:10:50 AM via Twitter for iPhone in reply to tjp

534. @tjp dunno if you fancy a coffee next time you are in Budapest. Friday, April 23, 2010 8:55:46 AM via Twitter for iPhone in reply to tjp

535. well I have not actually seen the @ActelCorp SmartFusion stuff in the flesh @tnare I would suggest approaching @XilinxInc instead Thursday, April 22, 2010 6:48:18 AM via Twitter for iPhone in reply to tnare

536. @kkovacs can't you use sysctl -w kern.sysv.shmmax=16777216 if you don't want to do it at boot time? Thursday, April 22, 2010 3:02:19 AM via Twitter for iPhone in reply to kkovacs

537. @kkovacs you can insert persistent sysctl changes in /etc/sysctl.conf but I'd stay way from OS X server unless for *light* workgroup tasks Thursday, April 22, 2010 3:00:18 AM via Twitter for iPhone in reply to kkovacs

538. @spike72 use tweetie instead of tweetdeck and then paste this into terminal.app http://bit.ly/bwnEm8 check with http://bit.ly/93lD5a Thursday, April 22, 2010 2:32:54 AM via Twitter for iPhone in reply to spike72

539. **iphone_dev** Congrats to @planetbeing for his work on the iPhoneLinux project, he now has Android running on the iPhone! -> http://bit.ly/cY17bc Wednesday, April 21, 2010 10:25:30 PM via web Retweeted by pytey and 100+ others

540. @johnwinter planning to add screengrab uploading anytime soon? (other than dragging it onto to the scp icon). Wednesday, April 21, 2010 7:31:34 AM via web in reply to johnwinter

541. Asia wants... http://yfrog.com/b8i2yp monospace fonts? @onlinebeliebers Wednesday, April 21, 2010 7:05:50 AM via web

542. @esizkur there are a lot of confusing options, do NOT choose "Internet Plus" - Internet max costs 10 Euro flat rate for the month. Wednesday, April 21, 2010 6:07:25 AM via Twitter for iPhone

543. @esizkur Orange buy a "Mobicarte" for 20 EUR(5 EUR credit) add 5 EUR credit, Dial 750 & select "Mes bons plans internet" & "Internet max" Wednesday, April 21, 2010 6:05:32 AM via Twitter for iPhone

544. @drw2803 oh, that is OK then :P Tuesday, April 20, 2010 4:44:00 AM via Twitter for iPhone in reply to drw2803

545. I'm upset my trip to Blighty was cancelled due to Icelandic Ash. Better than catching on fire mid-air though. Tuesday, April 20, 2010 2:28:31 AM via web

546. @_maz they are versatile HPV dogs, they'll hunt, point and retrieve, they also love water work. Saturday, April 17, 2010 7:17:51 AM via web in reply to _maz

547. **darrenmoore** If anyone is stuck in West London due to #ash and needs a desk and wifi connection on Mon/Tues get in touch with me or @cofacio Saturday, April 17, 2010 4:29:10 AM via web Retweeted by pytey and 4 others

548. @Bigguss thank you! Saturday, April 17, 2010 6:26:41 AM via web in reply to Bigguss

549. @_maz Rövidszőrű magyar vizsla (Shorthaired Hungarian Vizsla) and Drótszőrű magyar vizsla (Wirehaired Hungarian Vizsla) Saturday, April 17, 2010 6:24:39 AM via web in reply to _maz

550. splash! http://yfrog.us/7dejoz Saturday, April 17, 2010 2:20:25 AM via Twitter for iPhone

551. @9600 the UK executive club will be open in 2 and a half hours, that is your best bet. Drink weak pissy American beer until then ;) Friday, April 16, 2010 8:59:26 PM via Twitter for iPhone in reply to 9600

552. @9600 balls, they are closed also. Friday, April 16, 2010 8:56:46 PM via Twitter for iPhone in reply to 9600

553. @9600 so the trick with Executive Club is to call in a zone where they are awake. I used to do it all the time USA number - 1 800 452 1201 Friday, April 16, 2010 8:56:13 PM via Twitter for iPhone in reply to 9600

554. @9600 do you have Executive Club? Even Blue will do, call them. They'll sort it out - +44 191 490 7901 (outside the UK) Friday, April 16, 2010 8:51:55 PM via Twitter for iPhone in reply to 9600

555. @9600 need any help? Friday, April 16, 2010 8:46:28 PM via Twitter for iPhone in reply to 9600

556. @scanlime yep, it is a better with YouTube muted :) Thursday, April 15, 2010 8:36:24 AM via Twitter for iPhone in reply to scanlime

557. Video of Kingston showing USB stick manufacturing process http://j.mp/c4vZZk & more info about their Hsinchu plant http://j.mp/9mMpp6 Thursday, April 15, 2010 12:38:35 AM via Twitter for iPhone

558. @guydickinson it was _always_ like that. John Humphrys is a Splott boy, you'd think a night like that would be a walk in the park for him. Wednesday, April 14, 2010 12:49:32 PM via Twitter for iPhone in reply to guydickinson

559. @njrabit :) Wednesday, April 14, 2010 12:45:17 PM via Twitter for iPhone in reply to njrabit

560. a knight tonight http://yfrog.com/jxmflj Wednesday, April 14, 2010 11:24:32 AM via Twitter for iPhone

561. best video ever - http://bit.ly/8BSD7e I tried carbonating milk in mine (I was 6) it never worked or smelled the same again. Wednesday, April 14, 2010 5:06:05 AM via Twitter for iPhone

562. @JohnnyTyson Carbicide? Wednesday, April 14, 2010 2:15:25 AM via Twitter for iPhone in reply to JohnnyTyson

563. Now this is SCIENCE! - web controlled aquarium with volcano and night light http://j.mp/9GO6zm Tuesday, April 13, 2010 7:14:16 AM via Twitter for iPhone

564. @csigger köszi :) Sunday, April 11, 2010 4:49:38 AM via web in reply to csigger

565. Healthy Sunday snack :) - http://yfrog.com/5eimuhj http://yfrog.com/50iphj http://yfrog.com/jyzprj Sunday, April 11, 2010 4:36:46 AM via Twitter for iPhone

566. @iSuperG oh yes! :D Photos coming up :) Sunday, April 11, 2010 3:40:53 AM via Twitter for iPhone in reply to iSuperG

567. GPSies track from earlier - http://j.mp/ddk9gJ Sunday, April 11, 2010 3:33:03 AM via Twitter for iPhone

568. @thende_ :) Sunday, April 11, 2010 3:32:08 AM via

Twitter for iPhone in reply to thende_

569. liszt+tojas+viz+élesztő+só = lángos \o/ Sunday, April 11,
2010 3:27:29 AM via Twitter for iPhone

570. @b0rg3 it isn't realtime but it is showing the interaction
between a dog pack and owners Sunday, April 11, 2010
2:21:10 AM via Twitter for iPhone in reply to b0rg3

571. @thursdaisy Budapest, Hungary Sunday, April 11, 2010
2:10:16 AM via Twitter for iPhone in reply to peterfisher_

572. tracked Vizslas running around http://yfrog.com/ebwyvj
Sunday, April 11, 2010 1:57:13 AM via Twitter for iPhone

573. @CiZsolt köszi! Sunday, April 11, 2010 1:54:07 AM via
Twitter for iPhone in reply to CiZsolt

574. @CiZsolt Brit vagyok Sunday, April 11, 2010 1:49:20 AM
via Twitter for iPhone in reply to CiZsolt

575. @CiZsolt igen, de nem Magyar :) Sunday, April 11, 2010
1:43:46 AM via Twitter for iPhone in reply to CiZsolt

