# EXHIBIT S

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

Hacker releases PlayStation 3 root key

also @ TechSpot: Tech Tip: Customize the Firefox 4 Interface With a Few Simple Tweaks

TECHSPOT　　NEWS　　DOWNLOADS　　WEB

Join Now　　Login　　About

Trending in Tech　|　Features　|　Hardware　|　Software　|　Gaming　|　The Web　|　IT Industry　|　Apple　|　Mobile　|　WOF　|　More

**Software Piracy** Accused of software piracy? Free Consultation 800-596-6176 www.ScottandScottllp.com

**Alienware's New Armada** Power Your Gaming w/ Alienware's Newest Gaming PCs w/Intel® Core™ www.Alienware.cor

Ads by Google

GAMING

# Hacker releases PlayStation 3 root key

By Emil Protalinski, TechSpot.com
Published: January 3, 2011, 10:14 PM EST



Hacker George Hotz, also known as GeoHot, has posted what he claims to be the PlayStation 3 root key, which is used for code signing games. GeoHot, who is known for helping crack the iPhone, has not found the key, which groups have claimed in the past, but he has posted it to the public.

The root key lets the PS3 know that a piece of software is legitimate. If other hackers start using it (and it is indeed the real one), the key will let them make custom software or easily use pirated games. It will make it possible to run homebrew without the need for psjailbreak-style USB-devices. It also provides hope for those at firmware version 3.55 that have no way of downgrading.

The key cannot be changed without hardware modifications (firmware updates are not enough), and even doing so would render current software inoperable. In short, Sony will have a hard time fighting hacks developed with this key. The company has yet to issue a statement regarding the news; there are likely quite a number of people currently working overtime to figure out the implications of the key being available for the world to see.

19 comments　　　　　　　Like　82　　　　　33　　　+ Share


Look for the PG&E and ENERGY STAR sticker on your next TV purchase.
PG&E  Shop Now

## User Comments (19)

Post a comment

**slh28**
on January 4, 2011
12:55 AM

Apple/Sony/Microsoft or somebody seriously needs to hire this guy.

Reply | Quote

**realista69**
on January 4, 2011

Wow, lets all hack the PS3!!!


Look for the PG&E and ENERGY STAR sticker on your next TV purchase.
PG&E  Shop Now

### Most Popular

Trending　　　　Featured

1　Leaked: US government strategy to prevent leaks
39 Comments

2　Android passes iPhone in the US
22 Comments

3　EVGA teases dual-GPU GeForce
24 Comments

4　Tech Tip: Customize Firefox 4 UI With These Simple Tweaks
15 Comments

5　Google stops US government from choosing Microsoft
38 Comments

More Trending Topics

### Downloads & Drivers

Downloads　　　　Drivers

ID3 renamer 4.1.1
GMABooster 2.1a
AI RoboForm 7.1.5
#7Z 0.9.1
Master Voyager 2.73

More Downloads

1:17 AM

Like now, go on, go.

..onnn...

Reply | Quote

**benny26**
on January 4, 2011
3:37 AM

Damn. Why am i not rich enough to have the confidence to experiment with this sort of stuff...Mind, i hardly play the PS3 anyway. 😕

Still a quality piece of hardware though.

Reply | Quote

**Guest**
on January 4, 2011
4:37 AM

this turd should be sent to a Chinese "re-education" camp !

Reply | Quote

**mosu**
on January 4, 2011
6:25 AM

It's OK for big companies like Sony to get kicked now and then,to remind them that they grow on people's money.BTW, GeoHot's name "Hotz" means thief in romanian.Good luck and a happy new year 2011 to all!

Reply | Quote

**edison5do**
on January 4, 2011
6:56 AM

Well, this will hurt the developers budget, But it will boost Sny PS3 Sales like a Sky Rocket, just like when PS2 got hacked.

Reply | Quote

**burty117**
on January 4, 2011
8:09 AM

It was only a matter of time I guess, just like the master key to HDCP protection for Blu-Rays.

Again i'm not standing up for Piracy or anything but people will always find a way round DRM systems if it locks the machine down too much such as this stops home brew software. If I had bought a PS3 and wanted to create and test my own home brew game on the platform I would be slightly peeved that the machine I bought was locked down.

I wonder if this will have a knock-on effect with game prices possibly going down?

Reply | Quote

**9Nails**
on January 4, 2011
10:09 AM

Again, this is a reminder why DRM only hurts the honest people. People who want to bypass your rights management can and will do so. But the honest majority of us suffer through rights restrictions.

Reply | Quote

**Guest**
on January 5, 2011
5:15 AM

Either you are a corporate puppet, or you have no imagination what so ever! You seem to be a bitter and angry nancy man

Reply | Quote

**trillionsin**
on January 5, 2011
10:03 AM

Would anyone be willing to fill me in on why you would need this anyways????

Reply | Quote

**3dcgmodeler**
on January 5, 2011
10:52 AM

cool.... now to play the right way yahooo
It worked..... 😄

Reply | Quote

**Guest**
on January 5, 2011
11:27 AM

I do think if Sony didn't removed linux, they would not of incurred the wrath of the hacker community.
I blame Sony over-reaction that lead to this situation.

