# EXHIBIT V

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

**[FILED UNDER SEAL]**