# EXHIBIT DD

DECLARATION OF RYAN BRICKER IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INUNCTION; ORDER OF IMPOUNDMENT

Log Out | Help | Security and Protection                    Search



| **My Account** | Send Money | Request Money | Merchant Services | Products & Services | Community |

Overview   Add Funds   Withdraw   **History**   Resolution Center   Profile

## Transaction Details

**Payment Sent** (Unique Transaction ID # ▓▓▓▓▓▓▓▓)

**Sent to:** George Hotz
**Email:** geohot@gmail.com

**Amount sent:** -$1.00 USD
**Fee amount:** $0.00 USD
**Net amount:** -$1.00 USD

**Date:** Jan 7, 2011
**Time:** 12:16:52 PST
**Status:** Completed

**Subject:** You've got money!
**Funding Type:** PayPal Balance
**Funding Source:** $1.00 USD - PayPal Account

You can report a transaction problem in the Resolution Center within 45 days of this payment. Have a problem with this transaction? Click here to resolve

[Return to My Account]

About Us | Contact Us | Legal Agreements | Privacy | Fees | Site Feedback [−]

Copyright © 1999-2011 PayPal. All rights reserved.
Information about FDIC pass-through insurance