| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | TIMOTHY R. CAHN (State Bar No. 162136) |
| | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | HOLLY GAUDREAU (State Bar No. 209114) |
| | RYAN BRICKER (State Bar No. 269100) |
| 4 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 6 | Email: jgilliland@kilpatricktownsend.com |
| |          tcahn@kilpatricktownsend.com |
| 7 |          mboroumand@kilpatricktownsend.com |
| |          hgaudreau@kilpatricktownsend.com |
| 8 |          rbricker@kilpatricktownsend.com |

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, | Case No.  11-cv-00167 SI |
| Plaintiff, | **CERTIFICATE OF SERVICE OF SUPPLEMENTAL BRIEF IN SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100, | |
| Defendants. | |

CERTIFICATE OF SERVICE
Case No. 11-cv-.00167 SI

# CERTIFICATE OF SERVICE
[C.C.P. §§ 1011 and 1013, C.R.C.§ 2008, F.R.C.P. Rule 5, F.R.A.P. 25]

I declare that I am employed in the City and County of San Francisco, California; I am over the age of 18 years and not a party to the within action; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111. On the date set forth below, I served a true and accurate copy of the document(s) entitled:

1. **SUPPLEMENTAL BRIEF IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope each addressed as follows:

Stewart Kellar
e-ttorney at Law™
148 Townsend Street, Suite 2
San Francisco, CA  94107
Telephone No.: 415-742-2303
Email : stewart@etrny.com

Attorney for Defendant

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address(es) indicated for the party(ies) listed above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated: January 14, 2011

*[signature]*
Esther Casillas

63099361 v1



CERTIFICATE OF SERVICE
CASE NO. 11-cv-000167 SI

- 1 -