1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3  HOLLY GAUDREAU (State Bar No. 209114)
   RYAN BRICKER (State Bar No. 269100)
4  Two Embarcadero Center Eighth Floor
   San Francisco, CA  94111
5  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
6  Email: jgilliland@kilpatricktownsend.com
           tcahn@kilpatricktownsend.com
7          mboroumand@kilpatricktownsend.com
           hgaudreau@kilpatricktownsend.com
8          rbricker@kilpatricktownsend.com

9  Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA LLC

10

11            UNITED STATES DISTRICT COURT

12        FOR THE NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  SONY COMPUTER ENTERTAINMENT<br>AMERICA LLC, | Case No.  11-cv-00167 SI |
| 15 | **[PROPOSED] ORDER GRANTING** |
|           Plaintiff, | **ADMINISTRATIVE MOTION TO FILE** |
| 16 | **UNDER SEAL EXHIBITS I, J, K, L, M,** |
|     v. | **N and O TO DECLARATION OF RYAN** |
| 17 | **BRICKER IN SUPPORT OF *EX*** |
| 18  GEORGE HOTZ; HECTOR MARTIN<br>CANTERO; SVEN PETER; and DOES 1<br>through 100, | ***PARTE* MOTION FOR TEMPORARY<br>RESTRAINING ORDER AND ORDER<br>TO SHOW CAUSE RE PRELIMINARY** |
| 19 | **INJUNCTION; ORDER OF** |
|           Defendants. | **IMPOUNDMENT** |
| 20 | |
| 21 | Date:<br>Time: |
| 22 | Courtroom:  10, 19th Floor<br>Judge:       Hon. Susan Illston |

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 11-cv-.00167 SI

1    For good cause shown, Plaintiff Sony Computer Entertainment America LLC

2    ("SCEA")'s Administrative Motion to File Under Seal Exhibits I, J, K, L, M, N and O to

3    Declaration of Ryan Bricker In Support of *Ex Parte* Motion for Temporary Restraining Order

4    And Order To Show Cause Re Preliminary Injunction; Order of Impoundment, is **GRANTED**.

5

6        **IT IS SO ORDERED**.

7

8    DATED:_____        _____

9                                  UNITED STATES DISTRICT JUDGE

10

11   63109029 v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL        1
Case No. 11-cv-.00167 SI