IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT, | No. C 11-00167SI |
| Plaintiff, | **NOTICE** |
| v. | |
| GEORGE HOTZ, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, April 22, 2011, at 2:30 p.m.

Dated: January 28, 2011

RICHARD W. WIEKING, Clerk

Tracy Forakis
Deputy Clerk