KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
tcahn@kilpatricktownsend.com
mboroumand@kilpatricktownsend.com
hgaudreau@kilpatricktownsend.com
rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | CASE NO. 11-cv-000167 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING PERSONAL JURISDICTION BRIEFING AND HEARING; PARTIES' STATEMENTS RE: PRELIMINARY INJUNCTION BRIEFING AND HEARING.**<br><br>Judge: Hon. Susan Illston |



WHEREAS, on January 27, 2011, the Court issued an Order Granting Plaintiff's Motion For A Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, and other relief ("TRO Order");

WHEREAS, in its TRO Order, the Court directed the parties to meet and confer regarding a briefing schedule and hearing date on (1) plaintiff's motion for preliminary injunction against Hotz; and (2) defendant Hotz's motion to dismiss for lack of personal jurisdiction;

WHEREAS, the Court instructed the parties to "submit a stipulation and proposed order regarding the briefing schedule and hearing date by February 1, 2011"; and

WHEREAS, the parties, through their counsel, met and conferred on January 31 and February 1, 2011, and were able to achieve agreement only as to the briefing and hearing on Defendant Hotz's jurisdictional challenge.

**THEREFORE**, **Plaintiff Sony Computer Entertainment America LLP ("SCEA") and Defendant George Hotz hereby STIPULATE as follows with respect to Defendant Hotz's jurisdictional challenge:**

1. Defendant Hotz shall file his motion to dismiss for lack of personal jurisdiction on February 2, 2011, to be heard on the Court's regular civil motion calendar, on Friday, March 11, 2011.

2. Plaintiff SCEA shall file its Opposition on February 18, 2011.

3. Defendant Hotz shall file his Reply, if any, on February 25, 2011.

**With respect to the preliminary injunction hearing, the parties state their respective positions as follows:**

1. Defendant Hotz reads the Court's TRO Order as contemplating a briefing and hearing schedule on the preliminary injunction in addition to a jurisdictional challenge under a Rule 12 motion and believes that such is required pursuant to FRCP 65(b)(2). Defendant Hotz therefore requests that his objections to the TRO Order be addressed and that a preliminary injunction determination be made within fourteen (14) days of the



STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING
CASE NO. 11-cv-000167 SI

TRO Order. Defendant Hotz proposes the following briefing and hearing schedule for the preliminary injunction:

| | |
|---|---|
| Thursday, Feb. 3 (5:30 p.m): | Defendant Hotz files his brief on OSC |
| Monday, Feb. 7 (5:30 p.m.): | Plaintiff SCEA files its Opposition |
| Tuesday, Feb. 8 (5:30 p.m.): | Defendant files a reply. |
| February 9 or 10: | Hearing on Preliminary Injunction |

2. Plaintiff SCEA reads the Court's TRO Order as contemplating a single hearing at which the jurisdiction issues and other preliminary injunction issues would be addressed and believes that this is the most efficient and fair approach. SCEA thus proposes that the Court consolidate the briefing of the two motions on the agreed schedule set forth above for the jurisdiction motion and that the Court hold a single hearing on March 11, 2011. SCEA further requests that the Court extend the TRO Order until such time as the consolidated hearing occurs, without prejudice to Defendant's ability to seek to modify the scope of the TRO in the interim.

Respectfully submitted,

DATED: February 1, 2011   KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Timothy R. Cahn
    TIMOTHY R. CAHN

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

DATED: February 1, 2011   /s/ Stewart Kellar
                          STEWART KELLAR
                          E-ttorney at Law™

Attorney for Defendant
GEORGE HOTZ



STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING
CASE NO. 11-cv-000167 SI

- 3 -

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT**:

1. Defendant Hotz shall file his motion to dismiss for lack of personal jurisdiction on February 2, 2011, to be heard on the Court's regular civil motion calendar, on Friday, March 11, 2011.
2. Plaintiff SCEA shall file its Opposition on February 18, 2011.
3. Defendant Hotz shall file his Reply, if any, on February 25, 2011.

IT IS SO ORDERED.

DATED:_____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

63131752 v1



STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING
CASE NO. 11-cv-000167 SI