| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | JAMES G. GILLILAND, JR. (State Bar No. 107988) |
| 2 | TIMOTHY R. CAHN (State Bar No. 162136) |
| | MEHRNAZ BOROUMAND SMITH (State Bar No. 197271) |
| 3 | HOLLY GAUDREAU (State Bar No. 209114) |
| | RYAN BRICKER (State Bar No. 269100) |
| 4 | Two Embarcadero Center Eighth Floor |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 6 | Email: jgilliland@kilpatricktownsend.com |
| | tcahn@kilpatricktownsend.com |
| 7 | mboroumand@kilpatricktownsend.com |
| | hgaudreau@kilpatricktownsend.com |
| 8 | rbricker@kilpatricktownsend.com |

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, | Case No.  11-cv-000167 SI |
| Plaintiff, | **DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY** |
| v. | |
| GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100, | Date:  February 9, 2011 |
| | Time:  9:00 a.m. |
| Defendants. | Courtroom: 10, 19th Floor |
| | Judge:  Honorable Susan Illston |



DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY
CASE NO. 11-cv-000167 SI

I, Holly Gaudreau, declare as follows:

1. I am an attorney in the law firm of Kilpatrick Townsend & Stockton LLP, counsel of record for plaintiff Sony Computer Entertainment America LLC ("SCEA") in the above-captioned matter. I make this declaration on personal knowledge and if called as a witness could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a post at <technet2003.org> identifying the members of the fail0verflow hacking team, including the anonymous members "bushing" and "segher". The post was accessed on February 4, 2011.

3. On February 4, 2011, my colleague and I conferred with counsel for defendant George Hotz, Stewart Kellar, about discovery issues under Fed. R. Civ. P. 26(f), including SCEA's need to take expedited jurisdictional discovery in connection with defendant's motion to dismiss for lack of personal jurisdiction. Counsel did not agree to allow SCEA to take such expedited discovery.

4. Attached hereto as Exhibit B is a true and correct copy of SCEA's First Set of Requests for Production to George Hotz.

5. Attached hereto as Exhibit C is a true and correct copy of SCEA's First Demand for Inspection to George Hotz.

6. Attached hereto as Exhibit D is a true and correct copy of SCEA's First Set of Interrogatories to George Hotz.

7. Attached hereto as Exhibit E is a true and correct copy of SCEA's Notice of Deposition of George Hotz.

8. Attached hereto as Exhibit F is a true and correct copy of a sample subpoena to be served on Bluehost, Inc. regarding George Hotz's website.

9. Attached hereto as Exhibit G is a true and correct copy of a sample subpoena to be served on Google, Inc. regarding George Hotz's interactive blog.

10. Attached hereto as Exhibit H is a true and correct copy of a sample subpoena to be served on PayPal, Inc. regarding George Hotz's account.

1    11.    Attached hereto as Exhibit I is a true and correct copy of a sample
2  subpoena to be served on Twitter, Inc. regarding George Hotz's account.
3    12.    Attached hereto as Exhibit J is a true and correct copy of a sample
4  subpoena to be served on YouTube, LLC regarding George Hotz's video entitled
5  "Jailbroken PS3 3.55 with Homebrew."
6    13.    Attached hereto as Exhibit K is a true and correct copy of a sample
7  subpoena to be served on SoftLayer Technologies, Inc. regarding George Hotz's psx-
8  scene.com account.
9    14.    Attached hereto as Exhibit L is a true and correct copy of a sample
10 subpoena to be served on PayPal, Inc. regarding accounts held by Defendant Hector
11 Cantero ("Cantero"), Defendant Sven Peter ("Peter"), Doe Defendant 1 ("Bushing"), Doe
12 Defendant 2 ("Segher") and "kakaroto."
13   15.    Attached hereto as Exhibit M is a true and correct copy of a sample
14 subpoena to be served on Twitter, Inc regarding accounts held by Cantero, Peter,
15 Bushing, Segher and kakaroto.
16   16.    Attached hereto as Exhibit N is a true and correct copy of a sample
17 subpoena to be served on Geeknet, Inc regarding Slashdot.com accounts held by
18 Cantero and Bushing.
19   17.    Attached hereto as Exhibit O is a true and correct copy of a sample
20 subpoena to be served on Kickstarter regarding an account held by Bushing.
21   18.    Attached hereto as Exhibit P is a true and correct copy of a sample
22 subpoena to be served on Github.com regarding accounts held by "hermesEOL,
23 "kakaroto," "kmeaw," "waninkoko," and "grafchokolo."
24   I declare under penalty of perjury under the laws of the United States of America
25 that the foregoing is true and correct.  Executed on this 4th day of February, 2011.
26
27        */s/ Holly Gaudreau*
          HOLLY GAUDREAU
28 63135135 v1



DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF MOTION FOR EXPEDITED
DISCOVERY                                                              - 2 -
CASE NO. 11-cv-000167 SI