# EXHIBIT A
## TO THE DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY

# Security Technology News

- Home
- Activity
- Members
- Groups
- Blogs
- About

Members  Search



by twitter-w_levin

## w_levin: Just so you people know, #PS3 HW on 3.55FW : http://geohot.com/ , thx to @fail0verflow team : @marcan42, @sven, @bushing, @segher too :)

1:32 am *in* Internet Security, Phone Security, Security Technology *by* twitter-w_levin

w_levin: Just so you people know, #PS3 HW on 3.55FW : http://geohot.com/ , thx to @fail0verflow team : @marcan42, @sven, @bushing, @segher too :)

No Comments »

Comments are closed, but trackbacks and pingbacks are open.

To start connecting please log in first. You can also create an account.

Username

Password

☐ Remember Me

Log In

## Awesome Websites

- Backlinks

## Contributors

- Twitter / Compt_Security
- Twitter / CompuSecure

- Twitter / w_levin
- Twitter /    Security

**Recently Active Member Avatars**



Security Technology News is proudly powered by WordPress and BuddyPress

Security Technology News

- Log In
- Sign Up
- Visit
    - Random Member
    - Random Group
    - Random Blog