EXHIBIT B
TO THE DECLARATION OF HOLLY GAUDREAU IN
SUPPORT OF MOTION FOR EXPEDITED
DISCOVERY

1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3  HOLLY GAUDREAU (State Bar No. 209114)
   RYAN BRICKER (State Bar No. 269100)
4  Two Embarcadero Center Eighth Floor
   San Francisco, CA  94111
5  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
6  Email: jgilliland@kilpatricktownsend.com
          tcahn@kilpatricktownsend.com
7          mboroumand@kilpatricktownsend.com
          hgaudreau@kilpatricktownsend.com
8          rbricker@kilpatricktownsend.com

9  Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA LLC
10

11                 UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14  | SONY COMPUTER | Case No. 11-cv-00167 SI |
    | ENTERTAINMENT AMERICA LLC, | |
15  | | |
    | Plaintiff, | **PLAINTIFF'S FIRST REQUEST FOR** |
16  | | **PRODUCTION OF DOCUMENTS TO** |
    | v. | **DEFENDANT GEORGE HOTZ** |
17  | | **[Nos. 1-30]** |
    | GEORGE HOTZ; HECTOR MARTIN | |
18  | CANTERO; SVEN PETER; and DOES | **JURISDICTIONAL DISCOVERY** |
    | 1 through 100, | |
19  | | **EXPEDITED RESPONSE REQUESTED** |
    | Defendants. | |
20  | | Judge:    Hon. Susan Illston |

21

22

23

24

25

26

27

28

1    Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, plaintiff Sony

2  Computer Entertainment America LLC ("SCEA") requests that Defendant George Hotz

3  respond to these requests for production of documents within five (5) days from the service

4  hereof.  Unless otherwise agreed between the parties, the documents shall be produced to

5  Kilpatrick Townsend and Stockton LLP, Two Embarcadero Center, 8th Floor, San Francisco,

6  California 94111.

7                                   **DEFINITIONS**

8        1.    The term "YOU" or "YOUR" means George Hotz and any agents, attorneys,

9  employees, representatives or anyone else acting or purporting to act on YOUR behalf or

10  under YOUR control.

11        2.    The term "SCEA" means plaintiff Sony Computer Entertainment America LLC.

12        3.    The term "COMPLAINT" means the complaint filed by SCEA against YOU on

13  January 11, 2011.

14        4.    The term "DOCUMENT" is used in its customarily broad sense within the context

15  of the Federal Rules of Civil Procedure and includes all documents as defined in Fed. R. Civ.

16  P. 34 and, without limitation, each original, or a copy or microfilm in the absence of the original,

17  and every copy bearing notes or markings not present on the original or copy, letters,

18  memoranda, drafts, notes, notebooks, translations, data compilations, reports, e-mails,

19  computer disks, publications, computer printouts, charts, photographs, and other data

20  compilations from which information can be obtained or translated, if necessary, by SCEA

21  through detection devices into a reasonably usable form.  The term "DOCUMENT" also refers

22  to any tangible object such as, but not limited to, prototypes, models and specimens.

23        5.    The term "COMMUNICATION" means every manner or method of disclosure or

24  transfer or exchange of information, whether orally, electronically, or by document, and

25  whether face-to-face, by telephone, mail, facsimile, electronic mail, videoconference, or

26  internet communications.

27        6.    The term "PS3 SYSTEM" refers to the PlayStation®3 computer entertainment

28  system.

7.    The term "CIRCUMVENTION DEVICES" refers to any circumvention technology, product, service, method, code, software tool, device, component or part thereof that circumvents the technological protection measures ("TPMs") in the PS3 SYSTEM, including but not limited to the Elliptic Curve Digital Signature Algorithm Keys, encryption and/or decryption keys, 3.55 Firmware Jailbreak, dePKG Firmware Decrypter, Signing Tools, root keys, and/or Fail0verflow tools and/or any other technologies that enable unauthorized access to and/or copying of the PS3 SYSTEM and other copyrighted works that are accessible through or compatible with the PS3 SYSTEM.

8.    The term "FAIL0VERFLOW DEFENDANTS" refers to Defendants Hector Martin Cantero, Sven Peter, Doe Defendant 1 ("Bushing") and Doe Defendant 2 ("Segher").

