# EXHIBIT E
# TO THE DECLARATION OF HOLLY GAUDREAU IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY

1  KILPATRICK TOWNSEND & STOCKTON LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  TIMOTHY R. CAHN (State Bar No. 162136)
   MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3  HOLLY GAUDREAU (State Bar No. 209114)
   RYAN BRICKER (State Bar No. 269100)
4  Two Embarcadero Center Eighth Floor
   San Francisco, CA  94111
5  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
6  Email: jgilliland@kilpatricktownsend.com
          tcahn@kilpatricktownsend.com
7         mboroumand@kilpatricktownsend.com
          hgaudreau@kilpatricktownsend.com
8         rbricker@kilpatricktownsend.com

9  Attorneys for Plaintiff
   SONY COMPUTER ENTERTAINMENT AMERICA LLC

11                 UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No.  11-cv-000167 SI<br><br>**NOTICE OF DEPOSITION OF GEORGE HOTZ**<br><br>**JURISDICTIONAL DISCOVERY**<br><br>Judge:  Hon. Susan Illston |

PLEASE TAKE NOTICE that plaintiff Sony Computer Entertainment America LLC ("SCEA") will commence the deposition of George Hotz for purposes of jurisdictional discovery on February 15, 2011 at 10:00 a.m. and will continue from day to day or on dates mutually agreed upon by the parties, at the offices of Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, 8th Floor, San Francisco, California 94111, or at such other location as may be agreed upon by the parties.  This deposition will be



NOTICE OF TAKING DEPOSITION OF GEORGE HOTZ                                                - 1 -
CASE NO. 11-cv-000167 SI

1  taken before a certified shorthand reporter authorized by law to administer oaths, and will
2  be recorded stenographically and by videotape.

3  DATED: February 4, 2011          Respectfully submitted,

4                                   KILPATRICK TOWNSEND & STOCKTON LLP

5

6                                   By: _____
                                         JAMES G. GILLILAND, JR.
7
                                    Attorneys for Plaintiff
8                                   SONY COMPUTER ENTERTAINMENT AMERICA
                                    LLC
9

10  63138118 v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

