KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
tcahn@kilpatricktownsend.com
mboroumand@kilpatricktownsend.com
hgaudreau@kilpatricktownsend.com
rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No. CV-11-00167 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY**<br><br>Date: February 9, 2011<br>Time: 9:00 a.m.<br>Dept.: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

Having considered the Motion for Expedited Discovery of Plaintiff Sony Computer Entertainment America LLC ("SCEA"), and all papers on file and the argument of counsel, and good cause appearing thereof, the Court hereby grants SCEA's Motion.

IT IS HEREBY ORDERED that:

<u>Expedited Jurisdictional Discovery</u>

1. SCEA has leave to serve its First Requests for Production with a shortened



[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY     - 1 -
CASE NO.

1    response time on Defendant George Hotz ("Hotz"), for a response within five days.

2        2.    SCEA has leave to serve its First Set of Interrogatories with a shortened
3    response time on Hotz, for a response within five days.

4        3.    SCEA has leave to serve its First Demand for Inspection with a shortened
5    response time on Hotz, for a response within five days.

6        4.    SCEA has leave to serve its Notice of Deposition of George Hotz to take
7    place no later than February 16, 2011.

8        5.    SCEA has leave to serve a subpoena with a shortened response time on the
9    content host, Bluehost, Inc., for information concerning Defendant George Hotz's website
10   at www.geohot.com, for a response within five days after service.

11       6.    SCEA has leave to serve a subpoena with a shortened response time on
12   PayPal, Inc. for information concerning the account of Defendant George Hotz ("Hotz"), for
13   a response within five days after service.

14       7.    SCEA has leave to serve a subpoena with a shortened response time on
15   Google, Inc. for information concerning Hotz's blog at www.geohotps3.blogspot.com, for a
16   response within five days after service.

17       8.    SCEA has leave to serve a subpoena with a shortened response time on
18   Twitter, Inc. for information concerning account holder "geohot", for a response within five
19   days after service.

20       9.    SCEA has leave to serve a subpoena with a shortened response time on
21   SoftLayer Technologies, Inc. for information concerning psx-scene.com account holder
22   "geohot," for a response within five days after service.

23       10.    SCEA has leave to serve a subpoena with a shortened response time on
24   YouTube, LLC for information concerning the video posted by Hotz on January 7, 2011
25   entitled "Jailbroken PS3 3.55 with Homebrew," for a response within five days after
26   service.

27   ///

28   ///



[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY    - 2 -
CASE NO.

#### Expedited Discovery On The Identity and Location of The Fail0verflow Defendants and Third Parties

11. SCEA has leave to serve a subpoena with a shortened response time on PayPal, Inc. for information concerning the accounts of Defendant Hector Cantero ("Cantero"), Defendant Sven Peter ("Peter"), Defendant Doe 1 Bushing ("Bushing"), Defendant Doe 2 Segher ("Segher") and "kakaroto," for a response within five days after service.

12. SCEA has leave to serve a subpoena with a shortened response time on Twitter, Inc. for information concerning account holders Cantero ("marcan42"), Peter ("bl4sty"), Bushing ("gnihsub"), Segher ("pytey"), and "KaKaRoToKS," for a response within five days after service.

13. SCEA has leave to serve a subpoena with a shortened response time on Geeknet, Inc. for information concerning Slashdot.com account holders Cantero ("marcansoft") and Bushing ("bushing"), for a response within five days after service.

14. SCEA has leave to serve a subpoena with a shortened response time on Kickstarter for information concerning account holder Bushing, for a response within five days after service.

15. SCEA has leave to serve a subpoena with a shortened response time on Github.com for information concerning account holders "hermesEOL," "kakaroto," "kmeaw," "waninkoko," and "grafchokolo," for a response within five days after service.

16. SCEA has leave to serve similarly targeted subpoenas with a shortened response time to any third party who SCEA learns may be involved in the circumvention and/or offering to the public, posting online, marketing, advertising, promoting, installing, distributing, providing and otherwise trafficking in any circumvention technology, product, service, method, code, software tool, device, component or part thereof that circumvents the technological protection measures ("TPMs") in the PlayStation®3 computer entertainment system ("PS3 System"), including but not limited to the Elliptic Curve Digital



[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY  - 3 -
CASE NO.

1  Signature Algorithm Keys, encryption and/or decryption keys, 3.55 Firmware Jailbreak,
2  dePKG Firmware Decrypter, Signing Tools, root keys and/or Fail0verflow tools, and/or any
3  other technologies that enable unauthorized access to and/or copying of PS3 Systems and
4  other copyrighted works that are accessible through or compatible with the PS3 System,
5  for a response within five days after service.

6        17.    SCEA has leave to serve similarly targeted subpoenas with a shortened
7  response time to any third party who SCEA learns may have knowledge of the
8  circumvention and/or offering to the public, posting online, marketing, advertising,
9  promoting, installing, distributing, providing and otherwise trafficking in any circumvention
10 technology, product, service, method, code, software tool, device, component or part
11 thereof that circumvents the TPMs in the PS3 System, including but not limited to the
12 Elliptic Curve Digital Signature Algorithm Keys, encryption and/or decryption keys, 3.55
13 Firmware Jailbreak, dePKG Firmware Decrypter, Signing Tools, root keys and/or
14 Fail0verflow tools, and/or any other technologies that enable unauthorized access to
15 and/or copying of PS3 Systems and other copyrighted works that are accessible through
16 and compatible with the PS3 System, for a response within five days after service.

17       IT IS SO ORDERED.

19 DATED:_____

20                                         HON. SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE

22 63097645 v1



[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY   - 4 -
CASE NO.