1 | KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
2 | TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
3 | HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
4 | Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
5 | Telephone: (415) 576-0200
Facsimile: (415) 576-0300
6 | Email: jgilliland@kilpatricktownsend.com
tcahn@kilpatricktownsend.com
7 | mboroumand@kilpatricktownsend.com
hgaudreau@kilpatricktownsend.com
8 | rbricker@kilpatricktownsend.com

9 | Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC
10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 11-cv-000167 SI<br><br>[PROPOSED] ORDER ~~GRANTING~~ Denying MOTION FOR AN ORDER SHORTENING TIME FOR HEARING MOTION ON EXPEDITED DISCOVERY<br><br>Date:　　　TBD<br>Time:　　　9:00 a.m.<br>Courtroom:　10, 19th Floor<br>Judge:　　　Honorable Susan Illston |



[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER SHORTENING TIME
FOR HEARING MOTION ON EXPEDITED DISCOVERY
CASE NO. 11-cv-000167 SI

Having considered the Motion for An Order Shortening Time For Hearing On Motion For Expedited Discovery by Plaintiff Sony Computer Entertainment America LLC ("SCEA"), the supporting declaration of counsel, and all papers and arguments, and good cause appearing therefore, the Court hereby ~~GRANTS~~ Denies the Motion.

IT IS HEREBY ORDERED that:

1. Any Opposition to SCEA's Motion for Expedited Discovery shall be filed by 5:30 p.m. on February 8, 2011; and

2. Hearing on SCEA's Motion for Expedited Discovery shall be held on ~~February 9, 2011~~ March 11, 2011 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 2/7/11

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

63135170 v1



[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER SHORTENING TIME
FOR HEARING MOTION ON EXPEDITED DISCOVERY
CASE NO. 11-cv-000167 SI

- 1 -