**32 minutes**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/10/11

Case No.   C-11-0167 SI          Judge:   SUSAN ILLSTON

Title: SONY COMPUTER  -v- HOTZ

Attorneys: James Gilliland, Holly Gaudreau, Ryan Bricker, Stewart Kellar

Deputy Clerk:  Tracy Forakis   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Defts. Motion for TRO - held

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( x) SUBMITTED
                                     PART

Case continued to    @ 3:00 p.m.. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be referred to Magistrate-Judge Spero for purposes of discovery and to define terms of the injunction.

Cc: Karen/Sue I