UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT, | No. C 11-00167 SI (JCS) |
|     Plaintiff(s), | **NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |
| v. | |
| GEORGE HOTZ, | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Joseph C. Spero to assist the parties in their efforts to define the terms of the injunction.

IT IS HEREBY ORDERED that the parties shall meet and confer regarding the language of the injunction. If the parties are unable to agree on the language, a Joint Letter stating each side's position shall be submitted no later than **February 16, 2011.** The parties have agreed that Magistrate Judge Spero will choose one of the competing versions, and the parties will propose that version jointly to the District Judge.

IT IS HEREBY FURTHER ORDERED that the parties shall meet and confer regarding the mechanism for impoundment of the relevant files.

IT IS SO ORDERED.

Dated: February 14, 2011

JOSEPH C. SPERO
United States Magistrate Judge