KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
tcahn@kilpatricktownsend.com
mboroumand@kilpatricktownsend.com
hgaudreau@kilpatricktownsend.com
rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,

Plaintiff,

v.

GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,

Defendants.

CASE NO. 11-cv-000167 SI

**STIPULATION AND [PROPOSED] ORDER RE: PRELIMINARY INJUNCTION AND HEARING ON MOTION TO DISMISS**

Judge: Hon. Susan Illston

WHEREAS, on February 10, 2011, the Court held a further hearing on the Motion for Temporary Restraining Order filed by plaintiff Sony Computer Entertainment America ("SCEA"), and the Motion for Reconsideration, Response to Order to Show Cause, and Motion for Hearing on Temporary Restraining Order filed by Defendant George Hotz ("Defendant Hotz");

WHEREAS, during the hearing, the Court stated that it intended to enter the Temporary Restraining Order [Docket No. 50] as the Preliminary Injunction subject to certain modifications;

WHEREAS, during the hearing, the Court directed the parties to meet and confer on certain language in the Temporary Restraining Order and possible rescheduling of the hearing on Defendant Hotz's Motion to Dismiss for Lack of Personal Jurisdiction currently set for hearing on March 11, 2011;

WHEREAS, on February 14, 2011, the Court entered its Order Granting Plaintiff's Motion for a Preliminary Injunction; Referring Parties to Magistrate Judge Spero for Discovery and Issues Related To Preliminary Injunction [Docket No. 79];

WHEREAS, the parties, through their counsel, met and conferred on February 14, 2011 and were able to achieve agreement on certain language in the Temporary Restraining Order for entering as a Preliminary Injunction, and on rescheduling the hearing on Defendant Hotz's Motion to Dismiss;

THEREFORE, the parties hereby STIPULATE as follows:

1. The Preliminary Injunction shall be entered in the form of Exhibit A attached hereto.
2. SCEA shall file its Opposition to Defendant Hotz's Motion to Dismiss on March 18, 2011;
3. Defendant Hotz shall file his Reply, if any, on March 25, 2011.
4. The hearing on Defendant Hotz's Motion to Dismiss shall be held on April 8, 2011

Case3:11-cv-00167-SI Document83 Filed02/17/11 Page3 of 3

Respectfully submitted,

DATED: February 17, 2011

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Holly Gaudreau
JAMES G. GILLILAND, JR.
TIMOTHY R. CAHN
MEHRNAZ BOUROMAND SMITH
RYAN BRICKER

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

DATED: February 17, 2011

/s/ Stewart Kellar
STEWART KELLAR
E-ttorney at Law™

Attorney for Defendant
GEORGE HOTZ

IT IS SO ORDERED.

DATED:________________

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

63161046 v1

STIPULATION AND [PROPOSED] ORDER RE: PRELIMINARY INJUNCTION AND HEARING ON MOTION TO DISMISS
CASE NO. 11-cv-000167 SI

- 2 -