```
STEWART KELLAR (SBN 267747)
stewart@etrny.com
E-ttorney at Law
148 Townsend Street, Suite 2
San Francisco, California 94107
Telephone:   (415) 742-2303

JACK PRAETZELLIS (SBN 267765)
jack@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:   415-781-4400
Facsimile:   415-989-5143
```

Attorneys for Defendant George Hotz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE HOTZ, et al.,<br><br>　　　　　Defendants. | Case No. 11-CV-000167 SI<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

　　　　PLEASE TAKE NOTICE that defendant George Hotz hereby associates MBV Law LLP as his co-counsel in defense of the Complaint in the above matter. Accordingly, copies of all pleadings, correspondence, and other communications relating to this action also shall be served on Jack Praetzellis at MBV Law, LLP at the address set forth above.

Dated: March 1, 2011.　　　　　　　　　　　MBV LAW LLP

　　　　　　　　　　　　　　　　　　　　　By _____s/Jack Praetzellis_____
　　　　　　　　　　　　　　　　　　　　　　　　Jack Praetzellis
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant George Hotz

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4822-3543-7832, v. 1