KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       mboroumand@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

e-ttorney at Law™
STEWART KELLAR (State Bar No. 267747)
148 Townsend Street, Suite 2
San Francisco, CA  94107
Telephone:  415-742-2303
Email : stewart@etrny.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>　　　　　Defendants. | CASE NO. 11-cv-000167 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE:  SUPPLEMENTAL BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>Judge:  Hon. Susan Illston |



1    WHEREAS, on March 28, 2011, Magistrate Judge Spero held a Telephonic Discovery Conference regarding the parties' Joint Letter Related to Jurisdictional Search of Defendant George Hotz's Impounded Hard Drives [Docket No. 98];

WHEREAS, in the Civil Minute Order filed on March 29, 2011 [Docket No. 118], Judge Spero ordered that the parties propose to this Court a supplemental briefing schedule and a revised hearing date on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue ("Motion to Dismiss") as follows: Supplemental Brief by Plaintiff Sony Computer Entertainment America LLC ("SCEA") shall be filed on April 20, 2011; Supplemental Reply Brief by Defendant George Hotz ("Hotz") shall be filed on April 22, 2011; and the Hearing on the Motion to Dismiss shall be heard on May 6, 2011 or as soon thereafter as is convenient to this Court;

WHEREAS, on March 29, 2011, Judge Spero entered the Order Re Protocol for Jurisdictional Discovery On Impounded Devices [Docket No. 122], which includes his recommendation for a supplemental briefing schedule and revised hearing date on the Motion to Dismiss as set forth in the Civil Minute Order.

THEREFORE, the parties hereby STIPULATE as follows:

1. SCEA shall file its Supplemental Brief relating to the Motion to Dismiss on April 20, 2011.

2. Hotz shall file his Supplemental Reply Brief relating to the Motion to Dismiss on April 22, 2011.

3. The April 8, 2011 hearing date currently on calendar for the Motion to Dismiss shall be vacated and the hearing rescheduled for May 6, 2011 or as soon thereafter as possible.

///
///
///
///
///



STIPULATION AND [PROPOSED] ORDER RE: SUPPLEMENTAL BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS
CASE NO. 11-cv-000167 SI

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: April 4, 2011 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | By: */s/ Mehrnaz Boroumand Smith* |
| | MEHRNAZ BOROUMAND SMITH |
| | Attorneys for Plaintiff SONY COMPUTER ENTERTAINMENT AMERICA LLC |
| DATED:  April 4, 2011 | E-ttorney at Law™ |
| | By: */s/ Stewart Kellar* |
| | STEWART KELLAR |

IT IS SO ORDERED.

DATED: 4/5/11

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE



**GENERAL ORDER 45 ATTESTATION**

I, Mehrnaz Boroumand Smith, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: SUPPLEMENTAL BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS. In compliance with General Order 45, X.B., I hereby attest that counsel for Defendant has concurred in this filing.

Dated: April 4, 2011         By    /s/ *Mehrnaz Boroumand Smith*
                                   Mehrnaz Boroumand Smith

63245545 v1

STIPULATION AND [PROPOSED] ORDER RE: SUPPLEMENTAL BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS
CASE NO. 11-CV-000167 SI                                                           - 3 -