| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | KILPATRICK TOWNSEND & STOCKTON LLP<br>JAMES G. GILLILAND, JR. (State Bar No. 107988)<br>TIMOTHY R. CAHN (State Bar No. 162136)<br>MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)<br>HOLLY GAUDREAU (State Bar No. 209114)<br>RYAN BRICKER (State Bar No. 269100)<br>Two Embarcadero Center Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: jgilliland@kilpatricktownsend.com<br>　　　　tcahn@kilpatricktownsend.com<br>　　　　mboroumand@kilpatricktownsend.com<br>　　　　hgaudreau@kilpatricktownsend.com<br>　　　　rbricker@kilpatricktownsend.com<br><br>Attorneys for Plaintiff<br>SONY COMPUTER ENTERTAINMENT AMERICA LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 11-cv-00167 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS HECTOR MARTIN CANTERO, SVEN PETER, AND DOE DEFENDANTS 1-100 WITHOUT PREJUDICE**<br><br>Hon. Susan Illston |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
Case No. 11-cv-.00167 SI

1  Pursuant to Fed. R. Civ. P. 41 (a) (1)(A), Plaintiff Sony Computer Entertainment
2  America LLC voluntarily and without prejudice dismisses this action against Defendants
3  Hector Martin Cantero, Sven Peter, Defendant Doe 1 ("Bushing"), Defendant Doe 2
4  ("Segher"), and Defendant Does 3-100 (collectively, "Defendants"). As of this date,
5  Defendants have not filed an answer.

DATED: April 11, 2011

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/James G. Gilliland, Jr.*
   JAMES G. GILLILAND, JR.

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

63260672 v1