KILPATRICK TOWNSEND & STOCKTON LLP
JAMES G. GILLILAND, JR. (State Bar No. 107988)
TIMOTHY R. CAHN (State Bar No. 162136)
MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
HOLLY GAUDREAU (State Bar No. 209114)
RYAN BRICKER (State Bar No. 269100)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: jgilliland@kilpatricktownsend.com
       tcahn@kilpatricktownsend.com
       mboroumand@kilpatricktownsend.com
       hgaudreau@kilpatricktownsend.com
       rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
SONY COMPUTER ENTERTAINMENT AMERICA LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HOTZ; HECTOR MARTIN CANTERO; SVEN PETER; and DOES 1 through 100,<br><br>Defendants. | Case No.  CV11-00167 SI<br><br>[~~PROPOSED~~] ORDER RELEASING SECURITY<br><br>Judge:   Hon. Susan Illston |

On April 19, 2011, Plaintiff Sony Computer Entertainment America LLC ("SCEA") filed a Request seeking release of the cash security deposited with the Court on January 27, 2011.  FOR GOOD CAUSE SHOWN, the Finance Department of the Clerk's Office is directed to refund the $10,000 cash security.  The check shall be made payable to "Kilpatrick Townsend & Stockton LLP."

///



[PROPOSED] ORDER RELEASING SECURITY
CASE NO. CV-11-00167 SI

- 1 -

1     IT IS SO ORDERED.

2

3

4   Dated: April __19__, 2011. 

5                                     HON. SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE

6

7

8

9   63277263 v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