576. out on dog walk with GPS units attached as part of a
research project http://yfrog.com/jmd6kj http://yfrog.com
/6giofj Sunday, April 11, 2010 1:21:03 AM via Twitter for
iPhone

577. @jason_mayes Android is the second best mobile OS out
there.They still have quite a bit of catching up to do to get
anywhere near iPhoneOS. Saturday, April 10, 2010
11:37:02 AM via Twitter for iPhone in reply to
jason_mayes

578. @jason_mayes iPhone 3GS or wait until the iPhone 4
Saturday, April 10, 2010 11:18:33 AM via Twitter for
iPhone in reply to jason_mayes

579. @azeem nambu has some nice features and the only reason
I have it as #2 is that it is a little cluttered and buggy atm.
Saturday, April 10, 2010 5:17:00 AM via Twitter for iPhone
in reply to azeem

580. @azeem indeed. nambu (in my opinon the number 2 client
for OS X) have commented on this - http://j.mp/c0Hcvx
Saturday, April 10, 2010 4:58:49 AM via Twitter for iPhone
in reply to azeem

581. @daeken sharpstore Saturday, April 10, 2010 1:27:33 AM
via web in reply to daeken

582. @daeken it would clear up any confusion and aid more of
those nice 500 buck paypal payments that you want.
maybe? Saturday, April 10, 2010 1:18:34 AM via web in
reply to daeken

583. @daeken maybe a namechange would be a good thing? just
my $0.02 your competitor's 'SmartAssembly' _sounds_
more _pro_? Saturday, April 10, 2010 1:17:42 AM via web
in reply to daeken

584. @daeken ignore them, the dude making that comment
about dotpack is obviously clueless. Saturday, April 10,
2010 1:09:36 AM via web in reply to daeken

585. @reckless OK, scratch Facebook, but the others are valid
recommendations ;) Friday, April 09, 2010 2:36:45 PM via

web in reply to reckless

586. @reckless scrabble, skype and facebook also buy instapaper and set up the account and feeds for her Friday, April 09, 2010 2:26:58 PM via web in reply to reckless

587. @simonpegg Newcleus - Jam On Revenge http://j.mp /bPA93G Friday, April 09, 2010 5:37:40 AM via Twitter for iPhone

588. **marcan42** Directive 1999/44/EC. "The goods must comply with the description given by the seller [...]". Sony, what you did is illegal. Friday, April 09, 2010 4:53:02 AM via choqoK Retweeted by pytey and 26 others

589. @azeem I spotted the Guardian app also. Very nice. I'll try it out when my iPad arrives. Friday, April 09, 2010 4:24:16 AM via web in reply to azeem

590. @gabor nice. mine will be en route to Budapest soon :) Friday, April 09, 2010 4:01:37 AM via Twitter for iPhone in reply to gabor

591. **martynkelly** VY Canis Majoris, how big do you need to be, you unimaginable bastard http://bit.ly/hi4DW #fb Friday, April 09, 2010 3:16:25 AM via web Retweeted by pytey and 1 other

592. @jonathan_may saw your tweet, can't see anything on the XMOS page?? Friday, April 09, 2010 1:00:07 AM via Twitter for iPhone in reply to jonathan_may

593. @digitalt tobes, I think that is a fairly valid assumption Friday, April 09, 2010 12:50:53 AM via Twitter for iPhone in reply to digitalt

594. **Napi_iPhoneApp** BRÉKING! Magyar menü az ⊞iPhone 4.0-ban! Thanks @critcalfever! http://twitpic.com/1e51ox /via @ottoolah Thursday, April 08, 2010 10:44:04 PM via Twitter for iPhone Retweeted by pytey and 1 other

595. Nanoboard 3K arrived from @altium. Amazed at the quality and the sheer amount of toys on board. MIDI,SPDIF,USB,SVGA to name a few... Thursday, April 08, 2010 3:00:53 PM via web

596. @guydickinson calm down dear! I only want the windows down! Thursday, April 08, 2010 2:25:38 PM via web in reply to guydickinson

597. @JohnnyTyson :) fucking broken software :) Thursday, April 08, 2010 7:29:23 AM via web in reply to JohnnyTyson

598. @fruhlinger also very cool - http://j.mp/aSi8rj and very posh - http://j.mp/9O1xFx Thursday, April 08, 2010 6:39:02 AM via web in reply to fruhlinger

599. @fruhlinger go here to eat http://j.mp/buTIsG then here for amazing drinks - http://j.mp/9D7ViF some more images here - http://j.mp/94Emwo Thursday, April 08, 2010 6:38:14 AM via web in reply to fruhlinger

600. FPGA Reverse Engineering challenge from @hackitoergosum - http://j.mp/ciEZbG and http://j.mp /d8Wr78 Thursday, April 08, 2010 5:02:11 AM via web

601. some lovely acid - http://bit.ly/9tJpOM from @darenager Thursday, April 08, 2010 4:15:28 AM via Nambu

602. @doransky she looks like a show off Thursday, April 08, 2010 4:05:02 AM via Nambu in reply to doransky

603. @fruhlinger would you like some restaurant recommendations? Wednesday, April 07, 2010 10:57:40 PM via web

604. also part 4 and part 5 of the board layout using @altium http://bit.ly/a3SAhE http://bit.ly/9K0udu Tuesday, April 06, 2010 7:10:45 PM via Nambu

605. nice x8 speed videos of PCB layout process using @altium designer - http://bit.ly/aROezK http://bit.ly/9zGqKO http://bit.ly/9gvteu Tuesday, April 06, 2010 6:58:59 PM via Nambu

606. @tobyfoster also games, henna tattoos, facepainting etc head for Szabadság tér then to Hild tér. here is a maps link - http://j.mp/9064LB Monday, April 05, 2010 1:44:56 AM via Nambu

607. @TobyFoster most stuff is closed here today. There is a street festival between 3pm and 6pm with clowns, animal balloons etc. Monday, April 05, 2010 1:34:28 AM via Nambu in reply to TobyFoster

608. @9600 check Axel's AVM B1hax http://bit.ly/aQqgBB how about loaning/giving your Esprit board to him? Bet he'd do something epic with it ;) Saturday, April 03, 2010 9:56:23 AM via Nambu in reply to 9600

609. lovely #transputer to C64 interface http://bit.ly/bSwU9V and video at http://bit.ly/d3Dwfs @jeriellsworth will be impressed #xmos Saturday, April 03, 2010 9:36:48 AM via Nambu

610. Szalonnasütés http://yfrog.com/1gckldj http://yfrog.com/j9nb3fj Saturday, April 03, 2010 8:57:04 AM via Nambu

611. just found this little fella http://yfrog.com/b5839rj Saturday, April 03, 2010 6:15:41 AM via Nambu

612. boat http://yfrog.com/j9fy0j Saturday, April 03, 2010 2:38:21 AM via Twitter for iPhone

613. walking the dogs. woof woof http://yfrog.com/4otp9j Saturday, April 03, 2010 1:48:32 AM via Twitter for iPhone

614. @JohnnyTyson regarding the postal service, I guessed you were not talking about Magyar Posta, you'll learn to hate them very quickly. Thursday, April 01, 2010 6:32:20 AM via Nambu in reply to JohnnyTyson

615. **iphone_dev** New blog post http://bit.ly/93j3tz Thursday, April 01, 2010 3:20:47 AM via web Retweeted by pytey and 59 others

616. @9600 har-har! with all the other OS pain you've been putting yourself through lately it was totally believable :) Thursday, April 01, 2010 1:48:48 AM via Nambu in reply to 9600

617. @9600 btw, I run Win7 Ultimate under vmware Fusion for some essential Windows apps that I use, the whole vmware

deal works very well. Thursday, April 01, 2010 1:36:16 AM via Nambu in reply to 9600