Reply | Quote

**Leeky**
on January 5, 2011
11:29 AM

> Would anyone be willing to fill me in on why you would need this anyways????

My understanding is to be able to play non-genuine discs with your PS3 (copies of originals you own perhaps?), though I guess that also means illegal copies of games could also be played with the root key mod as well.

Reply | Quote

**TS Community**

| Recent Discussion | User Gallery |
|---|---|

Application not found

Got no sound

MSN Explorer search

Get Ubuntu online or uninstall it

Networking a Mac and a PC both wirelessly and wired! Idiots guide required.

**More at the Forum**

**Follow TechSpot**

| Feeds & More | Newsletter |
|---|---|

Subscribe to our daily feeds and follow us:



GoToAssist connects your team with simple, powerful remote support.

**Try it FREE for 30 Days**

GoToAssist® EXPRESS
by CITRIX

**trillionsin**
on January 5, 2011
11:37 AM

Leeky said:

> Would anyone be willing to fill me in on
> why you would need this anyways????

My understanding is to be able to play non-genuine discs
with your PS3 (copies of originals you own perhaps?),
though I guess that also means illegal copies of games
could also be played with the root key mod as well.

Thanks, I appreciate that. I didnt realize thats what this allowed.. guess I
didnt read the article very well. Thank you for spelling it out for me.

Some friends were talking about making their newer PS3's play older
games such as PS2/PS. But I dont think that this allows that to happen, as
reading the older discs is actually a hardware issue. Right?

Reply | Quote

---

**Guest**
on January 5, 2011
12:32 PM

The main intention of the original hackers was to be able to run Linux on the
machine, which has a rather cool vector processor useful for scientific and
commercial work as well as hobbyist stuff. The original ps3 sold with this
option as "other OS" and people who where not interested in games bought
it for this, but they did not include it on the new ps3 slim. This limitation was
artificial and when someone tried to bypass it on the slim they removed the
feature form the original retroactivly via an update. The home brew and
developer community got to work to reapply this feature by other means and
the piracy opportunities where simply an unimportant (to them) side effect.
Piracy is however easer than re-creating the other OS feature and it will be a
few weeks/moths before this is completed enough to be done by home
users.

Reply | Quote

---

**yRaz**
on January 5, 2011
12:52 PM

I wont buy a PS3, it has so much potential...If people want to BUY a PS3 and
install linux or windows on it, they should be aloud too. It's just another
computer with proprietary hardware and more DRM than sense.

Here is a good idea for stopping piracy, make games WORTH buying. If they
aren't worth buying, adjust the price accordingly. I feel bad for the people
paid for black ops at full price. That is not a $60 game. It's more like a $30
game...I Probably wouldn't play it even if I got it for free.

Reply | Quote

---

**biggabarr**
on January 5, 2011
4:23 PM

don't be fooled its not about piracy or any other illegal stuff, its about making
more money off console sales for sony every body wins when there is a
hack system like ps3 companies starts to develop programs and hardware
for modification and ps3 is getting old now , there will be a replacement for it
soon so why not release the keys .
its only fair for those folks who buy genuine games to have a back up, just in
the event you scratch the disc.

Reply | Quote

---

**Guest**
on January 6, 2011
2:13 AM

i spotted this because i was looking to see if anyone had got around sony
removing my unix from my ps3 .. if sony had not been an *ss by removing
other os then i guess this would not have happened .. karma .. no sympathy
..

Reply | Quote

---

**Guest**
on January 6, 2011
7:53 PM

lol nice... get on...

now!!!

Reply | Quote

---

**Browse more commented news**

## Post a new comment

| Guest user | Members |
|---|---|
| To post as an anonymous user click here. | If you are a TechSpot member, please login first. |

By signing up you gain complete access to the TechSpot community. Join thousands of computer and technology enthusiasts that contribute and share knowledge in our forum. Post messages, get a private inbox, upload your own photo gallery and more.

## Featured Tech Content - Inside TechSpot



**Tool Up! Regain Control of your Gmail Inbox**



**AMD Radeon HD 6970 Review**



**Iomega eGo 1TB USB 3.0 Portable Hard Drive Review**



**AMD Phenom II X6 1100T Black Edition CPU Review**



**Gigabyte GeForce GTX 570 (1280MB) Review**

| Main Sections | TS Community | Useful Resources | About TechSpot |
|---|---|---|---|
| Technology News | OpenBoard Forums | PC Buying Guide | About Us |
| Reviews | Picture Gallery | Laptops Guide | Advertising |
| Guides | Recently Posted | Smartphones Guide | The TechSpot Blog |
| Downloads | Community Archive | Startup Radar | RSS Feeds |
| Drivers | Most Commented | Trending Topics | TechSpot en Español |
| News Archive | | | |

TechSpot | PC Technology News and Analysis

Copyright © 1998-2011, TechSpot, Inc.

TechSpot is a registered trademark

Powered by Storyteller

All Rights Reserved