9.    The term "PERSON" includes natural persons as well as corporations, partnerships, proprietorships and unincorporated associations.

10.    The term "RELATED TO" shall mean refer, concern, summarize, demonstrate, constitute, evidence, reflect, contain, study, analyze, consider, explain, mention, show, discuss, describe memorialize, contradict or comment upon.

11.    To "IDENTIFY" a PERSON:

     a.    when used with respect to a natural person means to state his or her full name, present or last known address (specify which) and, where applicable, present or last known employer or address thereof, and present or last known job, position or title of that individual.

     b.    when used with respect to an entity or any other person means to state the full name thereof, present or last known address (specify which), date, state and county of organization, the name under which it was organized and the name of the chief executive officer or person holding a comparable position.

///

///

///

1

**INSTRUCTIONS**

2     1.     In responding to these document requests, please furnish all DOCUMENTS

3 known or available to YOU, including information in the possession of YOUR attorneys or other

4 persons directly or indirectly employed or retained by YOU, including without limitation YOUR

5 agents, employees, representatives, investigators or anyone else acting or purporting to act on

6 YOUR behalf or under YOUR control.

7     2.     To the extent that YOU withhold any DOCUMENTS because of a claim of

8 privilege or immunity, please provide a privilege log setting forth the general nature of the

9 DOCUMENTS withheld; its subject matter; and any other information which is necessary to

10 explain YOUR claim of privilege or immunity and to allow a court to adjudicate the propriety of

11 such claim.

12     3.     If DOCUMENTS that fall within the scope of a document request were lost or

13 destroyed, please state so, explain all circumstances RELATED TO the loss or destruction of

14 the DOCUMENTS, and describe the nature of the DOCUMENTS which YOU cannot provide

15 due to loss or destruction.

16     4.     If no DOCUMENTS fall within the scope of a document requests, please state so.

17     5.     If YOU object to any portion of a document request, please produce all

18 DOCUMENTS within the scope of the document requests to which YOU do not object.

19     6.     These document requests are to be regarded as continuing and YOU are

20 requested to provide promptly, by way of supplementary production of documents, such

21 additional DOCUMENTS as may hereafter be obtained by YOU or any PERSON acting on

22 YOUR behalf which fall within the scope of these document requests.

23

**REQUESTS FOR PRODUCTION**

24 **REQUEST FOR PRODUCTION NO. 1:**

25     All DOCUMENTS RELATED TO any download and accessing of CIRCUMVENTION

26 DEVICES from YOUR website at www.geohot.com or any other website where or through

27 which YOU have offered, distributed, promoted and/or posted the CIRCUMVENTION

28 DEVICES.

**REQUEST FOR PRODUCTION NO. 2:**

DOCUMENTS sufficient to identify all locations or websites where or through which YOU have offered, distributed, promoted and/or posted the CIRCUMVENTION DEVICES.

**REQUEST FOR PRODUCTION NO. 3:**

All COMMUNICATIONS RELATED TO YOUR website at www.geohot.com between YOU and any PERSON.

**REQUEST FOR PRODUCTION NO. 4:**

Any Internet Relay Chat (IRC) discussions, logs, channels and chat descriptions RELATED TO CIRCUMVENTION DEVICES.

**REQUEST FOR PRODUCTION NO. 5:**

DOCUMENTS sufficient to IDENTIFY any PERSON to whom YOU distributed CIRCUMVENTION DEVICES.

**REQUEST FOR PRODUCTION NO. 6:**

All DOCUMENTS RELATED TO YOUR attendance at any conferences, meetings, workshops, forums, speaking engagements, interviews, seminars and/or events in California from January 1, 2007 to the present, including but not limited to any materials that YOU provided at such conferences, meetings, workshops, forums, speaking engagements, interviews, seminars and/or events.

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS RELATED TO any donations or other benefits that YOU have received from January 1, 2007 to the present RELATED TO YOUR use and/or offering to the public, distribution, promotion, and/or posting of CIRCUMVENTION DEVICES.

**REQUEST FOR PRODUCTION NO. 8:**

Copies of any Twitter posts by YOU RELATED TO the PS3 SYSTEM and/or CIRCUMVENTION DEVICES.