618. @9600 OS X of course, how can you even consider anything else??? Thursday, April 01, 2010 1:34:24 AM via Nambu in reply to 9600

619. @bubzsi tell me what being an adult is like when you get there. Thursday, April 01, 2010 1:33:09 AM via Nambu in reply to rubikova

620. @JohnnyTyson you'll get used to @bubzsi's unique language called Zsinglish soon enough ;) Thursday, April 01, 2010 1:32:09 AM via Nambu in reply to JohnnyTyson

621. FStream kinda reminds me of @panic's Audion aww & that reminds me of my Pismo running OS 9 - the Audion story http://j.mp/bJFyw0 Wednesday, March 31, 2010 3:33:03 AM via Nambu

622. <3 'FStream' http://j.mp/a72UxN 95% of my iTunes usage is listening to radio streams so less bloat is nice http://yfrog.com/0clb1ej Wednesday, March 31, 2010 3:19:51 AM via Nambu

623. @bubzsi http://bit.ly/9celok Wednesday, March 31, 2010 1:55:52 AM via Nambu in reply to rubikova

624. @JohnnyTyson @VisitBudapest check out http://bit.ly/9SORtm for @judeyw's vizsla overload Tuesday, March 30, 2010 6:26:53 AM via Nambu in reply to JohnnyTyson

625. @jeriellsworth @Krewell XMOS CTO is UK computing digerati http://j.mp/d0mDYI Monday, March 29, 2010 5:16:10 PM via web in reply to jeriellsworth

626. @jeriellsworth yep, they sent us the same unit since I recommended that they send you one too. nice work from @xmos @jonathan_may thx guys Monday, March 29, 2010 5:12:58 PM via web in reply to jeriellsworth

627. @bubzsi didn't see her there. It was very dark though :) Monday, March 29, 2010 4:46:51 PM via Nambu in reply to rubikova

628. @jeriellsworth nice isn't it? I think they've done a nice job with the board, cute little thing. I've got some playing to do this weekend :) Monday, March 29, 2010 4:46:09 PM via Nambu in reply to jeriellsworth

629. @milosmandaric igen :) Monday, March 29, 2010 3:39:57 PM via Twitter for iPhone in reply to m_os

630. @9600 how about date raping qmail? Monday, March 29, 2010 3:36:49 PM via Twitter for iPhone in reply to 9600

631. @milosmandaric nem! Monday, March 29, 2010 3:29:20 PM via Twitter for iPhone in reply to m_os

632. nagyon Jo! http://yfrog.com/0i9amfj Monday, March 29, 2010 3:08:18 PM via Twitter for iPhone

633. autechre, they be bloody banging they do. raving my little socks off Monday, March 29, 2010 2:24:45 PM via Twitter for iPhone

634. @guydickinson on the boat, in the restaurant loading up with palinka first http://yfrog.com/jxp6gj Monday, March

29, 2010 12:52:10 PM via Twitter for iPhone in reply to guydickinson

635. Autechre playing live, on a boat, in Budapest on a boring old monday,what more could you ask for? \o/ http://yfrog.com/j3ezsj Monday, March 29, 2010 12:33:36 PM via Twitter for iPhone

636. lindenitzan iPhone as a guest star in Family Guy: http://twitpic.com/1bpzqo Monday, March 29, 2010 3:06:56 AM via Twitter for iPhone Retweeted by pytey and 3 others

637. The Love Party or the Hate Party? great stuff @marmarati http://bit.ly/aX3AAz http://bit.ly/9jJyIC Monday, March 29, 2010 3:06:58 AM via Twitter for iPhone

638. tnare Seriously @SonyPlayStation? This actually smells like a violation of some agreement to me http://bit.ly /9NF94r. Monday, March 29, 2010 12:31:51 AM via Twitter for iPhone Retweeted by pytey and 9 others

639. 'Russia Today' stream in English - http://rt.com /On_Air.html Sunday, March 28, 2010 11:41:49 PM via Twitter for iPhone

640. Moscow Metro Explosions :( http://bit.ly/9zIMdk http://bit.ly/aoEDBL :( Sunday, March 28, 2010 11:21:37 PM via Twitter for iPhone

641. Victorinox offers a "six figure sum" to anyone who can hack their 'uncrackable' USB stick http://j.mp/bjjQwY Sunday, March 28, 2010 12:56:38 AM via Twitter for iPhone

642. @9600 EFnet doesn't have the FOSS only guidelines.Xcore isn't really 'on-topic' for Freenode. I'm in a bunch of hhacking chans on EFnet&FN Saturday, March 27, 2010 8:06:36 AM via web in reply to 9600

643. @9600 XMOS and XCore isn't FOSS, which is generally what Freenode is used for. Saturday, March 27, 2010 8:02:01 AM via web in reply to 9600

644. @9600 glutton for punishment? Saturday, March 27, 2010 6:52:19 AM via Twitter for iPhone in reply to 9600

645. @spike72 oh I know the place. I've bought some nice LC-As here for next to nothing and a holga and some other more obscure Russian makes Saturday, March 27, 2010 4:58:04 AM via Twitter for iPhone in reply to spike72

646. @DarkMalloc dai iawn bach. Saturday, March 27, 2010 4:51:43 AM via Twitter for iPhone in reply to DarkMalloc

647. @spike72 where did you get that? Saturday, March 27, 2010 4:45:41 AM via Twitter for iPhone in reply to spike72

648. @pritchardswyd do you know Allen's bakers in the lanes behind Arran Place? best bread ever. mmmmmmmm Saturday, March 27, 2010 3:09:05 AM via web in reply to pritchardswyd

649. @pritchardswyd I had to pause it and make toast half way through :) Saturday, March 27, 2010 3:03:42 AM via web in reply to pritchardswyd

650. @DarkMalloc check out http://www.colette.fr/ at http://j.mp/9FtCa8 one of my fave shops in Paris. Saturday, March 27, 2010 3:02:09 AM via web in reply to DarkMalloc

651. Just saw an amazing doco 'In Search of the Perfect Loaf' with @Tom_Herbert_ btw we have spelt bread here in Hungary - http://j.mp/arxc9r Saturday, March 27, 2010 2:55:15 AM via web

652. @DarkMalloc wrth gwrs! Friday, March 26, 2010 3:39:57 PM via web in reply to DarkMalloc

653. Casnewydd, Caerdydd, ahhhhh! *sobs* Friday, March 26, 2010 3:33:24 PM via web

654. @DarkMalloc the current cable I'm using isn't too portable :) it consists of wires soldered to a PCB, the wife snarfed my others. Friday, March 26, 2010 3:30:26 PM via web

655. btw, the clone cables are pretty crappy and will freak out the phone, but the shorter clones are quite reliable, there is a 5-10cm version. Friday, March 26, 2010 3:28:44 PM via web

656. @DarkMalloc I'm in Budapest :) Friday, March 26, 2010 3:27:46 PM via web in reply to DarkMalloc

657. @DarkMalloc ;) Friday, March 26, 2010 3:24:53 PM via web in reply to DarkMalloc

658. @DarkMalloc get on the number 30 bus and buy a real one in Caerdydd? ;) Friday, March 26, 2010 3:23:10 PM via web in reply to DarkMalloc

659. @pritchardswyd I'm the poster boy for that show. Friday, March 26, 2010 3:08:24 PM via web in reply to pritchardswyd

660. @DarkMalloc cheap as chips on http://j.mp/a0Berk they take a while to arrive though but worth stocking up, the little shorts ones are cool. Friday, March 26, 2010 3:06:27 PM via web in reply to DarkMalloc

661. @jonathan_may http://bit.ly/a9W7I0 Friday, March 26, 2010 1:30:45 PM via Twitter for iPhone in reply to jonathan_may