**REQUEST FOR PRODUCTION NO. 9:**

Copies of YOUR PayPal account statements reflecting or showing any payments of money RELATED to the PS3 SYSTEM and/or CIRCUMVENTION DEVICES.

1  **REQUEST FOR PRODUCTION NO. 10:**

2     Copies of all comments on YOUR blogspot at www.geohotps3.blogspot.com

3  RELATED TO the PS3 SYSTEM and/or CIRCUMVENTION DEVICES.

4  **REQUEST FOR PRODUCTION NO. 11:**

5     DOCUMENTS sufficient to show YOUR visits to California from January 1, 2007 to the

6  present.

7  **REQUEST FOR PRODUCTION NO. 12:**

8     All DOCUMENTS RELATED TO any of YOUR contacts with California.

9  **REQUEST FOR PRODUCTION NO. 13:**

10    All DOCUMENTS RELATED TO any online gaming by YOU on the PlayStation

11 Network.

12 **REQUEST FOR PRODUCTION NO. 14:**

13    All DOCUMENTS RELATED TO any PlayStation Network account held or used by

14 YOU.

15 **REQUEST FOR PRODUCTION NO. 15:**

16    All COMMUNICATIONS RELATED TO the PlayStation Network between YOU and

17 any PERSON.

18 **REQUEST FOR PRODUCTION NO. 16:**

19    All DOCUMENTS RELATING to YOU downloading or otherwise obtaining the 3.55

20 firmware update for the PS3 SYSTEM.

21 **REQUEST FOR PRODUCTION NO. 17:**

22    DOCUMENTS sufficient to identify all locations or websites where the

23 CIRCUMVENTION DEVICES are offered, distributed, promoted and/or posted.

24 **REQUEST FOR PRODUCTION NO. 18:**

25    All COMMUNICATIONS RELATED TO the PS3 SYSTEM between YOU and any

26 PERSON.

27 **REQUEST FOR PRODUCTION NO. 19:**

28    All COMMUNICATIONS RELATED to SCEA between YOU and any PERSON.

1  **REQUEST FOR PRODUCTION NO. 20:**

2      All COMMUNICATIONS RELATED TO the COMPLAINT between YOU and any

3  PERSON.

4  **REQUEST FOR PRODUCTION NO. 21:**

5      Any contract between YOU and Google, Inc.

6  **REQUEST FOR PRODUCTION NO. 22:**

7      Any contract between YOU and Twitter, Inc.

8  **REQUEST FOR PRODUCTION NO. 23:**

9      Any contract between YOU and YouTube.

10  **REQUEST FOR PRODUCTION NO. 24:**

11      All DOCUMENTS RELATED TO YOUR offering to the public, distribution, promotion

12  and/or posting of CIRCUMVENTION DEVICES.

13  **REQUEST FOR PRODUCTION NO. 25:**

14      All COMMUNICATIONS RELATED TO CIRCUMVENTION DEVICES between YOU

15  and any PERSON.

16  **REQUEST FOR PRODUCTION NO. 26:**

17      All COMMUNICATIONS between YOU and any of the FAIL0VERFLOW

18  DEFENDANTS, including but not limited to "Bushing."

19  **REQUEST FOR PRODUCTION NO. 27:**

20      DOCUMENTS sufficient to IDENTIFY the FAIL0VERFLOW DEFENDANTS.

21  **REQUEST FOR PRODUCTION NO. 28:**

22      All DOCUMENTS RELATED TO offering to the public, distributing, promoting and/or

23  posting of CIRCUMVENTION DEVICES by any of the FAIL0VERFLOW DEFENDANTS.

24  **REQUEST FOR PRODUCTION NO. 29:**

25      All DOCUMENTS RELATED TO use of CIRCUMVENTION DEVICES by any of the

26  FAIL0VERFLOW DEFENDANTS.

27  ///

28  ///

1   **REQUEST FOR PRODUCTION NO. 30:**

2       All DOCUMENTS YOU relied upon in responding to the First Set of Interrogatories.

3   DATED: February 4, 2011         Respectfully submitted,

4                           KILPATRICK TOWNSEND & STOCKTON LLP

5

6                           By: _____

7                               JAMES G. GILLILAND, JR.

8                           Attorneys for Plaintiff
                            SONY COMPUTER ENTERTAINMENT AMERICA LLC

9

10   63131618 v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28