662. nice @joegrand @Altium designer is great, the NanoBoard 3K looks awesome too, unfortunately can't spare the $$$ and my trial expired :( Friday, March 26, 2010 1:18:10 PM via web

663. yes @sarahintampa @geohot rarely disappoints :) why jailbreak the iPad? same reason as the iPhone, total control of the hardware we own. Friday, March 26, 2010 10:35:00 AM via web

664. @martynkelly it is flat rate of £35 whatever the state it is in - http://bit.ly/a5QHvm Thursday, March 25, 2010 4:31:23 AM via Twitter for iPhone in reply to martynkelly

665. @martynkelly there is a guy in London who repairs them _amazingly_ - I'm on my third one. They are cheap here. Thursday, March 25, 2010 4:24:13 AM via web in reply to martynkelly

666. @martynkelly what happened to it? Thursday, March 25, 2010 4:10:47 PM via Twitter for iPhone in reply to martynkelly

667. How I use Dropzone for @johnwinter http://bit.ly/agkXRe Wednesday, March 24, 2010 11:05:09 PM via web

668. @johnwinter no problem, slightly disappointed about the lack of ruler sound ;) Wednesday, March 24, 2010 3:10:36 AM via Twitter for iPhone in reply to johnwinter

669. new Dropzone release from aptonic & @johnwinter multitasking loveliness http://bit.ly/a2upQR and new API enhancements http://aptonic.com/ Wednesday, March 24, 2010 1:59:40 AM via Twitter for iPhone

670. hates Fedex Monday, March 22, 2010 10:31:30 AM via Twitter for iPhone

671. @JohnnyTyson http://bit.ly/ciLgR6 Monday, March 22, 2010 7:32:11 AM via Twitter for iPhone in reply to JohnnyTyson

672. @reimic several of us have pre-ordered iPads. We are looking forward to playing with them. We'll leave it at that :) Sunday, March 21, 2010 1:37:35 PM via Twitter for iPhone in reply to reimic

673. @kathiri yep, I've eaten that in Riyadh many times, makes a change from Herfy! :) Sunday, March 21, 2010 11:07:26 AM via Twitter for iPhone in reply to kathiri

674. @kathiri Pork and beef, so only 50% haram ;) Sunday, March 21, 2010 10:22:13 AM via Twitter for iPhone in reply to kathiri

675. @backium Hungary Sunday, March 21, 2010 10:18:02 AM via Twitter for iPhone in reply to backium

676. _maz @pytey as Im located in south east Asia those days I got this to lunch some days . Not so bad either. http://yfrog.com/1v1qjj Sunday, March 21, 2010 8:33:25 AM via Twitter for iPhone in reply to pytey Retweeted by pytey

677. gulyás! http://yfrog.com/1auvwj Sunday, March 21, 2010 8:23:17 AM via Twitter for iPhone

678. szergelyiphone Hungarian translate: http://tinyurl.com/ykpwfth thx to @iSuperG RT @iphone_dev: Nice history at http://j.mp/dyJZCa - @MuscleNerd & @pytey Sunday, March 21, 2010 6:03:33 AM via TweetDeck Retweeted by pytey and 1 other

679. first gulyas of the year! http://yfrog.com/c9196bj Sunday, March 21, 2010 6:37:45 AM via Twitter for iPhone

680. @doctorow thanks for the spoiler Sunday, March 21, 2010 1:41:10 AM via Twitter for iPhone in reply to doctorow

681. @martynkelly did you buy that in colette? Thursday, March 18, 2010 1:29:13 PM via Twitter for iPhone in reply to martynkelly

682. @sesam haha, that is neat. Thursday, March 18, 2010 10:29:53 AM via Twitter for iPhone in reply to sesam

683. @chloester Vibram weather also here in Budapest,

Hungary! Thursday, March 18, 2010 6:06:54 AM via Twitter for iPhone in reply to chloester

684. @simonpegg http://cursebird.com/simonpegg Wednesday, March 17, 2010 3:17:11 PM via Twitter for iPhone in reply to simonpegg

685. @jonathan_may chdk guys dump new camera firmwares with a LED and photodiode http://bit.ly/aWClmI Wednesday, March 17, 2010 3:57:37 AM via Twitter for iPhone in reply to jonathan_may

686. @hjaltij OK, as there is already code for that if you hadn't. Wednesday, March 17, 2010 3:56:56 AM via Twitter for iPhone in reply to hjaltij

687. @hjaltij did you work out the serial number stuff? Wednesday, March 17, 2010 1:03:35 AM via web in reply to hjaltij

688. @sesam yay! Wednesday, March 17, 2010 12:38:51 AM via Twitter for iPhone in reply to sesam

689. @njrabit that is a good find. I know someone who worked on designing the bberg kb. They are 'leased' under NDA and shouldn't be resold. Tuesday, March 16, 2010 10:19:22 PM via Twitter for iPhone in reply to njrabit

690. **serafinowicz** CHECK IT OUT!!! RT @mr_hopkinson: The Human jukebox is on form : http://bit.ly/co5vxs #beardyman Tuesday, March 16, 2010 12:57:52 PM via TweetDeck Retweeted by pytey and 6 others

691. **freaklabs** ARM users making NFC apps rejoice - ARM adds smart card core based on Cortex-M0: http://is.gd /aKJwC Tuesday, March 16, 2010 9:45:21 AM via TweetDeck Retweeted by pytey

692. @trufflesbox hahah :) Tuesday, March 16, 2010 7:48:32 AM via Twitter for iPhone in reply to trufflesbox

693. lovely bundáskenyér coming up soon! yummy! Tuesday, March 16, 2010 5:53:33 AM via Twitter for iPhone

694. 'ASIC in a box' from @easic - tools/service for 20 prototype ASICS with 350,000 logic cells for $20K (in 5 weeks) http://j.mp/aDNAC7 Tuesday, March 16, 2010 5:36:59 AM via Twitter for iPhone

695. @pritchardswyd sent you a DM Tuesday, March 16, 2010 12:29:26 AM via Twitter for iPhone in reply to pritchardswyd

696. @9600 on the subject dunno if you've read the boeing paper on using steerable Ku u/links and BGP routing updates from the plane! :-| Monday, March 15, 2010 1:21:27 PM via Twitter for iPhone in reply to 9600

697. @9600 shonky bonded 3G and satellite for non UMTS areas. Also strict caching for blackspots and cache updates over WiFi in stations. Monday, March 15, 2010 1:12:51 PM via Twitter for iPhone in reply to 9600

698. @guydickinson didn't know that red/gold is your colour, it suits you quite nicely though. Did you go for a leather waistcoat too? Monday, March 15, 2010 6:55:20 AM via

web

699. Well done Yogi the Hungarian Vizsla, best in show at Crufts out of 22,000 entrants from 122 different breeds! Monday, March 15, 2010 4:33:00 AM via Nambu

700. @mariemcgregor don't worry about the fact that it is irradiating your noggin with radio waves throughout the night ;) Sunday, March 14, 2010 12:12:30 PM via Twitter for iPhone in reply to mariemcgregor

701. goodbye @tweetie hello @nambucom! love it! Sunday, March 14, 2010 5:21:22 AM via Nambu

702. Well @evenmeagher @daeken the DangerMouse collaboration with Penfold was much better http://tr.im/ROMM #obscurelimeyjoke Sunday, March 14, 2010 5:20:52 AM via Nambu

703. @JohnnyTyson meet @bubzsi and @bubzsi meet @JohnnyTyson Sunday, March 14, 2010 3:42:10 AM via Twitter for iPhone

704. vizslatastic! http://yfrog.com/jkxejj http://yfrog.com/jxhmrj http://yfrog.com/5mpuntj Sunday, March 14, 2010 3:05:51 AM via Twitter for iPhone

705. @musclenerd @marcan42 server issues at the moment, I'm onto it. Saturday, March 13, 2010 4:06:39 PM via Twitter for iPhone

706. @0xcharlie it's all cool, keep up the good work! :-) Saturday, March 13, 2010 12:17:15 PM via Twitter for iPhone in reply to 0xcharlie

707. @0xcharlie first remote code execution maybe, certainly not 'first ever' exploit :-) Saturday, March 13, 2010 12:12:28 PM via Twitter for iPhone

708. @0xcharlie 'first ever'? how do you think you were able to debug your mobilesafari sploit? toolchain, ssh? all provided by our earlier ones Saturday, March 13, 2010 12:04:05 PM via web in reply to 0xcharlie

709. @DuncanBannatyne does that dress stand up to the Bannatyne stress tests? Saturday, March 13, 2010 11:37:34 AM via Twitter for iPhone in reply to DuncanBannatyne

710. @_maz don't know who hacked it. Looks like Turkish hackers. Foolish/illegal of them to expose that SQL injection. Saturday, March 13, 2010 8:32:04 AM via Twitter for iPhone in reply to _maz

711. fair do's that was a cracking kick. Saturday, March 13, 2010 8:16:45 AM via Twitter for iPhone

712. epic scrum timewasting Saturday, March 13, 2010 8:12:14 AM via Twitter for iPhone

713. nice toys http://bit.ly/beJy8U why have they designed that site like one of those shady sites which always has a rendered software box? Saturday, March 13, 2010 8:11:04 AM via Twitter for iPhone

714. @V1kram I'm investigating replacements for Mac OS X not iPhoneOS. I'm happy with iPhone Tweetie, just have some issues with it on the Mac. Saturday, March 13, 2010

8:04:41 AM via Twitter for iPhone in reply to V1kram

715. @folknology cool. love this more though :) - http://bit.ly /aDzPda Saturday, March 13, 2010 7:43:37 AM via Twitter for iPhone in reply to folknology

716. @folknology this was ages ago I read about it, know what the chip is actually doing? Saturday, March 13, 2010 7:31:48 AM via Twitter for iPhone in reply to folknology

717. @folknology there is/was a lot of debate over what it is actually doing in there, speculation was a configurable future proof IO port. Saturday, March 13, 2010 7:29:11 AM via Twitter for iPhone in reply to folknology

718. Transputer Father David May (now @XMOS CTO) talks on BBC Radio 4's 'The Material World' about the Transputer and more http://bit.ly/d6yQuP Saturday, March 13, 2010 6:46:41 AM via Twitter for iPhone

719. @JohnnyTyson why you feeling horrible? Saturday, March 13, 2010 5:51:15 AM via Twitter for iPhone in reply to JohnnyTyson

720. @tnare you'll know in under a week. I have a promise from a man who at the moment will remain anonymous. Saturday, March 13, 2010 5:50:48 AM via Twitter for iPhone in reply to tnare

721. @ronaldsb oh, it is an iPhone app? I'm totally happy with Tweetie2 for the iPhone, just not so happy with the Mac OS X client. Saturday, March 13, 2010 5:36:36 AM via Twitter for iPhone in reply to ronaldsb

722. @ronaldsb ah, it is @twitbird - trying it out, thanks. Saturday, March 13, 2010 5:34:52 AM via Twitter for iPhone in reply to ronaldsb

723. @ronaldsb do you have a URL for @TwitbirdPro ? Saturday, March 13, 2010 5:34:23 AM via Twitter for iPhone in reply to ronaldsb

724. tried twittapp, itsy, echofon and twitterific (again) waiting to see if I can get a @nambucom beta invite. Back to @tweetie for the moment. Saturday, March 13, 2010 5:33:05 AM via Twitter for iPhone

725. trying out @TwittApp Saturday, March 13, 2010 5:03:54 AM via Twitt

726. Ben Fry on the iPad http://benfry.com/writing/archives/608 Saturday, March 13, 2010 4:40:09 AM via Twitter for iPhone

727. Dave Jones from @eevblog has turned into the @beargrylls of EE http://bit.ly/abU8dk (or he has completely lost it) ;-) Friday, March 12, 2010 10:50:42 PM via Twitter for iPhone

728. @9600 did you know that PIC32 has MIPS 4K core? Friday, March 12, 2010 1:17:47 PM via Twitter for iPhone in reply to 9600

729. @9600 the pop out remote is the best bit. Friday, March 12, 2010 1:11:24 PM via web in reply to 9600

730. @9600 I had to ditch my Indigo2 a few years back, I almost broke my back carrying the SGI branded Sony monitor to

the car. Friday, March 12, 2010 1:00:20 PM via Twitter for iPhone in reply to 9600

731. @martynkelly they sell a €25,000 Bentley laptop in there that is a tad OTT :) Also the employees hired to clean the finger prints from cases Friday, March 12, 2010 10:36:02 AM via Twitter for iPhone in reply to martynkelly

732. @pritchardswyd if you buy 'mobile.me' then there is a feature called 'find my phone' http://bit.ly/yeaT8 btw why aren't you following me?! Friday, March 12, 2010 7:45:40 AM via Twitter for iPhone in reply to pritchardswyd

733. @martynkelly the _only_ place to go - http://www.colette.fr/ Friday, March 12, 2010 6:24:53 AM via Twitter for iPhone in reply to martynkelly

734. @iainlee either holding the home button down for too long (or by accident) or you are hitting the button on your headphones erroneously Friday, March 12, 2010 6:23:06 AM via Twitter for iPhone in reply to iainlee

735. @iainlee can you remember me? I pranked you once with 'babba booey' and sent it to stern. Friday, March 12, 2010 5:04:41 AM via Twitter for iPhone in reply to iainlee

736. @robinbeparry :D Friday, March 12, 2010 4:41:36 AM via Twitter for iPhone in reply to robinbeparry

737. @9600 reason I mention FreeBSD over Net is that a friend of mine was a NetBSD core developer actually now uses and recommends Free on desk. Friday, March 12, 2010 4:27:45 AM via Twitter for iPhone in reply to 9600

738. @trufflesbox disgusting is good! Friday, March 12, 2010 4:13:23 AM via Twitter for iPhone in reply to trufflesbox

739. @9600 if you have an airport extreme/time capsule it runs NetBSD ARM (I can give you console pinouts).tbh, FreeBSD is prolly better on desk. Friday, March 12, 2010 4:12:53 AM via Twitter for iPhone in reply to 9600

740. haha, love it @big_ben_clock Friday, March 12, 2010 4:02:02 AM via Twitter for iPhone

741. @bubzsi OK Friday, March 12, 2010 3:58:58 AM via Twitter for iPhone in reply to rubikova

742. @9600 'linux for show, BSD for the pro' Friday, March 12, 2010 3:57:55 AM via Twitter for iPhone in reply to 9600

743. @9600 I used to run NetBSD Sparc for a while in 1998 because I trashed my disk and I didn't have Solaris media, I used it for ~4 mths 24/7 Friday, March 12, 2010 3:57:12 AM via Twitter for iPhone in reply to 9600

744. welcome to @robinbeparry aspiring restauranteur and obscure electronica expert. Follow him please and make his day. Friday, March 12, 2010 3:43:40 AM via Twitter for iPhone

745. must find coffee.... Friday, March 12, 2010 3:35:20 AM via Twitter for iPhone

746. @bubzsi here you go, have a bazooka - http://j.mp/br9T4b Thursday, March 11, 2010 11:56:51 PM via Twitter for iPhone in reply to rubikova

747. @JohnnyTyson accountants, HR bods, lawyers or any profession along those lines all have this attitude here. You'll need to get used to it. Thursday, March 11, 2010 11:50:45 PM via Twitter for iPhone in reply to JohnnyTyson

748. @iwant2bskiing read my timeline http://twitter.com/pytey Thursday, March 11, 2010 9:39:46 AM via Twitter for iPhone in reply to iwant2bskiing

749. that didn't take long - http://j.mp/bmmifE absolutely irresponsible reporting from the BBC why didn't they blur out the SQL injection? Thursday, March 11, 2010 9:31:13 AM via Twitter for iPhone

750. @JohnnyTyson because you are using T-Mob and your IP address is registered as belonging to Deutsche Telekom so the site thinks u are in .de Thursday, March 11, 2010 8:37:01 AM via Twitter for iPhone in reply to JohnnyTyson

751. @trufflesbox the editor should have at least pixelated it or removed it altogether, the long URL _is_ the naughty hack you see. Thursday, March 11, 2010 7:28:09 AM via web in reply to trufflesbox

752. @trufflesbox well it means that anyone who watches that video can reconstruct the hack, it is a BBC provided 'how-to' for hacking a site :( Thursday, March 11, 2010 7:26:41 AM via web in reply to trufflesbox

753. @spike72 in Budapest? Thursday, March 11, 2010 7:09:10 AM via Twitter for iPhone in reply to spike72

754. @spike72 is this your dog? Is she in Budapest? Thursday, March 11, 2010 7:04:01 AM via Twitter for iPhone in reply to spike72

755. I've just spotted that BBC publicises an SQL injection of a Georgian Govt. site live in news video http://j.mp/9LvUun http://j.mp/9Mlctl Thursday, March 11, 2010 5:38:29 AM via Twitter for iPhone

756. @jonathan_may it needs an effective management system for handling the projects, rapid turnaround, all with low cost - not much to ask :) Thursday, March 11, 2010 4:38:19 AM via Twitter for iPhone in reply to jonathan_may

757. @bubzsi what nationality is this King you speak of? Thursday, March 11, 2010 12:06:13 AM via Twitter for iPhone in reply to rubikova

758. THE NEW DORK http://bit.ly/9bllsh genius. (via @daeken @swombat ) Wednesday, March 10, 2010 12:59:29 PM via Twitter for iPhone

759. @jeriellsworth maybe @xmos @XCoreExchange or @jonathan_may can hook you up with something Wednesday, March 10, 2010 3:27:18 AM via Twitter for iPhone in reply to jeriellsworth

760. @jeriellsworth you should check out this tweet of mine - http://j.mp/92pEt6 nice companion/alternative to FPGAs. They look awesome imo. Wednesday, March 10, 2010 3:03:02 AM via Twitter for iPhone

761. great stuff from @xmos and @XCoreExchange - http://bit.ly/c5Am3r they have a nice low cost dev kit available at http://bit.ly/9KEjK9 Wednesday, March 10, 2010 2:30:53 AM via Twitter for iPhone

762. David May (who was the Inmos Transputer architect) is now CTO of a co. called @xmos I'm planning on using their chips soon, they look great. Wednesday, March 10, 2010 2:21:37 AM via Twitter for iPhone

763. as a kid I was an AtariST user & I dreamed of owning the Atari ATW800 transputer. I actually visited the Inmos fab as a kid. Wednesday, March 10, 2010 2:17:55 AM via Twitter for iPhone

764. @spike72 :-) Tuesday, March 09, 2010 1:06:06 PM via Twitter for iPhone in reply to spike72

765. @spike72 better than Unicum? Tuesday, March 09, 2010 12:57:56 PM via Twitter for iPhone in reply to spike72

766. I <3 dropzone from aptonic / @johnwinter it is *the* app you've always needed, but didn't know it. http://j.mp /buYKvn & http://aptonic.com/ Tuesday, March 09, 2010 5:18:20 AM via Twitter for iPhone

767. @johnwinter cool isn't it :) Can I have a free license for that suggestion ;) Tuesday, March 09, 2010 4:56:32 AM via Twitter for iPhone in reply to johnwinter

768. @johnwinter how about this - http://bit.ly/auIMpt (well one of the first 'twangs' from the waveform) Tuesday, March 09, 2010 4:06:29 AM via Twitter for iPhone in reply to johnwinter

769. @danwagoner nice! Monday, March 08, 2010 8:46:28 AM via Twitter for iPhone in reply to danwagoner

770. @ableandgame just clicked through to your site, there is a great market you could sell your wares in Budapest - http://www.wamp.hu/en/ Monday, March 08, 2010 2:34:45 AM via Twitter for iPhone in reply to ableandgame

771. @ableandgame No, but I don't live too far away from there, and it has a good reputation and great bar. Monday, March 08, 2010 2:31:03 AM via Twitter for iPhone in reply to ableandgame

772. @ableandgame Budapest = http://www.grundhostel.hu/ Monday, March 08, 2010 1:56:15 AM via Twitter for iPhone in reply to ableandgame

773. what you looking at? http://yfrog.com/j8timwj Sunday, March 07, 2010 1:05:07 PM via Twitter for iPhone

774. Innards of the optoisolated switch section of the @onlinelightbulb - http://yfrog.com/47re7kj driven by debian, some java a rdbms and php. Sunday, March 07, 2010 6:03:34 AM via web

775. @JohnnyTyson cool, DM'd Sunday, March 07, 2010 3:57:18 AM via Twitter for iPhone in reply to JohnnyTyson

776. @JohnnyTyson ugh, dongles are not the best, although Vodafone has 7.2Mb/s HSDPA so quite nippy in Budapest. Dongle + Coffee shop WiFi then. Sunday, March 07, 2010

2:48:56 AM via Twitter for iPhone in reply to JohnnyTyson

777. yay! @onlinelightbulb is back up! - http://bit.ly/bvkCn0
feature request: webcam image of the lightbulb Sunday,
March 07, 2010 2:43:21 AM via Twitter for iPhone

778. @JohnnyTyson (spotted you and followed you from a
saved search the other day btw) :-) Sunday, March 07, 2010
2:37:06 AM via Twitter for iPhone in reply to JohnnyTyson

779. @JohnnyTyson there are significantly faster broadband
speeds (and more reliable ISPs) here than in the UK.
Sunday, March 07, 2010 2:32:26 AM via Twitter for iPhone

780. @danwagoner :-) btw, here is a video of one of our Vizslas
taken this morning - http://vimeo.com/9967802 Saturday,
March 06, 2010 3:26:57 PM via Twitter for iPhone in reply
to danwagoner

781. @danwagoner http://xs1.iphwn.org/vizsla1.mp3 &
http://xs1.iphwn.org/vizsla2.mp3 Saturday, March 06, 2010
12:52:41 PM via Twitter for iPhone in reply to danwagoner

782. @danwagoner hold on, getting the wife and sister-in-law to
do an audio clip :-) Saturday, March 06, 2010 12:40:05 PM
via Twitter for iPhone in reply to danwagoner

783. @danwagoner viz(sh)-lah not veeshla ;) Saturday, March
06, 2010 10:56:22 AM via Twitter for iPhone in reply to
danwagoner

784. @morrildl email forwarded. Thanks. Saturday, March 06,
2010 10:35:00 AM via Twitter for iPhone in reply to
morrildl

785. oops - http://yfrog.com/j69tvp Saturday, March 06, 2010
10:25:41 AM via Twitter for iPhone

786. @spike72 Welcome to Hungary. Of course I'm an Apple
user, but don't even start me on Apple service, price and
support :) Saturday, March 06, 2010 10:11:17 AM via
Twitter for iPhone in reply to spike72

787. Possibly the best site on the web - http://bit.ly/bvkCn0 a
switchable, twittering, web controlled lightbulb. follow him
at @onlinelightbulb Saturday, March 06, 2010 10:09:54
AM via Twitter for iPhone

788. @spike72 the Dell store in the West End is typical
unfortunately hi-tech sales staff consider themselves special
and don't care about sales Saturday, March 06, 2010
9:19:03 AM via Twitter for iPhone in reply to spike72

789. @scanlime I was showing your sewing machine mod to my
wife last night, she was v. impressed. Have you ever looked
at laser cutting patterns? Saturday, March 06, 2010
12:45:30 AM via Twitter for iPhone

790. @morrildl Hi Dan, I tried emailing you the other day, not
sure if I had the correct address? Any chance you could
follow me so I can DM? Saturday, March 06, 2010
12:43:29 AM via Twitter for iPhone in reply to morrildl

791. @scanlime bust out the wavebubble - http://bit.ly/bZAQZT
Friday, March 05, 2010 12:49:12 PM via Twitter for iPhone
in reply to scanlime

792. @scanlime haha, yes it does, actually did you see this one - http://onion.com/bYBTXU Friday, March 05, 2010 12:36:05 PM via Twitter for iPhone in reply to scanlime

793. April 3rd for the iPad. http://bit.ly/9A8I40 Friday, March 05, 2010 7:22:47 AM via Twitter for iPhone

794. Reading about Mark Zuckerberg hacks in 2004 http://bit.ly/a4eJDa http://bit.ly/dvxtcj Friday, March 05, 2010 2:08:06 AM via Twitter for iPhone

795. WarGames quiz, do you know your 'pencil' from your 'double' or 'WOPR' from 'Bo' ? http://j.mp/awAQmY Mine http://yfrog.com/6u16tp Thursday, March 04, 2010 12:02:18 PM via Twitter for iPhone

796. yet another tweetie @fusion ad clicked through. This time @typewar http://typewar.com/iphone/ very cool. Thursday, March 04, 2010 12:42:21 AM via Twitter for iPhone

797. @pritchardswyd I hope you have spell checker on with all the 'writting' mate ;-) Wednesday, March 03, 2010 11:42:08 AM via Twitter for iPhone in reply to pritchardswyd

798. @bigcrustyape sing 'god save the queen' in the style of the sex pistols version. Wednesday, March 03, 2010 10:27:04 AM via Twitter for iPhone in reply to NathanPask

799. Awesome things about @projectsugru 1) the Product 2) the inventor's amazing non anglicised Gaelic surname 3) they are in Bethnal Green Wednesday, March 03, 2010 2:20:25 AM via Twitter for iPhone

800. @Marmarati Tesco Hungary? They certainly didn't know what I was on about. Any chance of a freebee? and I'll review to my 2,781 followers :) Wednesday, March 03, 2010 2:11:28 AM via Twitter for iPhone in reply to Marmarati

801. are you a @foursquare user? read this http://j.mp/atX4ie usernames and passwords sent without SSL over WiFi (just base64 encoded) :-| Wednesday, March 03, 2010 1:36:10 AM via Twitter for iPhone

802. @johnwinter oh, also, while we are on wishlists, pasteboard directly to pastie with shortcut would be great, and also make pasties private Wednesday, March 03, 2010 12:55:31 AM via Twitter for iPhone in reply to johnwinter

803. @johnwinter yes, but @tinygrab doesn't allow scp let alone pubkeys or non standard ports. Please implement it in dropzone :) Wednesday, March 03, 2010 12:54:01 AM via Twitter for iPhone in reply to johnwinter

804. @johnwinter if you incorporated automatic screenshot sharing into dropzone, it would be _perfect_ Tuesday, March 02, 2010 11:54:04 PM via Twitter for iPhone in reply to johnwinter

805. @gb1501 heh, OK :) Tuesday, March 02, 2010 3:29:04 PM via Twitter for iPhone in reply to gb1501

806. @gb1501 eh? Tuesday, March 02, 2010 3:23:21 PM via Twitter for iPhone in reply to gb1501

807. loving dropzone from @johnwinter finally a decent

autouploader that works with scp, non standard ports, & public keys - http://j.mp/9pC7QU Tuesday, March 02, 2010 3:17:33 PM via Twitter for iPhone

808. @scanlime yep, fun fun! $99 devkit details here - http://bit.ly/aI6hyV also has inbuilt USB FlashPro programmer so plug & play. Tuesday, March 02, 2010 9:10:52 AM via Twitter for iPhone in reply to scanlime

809. Got my GoodFET 22's thanks to the superb @travisgoodspeed http://yfrog.com/4fod3jj Tuesday, March 02, 2010 8:52:01 AM via Twitter for iPhone

810. @Marmarati yes. I am :-) I've called Tesco and they didn't know what the hell I was talking about :-) Tuesday, March 02, 2010 8:49:16 AM via Twitter for iPhone in reply to Marmarati

811. @bre http://bit.ly/c3LkzS Tuesday, March 02, 2010 6:49:15 AM via Twitter for iPhone in reply to bre

812. just convinced @marcan42 to buy technobox from @audiorealism - it is a very cool TB303 emulator that I'm addicted to http://bit.ly/zUW2L Tuesday, March 02, 2010 5:45:35 AM via Twitter for iPhone

813. mucho geeko from @marcan42 creatively abusing @gnihsub's twlfpga http://bit.ly/awYcT6 - next he will use a wiimote as a sustain pedal ;-) Tuesday, March 02, 2010 4:46:16 AM via Twitter for iPhone

814. @bigcrustyape marmite is my heroin. I WANT IT NOW. ;) Tuesday, March 02, 2010 4:08:56 AM via Twitter for iPhone in reply to NathanPask

815. @bigcrustyape I've just badgered @marmarati to see if they will stock it in Hungary :) (it is doubtful though). Tuesday, March 02, 2010 4:05:24 AM via Twitter for iPhone in reply to NathanPask

816. @Marmarati any idea if Tesco Hungary will be stocking Marmite XO? (certain stores stock the normal Marmite). Tuesday, March 02, 2010 4:03:30 AM via Twitter for iPhone in reply to Marmarati

817. drooling over a video http://vimeo.com/9641327 from @bigcrustyape about Marmite XO. looking at @marmiteshop I WANT IT NOW Tuesday, March 02, 2010 3:45:20 AM via Twitter for iPhone

818. @marcan42 especially with the new low-cost FlashPro4 being ~37 EUR - http://bit.ly/cGFTYq and http://bit.ly /9m9Hei Tuesday, March 02, 2010 3:31:38 AM via web

819. @zodttd I guess this is why it is a good experience for the end user, they sort the wheat from the chaff very nicely. Tuesday, March 02, 2010 2:57:31 AM via Twitter for iPhone in reply to zodttd

820. I'm quite amazed by the amount of ads that I click through from @Fusion that are used in @tweetie - 0% of google ads vs ~70% fusion Tuesday, March 02, 2010 2:46:26 AM via Twitter for iPhone

821. @tnare http://bit.ly/cxJ6Lk Tuesday, March 02, 2010

2:09:42 AM via Twitter for iPhone in reply to tnare

822. @tnare looks like BGA only (from quickly checking the part numbers) Tuesday, March 02, 2010 2:08:10 AM via Twitter for iPhone in reply to tnare

823. Actel have announced 'SmartFusion' which is a hard ARM Cortex-M3 + FPGA in single package. @tnare will be pleased. http://bit.ly/c6DTiX Tuesday, March 02, 2010 1:14:31 AM via Twitter for iPhone

824. @drw2803 Not very well, the last time properly was when I was 9 Tuesday, March 02, 2010 12:52:32 AM via Twitter for iPhone in reply to drw2803

825. @drw2803 Croeso! Monday, March 01, 2010 6:54:37 AM via Twitter for iPhone in reply to drw2803

826. Dydd Gŵyl Dewi hapus i bawb! Monday, March 01, 2010 2:56:43 AM via Twitter for iPhone

827. @bl4sty haha :) Friday, February 26, 2010 8:56:03 AM via Twitter for iPhone in reply to bl4sty

828. @studangerous yes please! Friday, February 26, 2010 7:18:17 AM via Twitter for iPhone in reply to studangerous

829. @izsh1911 sorry there wasn't any horse meat involved ;-) Friday, February 26, 2010 5:43:33 AM via Twitter for iPhone in reply to izsh1911

830. @drw2803 ham'n'eggs with brown bread. Not as good as blighty, but it'll do :) Friday, February 26, 2010 5:40:36 AM via Twitter for iPhone in reply to drw2803

831. @cdevwill typed it:) Friday, February 26, 2010 5:10:02 AM via Twitter for iPhone in reply to chronic

832. @cdevwill type what? Friday, February 26, 2010 5:03:14 AM via Twitter for iPhone in reply to chronic

833. hangover fix part 2 http://yfrog.com/3ncnvauj Friday, February 26, 2010 5:00:25 AM via Twitter for iPhone

834. hangover fix http://yfrog.com/32vnsnj Friday, February 26, 2010 4:52:06 AM via Twitter for iPhone

835. @studangerous yep, he is the best. I've seen him play many times. Friday, February 26, 2010 4:27:34 AM via Twitter for iPhone in reply to studangerous

836. ♫♪ listening to Andrew Weatherall live in Cardiff. ♫♪ Friday, February 26, 2010 2:47:52 AM via Twitter for iPhone

837. @drw2803 yes please :) Friday, February 26, 2010 2:39:16 AM via Twitter for iPhone in reply to drw2803

838. @drw2803 they are an ultra far-right fascist/racist/anti-gay/anti-semitic political party in Hungary Friday, February 26, 2010 2:18:15 AM via web in reply to drw2803

839. :( http://yfrog.com/2en8bkj Friday, February 26, 2010 1:37:10 AM via Twitter for iPhone

840. checking out @square and wondering if the service is offered outside US? Thursday, February 25, 2010 11:54:12 PM via Twitter for iPhone

841. http://yfrog.com/1dtzssj Thursday, February 25, 2010 12:16:20 PM via Twitter for iPhone

842. drinkies with @guydickinson in #kuplung Thursday, February 25, 2010 10:54:14 AM via Twitter for iPhone

843. @chemicaloliver and especially regarding the origins of the CPU sat in their pocket. Tuesday, February 23, 2010 5:18:17 AM via Twitter for iPhone in reply to chemicaloliver

844. @pritchardswyd been busy with a new project and I'm on a diet and health tip (we'll see how long that lasts!) :) Tuesday, February 23, 2010 1:33:29 AM via Twitter for iPhone in reply to pritchardswyd

845. @pritchardswyd I'm doing a talk around these devices, so hopefully I'll get some samples from manufactr. Liz mentioned you may be over soon. Tuesday, February 23, 2010 12:51:52 AM via Twitter for iPhone in reply to pritchardswyd

846. @pritchardswyd next time you come to Budapest, I'll show you the fitbit (mine should have arrived by then). Tuesday, February 23, 2010 12:12:48 AM via Twitter for iPhone in reply to pritchardswyd

847. @chemicaloliver that is the best profile picture eva! Monday, February 22, 2010 11:36:37 PM via Twitter for iPhone

848. @pritchardswyd have you seen http://www.fitbit.com/ it monitors your activity patterns (calories burned etc) and also quality of sleep etc. Monday, February 22, 2010 11:10:04 PM via Twitter for iPhone in reply to pritchardswyd

849. @TuttleTree we have designed PwnageTool and other tools specifically so we don't have any copyright issues, *ever*. We hate warez. Tuesday, February 09, 2010 8:52:14 AM via web in reply to TuttleTree

850. @TuttleTree you obviously don't know anything about us or what we stand for. Tuesday, February 09, 2010 8:48:46 AM via web in reply to TuttleTree

851. @copumpkin awww, you need a hug or maybe a beer. Bit too early for a beer so seek out a hug. Tuesday, February 09, 2010 8:01:27 AM via web in reply to copumpkin

852. Pipacs sat in the snow :) http://yfrog.com/3ng1xdj Saturday, January 30, 2010 12:25:08 PM via Twitter for iPhone

853. Vita sat in the snow. http://yfrog.com/at1e6j Saturday, January 30, 2010 12:19:54 PM via Twitter for iPhone

854. guydickinson With an iPad/Phone. Apple are basically our IT dept, right? And no, you can't have admin rights. Saturday, January 30, 2010 2:54:02 AM via Twitter for iPhone Retweeted by pytey and 5 others

855. rockin it at http://trafo.hu/ *burp* Saturday, January 09, 2010 3:44:05 PM via Twitter for iPhone

856. Stunning bookstore! http://yfrog.com/3g3ubsj http://yfrog.com/4eoqsnj http://yfrog.com/auqi9gj Wednesday, December 30, 2009 8:13:54 AM via Twitter for iPhone

857. Time to look at all the lovely old fashioned analogue books while they still exist ;) http://yfrog.com/35kyraj http://yfrog.com/4g7k1xj Wednesday, December 30, 2009 8:11:05 AM via Twitter for iPhone

858. Epic Chinglish/Hunglish menu mashup http://yfrog.com /auar2xj Monday, December 28, 2009 9:58:34 AM via Twitter for iPhone

859. My wife and I are spoiling ourselves with Chinese take away before 2010 fitness plans :) http://yfrog.com/4g5lyhj Monday, December 28, 2009 9:53:46 AM via Twitter for iPhone

860. @MuscleNerd @angiexpangie sorry chaps it was a twitter reply mishap 6:04 PM Dec 23rd, 2009 via Twitter for iPhone in reply to MuscleNerd

861. I've just seen an epic bag on the metro at Kálvin tér http://yfrog.com/4iezmxj 8:06 AM Dec 23rd, 2009 via Twitter for iPhone

862. One of my cats is chewing my iPhone cable. His name is Uri Geller and his brother is called Turo Rudi 7:13 AM Dec 23rd, 2009 via Twitter for iPhone

863. @iHacker don't think so 6:10 AM Dec 23rd, 2009 via Twitter for iPhone in reply to MemPwner

864. @daeken good good. How is the android haxing? How is the doggie? 11:26 AM Dec 22nd, 2009 via Twitter for iPhone in reply to daeken

865. @szergelyiphone btw @zoldmali breeds the Mac OS X of Vizslas :) 11:11 AM Dec 22nd, 2009 via Twitter for iPhone in reply to szergelyiphone

866. @szergelyiphone @daeken is one of the old school iPhone hackers and has a Vizsla also. 11:05 AM Dec 22nd, 2009 via Twitter for iPhone in reply to szergelyiphone

867. @szergelyiphone I have 3 :) wirehaired from champion line, shorthaired and rare genetic fault longhaired. Named Alma, Pipacs & Vita 11:00 AM Dec 22nd, 2009 via Twitter for iPhone in reply to szergelyiphone

868. Going into Budapest center. Some beers with friends. 10:41 AM Dec 22nd, 2009 via Twitter for iPhone

869. @daeken how is the Vizsla? 11:17 AM Dec 21st, 2009 via Twitter for iPhone in reply to daeken

870. full of cake 7:50 AM Nov 1st, 2008 via Twitterrific

# Footer

- © 2011 Twitter
- About Us
- Contact
- Blog
- Status
- Resources
- API

Case3:11-cv-00167-SI    Document42-18     Filed01/20/11    Page57 of 57

- Business
- Help
- Jobs
- Terms
- Privacy